`

# REQUEST FOR PROPOSALS

Sourcing Project:

**SRC0000037597-DRC260101**

**The Ohio Department of Rehabilitation and Correction is requesting proposals for:**

Offender Communication Monitoring and Transcription Services

*** All Dates Must Follow OhioBuys Dates***



**EXHIBIT A**

# EXECUTIVE SUMMARY

## BACKGROUND

Ohio Department of Rehabilitation and Correction ("ODRC") was established under House Bill 494. Its responsibilities are defined in Ohio Revised Code ("ORC") 5120. ODRC is the largest agency in the State of Ohio with operations throughout the State and is the fifth largest prison system in the nation, consisting of twenty-five (25) state-administered adult correctional institutions and three (3) privately-operated institutions. The current ODRC population is approximately 45,750. The institutions vary in level of security and include corrections reception centers, correctional camps, and pre-release centers. The mission of ODRC is to reduce recidivism among those we touch. The values of the agency are aligned to support the mission of the agency. The values of the agency are as follows: (1) Take care of our staff; they will transform our offenders (2) One team-one purpose (3) Civility towards all and (4) Hope is job one.

## SUMMARY STATEMENT

ODRC is seeking proposals to identify a vendor to provide an offender communications analytics platform to increase the safety and security of designated corrections facilities, be accessible to law enforcement, and contribute to a safer Ohio.

## OBJECTIVES

ODRC's vision is to reduce crime in Ohio. ODRC's mission is to reduce recidivism among those they touch. In alignment with ODRC's Vision and Mission, the goal of providing a SaaS, web-based online software analytics platform that integrates with existing offender communication systems and uses artificial intelligence (AI) to analyze offender communications to provide threat detection, and analytical support for targeted and emergent intelligence-led investigations.

Upon conclusion of a pilot period, the ODRC will evaluate outcomes and efficacy of the system and determine if the project will expand to a broader base of investigations and other law enforcement partners.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

## GENERAL INSTRUCTIONS

The following sections provide details on how to get more information about this Request for Proposals ("RFP") and how to respond to this RFP. All responses must be complete and in the prescribed format.

## CONTACTS

The following person will represent ODRC:

Name: Brandy Marshall Contracts Unit
**Contact via Ohio Buys Inquiries**

## STATE OF OHIO ONLINE PURCHASING SOLUTION

OhioBuys provides the primary platform for Supplier partners to engage in procurement activities with the State of Ohio. For additional information on submitting proposals see the "Viewing and Responding to Solicitations" Learner Guide or the "Viewing and Responding to Solicitations" Supplier Training Video linked below.

Learner Guide:

https://procure.ohio.gov/about/03_supplier-training/03_supplier-training

Viewing and Responding to Solicitations:

https://www.youtube.com/watch?v=K6iE32BUMJ0&feature=youtu.be

## INQUIRIES

Offerors may make inquiries regarding this RFP any time during the inquiry period listed in the Calendar of Events. To make an inquiry, Offerors must login to OhioBuys, navigate to the solicitation, open the Inquiry tab and submit their inquiry.

Offerors will not receive a personalized e-mail response to their question, nor will they receive notification when the question has been answered.

Offerors may view inquiries and responses on the OhioBuys Public Solicitations page by opening the Solicitation Overview and navigating to the inquiries section of that page. ODRC will try to respond to all inquiries within 48 hours of receipt, excluding weekends and

State holidays. ODRC will not respond to any inquiries received after 8:00 a.m. on the inquiry end date.

During the performance of the Work, a State representative (the "Agency Project Representative") will represent the Agency and will be the primary contact for matters relating to the Work. The Agency Project Representative will be designated at the Contract award.

**ADDENDA TO THE RFP**

If ODRC revises this RFP before the Proposal due date, an addendum will be issued via Ohio Buys.

**PROPOSAL SUBMITTAL**

Each Offeror must submit a Technical Proposal and a Cost Proposal as part of its Proposal package.

ODRC will reject any Proposals or unsolicited Proposal addenda that are received after the deadline.

ODRC may reject any Proposal if the Offeror takes exception to the terms and conditions of this RFP, fails to comply with the procedure for participating in the RFP process, or the Offeror's Proposal fails to meet any requirement of this RFP. Any question asked during the inquiry period will not be viewed as an exception to the Terms and Conditions.

ORC Section 9.24 prohibits ODRC from awarding a Contract to any Offeror(s) against whom the Auditor of State has issued a finding for recovery if the finding for recovery is "unresolved" at the time of award. By submitting a Proposal, the Offeror warrants that it is not now, and will not become subject to an "unresolved" finding for recovery under Section 9.24, prior to the award of a Contract arising out of this RFP, without notifying ODRC of such finding. ORC Section 9.231 applies to this contract.

**CONFIDENTIAL, PROPRIETARY OR TRADE SECRET INFORMATION**

ODRC procures goods and services through a RFP in a transparent manner and in accordance with the laws of the State of Ohio. All proposals provided to ODRC in response to this RFP become records of ODRC and as such, will be open to inspection by the public after award unless exempt from disclosure under the Ohio Revised Code or another provision of law. Unless specifically requested by the State, an Offeror should not voluntarily provide to ODRC any information that the Offeror claims as confidential, proprietary or trade secret and exempt from disclosure under the Ohio Revised Code or another provision of law.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

## EVALUATION OF PROPOSALS

**EVALUATION OF PROPOSALS** The evaluation process consists of, but is not limited to, the following steps:

1. ***Certification -*** ODRC shall open only those proposals certified as timely.

2. ***Initial Review -*** ODRC will review all certified Proposals for completeness. ODRC may waive any defects or allow an Offeror to submit a correction. If the Offeror meets all mandatory requirements listed herein, the State will continue to evaluate the proposal.

3. ***Proposal Evaluation -*** The ODRC contact representative responsible for this RFP will forward all timely, complete, and properly formatted Proposals to an evaluation committee, which the procurement representative will chair. The evaluation committee will rate the Proposals submitted in response to this RFP based on criteria and weight assigned to each criterion.

   The evaluation committee will evaluate and numerically score each Proposal that the contract representative has determined to be responsive to the requirements of this RFP. The evaluation will be according to the criteria contained in this Part of the RFP. ODRC may further refine these criteria and has a right to break these criteria into components and weigh any components of a criterion according to their perceived importance.

4. ***Clarifications & Corrections -*** During the evaluation process, ODRC may request clarifications from any Offeror under active consideration and may give any Offeror the opportunity to correct defects in its Proposal if ODRC believes doing so does not result in an unfair advantage for the Offeror and it is in the State's best interests. Any clarification response that is broader in scope than what ODRC has requested may result in the Offeror's proposal being disqualified.

5. ***Interviews, Proof of Concept, Demonstrations, and Presentations -*** ODRC may require top Offerors to be interviewed or to participate in a proof-of-concept (POC) process. Such presentations, demonstrations, and interviews will provide an Offeror with an opportunity to clarify its Proposal and to ensure a mutual understanding of the Proposal's content, or to assure that the Offeror's proposals will integrate well with our internal platforms and systems. Please see further details in Attachment One, Agency Requirements.

6. ***Contract Negotiations -*** Negotiations will be scheduled at the convenience of ODRC. The selected Offeror(s) are expected to negotiate in good faith.

a) General. Negotiations may be conducted with any Offeror who submits a competitive Proposal, but ODRC may limit discussions to specific aspects of the RFP. Any clarifications, corrections, or negotiated revisions that may occur during the negotiations phase will be reduced to writing and incorporated in the RFP, or the Offeror's Proposal, as appropriate. Negotiated changes that are reduced to writing will become a part of the Contract file open to inspection to the public upon award of the Contract. Any Offeror whose response continues to be competitive will be accorded fair and equal treatment with respect to any clarification, correction, or revision of the RFP and will be given the opportunity to negotiate revisions to its Proposal based on the amended RFP

b) Top-ranked Offeror. Should the evaluation process have resulted in a top-ranked Proposal, ODRC may limit negotiations to only that Offeror and not hold negotiations with any lower-ranking Offeror. If negotiations are unsuccessful with the top-ranked Offeror, ODRC may then go down the line of remaining Offerors, according to rank, and negotiate with the next highest-ranking Offeror. Lower-ranking Offerors do not have a right to participate in negotiations conducted in such a manner.

c) Negotiation with Other Offerors. If ODRC decides to negotiate with all the remaining Offerors or decides that negotiations with the top-ranked Offeror are not satisfactory and negotiates with one or more of the lower-ranking Offerors, ODRC will then determine if an adjustment in the ranking of the remaining Offerors is appropriate based on the negotiations. The Contract award, if any, will then be based on the final ranking of Offerors, as adjusted.

   Negotiation techniques that reveal one Offeror's price to another or disclose any other material information derived from competing Proposals are prohibited. Any oral modification of a Proposal will be reduced to writing by the Offeror as described below.

d) Post Negotiation. Following negotiations, ODRC may set a date and time for the submission of best and final Proposals by the remaining Offeror(s) with which ODRC conducted negotiations. If negotiations were limited and all changes were reduced to signed writings during negotiations, ODRC need not require the submissions of best and final Proposals.

   It is entirely within the discretion of ODRC whether to permit negotiations. An Offeror must not submit a Proposal assuming that there will be an opportunity to negotiate any aspect of the Proposal. ODRC is free to limit negotiations to particular aspects of any Proposal, to limit the Offerors with whom ODRC wants to negotiate, and to dispense with negotiations entirely.

   ODRC generally will not rank negotiations. The negotiations will normally be held to correct deficiencies in the preferred Offeror's Proposal. If negotiations fail with the preferred Offeror, ODRC may negotiate with the next Offeror in

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

ranking. Alternatively, ODRC may decide that it is in the interests of the State to negotiate with all the remaining Offerors to determine if negotiations lead to an adjustment in the ranking of the remaining Offerors.

From the opening of the Proposals to the award of the Contract, everyone working on behalf of the State to evaluate the Proposals will seek to limit access to information contained in the Proposals solely to those people with a need to know the information. They will also seek to keep this information away from other Offerors, and the evaluation committee will not be allowed to tell one Offeror about the contents of another Offeror's Proposal in order to gain a negotiating advantage.

Before the award of the Contract or cancellation of the RFP, any Offeror that seeks to gain access to the contents of another Offeror's Proposal may be disqualified from further consideration.

The written changes will be drafted and signed by the Offeror and submitted to ODRC within a reasonable period of time. If ODRC accepts the change, ODRC will give the Offeror written notice of ODRC' acceptance. The negotiated changes to the successful offer will become a part of the Contract.

e) Failure to Negotiate. If an Offeror fails to provide the necessary information for negotiations in a timely manner, or fails to negotiate in good faith, ODRC may terminate negotiations with that Offeror and collect on the Offeror's proposal bond, if a proposal bond was required in order to respond to this RFP.

7. ***Best and Final Offer -*** If best and final proposals, or best and final offers (BAFOs), are required, they may be submitted only once; unless ODRC decides that it is in the State's interest to conduct additional negotiations. In such cases, ODRC may require another submission of best and final proposals. Otherwise, discussion of or changes in the best and final proposals will not be allowed. If an Offeror does not submit a best and final proposal, the Offeror's previous Proposal will be considered the Offeror's best and final proposal.

8. ***Determination of Responsibility-*** ODRC may review the highest-ranking Offerors or its key team members to ensure the Offeror is responsible. The Contract may not be awarded to an Offeror that is determined not to be responsible.

ODRC's determination of an Offeror's responsibility may include the following factors: the experience of the Offeror and its key team members; past conduct and past performance on previous contracts; ability to execute this contract properly; and management skill. ODRC will make such determination of responsibility based on the Offeror's Proposal, reference evaluations, and any other information ODRC requests or determines to be relevant.

9. ***Reference Checks -*** ODRC may conduct reference checks to verify and validate the Offeror's or proposed candidate's past performance. Reference checks indicating poor or failed performance by the Offeror or proposed candidate may be cause for rejection of the proposal. In addition, failure to provide requested reference contact information may result in ODRC not including the referenced experience in the evaluation process.

   The reference evaluation will measure the criteria contained in this part of the RFP as it relates to the Offeror's previous contract performance including, but not limited, to its performance with other local, state, and federal entities. ODRC reserves the right to check references other than those provided in the Offeror's Proposal. ODRC may obtain information relevant to criteria in this part of the RFP, which is deemed critical to not only the successful operation and management of the Project, but also the working relationship between the State and the Offeror.

10. ***Financial Ability -*** Part of the Proposal evaluation criteria is the qualifications of the Offeror which may include, as a component, the Offeror's financial ability to perform the Contract. This RFP may expressly require the submission of financial statements from all Offerors in the Proposal contents attachment. If the Proposal contents attachment does not make this an expressed requirement, the State may still request that an Offeror submit audited financial statements for up to the past three (3) years if the State is concerned that an Offeror may not have the financial ability to carry out the Contract.

    In evaluating an Offeror's financial ability, if requested, the State will review the documentation provided by the Offeror to determine if the Offeror's financial position is adequate or inadequate. If the State believes the Offeror's financial ability is not adequate, the State may reject the Proposal despite its other merits.

ODRC will decide which phases are necessary. ODRC has the right to eliminate or add phases at any time in the evaluation process. To maintain fairness in the evaluation process, all information sought by ODRC will be obtained in a manner such that no Offeror is provided an unfair competitive advantage.

## MANDATORY REQUIREMENTS

There are no mandatory requirements for this RFP.

## EVALUATION CRITERIA

Scored Requirements. The scale below (0-5) will be used to rate each Proposal on the criteria listed in the Technical Proposal Evaluation table.

The State will score the Proposals by multiplying the score received in each category by its assigned weight and adding all categories together for the Offeror's total technical score. Representative numerical values are defined as follows:

| Numerical Rating | Adjective | Description |
|---|---|---|
| 5 | **Excellent** | • Response demonstrates an approach to the proposed work with an **exceptional** solution or level of quality.<br>• Response contains many **significant strengths** and few minor weaknesses, if any.<br>• There is very **little risk** that the Offeror would fail to satisfy the requirement(s). |
| 4 | **Very Good** | • Response demonstrates an approach **offering a unique or innovative** methods of performing the proposed work or delivering a solution.<br>• Response contains **many strengths that outweigh the weaknesses**. Weaknesses, if any, are very minor and can be readily corrected.<br>• There is **little risk** that the Offeror would fail to satisfy the requirement(s). |
| 3 | **Acceptable** | • Response demonstrates an approach that offers an **acceptable solution** or level of quality.<br>• Response contains strengths that are **balanced** by the weaknesses. Weaknesses are minor and can be corrected.<br>• There is **some probability of risk** that the Offeror may fail to satisfy some of the requirement(s). |
| 2 | **Weak** | • Response demonstrates an approach that **inadequately** addresses the requirements and/or objectives.<br>• Response contains weaknesses that are not offset by the strengths. There are **significant weaknesses** and **very few strengths**.<br>• There are questions about the likelihood of success and there **is a risk** that the Offeror may fail to satisfy the requirement(s). |
| 1 | **Poor** | • Response demonstrates an approach that **does not meet** the stated requirements and/or objectives, lacked essential information, is conflicting, and/or is unproductive.<br>• Response contains **many significant weaknesses** and very minor strengths, if any.<br>• There is not a reasonable likelihood of success and a **high risk** that the Offeror would fail to satisfy the requirement(s). |
| 0 | **Completely Deficient** | • Response is **missing necessary information** to demonstrate that Offeror is capable of performing.<br>• Response is **devoid of strengths**.<br>• Response has an **unacceptable level of risk** that |

| | | |
|---|---|---|
| | | the Offeror will fail to satisfy the requirement(s). |

If the Offeror provides sufficient information to ODRC, in Tab 1, of its proposal, demonstrating it meets the Mandatory Requirements, the Offeror's Proposal will be included in the next part of the evaluation process which involves the scoring of the Proposal Technical Requirements, followed by the scoring of the Cost Proposals. In the Proposal evaluation phase, the evaluation committee rates the Proposals submitted in response to this RFP based on the following listed criteria and the weight assigned to each criterion. The maximum available points allowed in this RFP are distributed as indicated in Table 2 - Scoring Breakdown.

**TABLE 2 - SCORING BREAKDOWN (Example)**

| Criteria | Maximum Available Points |
|---|---|
| Proposal Technical Requirements | 1350 Points |
| Proposal Cost | 338 Points |
| Maximum Available Points | 1688 Points |

**TABLE 3 - TECHNICAL PROPOSAL EVALUATION**

| **Criterion** | **Weight** | **Rating 0-5** | **Extended Score** |
|---|---|---|---|
| Offeror Profile | | | |
| 1. The Offeror has the capacity as an organization to fulfill the Contract. The Offeror's proposal must include a profile of the Offeror's capability, capacity, and relevant experience working on projects similar to the work described in the RFP. (Complete Attachments 5B, 5C and 5D as applicable) | 5 | | |
| 2. Offeror shall provide evidence of company history, years in business, number of employees, financial stability, capacity to do the work and the organization's mission statement (Complete Attachment 5A) | 5 | | |
| 3. The Offeror demonstrates experience with security and corrections environments. | 5 | | |
| Offeror References | | | |
| 4. Offeror must provide a minimum of three (3) references from prior similar engagements and provide details of similarities. Offeror must complete all areas of Attachment Six for each of the three (3) references provided. These references must relate to work that was completed within | 10 | | |

| | | | |
|---|---|---|---|
| the past five (5) years. If fewer than three (3) references are provided, the Offeror must include information as to why fewer than three (3) references were provided. | | | |
| Staffing Plan | | | |
| 5. Offeror has submitted a staffing plan naming all key personnel, including any volunteers, which will be used to complete the project. The plan shall include the planned duties of key personnel and the amount of time that will be dedicated by each staff or volunteer member to the work. This includes a Program Coordinator. | 10 | | |
| 6. Offeror has completed and submitted Attachments 7A, B and C. for proposed Project Manager and any other key personnel, to include candidate's education, training, qualifications, and proposed work assignment. | 10 | | |
| 7. The Offeror has discussed how successful completion of the program is realistic given the key staff implementing the program. In cases where positions have not been filled, Offeror should clearly describe a reasonable approach and criteria to add experienced and qualified staff. | 10 | | |
| **Scope of Work** | | | |
| 8. Evaluation of how the proposed platform solution meets DRC'S requirements stated in the RFP. | 50 | | |
| 9. Evaluation of Offerors proposed solution for data access and storage requirements. | 30 | | |
| 10.Evaluation of how the proposed solution meets the data security and privacy requirements. | 25 | | |
| 11.Evaluation of Offerors proposed plan for training, user documentation and users onboarding process. | 10 | | |
| 12.Evaluation of Offerors proposed plan for implementation of the platform and transition at the conclusion of the project. | 25 | | |
| 13.Offeror's plan to consolidate data from disparate sources, including existing communication systems, records management systems (RMS), and computer-aided dispatch (CAD) data, into a unified platform. | 25 | | |
| 14.Offeror's ability to provide real-time monitoring and generate alerts on suspicious behaviors or communications, often with risk scoring to help teams prioritize high-risk incidents. | 25 | | |

| | | | |
|---|---|---|---|
| 15. Offeror's plan for business continuity if the platform is unavailable. | 25 | | |

**COST PROPOSAL POINTS**

ODRC will calculate the Offeror's Cost Proposal points after the Offeror's total technical points are determined, using the following method:

Cost points = (lowest Offeror's cost/Offeror's cost) x Maximum Available Cost Points as indicated in the "Scoring Breakdown" table. The value is provided in the Scoring Breakdown table. "Cost" = Total Not to Exceed Cost identified in the Cost Summary section of Offeror Proposals. In this method, the lowest cost proposed will receive the Maximum Available Cost Points.

The number of points assigned to the cost evaluation will be prorated, with the lowest accepted cost proposal given the maximum available points possible for this criterion. Other acceptable cost proposals will be scored as the ratio of the lowest price proposal to the proposal being scored, multiplied by the maximum available points possible for this criterion.

An example for calculating cost points, where Maximum Available Cost Points Value = 60 points, is the scenario where Offeror X has proposed a cost of $100.00. Offeror Y has proposed a cost of $110.00, and Offeror Z has proposed a cost of $120.00. Offeror X, having the lowest cost, would get the maximum available 60 cost points. Offeror Y's cost points would be calculated as $100.00 (Offeror X's cost) divided by $110.00 (Offeror Y's cost) equals 0.909 times 60 maximum points, or a total of 54.5 points. Offeror Z's cost points would be calculated as $100.00 (Offeror X's cost) divided by $120.00 (Offeror Z's cost) equals 0.833 times 60 maximum available points, or a total of 50 points.

Cost Score: _______________

**FINAL STAGES OF EVALUATION**

The Offeror with the highest point total from all phases of the evaluation (Technical Points + Cost Points) will be recommended for the next phase of the evaluation.

Technical Score: __________ + Cost Score: __________ = Total Score: __________

If ODRC finds that one or more Proposals should be given further consideration, ODRC may select one or more of the highest-ranking Proposals to move to the next phase. ODRC may alternatively choose to bypass any or all subsequent phases and make an award based solely on the proposal evaluation phase.

## PREFERENCES

The State will apply all preferences pursuant to OAC 123:5-1-06.

Following the initial evaluation and scoring, all Proposals will be considered for preferences. Preferences will be calculated at a rate of five percent (5%) for the first preference and two percent (2%) each for the second and third preferences. The preferences will be combined and applied as a total percentage of the original Proposal to determine the score for evaluation purposes.

Preferences will only be applied if there is at least one Offeror that does not qualify for that particular preference. For purposes of qualifying for a preference, an Offeror failing to complete the certification for each preference will be deemed as not qualifying for that preference.

The current version of the Preference Certification Form is available at:
https://dam.assets.ohio.gov/image/upload/procure.ohio.gov/pdf/StateLocalAgencies/Resources_Forms/Preference%20Certification%20Statements%207.23.pdf

## AWARD OF THE CONTRACT

If this RFP results in a Contract award, the Contract will consist of this RFP including all attachments, written addenda to this RFP, the Contractor's accepted Proposal and written authorized addenda to the Contractor's Proposal. It will also include any materials incorporated by reference in the above documents and any purchase orders and change orders issued under the Contract. The general terms and conditions for the Contract are contained in Attachment Three of this RFP. If there are conflicting provisions between the documents that make up the Contract, the order of precedence for the documents is as follows:

1. This RFP, as amended;
2. The documents and materials incorporated by reference in the RFP;
3. The Offeror's proposal, as amended, clarified, and accepted by ODRC; and 4. The documents and materials incorporated by reference in the Offeror's Proposal.

Notwithstanding the order listed above, change orders and amendments issued after the Contract is executed may expressly change the provisions of the Contract. If they do so expressly, then the most recent of them will take precedence over anything else that is part of the Contract.

**ATTACHMENT ONE: WORK REQUIREMENTS AND SPECIAL PROVISIONS PART ONE: WORK REQUIREMENTS**

This attachment describes the Project and what the Contractor must do to complete the Project satisfactorily. It also describes what the Offeror must deliver as part of the completed Project (the "Deliverables"), and it gives a detailed description of the Project's schedule.

**SCOPE OF WORK**

**SYSTEM REQUIREMENTS**

1) The platform must be compatible with ODRC's current inmate communication system provider, ViaPath Technologies, and other law enforcement inmate communication systems as necessary.

2) The contractor will provide, at a minimum, the ability to identify the communications to which the AI platform analytics will be focused, i.e., "hot lists" of gangs, other threat actors, targeted investigations, etc.

3) The platform must be compatible with IOS, Windows and Android devices, and popular browsers like Safari, Google Chrome, and Microsoft Edge Chromium.

4) The platform shall have the ability to analyze inmate phone calls and other digital assets with AI. The system shall flag communications related to issues of concern in near real time.

5) The platform should ingest pre-existing communications data for AI analysis.

6) The platform shall use semantic analysis of the English language and other languages, as determined by ODRC, to include, at a minimum, non-English languages listed below:
(a) Spanish; and,
(b) Arabic.

7) Any transcription service used by the vendor as part of the platform shall have an error rate of 5% or less when evaluated by the Word Error Rate metric. The contractor shall audit transcriptions quarterly to ensure quality matches the requirements. The contractor shall provide audit results to ODRC.

8) The platform shall provide transcription of communications identified by the selected agency ("hot lists" of gangs, other threat actors, targeted investigations, emergency

situations, etc.) and send the transcription along with the communication recording to designated ODRC staff.

a) The platform shall definitively differentiate between voices on the transcribed communication for the benefit of the selected agency.

b) The platform shall provide AI transcription time stamping by adding markers to a text transcription, aligning words with specific times in the original communication, making it searchable, and allowing for quick review.

9) The platform shall provide the ability to search for specific keywords, synonyms, slang terms, phrases, wild card, topics, entities, patterns of behavior, and decipher phonetically used terms.

10) The platform must have capabilities to continuously learn new words, terms, phrases, etc.

11) The platform shall have the ability to provide an AI-generated summary of transcribed communications.

12) The platform shall have the ability to edit, print or export the transcription into an approved format.

13) The platform should support AI prompt-based querying to extract insights, detect anomalies, or generate summaries from call data.

14) The platform shall provide reports, intelligence, and investigative notifications in near real-time as determined by the agency.

15) The platform shall provide link analysis capabilities of communications between and among communicating parties.

16) The platform must have the ability to create custom lists for individual users, groups, and the entire selected agency.

17) The platform must have the ability to allow users to create and schedule alert notifications based upon a variety of factors, to include, but not limited to phone numbers, keywords and phrases, email address, offender identification, etc.

18) Alerts must have the ability to be pushed to users through email, text message, or directly through the web portal with visual and/or audible indicators.

19) The platform must have the ability to program automatic searches using multiple keywords and phrases spoken within calls simultaneously.

20) The contractor shall provide 24/7 technical (i.e., “help desk”) support services to authorized users as identified by the agency.

21) The contractor shall provide analytical staff (analysts) to support intelligence and investigative efforts of the agency and law enforcement partners using the platform.

**ACCESS AND STORAGE REQUIREMENTS**

1) The selected vendor shall have redundant storage capabilities and a good backup solution for emergency data access.

2) The vendor shall provide a process for accessing communications outside of those previously identified by the agency as “hot lists” of gangs, other threat actors, targeted investigations, etc. Examples may include emergency situations or unanticipated investigative needs.

3) Contractor shall provide storage of communications data/recordings. Contractor shall provide a separate cost for accessing stored communications for AI analysis after termination of the contract for any reason.

**DATA AND SECURITY REQUIREMENTS**

1) The platform must be stored in a secure and encrypted cloud, so the data can be securely accessed via a cloud hosted application site.
   (a) The data must be securely stored with a minimum of AES256 encryption. Data must be encrypted both "at rest" (in storage) and "in transit" (moving across networks) using strong algorithms like AES256, with secure key management.
   (b) Administrative tools for the application should be robust and easy to use, allowing the agency to efficiently search inmate communications.
   (c) The vendor shall have policies to prevent sensitive data from leaving the cloud environment unauthorizedly.
   (d) The vendor shall have multi-factor authentication (MFA) for all access to cloud resources and have a tested plan for identifying, containing, and recovering from security incidents.

2) The data must remain the property of ODRC, as well as the ability to authorize data access rights.
   (a) The vendor cannot sell the data or any other information ascertained from the platform to 3rd party non-Law Enforcement Agencies unless it receives written approval from ODRC.
   (b) The vendor cannot sell or allow access to any outside party unless it receives written approval from ODRC.
   (c) The vendor cannot access, test, maintain, back up or store data outside of the United States.

3) The platform should include unlimited user licenses for approved users, and the platform must have role-based system access or permissions.

4) The platform must be Criminal Justice Information Services (CJIS) compliant.

5) The platform must be compliant with all agency and statewide IT security requirements and data sharing as provided here. .

**TRAINING AND ONBOARDING**

1) The vendor must provide Administrator and User training of the system as identified by the agency.

2) The contractor shall provide on-site and/or virtual training sessions to authorized users at designated locations at no cost to the agency. Training materials shall be provided in a format determined by the agency and upon the agency's request. Training materials shall become the property of the agency.

3) The contractor must provide updated training materials as system updates are implemented in a format approved by the agency.

4) The contractor must identify within the updated training materials the information being modified and/or added.

**IMPLEMENTATION/TRANSITION PLAN**

1) The Offeror shall present an implementation plan and demonstrate an ability to fully implement the program immediately.

2) The Offeror shall present a transition plan for conclusion of the pilot program.

**ADDITIONAL FEATURES**

Optional or Value-Added Features - Offerors are invited to propose additional features, functionalities, or services that are not specifically requested within this RFP but may provide enhanced value, improved performance, or increased efficiency for the State. These optional or value-added features must be clearly identified as such and presented separately from the Offeror’s response to the mandatory requirements.

For each proposed optional or value-added feature, the Offeror must include:

a) Description of the Feature – A clear explanation of the feature, its purpose, and how it benefits the State.
b) Impact on Solution – A description of how the feature integrates with or enhances the proposed solution.
c) Cost Proposal – A separate line-item cost for each optional feature, including any ongoing maintenance, licensing, or support costs.
d) Implementation Requirements – Any additional resources, timelines, or prerequisites needed to implement the feature.

The State reserves the right, at its sole discretion, to accept or reject any proposed optional or value-added features and to negotiate inclusion of such features in the final contract.

## Interviews, Proof of Concept, Demonstrations, and Presentations.

ODRC may require top Offerors to be interviewed or to participate in a proof-of-concept process. Such presentations, demonstrations, and interviews will provide an Offeror with an opportunity to clarify its Proposal and to ensure a mutual understanding of the Proposal's content, or to assure that the Offeror's proposals will integrate well with our internal platforms and systems.

If the presentations, demonstrations, or interviews are held as part of the technical evaluation phase, all offerors that have Proposals under evaluation may participate. Alternatively, if the presentations, demonstrations, or interviews are held after the technical evaluation, the State normally will limit them to one or more of the highest-ranking offerors. The State normally will limit such presentations, demonstrations, and interviews to areas in which it seeks further information from the highest-ranking offeror or offerors. Typically, these discussions provide an offeror with an opportunity to clarify its Proposal and ensure a mutual understanding of the Proposal's content.

ODRC will schedule the presentations, demonstrations, and interviews at its convenience and discretion. ODRC will determine the scope and format of any such presentations, demonstrations, and interviews and may record them. Additionally, if the State moves more than one offeror to this phase, the scope and format of these presentations, demonstrations, and interviews may vary from one offeror to the next, depending on the particular issues or concerns ODRC may have with each offeror's Proposal. In the event an Offeror is invited to participate, they **must agree that all work, activities, materials, labor, and resources associated with the POC will be provided at no cost to the ODRC**.

ODRC normally will not rank interviews, demonstrations, and presentations. Rather, if ODRC conducts the interviews, demonstrations, or presentations as part of the technical evaluation, it may use the information it gathers during this process in evaluating the technical merits of the Proposals. If ODRC holds the demonstrations, presentations, or interviews only for one or more of the top-ranking offerors after the evaluation phase, it may decide to revise its existing Proposal evaluations based on the results of this process

## Locations for Services

Visit our website for a list of institutions. ODRC will have the final determination on locations to be served and who will be awarded that location.
www.drc.ohio.gov

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

## Policy Requirements

A Background check (LEADS) shall be completed on any individual contractor and may be conducted on anyone coming into a correctional facility to provide supplies or services, prior to the contracted services being performed. Information obtained from the background check shall be used to determine whether a contract may be awarded. ODRC will consider all aspects of an individual's record and will give consideration to individuals with a criminal record. The cost of the investigation will be the responsibility of the ODRC. Staff names shall be provided by the awarded Contractor to ODRC within one week of contract award.

Awarded personnel must comply with current, and future state, federal and local laws, court orders, administrative
regulation, administrative directives, and policies and procedures of the ODRC and its respective institutions. DRC policies can be viewed at: http://www.drc.ohio.gov/web/drc_policies/drc_policies.htm.

**PRISON RAPE ELIMINATION ACT (PREA) -** If this Contract is for residential services, the contractor shall comply with all Federal PREA standards per the National PREA Resource Center.

**CONTRACTOR RESPONSIBILITIES -** The Contractor must meet all RFP requirements and perform Work as defined in the Scope of Work.

**ATTACHMENT ONE: WORK REQUIREMENTS AND SPECIAL PROVISIONS PART TWO: SPECIAL PROVISIONS**

**THE OFFEROR'S FEE STRUCTURE -** The Contractor will be paid as proposed on the Cost Summary Form after the Agency approves the receipt of product(s) and continued completion of all deliverables.

**REIMBURSABLE EXPENSES -** *None*.

**BILL TO ADDRESS -** Contractor shall submit the invoice to Office of Budget and Management (OBM) Fiscal Shared Services (FSS) at invoices@ohio.gov or mail the invoice to:

**OBM Fiscal Shared Services (FSS), formerly known as Ohio Shared Services (OSS),**
**PO Box 182880**
**Columbus, Ohio 43218-2880**

## ATTACHMENT TWO: REQUIREMENTS FOR PROPOSALS

**PROPOSAL FORMAT -** Each Proposal must include sufficient data to allow the State to verify the total cost for the Project and all of the Offeror's claims of meeting the RFP's requirements. Each Proposal must respond to every request for information in this attachment whether the request requires a simple "yes" or "no" or requires a detailed explanation. Simply repeating the RFP's requirement and agreeing to comply will be an unacceptable response and may cause the Proposal to be rejected.

These instructions describe the required format for a responsive Proposal. The Offeror may include any additional information it believes is relevant. An identifiable tab sheet must precede each section of a Proposal, and each Proposal must follow the format outlined below. All pages, except pre-printed technical inserts, must be sequentially numbered. Any material deviation from the format outlined below may result in a rejection of the non-conforming Proposal.

**Each Proposal must contain the following information, in order, with tabbed sections as listed below:**

1. **Cover Letter and Mandatory Requirements**
2. **Certification**
3. **Offeror Profile and Prior Projects**
4. **Offeror References**
5. **Staffing Plan**
6. **Personnel Profile Summary**
7. **Work Plan**
8. **Support Requirements**
9. **Conflict of Interest Statement**
10. **Assumptions**
11. **Proof of Insurance**
12. **Payment Address**
13. **Contract Performance**
14. **W-9 Form and Supplier Registration**
15. **Prohibition of the Expenditure of Public Funds for Offshore Services**
16. **Cost Summary Form**
17. **Preference Certification Form**

**REQUIREMENTS**:

1. **Cover Letter -** The cover letter must be in the form of a standard business letter and must be signed by an individual authorized to legally bind the Offeror. The cover letter will provide an executive summary of the solution the Offeror plans to provide. The letter must also have the following:

a. A statement regarding the Offeror's legal structure (e.g., an Ohio corporation), Federal tax identification number, and principal place of business.
b. A list of the people who prepared the Proposal, including their titles.
c. The name, phone number, fax number, e-mail address, and mailing address of a contact person who has authority to answer questions regarding the Proposal.
d. A list of all subcontractors, if any, that the Offeror will use on the Project if the Offeror is selected to do the Work.
e. For each proposed subcontractor, the Offeror must attach a letter from the subcontractor, signed by someone authorized to legally bind the subcontractor, with the following included in the letter:

    1) The subcontractor's legal status, tax identification number, and principal place of business address.
    2) The name, phone number, fax number, e-mail address, and mailing address of a person who is authorized to legally bind the subcontractor to contractual obligations.
    3) A description of the work the subcontractor will do.
    4) A commitment to do the work if the Offeror is selected.
    5) A statement that the subcontractor has read and understood the RFP and will comply with the requirements of the RFP.
    6) A statement that the Subcontractor will maintain any permits, licenses, and certifications required to perform work.

f. A statement that the Offeror's proposed solution for the Project meets all the requirements of this RFP.
g. A statement that the Offeror has not taken any exception to the Terms and Conditions.
h. A statement that the Offeror does not assume there will be an opportunity to negotiate any aspect of the proposal.
i. A statement indicating the Offeror will comply with all Federal and Ohio (Ohio Revised Code) Laws and Rules of the Ohio Administrative Code as those law and rules are currently enacted and promulgated, and as they may subsequently be amended and adopted.
j. A statement that the Contractor shall not substitute, at Project start-up, different personnel from those evaluated by the State except when a candidate's unavailability is no fault of the Contractor (e.g., Candidate is no longer employed by the Contractor, is deceased, etc.).
k. A statement that the Offeror is not now and will not become subject to an "unresolved" finding for recovery under Revised Code Section 9.24, prior to the award of a Contract arising out of this RFP, without notifying ODRC of such finding.
l. A statement that all the Offerors' personal and business associates are in compliance with Chapter 3517 of the Revised Code regarding limitations on political contributions and will remain in compliance for the duration of the Contract and with all applicable provisions that extend beyond the expiration of the Contract. Refer to the Political Contributions paragraph in Attachment Three, Part Seven of this RFP document.
m. All contractors from whom the State or any of its political subdivisions make purchases in excess of $2500.00 shall have a written affirmative action program for

the employment and effective utilization of economically disadvantaged persons, as referred to in division (E)(1) of section 122.71 of the Revised Code. Annually, each such contractor shall file a description of the affirmative action program and a progress report on its implementation with the Equal Employment Opportunity office of the Department of Rehabilitation and Correction. Provide a statement that the Offeror has been approved through this affirmative action program. Refer to the Affirmative Action paragraph in Attachment Two and to the Equal Employment Opportunity paragraph in Attachment Three, Part Seven of this RFP.

n. Registration with the Secretary of State. By the signature affixed to this Offer, the Offeror attests that the Offeror is:

1) An Ohio corporation that is properly registered with the Ohio Secretary of State; or

2) A foreign corporation, not incorporated under the laws of the State of Ohio, but is registered with the Ohio Secretary of State pursuant to Ohio Revised Code Sections 1703.01 to 1703.31, as applicable.

Any foreign corporation required to be licensed under Sections 1703.01 to 1703.31 of the Ohio Revised Code, which transacts business in the State of Ohio, without being so licensed, or when its license has expired or been canceled, shall forfeit not less than $250 nor more than ten thousand dollars. No officer of a foreign corporation shall transact business in the State of Ohio, if such corporation is required by Section 1703.01 to 1703.31 of the Revised Code to procure and maintain a license, but has not done so. Whoever violates this is guilty of a misdemeanor of the fourth degree.

Offeror attests that it is registered with the Ohio Secretary of State.

The Offeror's Charter Number is: ________________________.

Questions regarding registration should be directed to (614) 466-3910 or visit the Web site at:
http://www.sos.state.oh.us

All Offerors who seek to be considered for a contract award must submit a response that contains an affirmative statement using the language in paragraph(s) a. through n. above.

Responses to all Mandatory Requirements from Table 1 must be included in this section (Tab 1).

2. **Certification -** Each Proposal must include the following certification signed by the individual Offeror.

*(Insert Company name*) affirms they are the prime Offeror.

(*Insert Company name)* affirms it shall not and shall not allow others to perform work or take data outside the United States without express written authorization from ODRC.

(*Insert Company name*) affirms that all personnel provided for the Project, who are not United States citizens, will have executed a valid I-9 form and presented valid employment authorization documents.

(*Insert Company name*) affirms that any small business program participants will provide necessary data to ensure program reporting and compliance.

(*Insert Company name*) agrees that it is a separate and independent enterprise from the State of Ohio, the Agency, and the Department of Rehabilitation and Correction. (*Insert Company name*) has a full opportunity to find other business and has made an investment in its business. Moreover (*Insert Company name*) will retain sole and absolute discretion in the judgment of the manner and means of carrying out its obligations and activities under the Contract. This Contract is not to be construed as creating any joint employment relationship between (*Insert Company name*) or any of the personnel provided by (*Insert Company name*), the Agency, or the Department of Rehabilitation and Correction.

(*Insert Company name*) affirms that the individuals supplied under the Contract are either: (1) employees of (*Insert Company name*) with (*Insert Company name*) withholding all appropriate taxes, deductions, or contributions required under law; or (2) independent contractors to (*Insert Company name*).

*If the Offeror's personnel are independent Contractors to the Offeror, the certification must also contain the following sentence:*

(*Insert Company name*) affirms that it has obtained a written acknowledgement from its independent Contractors that they are separate and independent enterprises from the State of Ohio and the Department of Rehabilitation and Correction and the Agency for all purposes including the application of the Fair Labor Standards Act, Social Security Act, Federal Unemployment Tax Act, Federal Insurance Contributions Act, the provisions of the Internal Revenue Code, Ohio tax law, worker's compensation law and unemployment insurance law.

*If the Offeror qualifies as a Veteran Friendly Business Enterprise as defined by ORC 9.318 and OAC 123:5-1-01 (KK), the certification must also contain the following sentence:*

(*Insert Company name*) affirms that they are certified as a Veteran Friendly Business Enterprise as defined by Ohio Revised Code 9.318 and Ohio Administrative Code 123:5-1-01(KK).

3. **Offeror Profile and Prior Projects -** Each Proposal must include a profile of the Offeror's capability, capacity, and relevant experience working on projects similar to this Work. The profile must also include the Offeror's legal name; address; telephone

number; fax number; e-mail address; home office location; date established; ownership (such as public firm, partnership, or subsidiary); firm leadership (such as corporate officers or partners); number of employees; number of employees engaged in tasks directly related to the Work; and any other background information that will help the State gauge the ability of the Offeror to fulfill the obligations of the Contract. The financial stability of the company should also be described and is considered a necessary component of this portion of the Proposal's response. This RFP includes Offeror Profile Summary Form as Attachment Five A which must be completed for the Offeror. The Offeror must use this form and fill it out completely to provide the Offeror requirement information.

The Offeror shall also provide information on the firm's background as well as evidence that it has in place the personnel, internal procedures, and any other resources required under the terms of the Contract to ensure successful performance and contract compliance. Offerors must describe current operational capacity of the organization and the Offeror's ability to absorb the additional workload resulting from this Project. Failure to recreate the form accurately to include all fields may lead to the rejection of the Offeror's Proposal.

The Offeror may document previous experience and expertise. (Please see attachment Five B, C, and D)

4. **<u>Offeror References -</u> The** Offeror must include a minimum of three (3) references for organizations and/or clients for whom the Offeror has successfully provided services on projects that were similar in their nature, size, and scope to the Work. These references must relate to work that was completed within the past five (5) years. This RFP includes an Offeror Reference Form as Attachment Six. Failure to recreate the form accurately may lead to the rejection of the Offeror's Proposal.

   The State does not assume that since the experience requirement is provided at the top of the page that all descriptions on that page relate to that requirement. Offerors must reiterate the experience being described, including the capacity in which the experience was performed and the role of the Offeror on the Project. It is the Offeror's responsibility to customize the description to clearly substantiate the qualification. Previous experience must include the conduct, management, and coordination of projects. Incumbents must ensure specifics are addressed. Evaluations will not be based on intrinsic knowledge of evaluation committee members.

   The description of the related service shows the Offeror's experience, capability, and capacity to develop this Project's deliverables and/or to achieve this Project's milestones. Details such as the size of the contracting organizations, duration of involvement, level of responsibility, significant accomplishments, as well as a thorough description of the nature of the experience will be required for appropriate evaluation by the committee.

a. Contact Information. The contact, name, title, phone number, e-mail address, company name, and mailing address must be completely filled out. If the primary contact cannot be reached, the same information must be included for an alternate contact in lieu of the primary contact. Failure to provide requested contact information may result in the State not including the reference in the evaluation process.
b. Project Name. The name of the project where the mandatory experience was obtained and/or service was provided.
c. Dates of Experience. Must be completed to show the length of time the Offeror performed the experience being described, not the length of time the Offeror was engaged for the reference. The Offeror must complete these dates with a beginning month and year and an ending month and year.
d. Description of the Related Service Provided. The State does not assume that since the experience requirement is provided at the top of the page that all descriptions on that page relate to that requirement. Offerors must reiterate the experience being described, including the capacity in which the experience was performed and the role of the Offeror on the Project. It is the Offeror's responsibility to customize the description to clearly substantiate the qualification.
e. Description of how the related service shows the Offeror's experience, capability and capacity to develop this Project's deliverables and/or to achieve this Project's milestones.
f. The Offeror's project experience must be listed separately and completely every time it is referenced, regardless of whether it is on the same or different pages of the form.

When contacted, each reference must be willing to discuss the Offeror's previous performance on projects that were similar in their nature, size, and scope to the Work.

5. **Staffing Plan -** The Offeror must provide a staffing plan that identifies all key personnel required to facilitate the Project and their responsibilities on the Project. The State is seeking a staffing plan that matches the proposed Project personnel and qualifications to the activities and tasks that will be completed on the Project. In addition, the plan must have the following information:

   a. A matrix matching each key team member to the staffing requirements in this RFP.
   b. A contingency plan that shows the ability to add more staff if needed to ensure meeting the Project's due date(s).
   c. A discussion of the Offeror's ability to provide qualified replacement personnel.
   d. The Offeror must submit a statement and chart that clearly indicate the time commitment of the proposed work team, including the Project Manager, to the Project and any other, non-related work during the term of the Contract. The Offeror must also include a statement indicating to what extent, if any, the Project Manager may be used on other projects during the term of the Contract. The evaluation committee may reject any Proposal that commits the proposed Project Manager to other work during the term of the Contract if the evaluation committee believes that doing so will be detrimental to the Offeror's performance.

6. **Personnel Profile Summary -** This RFP includes Offeror Candidate Forms as Attachments Seven A, B and C. The Offeror must use these forms and fill them out completely for each key candidate referenced. The forms may be recreated electronically, but all fields and formats must be retained. Failure to recreate the forms accurately may lead to the rejection of the Offeror's Proposal.

   All candidate requirements must be provided using the Offeror Candidate Forms (See Attachments Seven A, B and C.) The various sections of the form are described below:

   a. Candidate References. (Refer to Attachment Seven A)

   For each reference the following information must be provided:

      i. Candidate's Name.

      ii. Contact Information. The contact's name, title, phone number, e-mail address, company name, and mailing address must be completely filled out. If the primary contact can not be reached, the same information must be included for an alternate contact in lieu of the primary contact. Failure to provide requested contact information may result in the State not including the reference experience in the evaluation process.

      iii. Dates of Experience. Must be completed to show the length of time the candidate performed the technical experience being described, not the length of time the candidate worked for the company. The Offeror must complete these dates with a beginning month and year and an ending month and year.

      iv. Description of the Related Service Provided. The State does not assume that since the technical requirement is provided at the top of the page that all descriptions on that page relate to that requirement. Contractors must reiterate the technical experience being described, including the capacity in which the experience was performed and the role of the candidate in the reference project as it relates to this RFP Project. It is the Contractors' responsibility to customize the description to clearly substantiate the candidate's qualification.

   b. Education and Training. This section must be completed to list the education and training of the proposed candidates and will demonstrate, in detail, the proposed candidate's ability to properly execute the Contract based on the relevance of the education and training to the requirements of the RFP. Must include copies of any pertinent licenses and or certificates. (Refer to Attachment Seven B.)

   c. Required Experience and Qualifications. This section must be completed to show how the candidate meets the required experience requirements. If any candidate does not meet the required requirements for the position the candidate has been

proposed to fill, the Offeror's Proposal may be rejected as non-responsive. (Refer to Attachment Seven C.)

The candidate's project experience must be listed separately and completely every time it is referenced, regardless of whether it is on the same or different pages of the form.

One of the criteria on which the State may base the award of the Contract is the quality of the Offeror's Work Team.
Switching personnel after the award will not be accepted without due consideration. The Offeror must propose a Work Team that collectively meets all the requirements in this RFP. Additionally, each team member may have mandatory requirements listed in this RFP that the team member must individually meet. All candidates proposed must meet the technical experience for the candidate's position and be named.

7. **<u>Work Plan -</u> Offeror** must fully describe its current capacity, approach, methods, and specific work steps for doing the Work on this Project. The State encourages responses that demonstrate a thorough understanding of the nature of the Project and what the Contractor must do to complete the Project satisfactorily. To t -is end, the Offeror must submit for this section of the Proposal the Project plan that will be used to create a consistent, coherent management plan of action that will be used to guide the Project. The Project plan should include detail sufficient to give the State an understanding of the Offeror's knowledge and approach, including Gantt charts documenting the successful completion of all of the deliverables to complete the Project.

   The Work Plan must demonstrate an understanding of the requirements of the project as described in Attachment One Part One Work Requirements. Describe the methodologies, processes and procedures it will utilize in the implementation and production of the Scope of Work. Provide a comprehensive Work Plan that gives ample description and detail as to how it proposes to accomplish this project and what resources are necessary to meet the deliverables.

   The State seeks insightful responses that describe proven state-of-the-art methods. Recommended solutions should demonstrate that the Offeror would be prepared to immediately undertake and successfully complete the required tasks. The Offeror's Work Plan should clearly and specifically identify key personnel assignments. (NOTE: The staffing plan should be consistent with the Work plans).

   Additionally, the Offeror should address potential problem areas, recommended solutions to the problem areas, and any assumptions used in developing those solutions.

8. **<u>Support Requirements -</u>** The Offeror must describe the support it wants from the State other than what the State has offered in this RFP. Specifically, the Offeror should address the following:

   a. Nature and extent of State support required in terms of staff roles, percentage of time available, etc.

b. Assistance from State staff and the experience/qualification level required; and
c. Other support requirements.

The State may not be able or willing to provide the additional support the Offeror lists in this part of its Proposal. The Offeror must therefore indicate whether its request for additional support is a requirement for its performance. If any part of the list is a requirement, the State may reject the Offeror's Proposal if the State is unwilling or unable to meet the requirements.

9. **Conflict of Interest Statement -** Each Proposal must include a statement indicating whether the Offeror or any people that may work on the Project through the Offeror have a possible conflict of interest (e.g., employed by the State of Ohio, etc.) and, if so, the nature of that conflict. The State has the right to reject a Proposal in which a conflict is disclosed or cancel the Contract if any interest is later discovered that could give the appearance of a conflict.

10. **Assumptions -** The Offeror must provide a comprehensive listing of any and all of the assumptions that were made in preparing the proposal. If any assumption is unacceptable to the State, it may be cause for rejection of the Proposal. No assumptions shall be included regarding negotiation, terms and conditions, and requirements.

11. **Proof of Insurance -** In this section, the Offeror must provide the certificate of insurance required by the General Terms & Conditions, Attachment Three, Part Two. The policy may be written on an occurrence or claims made basis.

12. **Payment Address -** The Offeror must provide the address to which payments to the Offeror will be sent.

13. **Contract Performance -** The Offeror must complete Attachment Eight, Offeror Performance Form.

14. **W-9 Form and Supplier Registration -** The Offeror must complete Federal Form W-9, Request for Taxpayer Identification Number and Certification form. At least one (1) original (signed in blue ink) must be submitted in the "original" copy of the Proposal. All other copies of the Proposal may contain duplicates of this form. -If a subsidiary company is involved, -Offerors must have an original W-9 for both the parent and subsidiary companies. In addition, the Offeror must be registered as a supplier with the State through the Supplier Portal. Registration can be completed or confirmed at: https://supplier.ohio.gov

15. **Offshore Services -** The Contractor must complete the Contractor/Subcontractor Affirmation and Disclosure form affirming the Contractor understands and will meet the requirements of the above prohibition. During the performance of this Contract, the Contractor must not change the location(s) disclosed on the Affirmation and Disclosure Form, unless a duly signed waiver from the State has been attained to perform the services outside the United States.

16. **Cost Summary Form -** The Cost Summary Form (Attachment Nine) must be submitted with the Offeror's Proposal. The Offeror's total cost for the entire Project must be represented as a not-to-exceed fiscal year cost. Offerors shall provide a comprehensive cost analysis; this cost must include all ancillary costs. All costs for furnishing the services must be included in the Cost Proposals as requested. No mention of or reference to the Cost Proposals may be made in responses to the general, technical, performance, or support requirements of this RFP.

    All prices, costs, and conditions outlined in the proposal shall remain fixed and valid for acceptance for 120 days, starting on the due date for proposals. The awarded contractor must hold the accepted prices and/or costs for the initial term of the contract. No price change shall be effective without prior written consent from ODRC.

    NOTE: Offerors should ensure Cost Proposals are submitted separately from the Technical Proposals, as indicated the Proposal Submittal paragraph of this RFP (see Part Three). This information should not be included in the Technical Proposal. The State shall not be liable for any costs the Offeror does not identify in its Proposal.

    All prices, costs, and conditions outlined in the proposal shall remain fixed and valid for acceptance for 120 days, starting on the due date for proposals. The awarded contractor must hold the accepted prices and/or costs for the initial term of the contract. No price change shall be effective without prior written consent from ODRC.

    NOTE: Offeror's should ensure Cost Proposals are submitted separately from the Technical Proposals, as indicated the Proposal Submittal paragraph of this RFP (see Part Three). This information should not be included in the Technical Proposal. The State shall not be liable for any costs the Offeror does not identify in its Proposal.

17. **Preference Certification Form**. Offerors claiming preference for Domestic Source End Products, the Ohio (Buy Ohio) preference, must complete the Preference Certification Form. The current version of the Preference Certification Form is available at: https://dam.assets.ohio.gov/image/upload/procure.ohio.gov/pdf/StateLocalAgencies/Resources_Forms/Preference%20Certification%20Statements%207.23.pdf

## ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS PART ONE: PERFORMANCE AND PAYMENT

### STATEMENT OF WORK

The RFP and the Offeror's Proposal (collectively referred to as the "RFP") are a part of this Contract and describe the Work (the "Project") the Contractor will do and any materials the Contractor will deliver (the "Deliverables") under this Contract. The Contractor will do the Project in a professional, timely, and efficient manner and will provide the Deliverables in a proper fashion. The Contractor will also furnish its own support staff necessary for the satisfactory performance of the Project.

The Contractor will consult with the appropriate State representatives and others necessary to ensure a thorough understanding of the Project and satisfactory performance. The State may give instructions to or make requests of the Contractor relating to the Project. The Contractor will comply with those instructions and fulfill those requests in a timely and professional manner. Those instructions and requests will be for the sole purpose of ensuring satisfactory completion of the Project and will not amend or alter the scope of the Project.

TERM**.** Unless this Contract is terminated, or expires without renewal, it will remain in effect until the Project is completed to the satisfaction of the State and the Contractor is paid. The current General Assembly cannot commit a future General Assembly to an expenditure. Therefore, this Contract will automatically expire at the end of each biennium. The State, however, may renew this Contract in the next biennium by issuing written notice to the Contractor of the decision to do so. This expiration and renewal procedure will also apply to the end of any subsequent biennium during which the Project continues. Termination or expiration of this Contract will not limit the Contractor’s continuing obligations with respect to Deliverables that the State paid for before termination or limit the State’s rights in such.

It is understood that the State’s funds are contingent upon the availability of lawful appropriations by the Ohio General Assembly. If the General Assembly fails at any time to continue funding for the payments and other obligations due as part of this Contract, the State’s obligations under this Contract are terminated as of the date that the funding expires without further obligation of the State.

The Project has a completion date that is identified in the RFP. The RFP may also have several dates for delivery of Deliverables or reaching certain milestones in the Project. The Contractor must make those deliveries, meet those milestones, and complete the Project within the times the RFP and the mutually agreed to Work Plan requires. If the Contractor does not meet those dates, the Contractor will be in default, and the State may terminate this Contract under the termination provision contained below. The State may also have certain obligations to meet. Those obligations, if any, are also listed in the RFP. If the State agrees that the Contractor’s failure to meet the delivery, milestone, or completion dates in the RFP is due to the State’s failure to meet its own obligations in a timely fashion, then the

Contractor will not be in default, and the delivery, milestone, and completion dates affected by the State's failure to perform will be extended by the same amount of time as the State's delay. The Contractor may not rely on this provision unless the Contractor has in good faith exerted all professional management skill to avoid an extension and has given the State meaningful written notice of the State's failure to meet its obligations within five (5) business days of the Contractor's realization that the State's delay will impact the Project. The notice to the State must be directed at making the State aware of its delay and the impact of its delay. It must be sent to the Agency Project Representative and the State Procurement Representative. Remedies resulting from the State's delay will be at the State's discretion.

The State seeks a complete Project. Any incidental items omitted in the RFP will be provided as part of the Contractor's not to-exceed fixed price. The Contractor must fully identify, describe, and document all systems that are delivered as a part of the Project. All hardware, software, supplies, and other required components (such as documentation, conversion, training, and maintenance) for the Project to be complete and useful to the State are included in the Project and the not-to-exceed fixed price.

**ECONOMIC PRICE ADJUSTMENT**

The Contract prices(s) will remain firm throughout the initial term of the Contract. Thereafter, prior to Contract renewal, the Contractor may submit a request to adjust their price(s) to be effective on the effective date of the Contract's renewal. No price adjustment will be permitted prior to the effective date; on purchase orders that are already being processed; or on purchase orders that have been filled.

Price increases must be supported by a general price increase in the cost of the materials/services rendered due to documented increases in the cost of related materials/services. Detailed documentation, to include a comparison list of the Contract items and proposed price adjustments must be submitted to support the requested adjustment. Supportive documentation should include, but is not limited to: copies of the old and the current price lists or similar documents which indicate the original base cost of the product to the Contractor and the corresponding adjustment, and/or copies of correspondence sent by the Contractor's supplier on the supplier's letterhead, which contain the above price information and explains the source of the adjusted costs in such areas as raw materials, freight, fuel or labor, etc.

Should there be a decrease in the cost of the finished product due to a general decline in the market or some other factor, the Contractor is responsible to notify ODRC immediately. The price decrease adjustment will be incorporated into the Contract and will be effective on all purchase orders issued after the effective date of the decrease. If the price decrease is a temporary decrease, such should be noted on the invoice. In the event that the temporary decrease is revoked, the Contract pricing will be returned to the pricing in effect prior to the temporary decrease. Failure to comply with this provision will be considered as a default and will be subject to the Suspension and Termination section contained herein.

**COMPENSATION**

In consideration of the Contractor's promises and satisfactory performance, the State will pay the Contractor the amount(s) identified in the RFP (the "Fee"), plus any other expenses identified as reimbursable in the RFP. In no event will payments under this Contract exceed the "not-to-exceed" amount in the RFP without the prior, written approval of the State and, when required, the Ohio Controlling Board and any other source of funding. The Contractor's right to the Fee is contingent on the complete and satisfactory performance of the Project or, in the case of milestone payments or periodic payments of an hourly, daily, weekly, monthly, or annual rate, all relevant parts of the Project tied to the applicable milestone or period. Payment of the Fee is also contingent on the Contractor delivering a proper invoice and any other documents required by the RFP.

An invoice must comply with the State's then-current policies regarding invoices and their submission. The State will notify the Contractor in writing within fifteen (15) business days after it receives a defective invoice of any defect and provide the information necessary to correct the defect.

The Contractor will send all invoices under this Contract to the "bill to" address in the RFP or in the applicable purchase order. The Contractor should submit proper invoices within 30 days of the provision of goods or services

The State will pay the Contractor interest on any late payment as provided in Section 126.30 of the Ohio Revised Code (the "Revised Code"). If the State disputes a payment for anything covered by an invoice, within 15 business days after receipt of that invoice, the State will notify the Contractor, in writing, stating the grounds for the dispute. The State may then deduct the disputed amount from its payment as a non-exclusive remedy. If, in the opinion of the State, a material breach has occurred by the Contractor, the State retains the right to withhold payment from the Contractor. Both parties agree that an attempt at resolution of any claims or material breach or disputes will first be made jointly by the Contractor Project Manager, the Contractor Project Principal, the Agency Project Representative and the State Procurement Administrator. If, within 30 calendar days following the above notification, the claim or dispute has not been resolved, only then will it be submitted to nonbinding mediation (pursuant to the rules as stipulated by the American Arbitration Association). A claim or dispute must be submitted to non-binding mediation prior to the initiation of any formal legal process. The State will consult with the Contractor as early as reasonably possible about the nature of the claim or dispute and the amount of payment affected. When the Contractor has resolved the matter to the State's satisfaction, the State will pay the disputed amount within 30 business days after the matter is resolved. No payments are required to be made by the State until the matter is resolved.

If the State has already paid the Contractor on an invoice but later disputes the amount covered by the invoice, and if the Contractor fails to correct the problem within 30 calendar days after written notice, the Contractor will reimburse the State for that amount at the end of the 30 calendar days as a non-exclusive remedy for the State. On written request from the Contractor, the State will provide reasonable assistance in determining the nature of the

problem by giving the Contractor reasonable access to the State's facilities and any information the State has regarding the problem.

**REIMBURSABLE EXPENSES**

The State will pay all reimbursable expenses identified in the RFP, if any, in accordance with the terms in the RFP and, where applicable, Section 126.31 of the Revised Code. The Contractor will assume all expenses that it incurs in the performance of this Contract that are not identified as reimbursable in the RFP.

In making any reimbursable expenditure, the Contractor will always comply with the more restrictive of its own, then-current internal policies for making such expenditures or with the State's then-current policies. All reimbursable travel will require the advance written approval of the State's Agency Project Representative. All reimbursable expenses will be billed monthly and paid by the State within 30 business days of receiving the Contractor's invoice.

**CERTIFICATION OF FUNDS**

None of the rights, duties, or obligations in this Contract will be binding on the State, and the Contractor will not begin its performance, until all the following conditions have been met:

1. All statutory provisions under ORC Section 126.07 have been met.
2. All necessary funds are made available by the appropriate state agencies.
3. If required, approval of this Contract is given by the Controlling Board of Ohio.

If the State is relying on Federal or third-party funds for this Contract, the State gives the Contractor written notice that such funds have been made available.

**EMPLOYMENT TAXES**

Each party will be solely responsible for reporting, withholding, and paying all employment related taxes, payments, and withholdings for its own personnel, including, but not limited to, Federal, state and local income taxes, social security, unemployment or disability deductions, withholdings, and payments (together with any interest and penalties not disputed with the appropriate taxing authority). All people the Contractor provides to the State under this Contract will be deemed employees of the Contractor for purposes of withholdings, taxes, and other deductions or contributions required under the law.

**SALES, USE, EXCISE, AND PROPERTY TAXES**

The State is exempt from any sales, use, excise, and property tax. To the extent sales, use, excise, or any similar tax is imposed on the Contractor in connection with the Project, such will be the sole and exclusive responsibility of the Contractor. The Contractor will pay such taxes, together with any interest and penalties not disputed with the appropriate taxing authority, whether they are imposed at the time the services are rendered or at a later time.

**NOTICE ON THE USE OF SOCIAL SECURITY NUMBERS AS FEDERAL TAX IDENTIFICATION NUMBERS**

ODRC requires suppliers and contractors wishing to do business with the State to provide their Federal Taxpayer Identification Number to the Department. The Department does this so that it can perform statutorily required "responsibility" analyses on those suppliers and contractors doing business with the State and, under limited circumstances, for tax reporting purposes. If you are a supplier or contractor using your Social Security Number as your Federal Taxpayer Identification Number, please be aware that the information you submit is a public record, and the Department may be compelled by Ohio law to release Federal Taxpayer Identification Numbers as a public record. If you do not want to have your Social Security Number potentially disclosed as a Federal Taxpayer Identification Number, the Department encourages you to use a separate Employer Identification Number (EIN) obtained from the United States Internal Revenue Service's to serve as your Federal Taxpayer Identification Number.

**ELECTRONIC COMMERCE PROGRAM**

The State of Ohio is an active participant in E-Commerce to include Electronic Data Interchange (EDI). This program will benefit both the State and the Contractor by reducing time delays in receiving invoices and making payments that are associated with the existing manual processes. The contractor is encouraged to move toward compliance with electronic commerce technologies as this will be the preferred method of doing business with the State of Ohio. Information regarding E-Commerce is available on the Office of Budget and Management's website at https://budget.ohio.gov/StateAccounting/edi/default.aspx for additional information regarding E-Commerce.

**ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS.**
**PART TWO: WORK & CONTRACT ADMINISTRATION**

**RELATED CONTRACTS**

The Contractor warrants that the Contractor has not and will not enter into any contracts without written approval of the State to perform substantially identical services for the State such that the Project duplicates the work done or to be done under the other contracts.

**PROHIBITION OF THE EXPENDITURE OF PUBLIC FUNDS FOR OFFSHORE SERVICES**

No State Cabinet, Agency, Board or Commission will enter into any contract to purchase services provided outside the United States or that allows State data to be sent, taken, accessed, tested, maintained, backed up, stored, or made available remotely outside (located) of the United States. Notwithstanding any other terms of this Contract, the State reserves the right to recover any funds paid for services the Contractor performs outside of

the United States for which it did not receive a waiver. The State does not waive any other rights and remedies provided the State in the Contract.

The Contractor must complete the Contractor/Subcontractor Affirmation and Disclosure form affirming the Contractor understands and will meet the requirements of the above prohibition. During the performance of this Contract, the Contractor must not change the location(s) disclosed on the Affirmation and Disclosure Form, unless a duly signed waiver from the State has been attained to perform the services outside the United States.

## SUBCONTRACTING

The Contractor may not enter into subcontracts for the Work after award without written approval from the State. The Contractor will not need the State's written approval to subcontract for the purchase of commercial goods that are required for satisfactory completion of the Work. All subcontracts will be at the sole expense of the Contractor unless expressly stated otherwise in the RFP.

The State's approval of the use of subcontractors does not mean that the State will pay for them. The Contractor will be solely responsible for payment of its subcontractor and any claims of subcontractors for any failure of the Contractor or any of its other subcontractors to meet the performance schedule or performance specifications for the Project in a timely and professional manner. The Contractor will hold the State harmless for and will indemnify the State against any such claims.

The Contractor will assume responsibility for all Deliverables whether it, a subcontractor, or third-party manufacturer produces them in whole or in part. Further, the State will consider the Contractor to be the sole point of contact with regard to contractual matters, including payment of all charges resulting from the Contract. The Contractor will be fully responsible for any default by a subcontractor, just as if the Contractor itself had defaulted.

If the Contractor uses any subcontractors, each subcontractor must have a written agreement with the Contractor. That written agreement must incorporate this Contract by reference. The agreement must also pass through to the subcontractor all provisions of this Contract that would be fully effective only if they bind both the subcontractor and the Contractor. Among such provisions are the limitations on the Contractor's remedies, the insurance requirements, record keeping obligations, and audit rights. Some sections of this Contract may limit the need to pass through their requirements to subcontracts to avoid placing cumbersome obligations on minor subcontractors. This exception is applicable only to sections that expressly provide exclusions for small-dollar subcontracts. Should the Contractor fail to pass through any provisions of this Contract to one of its subcontractors and the failure damages the State in any way, the Contractor will indemnify the State for the damage.

## RECORD KEEPING

The Contractor will keep all financial records in accordance with generally accepted accounting procedures consistently applied. The Contractor will file documentation to

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

support each action under this Contract in a manner allowing it to be readily located. The Contractor will keep all Project-related records and documents at its principal place of business or at its office where the work was performed.

The Contractor will keep a separate account for the Project (the "Project Account"). All payments made from the Project Account will be only for obligations incurred in the performance of this Contract and will be supported by contracts, invoices, vouchers, and any other data needed to audit and verify the payments. All payments from the Project Account will be for obligations incurred only after the effective date of this Contract unless the State has given specific written authorization for making prior payments from the Project Account.

**AUDITS**

During the term of this Contract and for three (3) years after the payment of the Contractor's Fee, on reasonable notice and during customary business hours, the State may audit the Contractor's records and other materials that relate to the Project. This audit right will also apply to the State's duly authorized representatives and any person or organization providing financial support for the Project.

Unless it is impracticable to do so, all records related to this Contract must be kept in a single location, either at the Contractor's principal place of business or its place of business where the work was done. If this is not practical, the Contractor will assume the cost of collecting, organizing, and relocating the records and any technology needed to access the records to the Contractor's office nearest Columbus whenever the State or anyone else with audit rights requests access to the Contractor's Project records. The Contractor will do so with all due speed, not to exceed five (5) business days.

If any audit reveals any material deviation from the Project's specifications, any misrepresentation, or any overcharge to the State, the State will be entitled to recover damages, as well as the cost of the audit.

For each subcontract in excess of $25,000, the Contractor will require its subcontractors to agree to the requirements of this section and of the record-keeping section. Subcontracts with smaller amounts involved need not meet this requirement. The Contractor may not artificially break up contracts with its subcontractors to take advantage of this exclusion.

**INSURANCE**

Until all obligations under this Agreement or any Order are satisfied, and without limiting Contractor's indemnification obligations under Indemnity, Contractor shall provide and maintain the insurance policies set forth below. All commercial insurance required shall be provided by insurers with a rating of not less than A-VII from AM Best or a comparable rating agency. Contractor shall also cause each of its Subcontractors to comply with all requirements in this Section.

Coverage shall be at least as broad as:

1. Commercial General Liability (CGL): written on an "occurrence" basis, including products and completed operations, property damage, bodily injury and personal & advertising injury with limits no less than $1,000,000 per occurrence. If a general aggregate limit applies, either the general aggregate limit shall apply separately to this project/location or the general aggregate limit shall be twice the required occurrence limit. Defense costs shall be outside the policy limits.

2. Automobile Liability insurance covering, Code 1 (any auto), or if Contractor has no owned autos, Code 8 (hired) and 9 (non-owned), with a limit no less than $1,000,000 per accident for bodily injury and property damage.

3. Workers' Compensation insurance as required by the State of Ohio, or the state in which the work will be performed, with Statutory Limits, and Employer's Liability Insurance with a limit of no less than $1,000,000 per accident for bodily injury or disease. If Contractor is a sole proprietor, partnership or has no statutory requirement for workers' compensation, Contractor must provide a letter stating that it is exempt and agreeing to hold State of Ohio harmless from loss or liability for such.

The Insurance obligations under this agreement shall be the minimum Insurance coverage requirements and/or limits shown in this agreement. Any insurance proceeds in excess of or broader than the minimum required coverage and/or minimum required limits, which are applicable to a given loss, shall be available to the State of Ohio. No representation is made that the minimum Insurance requirements of this agreement are sufficient to cover the obligations of the Contractor under this agreement.

The insurance policies are to contain, or be endorsed to contain, the following provisions:

<u>Additional Insured Status</u>
Except for Workers' Compensation and Professional Liability insurance, the State of Ohio, its officers, officials and employees are to be covered as additional insureds with respect to liability arising out of work or operations performed by or on behalf of the Contractor including materials, parts, or equipment furnished in connection with such work or operations. Coverage can be provided in the form of an endorsement to the Contractor's insurance.

<u>Primary Coverage</u>
For any claims related to this contract, the Contractor's insurance coverage shall be primary insurance. Any insurance or self-insurance maintained by the State of Ohio, its officers, officials and employees shall be excess of the Contractor's insurance and shall not contribute with it.

<u>Umbrella or Excess Insurance Policies</u>
Umbrella or excess commercial liability policies may be used in combination with primary policies to satisfy the limit requirements above. Such Umbrella or excess commercial liability policies shall apply without any gaps in the limits of coverage and be at least as broad as and follow the form of the underlying primary coverage required above.

Notice of Cancellation

Contractor shall provide State of Ohio with 30 days' written notice of cancellation or material change to any insurance policy required above, except for non-payment cancellation. Material change shall be defined as any change to the insurance limits, terms or conditions that would limit or alter the State's available recovery under any of the policies required above. A lapse in any required insurance coverage during this Agreement shall be a breach of this Agreement.

Waiver of Subrogation

Contractor hereby grants to State of Ohio a waiver of any right to subrogation which any insurer of said Contractor may acquire against the State of Ohio by virtue of the payment of any loss under such insurance. Contractor agrees to obtain any endorsement that may be necessary to affect this waiver of subrogation, but this provision applies regardless of whether or not the State of Ohio has received a waiver of subrogation endorsement from the insurer.

Deductibles and Self-Insured Retentions

Deductibles and self-insured retentions must be declared to and approved by the State. The State may require the Contractor to provide proof of ability to pay losses and related investigations, claims administration and defense expenses within the retention. The policy language shall provide, or be endorsed to provide, that the deductible or self-insured retention may be satisfied by either the named insured or the State.

Claims Made Policies

If any of the required policies provide coverage on a claims-made basis:

1. The Retroactive Date must be shown and must be before the date of the contract or the beginning of contract work.

2. Insurance must be maintained, and evidence of insurance must be provided for at least five (5) years after completion of the contract of work.

3. If coverage is canceled or non-renewed and not replaced with another claims-made policy form with a Retroactive Date prior to the contract effective date, the Contractor must purchase "extended reporting" coverage for a minimum of five (5) years after completion of contract work. The Discovery Period must be active during the Extended Reporting Period.

Verification of Coverage

Contractor shall furnish the State of Ohio with original certificates and amendatory endorsements, or copies of the applicable policy language effecting coverage required by this clause. All certificates and endorsements are to be received and approved by the State of Ohio before work commences. However, failure to obtain the required documents prior to the work beginning shall not waive the Contractor's obligation to provide them. The State of Ohio reserves the right to require complete, certified copies of all required insurance policies, including endorsements required by these specifications, at any time.

Special Risks or Circumstances
State of Ohio reserves the right to modify these requirements, including limits, based on the nature of the risk, prior experience, insurer, coverage, or other special circumstances.

**STATE PERSONNEL**

During the term of this Contract and for one (1) year after completion of the Project, the Contractor will not hire or otherwise contract for the services of any state employee involved with the Project.

**REPLACEMENT PERSONNEL**

If the Offeror's Proposal contains the names of specific people who will work on the Project, then the quality and professional credentials of those people were material factors in the State's decision to enter into this Contract. Therefore, the Contractor will use all commercially reasonable efforts to ensure the continued availability of those people. Also, the Contractor will not remove those people from the Project without the prior, written consent of the State except as provided below.

The Contractor may remove a person listed in its Proposal from the Project if doing so is necessary for legal or disciplinary reasons. The Contractor must make a reasonable effort to give the State 30 calendar days' prior, written notice of the removal.

The Contractor must have qualified replacement candidate available to replace any people listed by name in its Proposal. When the removal of a listed person is permitted under this Section, or if a person becomes unavailable, the Contractor will submit the resumes for at least two (2) replacement candidates for each non-executive-level person removed or who otherwise becomes unavailable, and at least one (1) resume for each executive- level person removed or who otherwise becomes unavailable. The Contractor will submit the resumes, along with such other information as the State may reasonably request, within five (5) business days after the decision to remove a person is made or the unavailability of a listed person becomes known to the Contractor.

The State will review and approve or reject the proposed replacement candidates within ten business days after the Contractor has submitted the proposed replacement candidates to the State. The State may reject the proposed replacements for any legal reason(s). Should the State reject all replacement candidates due to their failure to meet the minimum qualifications identified in the RFP, or should the Contractor fail to provide the notice required under this Section or fail to provide the specified number of qualified replacement candidates for each removed or unavailable person, the Contractor will be in default and the cure period for default specified elsewhere in this Contract will not apply. In the event of such a default, the State will have the right to terminate this Contract and to have the damages specified elsewhere in this Contract for termination due to default.

The State may determine that proposed replacement candidates meet the minimum qualifications of this Contract and still substantially reduce the value the State perceived it

would receive through the work of the original individual(s) the Contractor proposed and on whose credentials the State decided to enter into this Contract. Therefore, the State will have the right to reject any candidate that the State determines will provide it with diminished value.

Should the State reject both proposed candidates for any legal reason other than their failure to meet the minimum qualifications identified in the RFP, then such rejection may be deemed a termination for convenience.

The Contractor may request, entirely at the discretion of the State, to waive the requirement to provide multiple replacement candidates for listed positions. This request must be made in writing within five (5) business days after the decision to remove a person is made or the unavailability of a listed person becomes known to the Contractor. The Contractor must provide the resume of the proposed replacement candidate so the state may evaluate whether the person meets the minimum qualifications of this Contract.

The State has an interest in providing a healthy and safe environment for its employees and guests at its facilities. The State also has an interest in ensuring, and right to ensure, that its operations are carried out in an efficient, professional, legal, and secure manner. The State, therefore, will have the right to require the Contractor to remove any individual working on the Project if the State determines that any such individual has or may interfere with the State's interests identified above. In such a case, the request for removal will be treated as a case in which an individual providing services under this Contract has become unavailable, and the Contractor will follow the procedures identified above for replacing unavailable people. This provision applies to people engaged by the Contractor's subcontractors if they are listed as key people in the Proposal.

## CONTRACT NON-COMPLIANCE

A primary goal of the Agency is to assure that the program receives high quality services from the Contractor. To this end, the Agency will work in partnership with the Contractor(s) to meet this goal. The partnership is defined by the Contract, and it is important that communication between the Contractor and state agencies be open and supportive. Should contract non-compliance be an issue, the Agency shall make every effort to resolve the problem.

1. Non-Compliance Issues. Contractor non-compliance with the specifications and terms and conditions outlined in the Contract may result in the imposition of remedies as explained below in paragraph 2.

   The Agency must be promptly notified of any procedural changes outside the technical requirements listed herein.

2. Resolution for Contract Non-Compliance. The Agency will be responsible for monitoring the Contractor's performance and compliance with the terms, conditions, and specifications of the contract.

a. For any infractions not immediately remedied by the Contractor, the Agency will notify the Contractor through a Complaint to Supplier (CTV) to help resolve the infraction.

b. ODRC will impose upon the Contractor remedies for non-compliance regarding contract specifications and terms and conditions. Remedies imposed will be in proportion with the severity of the non-compliance and may be progressive in nature.

**SUSPENSION AND TERMINATION**

The State may terminate this Contract if the Contractor defaults in meeting its obligations under this Contract and fails to cure its default within the time allowed by this Contract, or if a petition in bankruptcy (or similar proceeding) has been filed by or against the Contractor. The State may also terminate this Contract if the Contractor violates any law or regulation in doing the Project, or if it appears to the State that the Contractor's performance is substantially endangered through no fault of the State. In any such case, the termination will be for cause, and the State's rights and remedies will be those identified below for termination for cause.

On written notice, the Contractor will have 30 calendar days to cure any breach of its obligations under this Contract, provided the breach is curable. If the Contractor fails to cure the breach within 30 calendar days after written notice or if the breach is not one that is curable, the State will have the right to terminate this Contract. The State may also terminate this Contract in the case of breaches that are cured within 30 calendar days but are persistent. "Persistent" in this context means that the State has notified the Contractor in writing of the Contractor's failure to meet any of its obligations three (3) times. After the third notice, the State may terminate this Contract without a cure period if the Contractor again fails to meet any obligation. The three (3) notices do not have to relate to the same obligation or type of failure. Some provisions of this Contract may provide for a shorter cure period than 30 calendar days or for no cure period at all. Those provisions will prevail over this one. If a particular section does not state what the cure period will be, this provision will govern.

The State may also terminate this Contract for its convenience and without cause or if the Ohio General Assembly fails to appropriate funds for any part of the Project. If a third party is providing funding for the Project, the State may also terminate this Contract should that third party fail to release any Project funds. The RFP identifies any third-party source of funds for the Project.

The notice of termination, whether for cause or without cause, will be effective as soon as the Contractor receives it. Upon receipt of the notice of termination, the Contractor will immediately cease all work on the Project and take all steps necessary to minimize any costs the Contractor will incur related to this Contract. The Contractor will also immediately prepare a report and deliver it to the State. The report must be all-inclusive; no additional information will be accepted following the initial submission. The report must detail the work completed at the date of termination, the percentage of the Project's completion, any costs incurred in doing the Project to that date and any Deliverables completed or partially

completed but not delivered to the State at the time of termination. The Contractor will also deliver all the completed and partially completed Deliverables to the State with its report. If delivery in that manner would not be in the State's interest, then the Contractor will propose a suitable alternative form of delivery.

If the State terminates this Contract for cause, it will be entitled to cover for the Project by using another Contractor on such commercially reasonable terms as it and the covering contractor may agree. The Contractor will be liable to the State for all costs related to covering for the Project to the extent that such costs, when combined with payments already made to the Contractor for the Project before termination, exceed the costs that the State would have incurred under this Contract. The Contractor will also be liable for any other direct damages resulting from its breach of this Contract or other action leading to termination for cause.

If the termination is for the convenience of the State, the Contractor will be entitled to compensation for any work on the
Project that the Contractor has performed before the termination. Such compensation will be the Contractor's exclusive remedy in the case of termination for convenience and will be available to the Contractor only once the Contractor has submitted a proper invoice for such, with the invoice reflecting the amount determined to be owing to the Contractor by the State. The State will make that determination based on the lesser of the percentage of the Project completed or the hours of work performed in relation to the estimated total hours required to perform the entire applicable unit(s) of Work.

The State will have the option of suspending rather than terminating the Project where the State believes that doing so would better serve its interests. In the event of a suspension for the convenience of the State, the Contractor will be entitled to receive payment for the work performed before the suspension. In the case of suspension of the Project rather than termination for cause, the Contractor will not be entitled to any compensation for any work performed. If the State reinstates the Project after suspension for cause, rather than terminating this Contract after the suspension, the Contractor may be entitled to compensation for work performed before the suspension, less any damage to the State resulting from the Contractor's breach of this Contract or other fault. Any amount due for work before or after the suspension for cause will be offset by any damage to the State from the default or other event giving rise to the suspension.

In the case of a suspension for the State's convenience, the amount of compensation due to the Contractor for work performed before the suspension will be determined in the same manner as provided in this section for termination for the State's convenience. The Contractor will not be entitled to compensation for any other costs associated with a suspension for the State's convenience. No payment under this provision will be made to the Contractor until the Contractor submits a proper invoice.

Any notice of suspension, whether with or without cause, will be effective immediately on the Contractor's receipt of the notice. The Contractor will prepare a report concerning the Project just as is required by this Section in the case of termination. After suspension of the Project, the Contractor will perform no work without the consent of the State and will

resume work only on written notice from the State to do so. In any case of suspension, the State retains its right to terminate this Contract rather than to continue the suspension or resume the Project. If the suspension is for the convenience of the State, then termination of the Contract will be a termination for convenience. If the suspension is with cause, the termination will also be for cause.

The State will not suspend the Project for its convenience more than once during the term of this Contract, and any suspension for the State's convenience will not continue for more than 30 calendar days. If the Contractor does not receive notice to resume or terminate the Project within the 30-day period, then this Contract will terminate automatically for the State's convenience at the end of the 30-calendar day period.

Any default by the Contractor or one of its subcontractors will be treated as a default by the Contractor and all of its subcontractors. The Contractor will be solely responsible for satisfying any claims of its subcontractors for any suspension or termination and will indemnify the State for any liability to them. Each subcontractor will hold the State harmless for any damage caused to them from a suspension or termination. They will look solely to the Contractor for any compensation to which they may be entitled.

The Contractor may, at its discretion, request termination with a minimum 60-day notice in writing. The State will review the request and respond in writing to the Contractor with its findings.

**CONTRACT REMEDIES**

1. Actual Damages. Contractor is liable to the State of Ohio for all actual and direct damages caused by Contractor's default.
   The State may buy substitute supplies or services, from a third party, for those that were to be provided by Contractor. The State may recover the costs associated with acquiring substitute supplies or services, less any expenses or costs saved by Contractor's default, from Contractor.

2. Liquidated Damages. If actual and direct damages are uncertain or difficult to determine, the State may recover liquidated damages in the amount of 1% of the value of the order, deliverable or milestone that is the subject of the default, for every day the default is not cured by Contractor.

3. Deduction of Damages from Contract Price. The State may deduct all or any part of the damages resulting from Contractor's default from any part of the price still due on the contract, upon prior written notice being issued to the Contractor by the State.

**REPRESENTATIVES**

The State's representative under this Contract will be the person identified in the RFP or a subsequent notice to the Contractor as the "Agency Project Representative". The Agency Project Representative will review all reports made in the performance of the Project by the Contractor, will conduct all liaison with the Contractor, and will accept or reject the

Deliverables and the complete Project. The Agency Project Representative may assign to a manager, responsibilities for individual aspects of the Project to act as the Agency Project Representative for those individual portions of the Project.

The Contractor's Project Manager under this Contract will be the person identified in the Proposal as the "Project Manager." The Project Manager will conduct all liaisons with the State under this Contract. Either party, upon written notice to the other party, may designate another representative. The Project Manager may not be replaced without the approval of the State if that individual is identified in the Proposal as a key individual on the Project.

**WORK RESPONSIBILITIES**

The State will be responsible for providing only those things expressly identified, if any, in the RFP. If the State has agreed to provide facilities or equipment, the Contractor, by signing this Contract, warrants that the Contractor has either inspected the facilities and/or equipment or has voluntarily waived an inspection and will work with the equipment and/or facilities on an "as is" basis.

The Contractor will assume the lead in the areas of management, design, and development of the Project. The Contractor will coordinate the successful execution of the Project and direct all Project activities on a day-to-day basis, with the advice and consent of the Agency Project Representative. The Contractor will be responsible for all communications regarding the progress of the Project and will discuss with the Agency Project Representative any issues, recommendations, and decisions related to the Project.

If the Project, or parts of it, requires installation on the State's property, the State will provide the Contractor with reasonable access to the installation site for the installation and any site preparation that is needed. After the installation is complete, the Contractor will complete an installation letter and secure the signature of Agency Project Representative certifying that installation is complete and the Project, or applicable portion of it, is operational. The letter will describe the nature, date, and location of the installation, as well as the date it was certified as installed and operational by the Agency Project Representative.
Unless otherwise provided in the RFP, the Contractor will be responsible for obtaining all official permits, approvals, licenses, certifications, and similar authorizations required by any local, state, or Federal agency for the Project and maintaining them throughout the duration of this Contract.

**CHANGES**

The State may make reasonable changes, within the general scope of the Project. The State will do so by issuing a written order under this Contract describing the nature of the change ("Change Order"). Additionally, if the State provides directions or makes requests of the Contractor without a change order, and the Contractor reasonably believes the directions or requests are outside the specifications for the Project, the Contractor will have the right to request a Change Order from the State. Scope of Work changes will be managed as follows: pricing will be provided from the Contractor to the State. The State will execute a Change Order once it and the Contractor have agreed on the description of and

specifications for the change as well as any equitable adjustments that need to be made in the Contractor's Fee or the performance schedule for the Work. Within five (5) business days after receiving the Change Order, the Contractor will sign it to signify agreement.

If a change causes an increase in the cost of, or the time required for, the performance of the Project, the Contractor will notify the State in writing and request an equitable adjustment in the Contractor's Fee, the delivery schedule, or both before the Contractor signs the Change Order. If the Contractor claims an adjustment under this section in connection with a change to the Project not described in a written Change Order, the Contractor must notify the State of the claim within five (5) business days after the Contractor is notified of the change and before work on the change begins. Otherwise, the Contractor will have waived the claim. In no event will the State be responsible for any increase in the Fee or revision in any delivery schedule unless the relevant change was specifically ordered in writing by the State and the Contractor has complied with the requirements of this section. Provided the State has complied with the procedure for Change Orders in this section, nothing in this clause will excuse the Contractor from proceeding with performance of the Project, as changed.

Where an equitable adjustment to the Contractor's Fee is appropriate, the State and the Contractor may agree upon such an adjustment. If the State and the Contractor are unable to agree, and the Contractor seeks an equitable adjustment in its Fee, either party may submit the dispute to the senior management of the Contractor and the State for resolution. If, within 30 calendar days following referral to senior management, the claim or dispute has not been resolved, only then will it be submitted to non-binding mediation (pursuant to the rules as stipulated by the American Arbitration Association). A claim or dispute must be submitted to non-binding mediation prior to the initiation of any formal legal process. Costs of mediation will be shared equally. Both parties further agree to use best efforts to resolve any claims or disputes arising during the performance of this Contract within 30 calendar days following the initiation of the dispute process. The resolved amount will be the not-to-exceed amount of the Change Order. If the change involves removing a requirement from the Project or replacing one part of the Project with the change, the State will get a credit for the work no longer required under the original scope of the Project. The credit will be calculated in the same manner as the Contractor's Fee for the change, and the not-to-exceed amount will be reduced by this credit.

The Contractor will be responsible for coordinating changes with its subcontractors and adjusting their compensation and performance schedule. The State will not pay any subcontractor for the Change Order. If a subcontractor will perform any work under a Change Order, that work must be included in the Contractor's not-to-exceed amount and calculated in the same manner as the Contractor's equitable adjustment for the portion of the work the Contractor will perform. The Contractor will not receive an overhead percentage for work a subcontractor will do under a Change Order.

**EXCUSABLE DELAY**

Neither party will be liable for any delay in its performance that arises from causes beyond its control and without its negligence or fault. The delayed party will notify the other promptly

of any material delay in performance and will specify in writing the proposed revised performance date as soon as practicable after notice of delay. In the event of any such excusable delay, the date of performance or of delivery will be extended for a period equal to the time lost by reason of the excusable delay. The delayed party must also describe the cause of the delay and what steps it is taking to remove the cause. The delayed party may not rely on a claim of excusable delay to avoid liability for a delay if the delayed party has not taken commercially reasonable steps to mitigate or avoid the delay. Things that are controllable by the Contractor's subcontractors will be considered controllable by the Contractor, except for third-party manufacturers supplying commercial items and over whom Contractor has no legal control.

**INDEPENDENT STATUS OF THE CONTRACTOR**

It is fully understood and agreed that Contractor is an independent contractor and is not an agent, servant, or employee of the State of Ohio or the Ohio Department of Rehabilitation & Correction. Contractor declares that it is engaged as an independent business and has complied with all applicable federal, state, and local laws regarding business permits and licenses of any kind, including but not limited to any insurance coverage, workers' compensation, or unemployment compensation that is required in the normal course of business and will assume all responsibility for any federal, state, municipal or other tax liabilities. Additionally, Contractor understands that as an independent contractor, it is not a public employee and is not entitled to contributions from the State to any public employee retirement system.

Contractor acknowledges and agrees any individual providing personal services under this agreement is not a public employee for purposes of Chapter 145 of the Ohio Revised Code. Unless Contractor is a "business entity" as that term is defined in O.R.C. 145.037 ("an entity with five or more employees that is a corporation, association, firm, limited liability company, partnership, sole proprietorship, or other entity engaged in business") Contractor shall have any individual performing services under the agreement complete and submit to the ordering agency the Independent Contractor/Worker Acknowledgement found at the following link: https://www.opers.org/forms-archive/PEDACKN.pdf#zoom=80).

Contractor's failure to complete and submit the Independent Contractor/Worker Acknowledgement prior to commencement of the work, service or deliverable, provided under this contract, shall serve as Contractor's certification that Contractor is a "Business entity" as the term is defined in O.R.C. 145.037.

Publicity. The Contractor will not advertise or publicize that it is doing business with the State or use this Contract or the Contractor's relationship with the State as a marketing or sales tool, unless the State agrees otherwise in writing.

**ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS.**
**PART THREE: OWNERSHIP & HANDLING OF INTELLECTUAL PROPERTY & CONFIDENTIAL INFORMATION**

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

**CONFIDENTIALITY**

The State may disclose to the Contractor written material or oral or other information that the State treats as confidential ("Confidential Information"). Title to the Confidential Information and all related materials and documentation the State delivers to the Contractor will remain with the State. The Contractor must treat such Confidential Information as secret if it is so marked, otherwise identified as such, or when, by its very nature, it deals with matters that, if generally known, would be damaging to the best interests of the public, other contractors or potential contractors with the State, or individuals or organizations about whom the State keeps information. By way of example, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information. By way of further example, the Contractor also must treat as confidential materials such as police and investigative records, files containing personal information about individuals or employees of the State, such as personnel records, tax records, and so on, court and administrative records related to pending actions, any material to which an attorney-client, physician-patient, or similar privilege may apply, and any documents or records expressly excluded by Ohio law from public records disclosure requirements.

The Contractor agrees not to disclose any Confidential Information to third parties and to use it solely to do the Project. The Contractor will restrict circulation of Confidential Information within its organization and then only to people in the Contractor's organization that have a need to know the Confidential Information to do the Project. The Contractor will be liable for the disclosure of such information whether the disclosure is intentional, negligent, or accidental, unless otherwise provided below.

The Contractor will not be liable for any unintentional disclosure of Confidential Information that results despite the Contractor's exercise of at least the same degree of care as it normally takes to safeguard its own secrets, except when the Contractor's procedures are not reasonable given the nature of the Confidential Information or when the disclosure nevertheless results in liability to the State.

The Contractor will not incorporate any portion of any Confidential Information into any work or product, other than a Deliverable, and will have no proprietary interest in any of the Confidential Information. Furthermore, the Contractor will cause all of its employees who have access to any Confidential Information to execute a confidentiality agreement incorporating the obligations in this section.

The Contractor's obligation to maintain the confidentiality of the Confidential Information will not apply where such: (1) Was already in the Contractor's possession before disclosure by the State, and such was received by the Contractor without obligation of confidence; (2) Is independently developed by the Contractor; (3) Is or becomes publicly available without breach of this Contract; (4) Is rightfully received by the Contractor from a third party without an obligation of confidence; (5) Is disclosed by the Contractor with the written consent of the State; or (6) Is released in accordance with a valid order of a court or governmental

agency, provided that the Contractor (a) Notifies the State of such order immediately upon receipt of the order and (b) Makes a reasonable effort to obtain a protective order from the issuing court or agency limiting disclosure and use of the Confidential Information solely for the purposes intended to be served by the original order of production. The Contractor will return all originals of any Confidential Information and destroy any copies it has made on termination or expiration of this Contract.

The Contractor may disclose Confidential Information to its subcontractors on a need-to-know basis, but they will be obligated to the requirements of this section.

**HANDLING OF THE STATE'S DATA**

The Contractor must use due diligence to ensure computer and telecommunications systems and services involved in storing, using, or transmitting State data are secure and to protect that data from unauthorized disclosure, modification, or destruction. To accomplish this, the Contractor must:

1. Apply appropriate risk management techniques to ensure security for all sensitive data, including but not limited to any data identified as Confidential Information elsewhere in this Contract.
2. Ensure that its internal security policies, plans, and procedures address the basic security elements of confidentiality, integrity, and availability.
3. Maintain plans and policies that include methods to protect against security and integrity threats and vulnerabilities, as well as and detect and respond to those threats and vulnerabilities.
4. Maintain appropriate identification and authentication process for information systems and services associated with State data.
5. Maintain appropriate access control and authorization policies, plans, and procedures to protect system assets and other information resources associated with State data.
6. Implement and manage security audit logging on information systems, including computers and network devices.

The Contractor must maintain a robust boundary security capacity that incorporates generally recognized system hardening techniques. This includes determining which ports and services are required to support access to systems that hold State data, limiting access to only these points, and disable all others. To do this, the Contractor must use assets and techniques such as properly configured firewalls, a demilitarized zone for handling public traffic, host-to-host management, Internet protocol specification for source and destination, strong authentication, encryption, packet filtering, activity logging, and implementation of system security fixes and patches as they become available. The Contractor must use two-factor authentication to limit access to systems that contain particularly sensitive State data, such as personally identifiable data.

Unless the State instructs the Contractor otherwise in writing, the Contractor must assume all State data is both confidential and critical for State operations, and the Contractor's security policies, plans, and procedure for the handling, storage, backup, access, and, if appropriate, destruction of that data must be commensurate to this level of sensitivity. As

part of the Contractor's protection and control of access to and use of data, the Contractor must employ appropriate intrusion and attack prevention and detection capabilities. Those capabilities must track unauthorized access and attempts to access the State's data, as well as attacks on the Contractor's infrastructure associated with the State's data. Further, the Contractor must monitor and appropriately address information from its system tools used to prevent and detect unauthorized access to and attacks on the infrastructure associated with the State's data.

The Contractor must use appropriate measures to ensure that State's data is secure before transferring control of any systems or media on which State data is stored. The method of securing the data must be appropriate to the situation and may include erasure, destruction, or encryption of the data before transfer of control. The transfer of any such system or media must be reasonably necessary for the performance of the Contractor's obligations under this Contract.

The Contractor must have a business continuity plan in place. The Contractor must test and update the IT disaster recovery portion of its business continuity plan at least annually. The plan must address procedures for response to emergencies and other business interruptions. Part of the plan must address backing up and storing data at a location sufficiently remote from the facilities at which the Contractor maintains the State's data in case of loss of that data at the primary site. The plan also must address the rapid restoration, relocation, or replacement of resources associated with the State's data in the case of a disaster or other business interruption. The Contractor's business continuity plan must address short- and long-term restoration, relocation, or replacement of resources that will ensure the smooth continuation of operations related to the State's data. Such resources may include, among others, communications, supplies, transportation, space, power and environmental controls, documentation, people, data, software, and hardware. The Contractor also must provide for reviewing, testing, and adjusting the plan on an annual basis.

The Contractor may not allow the State's data to be loaded onto portable computing devices or portable storage components or media unless necessary to perform its obligations under this Contract properly. Even then, the Contractor may permit such only if adequate security measures are in place to ensure the integrity and security of the data. Those measures must include a policy on physical security for such devices to minimize the risks of theft and unauthorized access that includes a prohibition against viewing sensitive or confidential data in public or common areas. At a minimum, portable computing devices must have anti-virus software, personal firewalls, and system password protection. In addition, the State's data must be encrypted when stored on any portable computing or storage device or media or when transmitted from them across any data network. The Contractor also must maintain an accurate inventory of all such devices and the individuals to whom they are assigned.

Any encryption requirement identified in this provision must meet the Ohio standard as defined in Ohio IT standard ITS-SEC01, "Data Encryption and Cryptography".

The Contractor must have reporting requirements for lost or stolen portable computing devices authorized for use with State data and must report any loss or theft of such to the State in writing as quickly as reasonably possible. The Contractor also must maintain an incident response capability for all security breaches involving State data whether involving mobile devices or media or not. The Contractor must detail this capability in a written policy that defines procedures for how the Contractor will detect, evaluate, and respond to adverse events that may indicate a breach or attempt to attack or access State data or the infrastructure associated with State data.

In case of an actual security breach that may have compromised State data, including but not loss or theft of devices or media, the Contractor must notify the State in writing of the breach within 24 hours of the Contractor becoming aware of the breach, and fully cooperate with the State to mitigate the consequences of such a breach. This includes any use or disclosure of the State data that is inconsistent with the terms of this Contract and of which the Contractor becomes aware, including but not limited to, any discovery of a use or disclosure that is not consistent with this Contract by an employee, agent, or subcontractor of the Contractor.

The Contractor must give the State full access to the details of the breach and assist the State in making any notifications to potentially affected people and organizations that the State deems are necessary or appropriate. The Contractor must document all such incidents, including its response to them, and make that documentation available to the State on request. In addition to any other liability under this Contract related to the Contractor's improper disclosure of State data, and regardless of any limitation on liability of any kind in this Contract, the Contractor will be responsible for acquiring one year's identity theft protection service on behalf of any individual or entity whose personally identifiable information is compromised while it is in the Contractor's possession.

## <u>OWNERSHIP OF DELIVERABLES</u>

All deliverables produced by the Contractor and covered by this Contract, including any software modifications, and documentation, shall be owned by the State, with all rights, title, and interest in all intellectual property that come into existence through the Contractor's custom work being assigned to the State. Additionally, the Contractor waives any author rights and similar retained interests in custom-developed material. The Contractor will provide the State with all assistance reasonably needed to vest such rights of ownership in the State. The Contractor will retain ownership of all tools, methods, techniques, standards, and other development procedures, as well as generic and preexisting shells, subroutines, and similar material incorporated in any custom Deliverable ("Pre-existing Materials") if the Contractor provides the non-exclusive license described in the next paragraph.

The Contractor may grant the State a worldwide, non-exclusive, royalty free, perpetual license to use, modify, sell, and otherwise distribute all Pre-existing Materials that are incorporated in any custom-developed Deliverable rather than grant the State ownership of the Pre-existing Materials provided however, that the State may distribute such Pre-existing materials to the extent required by governmental funding mandates. The Contractor will not include in any custom Deliverable any intellectual property unless such has been created

under this Contract or qualifies as Pre-existing Material. If the Contractor wants to incorporate any Pre-existing Materials in a custom Deliverable, the Contractor must first disclose this and seek the State's approval for doing so in advance. On the request of the Contractor, the State will incorporate any proprietary notice the Contractor may reasonably want for any Pre-existing Materials included in a custom Deliverable in all copies the State makes of that Deliverable.

Subject to the limitations and obligations of the State with respect to Pre-existing Materials, the State may make all custom Deliverables available to the general public without any proprietary notices of any kind.

**LICENSE IN COMMERCIAL MATERIAL**

As used in this section, "Commercial Material" means anything that has been developed at private expense by the Contractor or a third party, commercially available in the marketplace, subject to intellectual property rights, and readily copied through duplication on magnetic media, paper, or other media. Examples include written reports, books, pictures, videos, movies, computer programs, and computer source code and documentation.

Any Commercial Material that the Contractor intends to deliver as a Deliverable must have the scope of the license granted in such material disclosed in the RFP or as an attachment referenced in the RFP, if that scope of license is different from the scope of license contained in this section for Commercial Materials.

Except for Commercial Material that is software (“Commercial Software”), if the Commercial Material is copyrighted and published material, then the State will have the rights permitted under the Federal copyright laws for each copy of the Commercial Material delivered to it by the Contractor.

Except for Commercial Software, if the Commercial Material is patented, then the State will have the rights permitted under the Federal patent laws for each copy of the Commercial Material delivered to it by the Contractor.

Except for Commercial Software, if the Commercial Material consists of trade secrets, then the State will treat the material as confidential. In this regard, the State will assume all obligations with respect to the Commercial Material that the Contractor assumes under the Confidentiality section of this Contract with respect to State secrets. Otherwise, the State will have the same rights and duties permitted under the Federal copyright laws for each copy of the Commercial Material delivered to it by the Contractor, whether or not the material is copyrighted when delivered to the State.

For Commercial Software, the State will have the rights in items (1) through (8) of this section with respect to the software. The State will not use any Commercial Software except as provided in items (1) through (8) of this section or as expressly stated otherwise in this Contract. The Commercial Software may be:

1. Used or copied for use in or with the computer or computers for which it was acquired, including use at any State installation to which such computer or computers may be transferred.
2. Used or copied for use in or with a backup computer for disaster recovery and disaster recovery testing purposes or if any computer for which it was acquired is inoperative.
3. Reproduced for safekeeping (archives) or backup purposes.
4. Modified, adapted, or combined with other computer software, but the modified, combined, or adapted portions of the derivative software incorporating any of the Commercial Software will be subject to same restrictions set forth in this Contract.
5. Disclosed to and reproduced for use on behalf of the State by support service contractors or their subcontractors, subject to the same restrictions set forth in this Contract.
6. Used or copied for use in or transferred to a replacement computer.

However:

7. If the Commercial Software delivered under this Contract is published and copyrighted, it is licensed to the State without disclosure prohibitions.
8. If any Commercial Software is delivered under this Contract with the copyright notice in 17 U.S.C. 401, it will be presumed to be published, copyrighted, and licensed to the State without disclosure restrictions, unless a statement substantially as follows accompanies such copyright notice: "Unpublished -- rights reserved under the copyright laws of the United States." The State will treat such Commercial Software as Confidential Information to the extent that such is actually the case.

## ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS.
## PART FOUR: REPRESENTATIONS, WARRANTIES, AND LIABILITIES

### GENERAL WARRANTIES

The Contractor warrants that the recommendations, guidance, and performance of the Contractor under this Contract will: (1) Be in accordance with sound professional standards and the requirements of this Contract and without any material defects; (2) Unless otherwise provided in the RFP, be the work solely of the Contractor; and (3) No Deliverable will infringe on the intellectual property rights of any third party.

Additionally, with respect to the Contractor's activities under this Contract, the Contractor warrants that: (1) The Contractor has the right to enter into this Contract; (2) The Contractor has not entered into any other contracts or employment relationships that restrict the Contractor's ability to perform the contemplated services; (3) The Contractor will observe and abide by all applicable laws and regulations, including those of the State regarding conduct on any premises under the State's control; (4) The Contractor has good and marketable title to any goods delivered under this Contract and in which title passes to the State; (5) All hardware, software, firmware, and similar devices and materials provided under this Contract will be designed to operate without regard to the turning of a century

and process dates in a manner that takes into account dates occurring before and after the turning of a century; and (6) The Contractor has the right and ability to grant the license granted in any Deliverable in which title does not pass to the State.

The warranty regarding material defects is a 1-year warranty. All other warranties will be continuing warranties. If any portion of the Project fails to comply with these warranties, and the Contractor is so notified in writing, the Contractor will correct such failure with all due speed or will refund the amount of the compensation paid for such portion of the Project. The Contractor will also indemnify the State for any direct damages and claims by third parties based on a breach of these warranties. This obligation of indemnification will not apply where the State has modified or misused the Deliverable, and the claim is based on the modification or misuse. The State agrees to give the Contractor notice of any such claim as soon as reasonably practicable. If a successful claim of infringement is made, or if the Contractor reasonably believes that an infringement claim that is pending may actually succeed, the Contractor will do one (1) of the following four (4) things: (1) Modify the Deliverable so that it is no longer infringing; (2) Replace the Deliverable with an equivalent or better item; (3) Acquire the right for the State to use the infringing Deliverable as it was intended for the State to use under this Contract; or (4) Remove the Deliverable and refund the amount the State paid for the Deliverable and the amount of any other Deliverable or item that requires the availability of the infringing Deliverable for it to be useful to the State.

## SOFTWARE WARRANTY

If this Contract involves software as a Deliverable, then, on acceptance and for 12 months after the date of acceptance of any Deliverable that includes software, the Contractor warrants as to all software developed under this Contract that: (a) the software will operate on the computer(s) for which the software is intended in the manner described in the relevant software documentation, the Contractor's Proposal, and the RFP; (b) the software will be free of any material defects; (c) the Contractor will deliver and maintain relevant and complete software documentation, commentary, and source code; and (d) the source code language used to code the software is readily available in the commercial market, widely used and accepted for the type of programming involved, and support programming in the language is reasonably available in the open market; and (e) the software and all maintenance will be provided in a professional, timely, and efficient manner.

For Commercial Software licensed from a third party that is incorporated in a Deliverable, the Contractor represents and warrants that it has done 1 of the following 3 things: (a) obtained the right from the third-party licensor to commit to the warranties and maintenance obligations in this Section; (b) obtained a binding commitment from the licensor to make those warranties and maintenance obligations directly to the State; or (c) fully disclosed in the RFP any discrepancies between the requirements of this section and the commitment the third-party licensor has made.

In addition, for Commercial Software that is incorporated in a Deliverable, the Contractor will: (a) maintain or cause the third-party licensor to maintain the Commercial Software so that it operates in the manner described in the RFP (or any attachment referenced in the

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

RFP) and relevant Commercial Software documentation; (b) supply technical bulletins and updated user guides; (c) supply the State with updates, improvements, enhancements, and modifications to the Commercial Software and documentation and, if available, the commentary and the source code; (d) correct or replace the Commercial Software and/or remedy any material programming error that is attributable to the Contractor or the third-party licensee; (e) maintain or cause the third-party licensor to maintain the Commercial Software and documentation to reflect changes in the subject matter the Commercial Software deals with; (f) maintain or obtained a commitment from the third-party licensor to maintain the Commercial Software so that it will properly operate in conjunction with changes in the operating environment in which it is designed to operate.

For purposes of the warranties and the delivery requirements in this Contract, software documentation means well written, readily understood, clear, and concise instructions for the software's users as well as a system administrator. The software documentation will provide the users of the software with meaningful instructions on how to take full advantage of all of the capabilities designed for end users. It also means installation and system administration documentation for a system administrator to allow proper control, configuration, and management of the software. Source code means the uncompiled operating instructions for the entire System. The Contractor will not be obligated to provide source code for Commercial Software unless it is readily available from the licensor. The source code will be provided in the language in which it was written and will include commentary that will allow a competent programmer proficient in the source language to readily interpret the source code and understand the purpose of all routines and subroutines contained within the source code.

**EQUIPMENT WARRANTY**

If any electrical equipment, mechanical device, computer hardware, telecommunications hardware, or other type of physical machinery ("Equipment") will be a part of any Deliverable, the following warranties apply. The Contractor warrants that the Equipment fully complies with all government environmental and safety standards applicable to the Equipment. The Contractor also warrants for 1 year from the acceptance date of the Equipment that the Equipment will perform substantially in accordance with specifications described in the RFP, the user manuals, technical materials, and related writings published by the manufacturer for the Equipment. The foregoing warranties will not apply to Equipment that is modified or damaged after title passes to the State.

The Contractor will notify the State in writing immediately upon the discovery of any breach of the warranties given above.

The Contractor's will do the following if any Equipment does not meet the above warranties:

1. Cause the Equipment to perform as required, or, if that is not commercially practicable, then.
2. Grant the State a refund equal to the amount the State paid for the Equipment or, if such has not been individually priced, the manufacturer's suggested retail price for the Equipment.

Except where the Contractor's breach of a warranty makes it not possible for the State to do so, the State will return the affected Equipment to the Contractor in the case of a refund under the previous paragraph.

**GENERAL EXCLUSION OF WARRANTIES**

The State makes no warranties, express or implied, other than those express warranties contained in this contract. The contractor also makes no warranties of merchantability or fitness for a particular purpose except as follows: If the Contractor has been engaged under the scope of work in the RFP to design something to meet a particular need for the State, then the Contractor does warrant that the contractor's work will meet the stated purpose for that work.

**INDEMNITY**

The Contractor will indemnify the State for any and all claims, damages, law suits, costs, judgments, expenses, and any other liabilities resulting from bodily injury to any person (including injury resulting in death) or damage to property that may arise out of or are related to Contractor's performance under this Contract, providing such bodily injury or property damage is due to the negligence of the Contractor, its employees, agents, or subcontractors.

The Contractor will also indemnify the State against any claim of infringement of a copyright, patent, trade secret, or similar intellectual property rights based on the State's proper use of any Deliverable under this Contract. This obligation of indemnification will not apply where the State has modified or misused the Deliverable, and the claim of infringement is based on the modification or misuse. The State agrees to give the Contractor notice of any such claim as soon as reasonably practicable and to give the Contractor the authority to settle or otherwise defend any such claim upon consultation with and approval by the Office of the State Attorney General. If a successful claim of infringement is made, or if the Contractor reasonably believes that an infringement claim that is pending may actually succeed, the Contractor will take one (1) of the following four (4) actions:

1. Modify the Deliverable so that it is no longer infringing.
2. Replace the Deliverable with an equivalent or better item.
3. Acquire the right for the State to use the infringing Deliverable as it was intended for the State to use under this Contract.
4. Remove the Deliverable and refund the fee the State paid for the Deliverable and the fee for any other Deliverable that required the availability of the infringing Deliverable for it to be useful to the State.

**LIMITATION OF LIABILITY**

Notwithstanding any limitation provisions contained in the documents and materials incorporated by reference into this contract, the parties agree as follows:

1. Neither party will be liable for any indirect, incidental or consequential loss or damage of any kind including but not limited to lost profits, even if the parties have been advised, knew, or should have known of the possibility of damages.

2. The contractor further agrees that the contractor shall be liable for all direct damages due to the fault or negligence of the contractor.

## ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS. PART FIVE: ACCEPTANCE AND MAINTENANCE

### STANDARDS OF PERFORMANCE AND ACCEPTANCE

If the RFP does not provide otherwise, the acceptance procedure will be an informal review by the Agency Project Representative to ensure that each Deliverable and the Project as a whole comply with the requirements of this Contract. The Agency Project Representative will have up to 30 calendar days to do this. No formal letter of acceptance will be issued, and passage of the 30 calendar days will imply acceptance, though the State will issue a notice of noncompliance if a Deliverable or the Project as a whole does not meet the requirements of this Contract. If the Agency Project Representative issues a letter of noncompliance, then the Contractor will have 30 calendar days to correct the problems listed in the noncompliance letter. If the Contractor fails to do so, the Contractor will be in default without a cure period. If the Agency Project Representative has issued a noncompliance letter, the Deliverables or the Project as a whole will not be accepted until the Agency Project Representative issues a letter of acceptance indicating that each problem noted in the noncompliance letter has been cured. If the problems have been fixed during the 30-day period, the Agency Project Representative will issue the acceptance letter within 15 calendar days.

If the Project fails to meet the standard of performance after 90 calendar days from the start of the performance period, the Contractor will be in default and will not have a cure period. In addition to all other remedies the State may have under this Contract, the State will have the right to request correction or replacement of the relevant portion of the Project.

### SERVICE LEVEL AGREEMENTS

Contractor will provide proposed minimum Service Level Agreements (SLAs) that will be used to monitor and manage the Contractor’s performance of the Work. The Contractor may supplement the minimum SLAs with additional SLAs that are generally applicable to its other customers. ODRC may propose additional categories during negotiation of the initial award. Thereafter, modifications to the SLAs may only be made by written agreement of ODRC and the Contractor.

Both ODRC and Contractor recognize and agree that new categories of service levels and performance specifications may be added during the term of the Contract as business, organizational objectives and technological changes permit and require.

## ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS
## PART SIX: CONSTRUCTION

### ENTIRE DOCUMENT

This Contract is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements, whether oral or written.

### BINDING EFFECT

This Contract will be binding upon and inure to the benefit of the respective successors and assigns of the State and the Contractor.

### AMENDMENTS – WAIVER

No change to any provision of this Contract will be effective unless it is in writing and signed by both parties. The failure of either party at any time to demand strict performance by the other party of any of the terms of this Contract will not be a waiver of those terms. Waivers must be in writing to be effective. Either party may at any later time demand strict performance.

### SEVERABILITY

If any provision of this Contract is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Contract will remain in full force and effect to the extent that such does not create an absurdity.

### CONSTRUCTION

This Contract will be construed in accordance with the plain meaning of its language and neither for nor against the drafting party.

### HEADINGS

The headings used herein are for the sole sake of convenience and will not be used to interpret any section.

### NOTICES

For any notice under this Contract to be effective it must be made in writing and sent to the address of the appropriate contact provided elsewhere in the Contract, unless such party has notified the other party, in accordance with the provisions of this section, of a new

mailing address. This notice requirement will not apply to any notices that this Contract expressly authorized to be made orally.

## CONTINUING OBLIGATIONS

The terms of this Contract will survive the termination or expiration of the time for completion of Project and the time for meeting any final payment of compensation, except where such creates an absurdity.

## ATTACHMENT THREE: GENERAL TERMS AND CONDITIONS
## PART SEVEN: LAW & COURTS

## COMPLIANCE WITH LAW

The Contractor agrees to comply with all applicable federal, state, and local laws in the conduct of the Work.

## DRUG-FREE WORKPLACE

The Contractor will comply with all applicable state and Federal laws regarding keeping a drugfree workplace. The Contractor will make a good faith effort to ensure that all the Contractor employees, while working on state property, will not have or be under the influence of illegal drugs or alcohol or abuse prescription drugs in any way.

## CONFLICTS OF INTEREST

No Personnel of the Contractor may voluntarily acquire any personal interest that conflicts with their responsibilities under this Contract. Additionally, the Contractor will not knowingly permit any public official or public employee who has any responsibilities related to this Contract or the Project to acquire an interest in anything or any entity under the Contractor's control if such an interest would conflict with that official's or employee's duties. The Contractor will disclose to the State knowledge of any such person who acquires an incompatible or conflicting personal interest related to this Contract. The Contractor will take steps to ensure that such a person does not participate in any action affecting the work under this Contract. This will not apply when the State has determined, in light of the personal interest disclosed, that person's participation in any such action would not be contrary to the public interest.

## OHIO ETHICS AND ELECTIONS LAW.

1. Ethics Law

   All Contractors who are actively doing business with the State of Ohio or who are seeking to do business with the State of Ohio are responsible to review and comply with all relevant provisions of O.R.C. Sections 102.01 to 102.09. Contractor certifies that it is currently in compliance and will continue to adhere to the requirements of Ohio ethics laws.

2. Political Contributions

The Contractor affirms in its cover letter that, as applicable to the Contractor, all personal and business associates are in compliance with Chapter 3517 of the Revised Code regarding limitations on political contributions and will remain in compliance for the duration of the Contract and with all applicable provisions that extend beyond the expiration of the Contract.

**EQUAL EMPLOYMENT OPPORTUNITY**

The Contractor will comply with all state and federal laws regarding equal employment opportunity, including O.R.C. Section 125.111 and all related Executive Orders. Before a contract can be awarded or renewed, an Affirmative Action Program Verification Form must be completed using the Ohio Business Gateway Electronic Filing website http://gateway.ohio.gov. Contractor must verify compliance on an annual basis for the duration of any contract. Approved Affirmative Action Plans can be found by going to the Equal Opportunity Division's web site: https://eodreporting.oit.ohio.gov/affirmative-action.

**INJUNCTIVE RELIEF**

Nothing in this Contract is intended to limit the State's right to injunctive relief if such is necessary to protect its interests or to keep it whole.

**ASSIGNMENT**

The Contractor may not assign this Contract or any of its rights or obligations under this Contract without the prior, written consent of the State.

**GOVERNING LAW**

This Contract will be governed by the laws of Ohio, and venue for any disputes will lie exclusively with the appropriate court in Franklin County, Ohio.

**ORC 9.76(B)**

Pursuant to Ohio Revised Code 9.76 (B) Contractor warrants that Contractor is not boycotting any jurisdiction with whom the State of Ohio can enjoy open trade, including Israel, and will not do so during the contract period.

**The Remainder of this page is left blank intentionally.**

## ATTACHMENT FOUR CONTRACT

This Contract, which results from DRCXX-XXXX is between the State of Ohio, through the Department of Rehabilitation and Correction (the "State") and

________________________________________________________ (the "Contractor").

If this RFP results in a contract award, the Contract will consist of this RFP including all attachments, written addenda to this RFP, the Contractor's proposal, and written, authorized addenda to the Contractor's proposal. It will also include any materials incorporated by reference in the above documents and any purchase orders and change orders issued under the Contract. The form of the Contract is this one (1) page attachment to the RFP, which incorporates by reference all the documents identified above. The general terms and conditions for the Contract are contained in another attachment to the RFP. If there are conflicting provisions between the documents that make up the Contract, the order of precedence for the documents is as follows:

1. This RFP, as amended.
2. The documents and materials incorporated by reference in the RFP.
3. The Contractor's Proposal, as amended, clarified, and accepted by the State.
4. The documents and materials incorporated by reference in the Contractor's Proposal.

Notwithstanding the order listed above, change orders and amendments issued after the Contract is executed may expressly change the provisions of the Contract. If they do so expressly, then the most recent of them will take precedence over anything else that is part of the Contract.

This Contract has an effective date of the later of (Enter Effective Date) or the occurrence of all conditions precedent specified in the General Terms and Conditions.

**IN WITNESS WHEREOF,** the parties have executed this Contract as of the dates below.

| | |
|---|---|
| ____________________<br>(Contractor) | ____________________<br>(State of Ohio Agency) |
| ____________________<br>(Signature) | ____________________<br>(Signature) |
| ____________________<br>(Printed Name) | ____________________<br>(Printed Name) |
| ____________________<br>(Title) | ____________________<br>(Title) |
| ____________________<br>(Date) | ____________________<br>(Date) |

**ATTACHMENT FIVE A**

**OFFEROR PROFILE FORM**

<table>
<tr><td>Offeror’s Legal Name:</td><td colspan="3">Address:</td></tr>
<tr><td>Phone Number:</td><td colspan="2">Fax Number:</td><td>E-mail Address:</td></tr>
<tr><td>Home Office Location:</td><td>Date Established:</td><td colspan="2">Ownership:</td></tr>
<tr><td>Firm Leadership:</td><td>Number of Employees:</td><td colspan="2">Number of Employees Directly involved in Tasks Directly Related to the Work:</td></tr>
<tr><td colspan="4">Additional Background Information:</td></tr>
</table>

## ATTACHMENT FIVE B
## OFFEROR PRIOR PROJECT FORM

<table>
<tr><td>Customer Company Name:</td><td colspan="2">Contact:</td></tr>
<tr><td>Address:</td><td colspan="2">Phone Number:<br><br>E-mail:</td></tr>
<tr><td>Project Name:</td><td>Beginning Date of Project (Month/Year):</td><td>Ending Date of Project (Month/Year):</td></tr>
<tr><td colspan="3">The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.</td></tr>
</table>

**ATTACHMENT FIVE C**
**OFFEROR PRIOR PROJECT FORM**

| | | |
|---|---|---|
| Customer Company Name: | Contact: | |
| Address: | Phone Number:<br><br>E-mail: | |
| Project Name: | Beginning Date of Project (Month/Year): | Ending Date of Project (Month/Year): |

The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

**ATTACHMENT FIVE D**
**OFFEROR PRIOR PROJECT FORM**

| | | |
|---|---|---|
| Customer Company Name: | Contact: | |
| Address: | Phone Number:<br><br>E-mail: | |
| Project Name: | Beginning Date of Project (Month/Year): | Ending Date of Project (Month/Year): |
| The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable. | | |

## ATTACHMENT SIX
## OFFEROR REFERENCES

Provide professional references who have received services from the Offeror, if applicable.

| | | |
|---|---|---|
| Company Name: | Contact Name: | |
| Address: | Phone Number:<br><br>E-Mail Address: | |
| Project Name: | Beginning Date of Project:<br>(Month/Year) | Ending Date of Project:<br>(Month/Year) |
| Description of project size, complexity and the Offeror’s role in this project. | | |

| | | |
|---|---|---|
| Company Name: | Contact Name: | |
| Address: | Phone Number:<br><br>E-Mail Address: | |
| Project Name: | Beginning Date of Project:<br>(Month/Year) | Ending Date of Project:<br>(Month/Year) |
| Description of project size, complexity and the Offeror’s role in this project. | | |

| | | |
|---|---|---|
| Company Name: | Contact Name: | |
| Address: | Phone Number:<br><br>E-Mail Address: | |
| Project Name: | Beginning Date of Project:<br>(Month/Year) | Ending Date of Project:<br>(Month/Year) |
| Description of project size, complexity and the Offeror’s role in this project. | | |

**ATTACHMENT SEVEN A OFFEROR'S CANDIDATE REFERENCES**

Candidate's Name: ______________________________________________

Candidate's Proposed Position: ______________________________________

Provide professional references who have received services from the from the candidate, if applicable.

<table>
<tr><td>Company Name:</td><td colspan="2">Contact Name:</td></tr>
<tr><td>Address:</td><td colspan="2">Phone Number: E-mail:</td></tr>
<tr><td>Project Name:</td><td>Beginning Date of Project: Month/Year</td><td>Ending Date of Project: Month/Year</td></tr>
<tr><td colspan="3">Description of project size, complexity, and the candidate's role in this project.</td></tr>
<tr><td>Company Name:</td><td colspan="2">Contact Name:</td></tr>
<tr><td>Address:</td><td colspan="2">Phone Number: E-mail:</td></tr>
<tr><td>Project Name:</td><td>Beginning Date of Project: Month/Year</td><td>Ending Date of Project: Month/Year</td></tr>
<tr><td colspan="3">Description of project size, complexity, and the candidate's role in this project.</td></tr>
<tr><td>Company Name:</td><td colspan="2">Contact Name:</td></tr>
<tr><td>Address:</td><td colspan="2">Phone Number: E-mail:</td></tr>
<tr><td>Project Name:</td><td>Beginning Date of Project: Month/Year</td><td>Ending Date of Project: Month/Year</td></tr>
<tr><td colspan="3">Description of project size, complexity, and the candidate's role in this project.</td></tr>
</table>

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: ______________________________

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College | | |
| Technical School | | |
| Licenses | | |
| Certifications | | |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: ______________________________________________

Candidate's Proposed Position: ______________________________________________

| | | |
|---|---|---|
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br><br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br><br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br><br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |

## ATTACHMENT EIGHT OFFEROR PERFORMANCE FORM

**The Offeror must provide the following information for this section for the past seven (7) years. Please indicate yes or no in each column.**

| Yes/No | Description |
|---|---|
| | The Offeror has had a contract terminated for default or cause. If so, the Offeror must submit full details, including the other party's name, address, and telephone number. |
| | The Offeror has been assessed any penalties in excess of five thousand dollars ($5,000), including liquidated damages, under any of its existing or past contracts with any organization (including any governmental entity). If so, the Offeror must provide complete details, including the name of the other organization, the reason for the penalty, and the penalty amount for each incident. |
| | The Offeror was the subject of any governmental action limiting the right of the Offeror to do business with that entity or any other governmental entity. |
| | Has trading in the stock of the company ever been suspended? If so provide the date(s) and explanation(s). |
| | The Offeror, any officer of the Offeror, or any owner of a twenty percent (20%) interest or greater in the Offeror has filed for bankruptcy, reorganization, a debt arrangement, moratorium, or any proceeding under any bankruptcy or insolvency law, or any dissolution or liquidation proceeding. |
| | The Offeror, any officer of the Offeror, or any owner with a twenty percent (20%) interest or greater in the Offeror has been convicted of a felony or is currently under indictment on any felony charge. |

If the answer to any item above is affirmative, the Offeror must provide complete details about the matter. While an affirmative answer to any of these items will not automatically disqualify an Offeror from consideration, at the sole discretion of the State, such an answer and a review of the background details may result in a rejection of the Offeror’s proposal. The State will make this decision based on its determination of the seriousness of the matter, the matter’s possible impact on the Offeror’s performance on the project, and the best interests of the State.

**ATTACHMENT NINE COST SUMMARY FORM**

DRC(FY)00XX

Fiscal Year 2026 equals July1, 2025 through June 30, 2026

| Item | Quantity | Units | Cost | Total Cost |
|---|---|---|---|---|
| | | | | |
| | | | | |
| Grand Total | ------------------------- | ------------------ | ------------------- | |

Notes:

1. The bid is all inclusive
2. Net 30
3. Offerors Must submit invoices per ODRC policy.

All costs must be in U.S. Dollars.
The State will not be responsible for any costs not identified.
There will be no additional reimbursement for travel or other related expenses.