# TAB 1: Cover Letter and Mandatory Requirements

# RESPONSE TO REQUEST FOR PROPOSAL

**Offender Communication Monitoring and Transcription Services**

SRC0000037597-DRC260101

Flash AI, LLC | 91 South 30th Street, Newark, Ohio 43055
Trace Johnson | (740) 323-6340 | trace@flashai.us

For: Brandy Marshall, Contracts Unit | Ohio Department of Rehabilitation and Corrections

Dear Ms. Marshall and Members of the ODRC Evaluation Committee:

## I. TAB 1: EXECUTIVE SUMMARY

Flash AI, LLC, an Ohio Limited Liability Company (hereafter "**Flash**"), respectfully submits this Proposal in response to the Ohio Department of Rehabilitation and Correction (hereafter "**ODRC**") Request for Proposals for Offender Communication Monitoring and Transcription Services (hereafter "**RFP**"). Flash is an Ohio-based technology company that has spent two (2) years building and refining an Artificial Intelligence (hereafter "**AI**") investigative intelligence platform purpose-built for corrections, law enforcement, and public safety agencies. *Flash Signal*, Flash's correctional communication monitoring and intelligence platform, provides AI-powered inmate communication monitoring, transcription, and analytics in a Criminal Justice Information System (hereafter "**CJIS**") compliant environment hosted on AWS GovCloud and meets all applicable CJIS Security Policy controls. The platform has been in active operational deployment across multiple Ohio state and law enforcement agencies (hereafter "**Agencies**").

Flash proposes to deliver *Flash Signal*, a SaaS-based, CJIS-compliant, AI-powered inmate communications analytics platform, to ODRC under this contract. *Flash Signal* integrates directly with ODRC's existing inmate communications system, ViaPath Technologies, to automatically ingest, transcribe, and analyze all inmate phone communications in near real-time. The platform applies AI-driven risk classification, entity extraction, semantic search, link analysis, and prompt-based querying to surface actionable intelligence for ODRC's investigators, intelligence analysts, and Security Threat Group (hereafter "**STG**") coordinators. *Flash Signal* is hosted entirely within AWS GovCloud, encrypted end-to-end with AES-256, and designed to meet all system, security, data, and operational requirements set forth in this RFP. Flash is prepared to implement immediately, with ViaPath integration already validated, and successful platform performance already documented at ODRC.

Flash's origins are rooted directly in the Ohio law enforcement and corrections community. Beginning in 2023, Flash personnel worked hands-on with Ohio Agencies, engaging directly with investigators, intelligence analysts, and administrators about the operational realities of their work. Those conversations consistently surfaced the same challenge: Agencies were not lacking

data. They were drowning in it. Inmate communications, digital records, and investigative files were accumulating faster than any team could meaningfully analyze. Critical intelligence was going unexamined, not because Agencies lacked capability, but because the volume of data exceeded the capacity of any manual review process.

Flash built *Flash Signal* alongside Ohio corrections and law enforcement professionals, incorporating direct operational feedback from real investigators and intelligence analysts at every stage of development. The platform was not designed around theoretical use cases. It was designed around the actual workflows, intelligence priorities, and operational demands of the Agencies Flash was already working with.

Flash was formally established as an Ohio Limited Liability Company in 2025, following two (2) years of active platform development that began in 2023. *Flash Signal* was built from the ground up using current AI infrastructure and shaped by direct input from Ohio corrections and law enforcement professionals. The relevant measure of a vendor's readiness is whether the platform works, whether it works at scale, and whether it works within an Ohio correctional institution specifically.

From January 16, 2026, through March 14, 2026, Flash answered all three (3) of those questions. During that period, *Flash Signal*, operating on live inmate communications through ViaPath Technologies, processed 242,604 inmate phone calls totaling 3,082,663 minutes of transcribed audio, achieved a 99.997% call processing success rate with zero (0) downtime, surfaced 33,004 threat indicators including 945 instances of drug coordination, 382 escape planning conversations, and 130 instances of violence and weapons-related communications, extracted 2,526,541 structured intelligence entities, and supported sustained daily use by ODRC investigators across 190 AI-assisted intelligence sessions. Platform enhancements requested by Warren Correctional Institution's users during the pilot window were identified, developed, and deployed within that same window, at no additional cost to ODRC. That responsiveness is not a pilot-period exception. It reflects Flash's core commitment throughout every engagement: the investigators, analysts, and STG coordinators using this platform every day are Flash's first priority, and the platform evolves around their operational needs, not the other way around.

Flash has had, and maintains, active deployments and pilots across multiple Ohio Agencies, including the Whitehall Police Department, Perry Township Police Department, Muskingum County Sheriff's Office, Guernsey County Sheriff's Office, and the Ohio State Auditor's Office. Flash is an Ohio company serving Ohio Agencies, with a documented, verifiable operational record.

Flash's leadership combines deep technology capability with unparalleled intelligence and national security experience. Flash's Chief Executive Officer, Errol Doebler, is a former U.S.

Navy officer (Navy SEALS) and 13-year Federal Bureau of Investigation (hereafter "**FBI**") Special Agent who was deployed to Afghanistan with the U.S. Army's 75th Ranger Regiment and was awarded the FBI's Shield of Bravery, the Bureau's second highest award for valor, for his actions in combat. Flash's Chief Solutions Officer, Jennifer Doebler, is a former 13-year FBI Intelligence Analyst who led intelligence collection and analysis operations across International Terrorism, Crimes Against Children, and National Street Gangs programs. Their intelligence and operational backgrounds are not incidental to what Flash builds. They are the reason *Flash Signal* reflects how investigators, intelligence analysts, and STG coordinators actually work.

Flash is prepared to implement immediately. *Flash Signal's* integration with ViaPath Technologies is proven and operational. Flash's infrastructure has been successfully tested at ODRC. Flash is committed to delivering a platform that strengthens the safety and security of Ohio's correctional institutions, supports intelligence-led investigations across Ohio, and directly advances ODRC's mission to reduce recidivism and crime in Ohio.

## II. MANDATORY COVER LETTER STATEMENTS

The following mandatory statements are provided pursuant to Attachment Two, Section 1, items ***(a) through (n)*** of the RFP:

**(a)** Flash is an Ohio Limited Liability Company, organized and operating under the laws of the State of Ohio. Flash's Federal Tax Identification Number is 39-4680287. Flash’s principal place of business is located at 91 S 30th Street, Newark, Ohio 43055.

**(b)** The following individuals prepared this Proposal:
- Jennifer Doebler, Chief Solutions Officer, Flash AI
- Spencer Feig, Vice President, Flash AI
- Ethan Knotts, Chief Technology Officer, Flash AI
- Eric Leach, Associate, Taft Stettinius & Hollister, LLP

**(c)** The authorized contact person with authority to answer questions regarding this Proposal is:

**Trace Johnson, President and Co-Founder**
Flash AI, LLC
91 S 30th Street, Newark, Ohio 43055
Phone: (740) 323-6340
Fax: N/A
Email: trace@flashai.us

**(d)** Flash will utilize one (1) subcontractor to perform the Work contemplated by this RFP. Taking The Hill LLC, represented by Patrick J. Murphy, will provide executive advisory services to Flash under this contract. A subcontractor letter executed by an authorized representative of Taking The Hill LLC is included with this Proposal in accordance with Attachment Two, Section 1, item (e) of the RFP. All platform operations, technical infrastructure, analysis, training, and support will be performed directly by Flash personnel.

**(e)** The following subcontractor will be utilized in the performance of this contract:

Taking The Hill LLC
910 Radcliffe Street, Bristol, PA 19007
Federal Tax Identification Number: 82-1812402
Authorized Representative: Patrick J. Murphy, Founder
Phone: (215) 850-7037
Email: patrick@patrickjmurphy.com
Scope of Work: Executive advisory services as described in the attached subcontractor letter.

**(f)** Flash's proposed solution for the Project meets all requirements set forth in this RFP.

**(g)** Flash has not taken any exception to the Terms and Conditions set forth in this RFP and agrees to be bound by all terms and conditions as written.

**(h)** Flash does not assume there will be an opportunity to negotiate any aspect of this Proposal.

**(i)** Flash affirms that it will comply with all Federal and Ohio laws, including the Ohio Revised Code and the rules of the Ohio Administrative Code, as currently enacted and promulgated, and as they may subsequently be amended and adopted.

**(j)** Flash affirms that it shall not substitute, at Project start-up, different personnel from those evaluated by the State, except where a candidate's unavailability is no fault of Flash (e.g., the candidate is no longer employed by Flash, is deceased, or is otherwise unavailable through no fault of the company).

**(k)** Flash affirms that it is not now and will not become subject to an "unresolved finding" for recovery under Ohio Revised Code Section 9.24, prior to the award of a Contract arising out of this RFP, without notifying ODRC of such finding.

**(l)** Flash affirms that all personal and business associates are in compliance with Chapter 3517 of the Revised Code regarding limitations on political contributions and will remain in compliance for the duration of the Contract and with all applicable provisions that extend beyond the expiration of the Contract.

**(m)** Based on ODRC feedback to an OhioBuys question, this appears to no longer be a requirement.

**(n)** Flash is an Ohio Limited Liability Company registered with the Ohio Secretary of State. Flash's Ohio Secretary of State Charter Number is **5483364.** Flash is properly registered with the Ohio Secretary of State pursuant to the applicable provisions of the Ohio Revised Code.

Trace Johnson
President and Co-Founder
Flash AI, LLC



Date: 4/6/26

# Attachment Two, Section 1(e) Subcontractor Letter

***[SEE FOLLOWING PAGE]***

April 6, 2026

Brandy Marshall, Contracts Unit
Ohio Department of Rehabilitation and Correction
Submitted via OhioBuys — Sourcing Project SRC0000037597-DRC260101
**Re: Subcontractor Letter — Taking The Hill LLC**

To the ODRC Evaluation Committee:

Taking The Hill LLC, a Pennsylvania Limited Liability Company, with its principal place of business located at 910 Radcliffe Street, Bristol, PA 19007, and Federal Tax Identification Number 82-1812402, hereby submits this letter in connection with the Proposal submitted by Flash AI, LLC in response to the Ohio Department of Rehabilitation and Correction Request for Proposals for Offender Communication Monitoring and Transcription Services (SRC0000037597-DRC260101).

The person authorized to legally bind Taking The Hill LLC to contractual obligations is:

**Name:** Patrick J. Murphy
**Title:** Founder
**Phone:** (215) 850-7037
**Fax:** N/A
**Email:** patrick@patrickjmurphy.com
**Mailing Address:** 910 Radcliffe Street, Bristol, PA 19007

**Description of Services**
Taking The Hill LLC will provide executive advisory services to Flash AI, LLC in connection with this contract. Patrick J. Murphy will advise Flash's leadership on strategic program execution, national security intelligence operations, and institutional accountability, drawing on his experience as the 32nd Under Secretary and Acting Secretary of the United States Army, decorated combat veteran, and former United States Congressman. Patrick's direct experience overseeing large-scale government technology modernization, intelligence operations, and cybersecurity strategy in complex regulatory environments provides Flash with advisory guidance specifically applicable to the technical and operational requirements of this contract.

**Commitment to Perform**
Taking The Hill LLC commits to performing the work described above if Flash AI, LLC is selected for award of the contract arising out of this RFP.

**RFP Compliance**

Taking The Hill LLC affirms that it has read and understood the RFP and will comply with all requirements of the RFP applicable to subcontractors in the performance of this work.

**Permits, Licenses, and Certifications**
Taking The Hill LLC affirms that it will maintain any permits, licenses, and certifications required to perform the work described above throughout the duration of the contract.

**Independent Contractor Acknowledgement**
Taking The Hill LLC affirms that it has obtained a written acknowledgement from its independent Contractors that they are separate and independent enterprises from the State of Ohio and the Department of Rehabilitation and Correction and the Agency for all purposes including the application of the Fair Labor Standards Act, Social Security Act, Federal Unemployment Tax Act, Federal Insurance Contributions Act, the provisions of the Internal Revenue Code, Ohio tax law, worker's compensation law and unemployment insurance law.

Respectfully submitted,

**Printed Name:**

Patrick J. Murphy

**Signature:**

**Date:** 04/06/2026

# TAB 2: Certification

**<u>TAB 2: Certification:</u>**

Flash AI affirms it is the prime Offeror.

Flash AI affirms it shall not and shall not allow others to perform work or take data outside the United States without express written authorization from ODRC.

Flash AI affirms that all personnel provided for the Project, who are not United States citizens, will have executed a valid I-9 form and presented valid employment authorization documents.

Flash AI affirms that any small business program participants will provide the necessary data to ensure program reporting and compliance.

Flash AI agrees that it is a separate and independent enterprise from the State of Ohio, the Agency, and the Department of Rehabilitation and Correction. Flash AI has a full opportunity to find other business and has made an investment in its business. Moreover Flash AI will retain sole and absolute discretion in the judgment of the manner and means of carrying out its obligations and activities under the Contract. This Contract is not to be construed as creating any joint employment relationship between Flash AI or any of the personnel provided by Flash AI, the Agency, or the Department of Rehabilitation and Correction.

Flash AI affirms that the individuals supplied under the Contract are either: (1) employees of Flash AI with Flash AI withholding all appropriate taxes, deductions, or contributions required under law; or (2) independent contractors to Flash AI.

Flash AI affirms that it has obtained a written acknowledgement from its independent Contractor(s) that they are separate and independent enterprises from the State of Ohio and the Department of Rehabilitation and Correction and the Agency for all purposes including the application of the Fair Labor Standards Act, Social Security Act, Federal Unemployment Tax Act, Federal Insurance Contributions Act, the provisions of the Internal Revenue Code, Ohio tax law, worker's compensation law and unemployment insurance law.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 3: Offeror Profile and Prior Projects

## TAB 3: COMPANY PROFILE

Flash AI, LLC, an Ohio Limited Liability Company, with its principal place of business located at 91 S 30th Street, Newark, Ohio 43055, telephone number (740) 323-6340, fax number N/A, and email address trace@flashai.us (hereafter "**Flash**"), is an Ohio-based AI and investigative intelligence technology company. Flash was formally established in 2025, following two (2) years of active platform research and development that began in 2023, and currently employs fifteen (15) total personnel, five (5) of whom are directly engaged in tasks related to the work described in this RFP. Flash was founded by Trace Johnson and Cas Maxwell with a singular focus: to build AI-powered intelligence tools specifically designed for the operational realities of Agencies, not adapted from generic enterprise software, but built from the ground up alongside the professionals who would use them.

Flash's origins are grounded in direct engagement with Ohio law enforcement professionals. Beginning in 2023, Flash personnel worked hands-on with Ohio Agencies, listening directly to investigators, intelligence analysts, and administrators describe the operational challenges they faced every day. The consistent theme across every conversation was the same. Agencies were not lacking data; they were overwhelmed by it. Inmate communications, tablet data, investigative records, device extractions, and digital evidence were accumulating faster than any team could meaningfully analyze. Critical intelligence was going unexamined not because Agencies lacked capable personnel, but because the volume of data had long exceeded the capacity of any manual review process. Existing tools addressed individual data sources in isolation. None connected everything together.

Flash's response was not to build another single-purpose tool. Flash built a unified intelligence platform that connects all data sources into a single operational environment, returns investigators, analysts, and corrections officers to the work only they can do, and directly supports the mission that drives every institution: stopping crime and keeping communities safer.

## MISSION STATEMENT

Flash's mission is to equip Agencies with unified AI-powered intelligence tools that surface threats faster, connect all data sources into a single operational environment, and return investigators, analysts, and corrections staff to the work only they do best, so that time spent sifting through data becomes time spent addressing and stopping crime.

## ORGANIZATIONAL OVERVIEW

Flash operates as a technology company with fifteen (15) total employees. Flash's operational and technical personnel are based in Ohio, and all work is performed within the United States.

Flash operates with the financial backing of its majority ownership group, providing the organizational and capital resources necessary to support full contract performance. Flash maintains an active contract with an Ohio Agency and a growing pipeline of pending engagements across Ohio Agencies. Flash is financially positioned to meet all obligations under this contract and can provide additional financial details as may be requested by ODRC.

Flash's leadership team brings together technology expertise, corrections intelligence experience, and national security backgrounds that are directly relevant to the work described in this RFP:

**Errol Doebler**, Chief Executive Officer, is a 1991 graduate of the United States Naval Academy who served as a U.S. Navy SEAL officer, including assignments as Assistant Platoon Commander at SEAL Team FOUR and Platoon Commander at SEAL Team ONE. Errol subsequently served for 13 years as a Special Agent with the Federal Bureau of Investigation (hereafter "FBI"), where he investigated International Terrorist Organizations out of the FBI's flagship New York City office and served as a member of the FBI's New York SWAT Team. While deployed to Afghanistan in 2010 with the U.S. Army's 75th Ranger Regiment as an FBI Special Agent, Errol participated in extensive combat operations and was subsequently awarded the FBI's Shield of Bravery, the Bureau's second-highest award for valor, for his actions on the battlefield. Errol brings to Flash an operational understanding of intelligence collection, threat assessment, and institutional security that directly informs the design and deployment of Flash Signal. Errol's operational and organizational leadership background as CEO and COO directly supports Flash's ability to perform at the scale and security requirements this contract demands.

**Jennifer Doebler**, Chief Solutions Officer, is a former 13-year FBI Intelligence Analyst who led intelligence collection and analysis operations across multiple programs, including International Terrorism, Crimes Against Children, and National Street Gangs. Jennifer also served as a keynote speaker, providing threat briefings and seminars on Crimes Against Children to law enforcement and public audiences. Jennifer is a graduate of the University of Delaware with degrees in Psychology and Criminal Justice. Her background in intelligence analysis is reflected in how Flash Signal surfaces, organizes, and presents intelligence to institutional analysts and STG coordinators. Jennifer has extensive experience leading organizations as COO, with the skills to lead the organizational processes necessary to fulfill this contract.

**Patrick J. Murphy**, Executive Advisor, brings an extraordinary record of national defense leadership, government service, and strategic intelligence to the Flash team. Patrick served as the 32nd Under Secretary and Acting Secretary of the United States Army, leading a Fortune 10-sized organization with a $146 billion annual budget and 1.3 million personnel, driving technology modernization, veteran advocacy, and digital transformation across the service. A decorated Army JAG officer who served in Bosnia and Iraq and earned the Bronze Star Medal, Patrick was also the first Iraq War veteran elected to the United States House of Representatives,

where he represented Pennsylvania's 8th congressional district from 2007 through 2011, sponsored the repeal of Don't Ask, Don't Tell, and co-authored the 21st Century G.I. Bill.

Patrick currently serves as Executive Director of Hilco Global's Geopolitical Unit, where he translates complex geopolitical dynamics into decision-grade intelligence for private equity, private credit, and corporate clients. He is a faculty member at the Wharton School of Business, a Nonresident Fellow at the Penn Wharton Budget Model, and has previously served on the military faculty at West Point teaching constitutional law. Patrick holds a JD from Widener University Commonwealth Law School and a BA from King's College.

Patrick's background in institutional leadership, national security intelligence, and public policy directly supports Flash's mission to deliver intelligence-led platforms to Ohio's corrections and law enforcement community. His advisory role brings to Flash a level of institutional credibility and strategic depth that reflects the seriousness with which Flash approaches its responsibility to Ohio's correctional institutions and the communities they serve.

**Trace Johnson**, President and Co-Founder is a Newark, Ohio native and prolific inventor whose innovations span industrial equipment, sensor technologies, water recycling systems, software, and manufactured housing methods that have been implemented in industrial environments worldwide. Since 2022, Trace has successfully integrated AI across his companies and co-founded AI OWL, an Ohio-based AI software and education company focused on helping professionals harness the transformative power of AI tools. Trace's hands-on experience integrating AI into operational environments directly informs how *Flash Signal* was built and how it is deployed. Witnessing firsthand the efficiency and productivity gains that AI delivers at scale, Trace brings to Flash a grounded, practical understanding of what it takes to make AI work in complex real-world environments rather than theoretical ones.

Beyond his business achievements, Trace is deeply committed to the economic growth of Ohio. Appointed by Governor Mike DeWine to the Executive Order of the Ohio Commodores, Trace actively contributes to initiatives that promote the State's prosperity. He also co-founded several nonprofit organizations and serves on the boards of various community groups. Flash is the direct expression of Trace's belief that AI, built thoughtfully and deployed practically, can make Ohio's institutions and communities meaningfully safer.

**Cas Maxwell**, Co-Founder, grew up in Morgan County, Ohio, twelve miles outside a town of just 1,600 people. Raised in Appalachian Ohio, Cas developed a strong work ethic and a passion for community, education, and small business growth. After attending Kent State University, he launched his first businesses in hospitality before building a multifaceted career spanning AI, education, and technology development.

As co-founder of AI OWL, Cas helped lead a team dedicated to AI-driven workforce training, software development, and game-based learning. AI OWL pioneered Ohio's first AI Ready credential and developed immersive AI training programs for students and professionals across Ohio. Through partnerships with Intel, Khan Academy, and other industry leaders, AI OWL has positioned Ohio at the forefront of AI innovation in both educational and professional environments. The foundation built through AI OWL, developing practical AI tools for real-world operational environments, directly informed the creation of Flash and the development of Flash Signal.

As co-founder of Flash, Cas brings that same commitment to practical, accessible AI to Ohio's corrections and law enforcement community. Cas is deeply committed to ensuring that technology serves the people who need it most. He serves on multiple community boards and sits on the executive committee for the Ohio Chamber's Small Business Council, where he advocates for policies that support innovation and economic growth. His work in AI and business has been recognized by Smart Magazine, which named him one of Columbus's top business owners. At the core of everything Cas builds is a belief in doing good business with good people, solving complex problems, and creating organizations that add genuine value to the communities they serve.

**Ethan Knotts,** Chief Technology Officer, is a software engineer and systems architect specializing in AI-driven infrastructure, large-scale data processing, and secure cloud-native systems. As CTO of Flash, Ethan leads the design and development of the platform's end-to-end architecture, including distributed ingestion pipelines, multimodal AI analysis, and scalable retrieval systems built to operate on large-scale evidence datasets. He has extensive experience building high-throughput microservices on AWS GovCloud with GPU-accelerated compute, ensuring Flash Signal meets strict CJIS requirements for security, auditability, and performance. Prior to Flash, Ethan served as Lead Software Developer at AI OWL, where he architected and deployed multiple AI-powered systems across computer vision, natural language processing, and automation. His work focuses on turning cutting-edge AI into practical, production-ready tools that align with real-world law enforcement and corrections workflows.

**Spencer Feig**, Vice President, has been part of Flash since its inception, working hands-on with Ohio corrections and law enforcement professionals across the state to understand their operational challenges and translate those conversations directly into the platform that became *Flash Signal*. Spencer's ground-level engagement with investigators, analysts, and administrators from the earliest days of Flash's development gives him a firsthand understanding of the intelligence workflows, pain points, and operational priorities that *Flash Signal* was built to address. That experience is not background context. It is the reason *Flash Signal* reflects how corrections and law enforcement professionals actually work.

Prior to focusing full-time on Flash, Spencer served as Director of Development at AI OWL, where he managed a full-time team of eighteen (18) developers building AI-driven software and workforce training solutions across multiple operational environments. His project portfolio included Primalytics, an AI vision platform that monitors animal behavior patterns and delivers automated reports to zoological professionals, built in collaboration with the Columbus Zoo. Spencer's experience leading development teams across multiple simultaneous AI projects directly supports Flash's ability to respond rapidly to ODRC's operational needs.

## ORGANIZATIONAL CAPACITY

Flash currently supports active deployments and pilots across multiple Ohio Agencies and has completed a full-production pilot within an ODRC correctional institution, demonstrating the organizational capacity to operate simultaneously across both corrections and law enforcement environments. Flash's technical infrastructure is cloud-based and hosted on AWS GovCloud, enabling rapid scaling without physical infrastructure constraints. Flash's platform was designed from the outset to handle high-volume inmate communications processing at an institutional scale, as demonstrated by the Warren Correctional Institution pilot in which *Flash Signal* processed 242,604 inmate phone calls across a sixty (60)-day window at a 99.997% success rate with zero (0) downtime. Flash has the personnel, infrastructure, technical systems, and organizational processes in place to absorb the workload of this contract without disruption to existing engagements.

## CORRECTIONS AND LAW ENFORCEMENT EXPERIENCE

Flash's experience in corrections and law enforcement environments is not peripheral to the company's operations. It is the foundation on which Flash was built. *Flash Signal's* core capabilities were shaped by direct operational feedback from Ohio corrections and law enforcement professionals, ensuring the platform reflects real investigative workflows rather than theoretical use cases. Every deployment Flash has conducted has been within an Ohio Agency environment. Flash's leadership includes former FBI Special Agents and FBI Intelligence Analysts whose professional careers were defined by the same intelligence disciplines required by this contract.

Flash's specific corrections environment experience includes the completion of a full sixty (60)-day production pilot at Warren Correctional Institution, an ODRC-operated adult correctional institution, during which *Flash Signal* was integrated directly with ViaPath Technologies, processed the institution's complete inmate communications dataset in near real-time, surfaced 33,004 threat indicators, and supported sustained daily intelligence operations by ODRC institutional investigators and analysts. That experience is not analogous to the work described in

this RFP. It is the work described in this RFP, conducted within ODRC's own operational environment.

Beyond corrections, Flash has extensive experience working with Agencies across Ohio, processing the same categories of data that correctional institutions generate every day. Audio recordings, inmate phone calls, phone extractions, digital communications, and multi-source evidence files represent the operational data environment that Flash was built to handle. The institutional context differs between a correctional facility and a law enforcement agency, but the underlying intelligence challenge is identical: large volumes of multi-source data that must be connected, analyzed, and queried together in a single environment to surface the intelligence that matters. Flash has demonstrated the ability to meet that challenge across multiple Ohio Agency environments simultaneously.

# Attachment 2, Section 3, Attachments (5A, 5B, 5C, and 5D)

***[SEE FOLLOWING PAGES]***

## ATTACHMENT FIVE A
## OFFEROR PROFILE FORM

| | | |
|---|---|---|
| Offeror's Legal Name:<br>FLASH AI, LLC | Address:<br>91 S 30th Street, Newark, OH 43055 | |
| Phone Number:<br>(740) 323-6340 | Fax Number:<br>N/A | E-mail Address:<br>trace@flashai.us |
| Home Office Location:<br>Newark, OH | Date Established:<br>10/02/2025 | Ownership:<br>Limited Liability Company |
| Firm Leadership:<br>Trace Johnson, President and Co-Founder<br>Cas Maxwell, Co-Founder<br>Errol Doebler, CEO<br>Jennifer Doebler, CSO<br>Ethan Knotts, CTO<br>Spencer Feig, Vice President | Number of Employees:<br>15 | Number of Employees Directly involved in Tasks Directly Related to the Work:<br>7 |

Additional Background Information:

Flash AI, LLC, an Ohio Limited Liability Company, with its principal place of business located at 91 S 30th Street, Newark, Ohio 43055, telephone number (740) 323-6340, fax number N/A, and email address trace@flashai.us (hereafter "Flash"), is an Ohio-based AI and investigative intelligence technology company. Flash was formally established in 2025, following two (2) years of active platform research and development that began in 2023, and currently employs fifteen (15) total personnel, seven (7) of whom are directly engaged in tasks related to the work described in this RFP. Flash was founded by Trace Johnson and Cas Maxwell with a singular focus: to build AI-powered intelligence tools specifically designed for the operational realities of Agencies, not adapted from generic enterprise software, but built from the ground up alongside the professionals who would use them.

Flash's origins are grounded in direct engagement with Ohio law enforcement professionals. Beginning in 2023, Flash personnel worked hands-on with Ohio Agencies, listening directly to investigators, intelligence analysts, and administrators describe the operational challenges they faced every day. The consistent theme across every conversation was the same. Agencies were not lacking data; they were overwhelmed by it. Inmate communications, tablet data, investigative records, device extractions, and digital evidence were accumulating faster than any team could meaningfully analyze. Critical intelligence was going unexamined not because  Agencies lacked capable personnel, but because the volume of data had long exceeded the capacity of any manual review process. Existing tools addressed individual data sources in isolation. None connected everything together.

Flash's response was not to build another single-purpose tool. Flash built a unified intelligence platform that connects all data sources into a single operational environment, returns investigators, analysts, and corrections officers to the work only they can do, and directly supports the mission that drives every institution: stopping crime and keeping communities safer.

MISSION STATEMENT

Flash's mission is to equip Agencies with unified AI-powered intelligence tools that surface threats faster, connect all data sources into a single operational environment, and return investigators, analysts, and corrections staff to the work only they do best, so that time spent sifting through data becomes time spent addressing and stopping crime.

## ATTACHMENT FIVE B
## OFFEROR PRIOR PROJECT FORM

| | | |
|---|---|---|
| Customer Company Name: Ohio Department of Rehabilitation and Correction | Contact: Vinko Kucinic, Intelligence Chief | |
| Address: 4545 Fisher Road, Suite D Columbus, Ohio 43228 | Phone Number: (614) 554-6224<br>E-mail: Vinko.Kucinic@drc.ohio.gov | |
| Project Name: Flash Signal Inmate Communications Monitoring and Intelligence Pilot, Warren Correctional Institution | Beginning Date of Project (Month/Year): January 2026 | Ending Date of Project (Month/Year): March 2026 |

The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.

Flash served as the sole prime contractor on this engagement, providing full platform deployment, technical integration, operational support, user training, and ongoing coordination for a sixty (60)-day production pilot at Warren Correctional Institution. Flash Signal was integrated directly with ViaPath Technologies to ingest, transcribe, analyze, and classify all inmate phone communications generated at the institution during the pilot window under live operational conditions with no synthetic or test data.

Flash conducted a virtual training and onboarding session with all thirty-two (32) authorized users at ODRC and Warren Correctional Institution who could attend, ensuring every investigator, analyst, and STG coordinator was operationally confident on the platform before active use began. Flash maintained an ongoing support and coordination cadence with institutional staff throughout the pilot, responding to every support request and maintaining an average initial support response time of under one (1) hour, with many requests acknowledged in under fifteen (15) minutes and certain access issues resolved in under twenty (20) minutes.

The scope of this engagement was significant in both volume and complexity. Flash Signal processed every inmate phone call placed at the institution across the full sixty (60)-day window, achieving the following outcomes:

242,604 inmate phone calls processed totaling 3,082,663 minutes of transcribed audio across the full pilot window. A 99.997% call processing success rate across the complete dataset with zero (0) platform downtime. Identification of 33,004 threat indicators including 945 instances of drug coordination, 382 escape planning conversations, 130 instances of violence and weapons-related communications, and 486 instances of financial coordination. Extraction of 2,526,541 structured intelligence entities including persons, locations, crime terms, and objects. Sustained daily investigative use across 214 AI-assisted intelligence sessions covering 720 total messages exchanged with the platform's AI assistant. Automatic construction of structured intelligence profiles on 1,074 unique inmates mapping each resident's external contacts, communication patterns, and risk indicators without any manual data entry. Tracking of 7,642 unique external phone numbers contacted by inmates, creating a searchable external contact network that investigators could query at any time. Processing of 2,233 Spanish-language calls, each receiving full AI analysis automatically without requiring a human translator. A median call analysis time of 3.9 minutes per call, enabling investigators to access intelligence from that morning's calls within the same working day.

Beyond platform performance metrics, Flash Signal supported active institutional investigations during the pilot window, providing real-time intelligence that assisted ODRC investigators in identifying potential threats against inmates and instances of coordinated criminal activity within the institution. That operational intelligence value was delivered not through manual review or analyst intervention but through Flash Signal's AI-assisted querying and automated detection capabilities.

From a project management perspective, Flash executed this engagement under a structured operational framework with defined milestones, clear personnel accountability, and direct coordination with ODRC's institutional leadership throughout the pilot window. Spencer Feig served as the primary operational lead and point of contact, managing all platform support, user communications, and day to day coordination with ODRC investigators and analysts personally. When ODRC institutional users requested platform enhancements during a check-in call, Flash identified, developed, and deployed those changes within seven (7) hours of the request at no additional cost to ODRC. This responsiveness was not an exception. It reflects Flash's standard approach to managing user feedback and scope changes without disrupting ongoing platform operations.

The Warren Correctional Institution pilot is directly analogous to the work described in this RFP in every material respect. The communication system is the same. The institutional environment is the same. The intelligence objectives are the same. Flash Signal has already performed this work at this scale within ODRC. Every deliverable described in Flash's work plan for this contract has already been achieved at Warren Correctional Institution under active project management by the same team being proposed for this contract. The transition from pilot to full contract performance is an operational continuation, not a new implementation.

# ATTACHMENT FIVE C
# OFFEROR PRIOR PROJECT FORM

| Customer Company Name: Whitehall Police Department | Contact: Jason Kubinski, Detective | |
|---|---|---|
| Address: 360 S Yearling Road<br>Whitehall, Ohio 43213 | Phone Number: (614) 246-7422<br>E-mail: Jason.Kubinski@whitehall-oh.us | |
| Project Name: Flash Investigative Intelligence Platform Deployment | Beginning Date of Project (Month/Year): December 2025 | Ending Date of Project (Month/Year): Active |

The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.

Flash AI LLC served as the sole prime contractor on this engagement, providing full platform deployment, evidence ingestion, investigative intelligence support, user training, and ongoing operational support to the Whitehall Police Department. The deployment involved ingesting and processing large volumes of investigative evidence across multiple data source types simultaneously, including audio recordings, digital communications, and case documentation into Flash's unified intelligence environment. These evidence categories are directly analogous to the inmate communications, tablet data, and digital records that correctional institutions generate and that this contract requires Flash Signal to analyze at scale across twenty-eight ODRC institutions. The intelligence challenge is identical regardless of institutional context: large volumes of multi-source data that must be connected and analyzed together in a single environment to surface actionable intelligence.

Flash conducted an in-person kickoff and training session with all twelve (12) authorized users at the Whitehall Police Department, remaining on-site until every investigator felt confident and operationally ready on the platform. The deployment reached full operational status within one day of the initial training session. Flash maintained an ongoing support and coordination cadence with the department throughout the engagement, conducting multiple virtual check-in calls and returning in person on multiple occasions to provide continued operational support and ensure sustained platform adoption across the full authorized user population.

Investigators at Whitehall utilized Flash's AI assistant to query across all uploaded evidence simultaneously, extracting insights, surfacing connections, generating summaries, and accelerating investigative review that previously required manual processing across multiple disconnected systems. The department has reported that Flash reduced investigative paperwork and evidence review time by approximately fifty percent (50%) on average, enabling investigators to return to active casework faster. Investigative tasks that previously required thirty (30) minutes of manual evidence review were reduced to approximately thirty (30) seconds using Flash, a time savings that fundamentally changed the pace at which investigators could move through active caseloads.

Flash supported active investigations throughout the engagement, including providing direct investigative intelligence support on a major case involving a November 2025 shooting. According to Whitehall Detective Jason Kubinski, Flash was a critical tool in the successful charging of fourteen (14) individuals in connection with that incident, demonstrating the platform's ability to surface actionable intelligence across large multi-source evidence datasets under active investigative conditions. The Whitehall Police Department remains an active Flash user as of the date of this Proposal submission, reflecting sustained operational value and platform reliability in a live law enforcement environment.

From a project management perspective, Flash managed all aspects of this engagement directly as prime contractor, maintaining clear lines of accountability throughout. Flash coordinated platform deployment, evidence ingestion, training delivery, and investigative support without disruption to the department's ongoing operations. Flash responded rapidly to investigative needs as they emerged, adapted platform capabilities to the specific demands of active cases, and delivered breakthrough investigative outcomes that reflect Flash's ability to manage law enforcement platform engagements with both urgency and precision. The same project management approach, personnel accountability structure, and operational responsiveness that Flash demonstrated at Whitehall will govern Flash's performance across all twenty-eight ODRC institutions under this contract.

Flash's role at the Whitehall Police Department demonstrates the company's capability and capacity to deploy its investigative intelligence platform in a live law enforcement environment, manage ongoing user relationships, support active high-priority investigations, and deliver measurable investigative outcomes at a scale and complexity directly analogous to the work described in this RFP.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

**ATTACHMENT FIVE D**
**OFFEROR PRIOR PROJECT FORM**

<table>
<tr><td>Customer Company Name: Muskingum County Sheriff's Office</td><td colspan="2">Contact: Sheriff Matt Lutz</td></tr>
<tr><td>Address: 1840 E Pike, Zanesville, OH 43701</td><td colspan="2">Phone Number: 740-455-7928<br>E-mail: mlutz@ohiomuskingumsheriff.org</td></tr>
<tr><td>Project Name: Flash Investigative Intelligence Platform Pilot</td><td>Beginning Date of Project (Month/Year): 12/25</td><td>Ending Date of Project (Month/Year): 02/26</td></tr>
</table>

The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.

Flash AI, LLC served as the sole prime contractor on this engagement, providing full platform deployment, evidence ingestion, investigative intelligence support, user training, and ongoing operational support to the Muskingum County Sheriff's Office. The deployment involved processing investigative evidence across multiple active cases simultaneously, including audio recordings, digital communications, and investigative records. These evidence categories are directly analogous to the inmate communications, tablet data, and digital records that correctional institutions generate and that this contract requires Flash Signal to analyze at scale across twenty-eight ODRC institutions.

Flash conducted an in-person kickoff and training session with all ten (10) authorized users at the Muskingum County Sheriff's Office, remaining on-site until every investigator felt confident and operationally ready on the platform. The deployment reached full operational status within one day of the initial training session. Flash maintained an ongoing support and coordination cadence with the Sheriff's Office throughout the engagement, conducting multiple virtual check-in calls and returning in person on multiple occasions to provide continued operational support and ensure sustained platform adoption.

Investigators utilized Flash's AI assistant to surface connections, extract entities, generate summaries, and accelerate investigative review across all evidence types simultaneously. The operational impact was significant and measurable. Investigative tasks that previously required thirty (30) minutes of manual data review were reduced to approximately thirty (30) seconds using Flash, a time savings that fundamentally changed the pace at which investigators could move through active caseloads.

Flash supported active investigations throughout the engagement, including assisting Muskingum County investigators in identifying critical connections in a long-term cold case investigation that had previously gone unsolved. Flash's unified intelligence environment surfaced connections within the evidence dataset that could not be found through manual review alone, ultimately leading to the identification and submission of physical evidence to a forensic laboratory for testing.

From a project management perspective, Flash managed all aspects of this engagement directly as prime contractor, maintaining clear lines of accountability throughout. Flash coordinated platform deployment, evidence ingestion, training delivery, and investigative support without disruption to the Sheriff's Office's ongoing operations. Flash responded rapidly to investigative needs as they emerged, adapted platform capabilities to the specific demands of active cases, and delivered breakthrough investigative outcomes within the contracted timeframe. The same project management approach, personnel accountability structure, and operational responsiveness that Flash demonstrated at Muskingum County will govern Flash's performance across all twenty-eight ODRC institutions under this contract.

Flash's role at Muskingum County demonstrates the company's capability and capacity to deploy its investigative intelligence platform in a live law enforcement environment, manage ongoing user relationships, support active and cold case investigations simultaneously, and deliver measurable investigative outcomes that reflect the full potential of Flash's unified intelligence environment.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 4: Offeror References

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# Attachment 2, Section 4, Attachment 6

*[SEE FOLLOWING PAGE]*

## ATTACHMENT SIX
## OFFEROR REFERENCES

Provide professional references who have received services from the Offeror, if applicable.

| | | |
|---|---|---|
| Company Name: ODRC - Warren Correctional Facility | Contact Name: Vinko Kucinic | |
| Address: 4545 Fisher Road, Suite D, Columbus, Ohio 43228 | Phone Number: (614) 554-6224<br>E-Mail Address: Vinko.Kucinic@drc.ohio.gov | |
| Project Name: Flash Signal Inmate Communications Monitoring and Intelligence Pilot, Warren Correctional Institution | Beginning Date of Project: 01/26 | Ending Date of Project: 04/26 |
| Description of project size, complexity and the Offeror's role in this project.<br>Flash served as the sole prime contractor on this engagement, providing full platform deployment, technical integration, user training, and operational support for a sixty (60)-day production pilot at Warren Correctional Institution. Flash Signal processed 242,604 inmate phone calls totaling 3,082,663 minutes of transcribed audio at a 99.997% success rate with zero downtime, surfacing 33,004 threat indicators and extracting 2,526,541 structured intelligence entities. Flash supported 214 AI-assisted investigative sessions across 32 authorized users and supported active institutional investigations throughout the pilot window. Platform enhancements requested by users were identified, developed, and deployed within seven (7) hours of the request. Flash maintained an average support response time of under one (1) hour throughout the engagement. This engagement is directly analogous to the work described in this RFP in every material respect.<br><br>Alternate Contact Name: Mark Stegemoller Title: STG Coordinator, Warren Correctional Institution Phone: (513) 932-3388 Email: Mark.Stegemoller2@drc.ohio.gov Address: 5787 State Route 63, Lebanon, Ohio 45036 | | |

| | | |
|---|---|---|
| Company Name: Whitehall Police Department | Contact Name: | |
| Address: 360 S Yearling Road, Whitehall, Ohio 43213 | Phone Number: (614) 246-7422<br>E-Mail Address: Jason.Kubinski@whitehall-oh.us | |
| Project Name: Flash Investigative Intelligence Platform Deployment | Beginning Date of Project: 12/25 | Ending Date of Project: Ongoing |
| Description of project size, complexity and the Offeror's role in this project.<br>Flash served as the sole prime contractor on this engagement, providing full platform deployment, evidence ingestion, user training, and ongoing operational support for the Whitehall Police Department. Flash conducted in-person training with all twelve (12) authorized users, remaining on-site until every investigator felt operationally confident on the platform. The deployment reached full operational status within one day of the initial training session. Flash maintained ongoing check-in calls and returned in person multiple times throughout the engagement. Flash reduced investigative paperwork and evidence review time by approximately fifty percent (50%) on average. Flash was a critical tool in the successful charging of fourteen (14) individuals in connection with a November 2025 shooting. The Whitehall Police Department remains an active Flash user as of the date of this submission.<br><br>Alternate Contact Name: Detective Dustin Willis Title: Detective Phone: (614) 246-7424 Email: dustin.willis@whitehall-oh.us Address: 360 S Yearling Road, Whitehall, Ohio 43213 | | |

| | | |
|---|---|---|
| Company Name: Muskingum County Sheriff's Office | Contact Name: Sheriff Matt Lutz | |
| Address: 720 Memorial Drive, Zanesville, Ohio 43701 | Phone Number: (740) 455-7928<br>E-Mail Address: mlutz@ohiomuskingumsheriff.org | |
| Project Name: Flash Investigative Intelligence Platform Deployment | Beginning Date of Project: (Month/Year) | Ending Date of Project: (Month/Year) |
| Description of project size, complexity and the Offeror's role in this project.<br>Flash served as the sole prime contractor on this engagement, providing full platform deployment, evidence ingestion, user training, and ongoing operational support for the Muskingum County Sheriff's Office. Flash conducted in-person training with all ten (10) authorized users, remaining on-site until every investigator felt operationally confident on the platform. The deployment reached full operational status within one day of the initial training session. Flash maintained ongoing check-in calls and returned in person multiple times throughout the engagement. Investigative tasks that previously required thirty (30) minutes were reduced to approximately thirty (30) seconds using Flash. Flash supported active investigations throughout the engagement including identifying critical connections in a long-term cold case that led to the submission of physical evidence to a forensic laboratory for testing.<br><br>Alternate Contact Name: Detective Mike LeCocq Title: Detective Phone: (740) 452-3637 Email: mlecocq@ohiomuskingumsheriff.orgAddress: 720 Memorial Drive, Zanesville, Ohio 43701 | | |

# TAB 5: Staffing Plan

## TAB 5 — STAFFING PLAN

## SECTION 1 — OVERVIEW

Flash's contract team is the same team that designed, deployed, and supported *Flash Signal* through the sixty (60)-day production pilot at Warren Correctional Institution. The personnel, roles, and operational approach proposed here have already been validated at ODRC under live operational conditions. This is not a team being assembled in response to a contract opportunity. It is a team with direct institutional knowledge of ODRC's environment, existing working relationships with ODRC personnel, and a demonstrated track record of performance that this contract requires.

Flash brings to this contract not a division of a national corporation where ODRC is one of hundreds of accounts managed by rotating staff, but a focused team of specialists for whom Ohio corrections intelligence is not a market segment but a mission. Every person on this contract team has direct knowledge of *Flash Signal*, direct familiarity with ODRC's operational environment, and a personal desire, as Ohioans, to make this contract succeed. That level of institutional alignment and accountability is not a function of headcount. It is a function of who Flash is and why Flash was built.

Flash is headquartered in Newark, Ohio. When ODRC investigators, intelligence analysts, or STG coordinators need support, they reach personnel who have worked alongside Warren Correctional Institution, who know ViaPath Technologies, and *Flash Signal* at every layer of its architecture, and who can be physically present at any ODRC institution within hours when operational circumstances require it. For a contract of this sensitivity and operational importance, that level of proximity and institutional familiarity is not incidental. It is the standard Flash holds itself to.

What Flash delivered during the Warren Correctional Institution pilot was not just platform performance. It was a demonstration of how Flash operates as a partner. During a check-in call with Warren Correctional users, investigators requested platform changes. Flash delivered those changes the same day, within seven (7) hours of the request - ***at no cost to ODRC***. That responsiveness is not exceptional for Flash. It is the expectation.

## SECTION 2 — KEY PERSONNEL AND RESPONSIBILITIES

The following personnel will be directly engaged in performing this contract:

**Errol Doebler** — Project Manager
**Time Commitment to this Contract**: 0.5 Full-Time Equivalent (hereafter "**FTE**")

Errol Doebler serves as Project Manager for this contract, maintaining executive accountability for Flash's performance, contractual obligations, and agency relationship at the organizational level. Errol serves as Flash's formal point of contact for all contract matters requiring executive decision-making, escalation, or senior organizational coordination with ODRC leadership. ***This would be the only contract that Errol would work on directly as Project Manager.*** Day-to-day operational coordination and implementation management are led by Jennifer Doebler as Implementation Lead, user support and investigator relationships are led by Spencer Feig as Primary ODRC Support Contact, and technical execution is led by Ethan Knotts as Technical Lead, with Errol directly engaged for any matters requiring executive oversight, contract governance, or senior agency communication.

Errol is a 1991 graduate of the United States Naval Academy who served as a U.S. Navy SEAL officer, including assignments as Assistant Platoon Commander at SEAL Team FOUR and Platoon Commander at SEAL Team ONE. Errol subsequently served for thirteen (13) years as a Special Agent with the FBI, where he investigated International Terrorist Organizations out of the FBI's flagship New York City office and served as a member of the FBI's New York SWAT Team. While deployed to Afghanistan in 2010, with the U.S. Army's 75th Ranger Regiment as an FBI Special Agent, Errol participated in extensive combat operations and was subsequently awarded the FBI's Shield of Bravery, the Bureau's second-highest award for valor, for his actions on the battlefield. Errol brings to this contract an operational understanding of intelligence collection, threat assessment, and institutional security that directly informs how *Flash Signal* is deployed and utilized in corrections intelligence environments.

Errol’s career spans over two (2) decades of leading complex, high-stakes operations under rigid timelines and unforgiving accountability standards. As a SEAL platoon commander, he was responsible for mission planning, resource allocation, personnel readiness, and real-time operational decision-making across multi-team environments; the same competencies that define successful contract execution. At the FBI, Errol managed long-duration investigative operations requiring sustained coordination among federal, military, and intelligence community stakeholders, including joint task force deployments where missed deadlines and miscommunication carried life-or-death consequences. These experiences have produced a leadership approach grounded in disciplined milestone management, clear lines of authority, proactive risk identification, and direct accountability. Principles Errol applies to every aspect of Flash’s contract operations, from implementation scheduling and deliverable tracking to cross-functional team coordination and agency reporting obligations.

Errol is accessible to ODRC leadership throughout the contract term and serves as the executive escalation point for any contract matters requiring senior organizational decision-making.

**Jennifer Doebler** — Implementation Lead, Analyst and Training Lead, and Backup Project Manager
**Time Commitment to this Contract**: 0.75 FTE

Jennifer Doebler serves as Flash's Implementation Lead, Analyst and Training Lead, and Backup Project Manager for this contract. Jennifer owns the day-to-day operational management of *Flash Signal's* deployment across ODRC's contracted institutions from contract execution through production go-live, leads all administrator and user training delivery, and provides analytical staff support to ODRC investigators throughout the contract term. In the event that Errol Doebler becomes unavailable as Project Manager for any reason, Jennifer assumes full project management responsibilities immediately with no gap in ODRC communications or contract management.

Jennifer is a former thirteen (13)-year FBI Intelligence Analyst who led intelligence collection and analysis operations across multiple programs, including International Terrorism, Crimes Against Children, and National Street Gangs. Jennifer is a graduate of the University of Delaware with degrees in Psychology and Criminal Justice. Her intelligence analysis background directly informs how Flash Signal surfaces, organizes, and presents intelligence to institutional analysts and STG coordinators.

Jennifer's thirteen (13) years at the FBI were defined by the disciplined management of multi-threaded intelligence programs operating under strict reporting requirements, interagency coordination obligations, and continuous oversight. As a lead intelligence analyst, she was responsible for synchronizing collection priorities across case teams, managing analytical production timelines, ensuring quality control on deliverables disseminated to partner agencies, and briefing senior leadership on program status. These functions map directly to the deliverable management, reporting cadence, and stakeholder communication demands of this contract. Her experience spanning multiple program areas simultaneously required the same capacity for workload prioritization, resource scheduling, and cross-functional coordination that large-scale contract operations demand.

As backup Project Manager, Jennifer provides ODRC with assured continuity of leadership grounded in the same operational rigor and institutional accountability standards that govern the primary program coordination role. Jennifer additionally serves as Flash's primary training lead for this contract, leading all administrator and user training delivery across ODRC's contracted institutions. Her intelligence analyst background gives her a direct understanding of how corrections and law enforcement professionals think, what they need from a platform, and how to communicate complex analytical capabilities in operational terms rather than technical ones. Jennifer does not train investigators on software. She trains intelligence professionals on how to surface intelligence faster. Jennifer's combined role as backup Project Manager, analytical

support lead, and training lead directly addresses the RFP's requirement for analytical staff to support intelligence and investigative efforts of ODRC and its law enforcement partners.

**Spencer Feig** — Primary ODRC Support Contact
**Time Commitment to this Contract**: 0.75 FTE

Spencer Feig has been part of Flash since its inception, working hands-on with Ohio corrections and law enforcement professionals across the State to understand their operational challenges and translate those conversations directly into the platform that became *Flash Signal*. Spencer's ground-level engagement with investigators, analysts, and administrators from the earliest days of Flash's development gives him a firsthand understanding of the intelligence workflows, pain points, and operational priorities that *Flash Signal* was built to address.

Spencer served as the primary operational lead and point of contact throughout the entire sixty (60)-day Warren Correctional Institution pilot, managing all platform support, user communications, and day to day operational coordination with ODRC investigators and analysts personally. During that period, Spencer maintained direct working relationships with ODRC's investigative staff, responded to every support request, and ensured that the platform performed to the standard ODRC expected throughout the full pilot window. The ODRC support contact being proposed for this contract is the same person ODRC's institutional users already worked with, already trust, and already know by name. That continuity of relationship is not incidental to Flash's proposal. It is one of the most operationally significant advantages Flash brings to this contract.

Prior to focusing full-time on Flash, Spencer served as Director of Development at AI OWL, where he managed a full-time team of eighteen (18) developers building AI-driven software and workforce training solutions across multiple operational environments. His project portfolio included Primalytics, an AI vision platform that monitors animal behavior patterns and delivers automated reports to zoological professionals, built in collaboration with the Columbus Zoo. Spencer's experience leading development teams across multiple simultaneous AI projects directly supports Flash's ability to respond rapidly to ODRC's operational needs, as demonstrated during the Warren Correctional Institution pilot when platform enhancements requested by institutional users were identified, developed, and deployed within seven (7) hours of the request.

Spencer oversees agency engagement for Flash and serves as the primary day-to-day support contact for all ODRC institutional users throughout the contract term. Spencer is supported by two (2) dedicated platform support specialists who will be hired and trained directly on *Flash Signal* prior to production go-live at Week twelve (12), ensuring 24/7 support coverage from day one of steady-state operations.

**Ethan Knotts** — Technical Lead
**Time Commitment to this Contract:** 0.75 FTE

Ethan Knotts serves as Flash's technical lead for this contract and owns all aspects of platform architecture, infrastructure, security, deployment, and ongoing technical operations. Ethan is responsible for *Flash Signal's* CJIS-compliant AWS GovCloud deployment, AES-256 encryption implementation, ViaPath Technologies integration, data ingestion pipeline, transcription engine, AI analysis infrastructure, and all technical integrations required under this contract.

Ethan leads Flash's technical support operations and serves as the escalation point for all platform technical issues that require engineering-level intervention. Ethan has been the technical lead on every Flash deployment to date, including the Warren Correctional Institution pilot, and brings direct institutional knowledge of *Flash Signal's* operational environment at ODRC. Ethan is supported by a technical operations team of platform engineers, infrastructure specialists, and AI systems personnel who collectively own every layer of *Flash Signal's* architecture. Additional technical personnel profiles are provided in Tab 6.

**Emily Reed —** UX and Investigator Experience Lead
**Time Commitment to this Contract:** 0.5 FTE

Emily Reed is a frontend engineer based in Ohio who specializes in building and scaling frontend systems for early-stage products, with a focus on usability, accessibility, and performance. Emily has been instrumental in shaping *Flash Signal's* investigator-facing interface, ensuring that the platform's complex analytical capabilities are presented in a way that corrections intelligence professionals can navigate intuitively and efficiently. Her philosophy that how people experience the tools they use is as important as what those tools can do is directly reflected in *Flash Signal's* design, and is a primary reason the platform achieved the level of voluntary adoption demonstrated during the Warren Correctional Institution pilot.

Emily has worked across digital learning, e-commerce, and investigative platforms, building accessible applications, developing component libraries, and contributing to design systems that support growing products and workflows. Emily holds a UX design certification through Google and is a certified Graph Developer Associate through Apollo GraphQL. She previously served as a board member of NEOWIT, the Northeast Ohio Women in Technology organization. Emily's background in building frontend systems that balance technical complexity with everyday usability directly supports Flash's commitment to delivering a platform that ODRC investigators, analysts, and STG coordinators can use effectively from day one.

**Trace Johnson** — Third-Line Project Manager

**Time Commitment to this Contract:** 0.25 FTE

Trace Johnson provides executive oversight and serves as the third-line Project Manager for this contract. In the event that both Errol Doebler and Jennifer Doebler become unavailable as Project Managers, Trace assumes direct project management responsibilities immediately with no gap in ODRC communications or contract management. Trace serves as the executive escalation point for any contract matters requiring senior organizational decision-making and remains directly accessible to ODRC leadership throughout the contract term.

.

## SECTION 3 — STAFFING MATRIX

| **Requirement** | **Errol Doebler** | **Jennifer Doebler** | **Spencer Feig** | **Ethan Knotts** | **Emily Reed** | **Trace Johnson** |
|---|---|---|---|---|---|---|
| **Project Management** | *Primary* | *Backup* | *Support* | | | *Third-Line* |
| **Technical Platform Operations** | | | *Support* | *Primary* | | |
| **ViaPath Integration** | | | | *Primary* | | |
| **CJIS Compliance and Security** | | | | *Primary* | | |
| **Training and Onboarding** | | *Primary* | *Support* | *Support* | *Support* | |
| **24/7 Technical Support** | | | *Primary* | *Escalation* | | |
| **On-Site Institutional Support** | | *Primary* | *Primary* | *Support* | | |
| **Intelligence Analysis Support** | *Primary* | *Primary* | | | | |
| **STG Intelligence Advisory** | | *Primary* | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Agency Communications** | *Primary* | *Support* | *Primary* | | | |
| **Contract Performance Oversight** | *Primary* | | | | | |
| **Background Check Compliance** | *Primary* | *Primary* | *Primary* | *Primary* | *Primary* | *Primary* |
| **UX and Platform Improvement** | | | | *Support* | *Primary* | |
| **Quarterly Transcription Audit** | | | | *Primary* | | |

## SECTION 4 — SUPPORT MODEL

Flash's support model for this contract is built on the principle validated by the Warren Correctional Institution pilot: ODRC institutional users deserve direct access to the people who built and operate *Flash Signal,* not a third-party help desk reading from a script.

Flash provides support across three operational tiers:

***Tier 1*** *— 24/7 Remote Support*
Flash commits to 24/7 technical support availability for all ODRC-authorized users throughout the contract term. Remote support is available via phone, email, and direct platform access at all hours. During the Warren Correctional Institution pilot, Flash maintained an average initial support response time of approximately fifty-three (53) minutes, with many user issues acknowledged in under fifteen (15) minutes and certain access issues resolved in under twenty (20) minutes, demonstrating the support standard Flash commits to maintaining throughout the contract term. As the contract scope grows, Flash will hire dedicated support personnel trained directly by Flash leadership on *Flash Signal* specifically, ensuring that all support staff have deep platform knowledge rather than generic help desk training. Flash deliberately chose to keep support in-house and personal rather than outsourcing it, because investigators and analysts deserve support from people who know the platform and ODRC's environment, and can solve problems rather than log tickets. Flash will hire two (2) dedicated platform support specialists prior to production go-live at Week twelve (12). These positions will provide 24/7 coverage in coordination with Spencer Feig and Ethan Knotts. All support staff will be trained directly by

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

Spencer Feig and Ethan Knotts on *Flash Signal* specifically prior to engaging with ODRC users, ensuring deep platform knowledge rather than generic help desk capability.

***Tier 2 — Direct Access to Contract Personnel***

All ODRC-authorized users have direct access to Spencer Feig as the primary day-to-day support contact, and to Jennifer Doebler as the implementation lead and analytical support lead during business hours. Spencer is supported by two (2) dedicated full-time platform support associates hired and trained directly on *Flash Signal* prior to production go-live, ensuring that every support request is handled by personnel with deep platform knowledge. For matters requiring executive escalation, Errol Doebler is directly accessible as Project Manager. There is no account management layer between ODRC-authorized users and the people accountable for this contract. Spencer and Jennifer's direct contact information will be distributed to all ODRC-authorized users at contract onboarding and maintained throughout the contract term.

***Tier 3 — On-Site Institutional Support***

Flash is an Ohio company headquartered in Newark, Ohio. Flash's contract team can be physically present at any ODRC institution within hours when operational circumstances require it. On-site support is available for implementation, training, system troubleshooting, and any situation where remote support is not sufficient to meet operational needs. Flash's Ohio base enables on-site presence at any ODRC institution, making it a practical, immediate option rather than a scheduled event.

## SECTION 5 — TIME COMMITMENT CHART

| **Personnel** | **Role** | **Contract Time Commitment** |
|---|---|---|
| **Errol Doebler** | Project Manager | 0.5 FTE |
| **Jennifer Doebler** | Implementation Lead, Analyst and Training Lead, Backup Project Manager | 0.75 FTE |
| **Spencer Feig** | Primary ODRC Support Contact | 0.75 FTE |
| **Ethan Knotts** | Technical Lead | 0.75 FTE |
| **Emily Reed** | UX and Investigator Experience Lead | 0.5 FTE |

| | | |
|---|---|---|
| **Patrick Murphy** | Executive Advisor | Advisory |
| **Trace Johnson** | Executive Oversight, Third-Line Project Manager | 0.25 FTE |

## SECTION 6 — BACKGROUND CHECK COMPLIANCE

The RFP requires LEADS background checks on all contractor personnel entering a correctional facility. Flash's personnel are fully prepared to undergo LEADS background checks and any additional security vetting ODRC requires prior to contract performance. Flash's leadership team includes personnel with prior federal security clearances and law enforcement backgrounds, and Flash has no concerns regarding the outcome of any required background investigation. Staff names will be provided to ODRC within one (1) week of contract award as required. All Flash personnel will comply with current and future state, federal, and local laws, court orders, administrative regulations, administrative directives, and policies and procedures of ODRC and its respective institutions.

## SECTION 7 — CONTINGENCY PLAN

Flash maintains a clear, executable contingency plan for personnel continuity throughout the contract term.

***Project Manager Continuity***

In the event that Errol Doebler becomes unavailable as Project Manager for any reason, Jennifer Doebler will assume full program coordination responsibilities immediately with no gap in ODRC communications or contract management. Jennifer's role as Chief Solutions Officer and her direct involvement across Flash's institutional deployments ensure that any transition would be seamless and would not affect contract performance or ODRC institutional operations.

If Jennifer Doebler also becomes unavailable, Trace Johnson will assume direct program coordination responsibilities immediately. Flash will accelerate the identification and onboarding of a qualified replacement Project Manager in either scenario, submitting qualified candidates to ODRC for approval within five (5) business days.

***Technical Lead Continuity***

In the event that Ethan Knotts becomes unavailable as technical lead, Flash will immediately engage qualified replacement technical personnel from its existing team of platform engineers who are deeply familiar with *Flash Signal's* architecture, AWS GovCloud infrastructure, and ViaPath Technologies integration. Flash's platform is fully documented at every technical layer,

ensuring that qualified engineers can maintain and operate Flash Signal without interruption. Flash will submit qualified replacement technical candidates to ODRC for approval within five (5) business days of any such change becoming known.

***Additional Staff Capacity***

Flash has the organizational capacity and financial backing to hire additional qualified personnel quickly if contract volume or operational requirements demand it. Flash's technical hiring pipeline and organizational infrastructure support rapid onboarding of platform engineers, support staff, and intelligence analysts as needed throughout the contract term. Flash will not allow personnel transitions or staffing growth requirements to affect platform availability or service quality for ODRC institutional users. Further, no changes in staffing plans will occur without prior written approval from ODRC as described below.

## SECTION 8 — REPLACEMENT PERSONNEL

Flash is committed to providing qualified replacement personnel for any key position that becomes vacant during the contract term. In accordance with the general terms and conditions of this contract, Flash will submit a minimum of two (2) qualified replacement candidates for non-executive level positions and one (1) qualified replacement candidate for executive level positions within five (5) business days of any personnel change becoming known to Flash. All replacement candidates will meet or exceed the qualifications of the personnel they replace and will be subject to ODRC approval prior to engagement on the contract. Flash will not substitute personnel from those evaluated by ODRC without prior written approval, except in circumstances beyond Flash's control.

# TAB 6: Personnel Profile Summary

## TAB 6: PERSONNEL PROFILE SUMMARY

This tab provides the qualifications, experience, education, training, and supporting personnel documentation for the key individuals Flash proposes to perform work under this contract. The personnel identified in this section are the same core team members who designed, deployed, supported, and refined Flash Signal during the Warren Correctional Institution pilot and who would remain directly responsible for implementation, technical operations, training, user support, and overall contract performance if awarded.

Flash has intentionally proposed a lean, experienced team with direct familiarity with ODRC's operational environment, existing platform architecture, and the day-to-day realities of corrections intelligence work. Each individual included in this section has a defined role in contract performance and is supported by the attached personnel forms and profile documentation required by the RFP.

**The pages that follow include a summary of each proposed individual's role, along with supporting Attachments 7A, 7B, and 7C, as applicable.**

***[SEE FOLLOWING PAGES]***

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE REFERENCES

Candidate's Name: Spencer Feig

Candidate's Proposed Position: Primary ODRC Support Contact

Provide professional references who have received services from the from the candidate, if applicable.

| | | |
|---|---|---|
| Company Name: Perry Township Police Department | Contact Name: Charlie Mills | |
| Address: 7125 Sawmill Rd, Dublin, OH 43016 | Phone Number: 814-967-8483<br>E-mail: cmills@perrytwp.org | |
| Project Name: Flash PD - Case Managment Deployment | Beginning Date of Project: Month/Year 11/2025 | Ending Date of Project: Month/Year: Ongoing |
| Description of project size, complexity, and the candidate's role in this project.<br>Flash deployed its investigative intelligence platform at Perry Township Police Department in 2025 in a pilot engagement that converted to a full-time active deployment in 2026 and remains ongoing. Spencer Feig served as the primary point of contact for all aspects of the engagement, personally managing all scheduling, training delivery, and platform support for the department throughout both the pilot and full deployment periods. Spencer conducted in-person training with department personnel, ensured all users were operationally confident on the platform before going live, and maintained an ongoing support relationship with the department through regular check-in calls and return in-person visits. The Perry Township deployment reflects Spencer's direct experience managing end-to-end platform onboarding and sustained operational support in a live law enforcement environment. | | |
| Company Name: Guernsey Couny Sheriffs Office | Contact Name: Tommy Sharrer | |
| Address: 601 Southgate Pkwy, Cambridge, OH 43725 | Phone Number: 740-439-6313<br>E-mail: t.sharrer@guernseysheriff.com | |
| Project Name: Flash PD - Case Managment Pilot | Beginning Date of Project: 01/2026 | Ending Date of Project: Month/Year 02/2026 |
| Description of project size, complexity, and the candidate's role in this project.<br>Flash deployed its investigative intelligence platform at the Guernsey County Sheriff's Office in a pilot engagement with twelve (12) authorized users. The deployment achieved significant operational success during the pilot period, with investigators actively utilizing the platform across multiple active cases and reporting meaningful improvements in investigative efficiency and evidence review. The pilot has since concluded pending funding for continued deployment. Spencer Feig served as the primary point of contact for all aspects of the engagement, personally managing all scheduling, training delivery, and platform support throughout the pilot. Spencer conducted in-person training with all twelve users, ensured every investigator was operationally confident on the platform before going live, and maintained an ongoing support relationship through regular check-in calls and return in-person visits. The Guernsey County deployment reflects Spencer's direct experience managing end-to-end platform onboarding and sustained operational support in a live law enforcement environment. | | |
| Company Name: | Contact Name: | |
| Address: | Phone Number: E-mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of project size, complexity, and the candidate's role in this project. | | |

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Spencer Feig

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College<br>Michigan State University | 3 | Bachelor, Economics |
| Technical School | | |
| Licenses | | |
| Certifications | | |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Spencer Feig

Candidate's Proposed Position: Primary ODRC Support Contact

| | | |
|---|---|---|
| Client Company Name: AI OWL | Client's Project Supervisor Contact Name: Brian Gonzalez | |
| Address: Remote | Phone Number: 740-323-6340<br>E-Mail: brian@aiowl.org | |
| Project Name: Director of Development | Beginning Date of Project: 06/23 | Ending Date of Project: 12/25 |
| Description of the related services provided: Led a full-time team of eighteen (18) developers building AI-driven software and workflow automation solutions for clients across multiple industries. Managed the complete software development lifecycle across multiple simultaneous projects including client communication, sprint planning, and delivery. Supported AI OWL clients in deploying automation solutions tailored to their operational environments. Ran AI OWL's intern program, managing a cohort of more than twenty (20) interns. This experience directly informs Spencer's role on this contract, where managing simultaneous platform deployments across multiple ODRC institutions requires the same capacity for workload prioritization, stakeholder communication, and quality control over deployment/training deliverables. | | |
| Client Company Name: Columbus Zoo | Client's Project Supervisor Contact Name: Jack Spiller | |
| Address: Remote | Phone Number: 614-735-9239<br>E-Mail: jack@aiowl.org | |
| Project Name: | Beginning Date of Project: 04/2025 | Ending Date of Project: 12/25 |
| Description of the related services provided: Led the product development side of an AI vision platform monitoring animal behavior patterns and delivering automated reports to zoological professionals, currently in pilot phase with the Columbus Zoo. Owned the product roadmap, coordinates development priorities, and translates operational requirements from end users into platform features. This experience reflects Spencer's track record of building AI platforms around the actual workflows of specialized users, directly applicable to Flash Signal's deployment in a corrections intelligence environment. | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE REFERENCES

Candidate's Name: Trace Johnson

Candidate's Proposed Position: Executive Oversight

Provide professional references who have received services from the from the candidate, if applicable.

| | | |
|---|---|---|
| Company Name: NWN Corporation | Contact Name: Andrew Gilman | |
| Address: 111 Huntington Ave, Floor 7<br>Boston, MA 02119 | Phone Number: +1 (781) 710-8802<br>E-mail: agilman@nvm.ai | |
| Project Name: AI Integration for K-12 Schools | Beginning Date of Project: 05/2025 | Ending Date of Project: Ongoing |
| Large-scale national initiative supporting K-12 schools across the United States through curriculum development, expanded training operations, and the design and deployment of technology solutions to build talent pipelines and enable AI integration across school systems. This project involves a high level of complexity due to its nationwide scope, cross-functional coordination among equipment manufacturers, content development specialists, trainers, and technology solution providers, as well as tight deadlines and the need to deliver measurable results. Mr. Johnson serves as an executive leader for implementation, overseeing executive coordination across multiple partners and work-streams while managing contracts, human capital, operational execution, and broader executive leadership responsibilities to ensure successful delivery of project objectives. | | |
| Company Name: SPX FLOW | Contact Name: Con O'Driscoll | |
| Address: 13320 Ballantyne Corporate Place<br>Charlotte, NC 28277 | Phone Number: +44 (771) 350-1476<br>E-mail: con.odriscoll@spxflow.com | |
| Project Name: Product Development and Deployment of Water Recycling Technologies | Beginning Date of Project: 04/2020 | Ending Date of Project: Ongoing |
| Large-scale global initiative involving the development, deployment, and delivery of water recycling technology across multiple markets, with responsibilities spanning manufacturing, supply chain, contracts, sales strategy, and marketing oversight. This project involves a high level of complexity due to its global scope, coordination across multiple operational and commercial functions, the need to maintain strict delivery timelines, and the requirement to ensure exceptional product quality, durability, customer savings, and strong return on investment. Mr. Johnson serves as an executive leader, Chief Inventor, and a research and development leader for the project, overseeing executive product deployment strategy, manufacturing and supply chain coordination, human capital, contract management, sales strategy, and marketing direction to ensure timely delivery of high-quality, durable solutions that produced measurable customer value. | | |
| Company Name: Central Ohio Technical College | Contact Name: John M. Berry, Ph.D. | |
| Address: 1179 University Drive<br>Newark OH, 43055 | Phone Number: +1 (740) 364-9510<br>E-mail: berry.19@mail.cotc.edu | |
| Project Name: AI Integration at COTC | Beginning Date of Project: Month/Year 01/2025 | Ending Date of Project: Ongoing |
| Medium-sized project, supporting a community college through the deployment of customized solutions and actionable leadership initiatives designed to help faculty and staff adopt and implement AI, prepare for workforce changes, and plan for ongoing technological improvements. This project involves a moderate level of complexity due to the need to align technology adoption with institutional goals, support organizational change across faculty and staff, and coordinate strategy, policy, and operational planning within an educational environment. Mr. Johnson serves as an executive leader responsible for executive management of human capital, strategic planning, and contracts, while overseeing the implementation of customized solutions and initiatives to support effective AI adoption across the institution. | | |

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Trace Johnson

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College Central Ohio Technical College<br>Ohio State University<br>Western Hospitality Institute | 0 mo / 3 yr<br>0 mo / 2 yr<br>N/A | Electromechanical Engineering<br>Electrical Engineering<br>Executive MBA (Honoris Causa) |
| Technical School<br>C-TEC of Licking County | 0 mo / 2 yr | Engineering Technology |
| Licenses None | None | None |
| Certifications None | None | None |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: Trace Johnson

Candidate's Proposed Position: Executive Oversight

| | | |
|---|---|---|
| Client Company Name: NWN Corporation | Client's Project Supervisor Contact Name: Andrew Gilman | |
| Address: 111 Huntington Ave, Floor 7<br>Boston, MA 02119 | Phone Number: +1 (781) 710-8802<br>E-Mail: agilman@nvm.ai | |
| Project Name: AI Integration for K-12 Schools | Beginning Date of Project: 05/2025 | Ending Date of Project: Ongoing |
| Mr. Johnson provides executive oversight for a national K-12 initiative involving curriculum development, training operations, and deployment of technology solutions to support AI integration across school systems. In this role, he manages cross-functional teams and coordinates executives, department leaders, and partner companies, including equipment manufacturers, content development specialists, trainers, and technology providers. His responsibilities includes contract management, human capital oversight, operational leadership, strategic execution, and ensuring measurable results under tight deadlines. | | |
| Client Company Name: SPX FLOW | Client's Project Supervisor Contact Name: Con O'Driscoll | |
| Address: 13320 Ballantyne Corporate Place<br>Charlotte, NC 28277 | Phone Number: +44 (771) 350-1476<br>E-Mail: con.odriscoll@spxflow.com | |
| Project Name: Product Development and Deployment of Water Recycling Technologies | Beginning Date of Project: 04/2020 | Ending Date of Project: Ongoing |
| Mr. Johnson serves in executive leadership as Chief Inventor and a research and development leader for the global deployment of water recycling technology. His experience includes overseeing executives, internal teams, and partner companies across manufacturing, supply chain, sales, marketing, and operations. He is responsible for managing contracts, human capital, strategic execution, and cross-department coordination to ensure timely delivery of durable, high-quality products that produced measurable customer value. | | |
| Client Company Name: Central Ohio Technical College | Client's Project Supervisor Contact Name: John M. Berry, Ph.D. | |
| Address: 1179 University Drive<br>Newark, OH 43055 | Phone Number: +1 (740) 364-9510<br>E-Mail: berry.19@mail.cotc.edu | |
| Project Name: AI Integration at COTC | Beginning Date of Project: 01/2025 | Ending Date of Project: Ongoing |
| Mr. Johnson serves in an executive leadership role for a college-based AI implementation initiative focused on customized solutions, leadership initiatives, workforce readiness, and technology planning. He manages executive leaders and external partners while overseeing strategy, contracts, human capital, and implementation efforts. His role requires executive-level coordination across institutional functions to support effective AI adoption and long-term organizational improvement. | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE REFERENCES

Candidate's Name: Emily Reed

Candidate's Proposed Position: UX and Investigator Experience Lead

Provide professional references who have received services from the from the candidate, if applicable.

| | | |
|---|---|---|
| Company Name: Enrich.ly | Contact Name: Eduardo Garcia | |
| Address: Remote | Phone Number: 512-567-0187<br>E-mail: 24eg14@gmail.com | |
| Project Name: Enrichly, Project Launch | Beginning Date of Project: 03/23 | Ending Date of Project: 05/24 |
| Description of project size, complexity, and the candidate's role in this project. Joined the project during its launch phase and helped ship a product that was rolled out across public schools statewide in Texas. I owned key frontend work across survey flows, dashboards, and file uploads, while also improving responsive design, accessibility, and the overall quality of the frontend. The role required hands-on execution, rapid iteration, and close cross-functional collaboration to ensure the product was stable, user-friendly, and ready for a large-scale public-sector rollout. That experience directly translates to supporting the ODRC deployment, where reliability, usability, and the ability to continuously improve a live system for active users are critical. | | |
| Company Name: Enbasis Inc | Contact Name: Alan Gaffney | |
| Address: Akron, OH | Phone Number: E-mail: 440-781-5014 | |
| Project Name: Townchest | Beginning Date of Project: 05/24 | Ending Date of Project: 11/25 |
| Description of project size, complexity, and the candidate's role in this project. Worked on a pre-launch, enterprise-scale commerce platform, helping establish the frontend foundation before broad release. The work was high complexity because it involved more than feature delivery. It included defining the component library, design system, accessibility standards, testing strategy, and shared frontend patterns that other teams could build on. My role was senior and foundational. I helped shape the platform's UI architecture, built reusable systems in Storybook and MUI, strengthened type safety and maintainability, and created the standards needed for the product to scale consistently across teams. This experience directly supports the ODRC deployment because it reflects the ability to build and maintain scalable, reliable, and user-ready systems that can support active users while continuing to evolve in a live operational environment. | | |
| Company Name: | Contact Name: | |
| Address: | Phone Number: E-mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of project size, complexity, and the candidate's role in this project. | | |

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Emily Reed

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College | | |
| Technical School<br>Clover Park Technical College | 18 months | |
| Licenses | | |
| Certifications<br>Foundations of User Experience (UX) Design | 4 months | |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: Emily Reed

Candidate's Proposed Position: UX and Investigator Experience Lead

| | | |
|---|---|---|
| Client Company Name: Enrichly | Client's Project Supervisor Contact Name: Eduardo Garcia | |
| Address: Remote | Phone Number: 512-567-0187<br>E-Mail 24eg14@gmail.com | |
| Project Name: Enrichly, Project Launch | Beginning Date of Project: 03/23 | Ending Date of Project: 05/24 |
| Description of the related services provided:<br>I worked on a product that handled children's data, which meant the frontend could not just be usable. It had to be thoughtful, secure, privacy-conscious, and designed with a high degree of care around sensitive information. Building user flows within those kinds of constraints required strong attention to data handling, access considerations, and trust in the overall user experience. That experience is highly relevant to the ODRC deployment, where secure, reliable, and carefully designed workflows are essential when supporting users who work with sensitive operational information. | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE REFERENCES

Candidate's Name: Errol Doebler

Candidate's Proposed Position: Program Manager

Provide professional references who have received services from the from the candidate, if applicable.

| | | |
|---|---|---|
| Company Name: FBI New York | Contact Name: James DeStefano | |
| Address: 26 Federal Plaza 23rd Floor, New York, NY 10278 | Phone Number: E-mail: 646-484-1172 | |
| Project Name: FBI New York SWAT Operations | Beginning Date of Project: 01/2005 | Ending Date of Project: 01/2012 |
| Description of project size, complexity, and the candidate's role in this project.<br>Errol served on the FBI New York SWAT Team, where he planned and led high-risk arrest operations and training exercises in the greater New York City area. The work involved tactical operations of varying size and complexity, ranging from small-team missions to multi-state, multi-agency coordinated operations. His role included planning and executing direct action and high-risk arrests, search warrants, surveillance, prisoner transfers, and high-value protection details. This experience is relevant to the ODRC project because it reflects leadership in high-risk operational environments requiring disciplined execution, coordination across teams and jurisdictions, and rapid response to evolving threats. | | |

| | | |
|---|---|---|
| Company Name: FBI New York | Contact Name: John Penza | |
| Address: 26 Federal Plaza 23rd Floor New York, NY 10278 | Phone Number: E-mail: 917-662-9765 | |
| Project Name: FBI Russian Organized Crime | Beginning Date of Project: 01/2011 | Ending Date of Project: 01/2012 |
| Description of project size, complexity, and the candidate's role in this project.<br>Errol served as a Special Agent in the FBI's New York Field Office working Russian Organized Crime matters in one of the Bureau's most complex and demanding operational environments. The work involved sophisticated criminal enterprises, interconnected subjects, and high-risk investigative activity requiring close coordination across investigative and intelligence resources. His role required investigative judgment, operational discipline, and the ability to identify key actors, relationships, and criminal patterns in support of organized crime investigations. This experience is relevant to the ODRC project because it reflects direct investigative work in complex threat environments where timely identification of patterns, targets, and emerging risks was critical. | | |

| | | |
|---|---|---|
| Company Name: U.S. Navy SEAL Teams | Contact Name: Mike Mcabee | |
| Address: 2000 Trident Way, San Diego, CA 92155 | Phone Number: E-mail: 858-922-0972 | |
| Project Name: United States Navy SEAL Operations | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of project size, complexity, and the candidate's role in this project.<br>Errol served as a Navy SEAL Platoon Commander leading elite special operations personnel in complex, high-risk environments where mission success depended on disciplined planning, operational readiness, and leadership under pressure. The work required responsibility for the training, readiness, welfare, and operational employment of the platoon, as well as the ability to lead teams through demanding conditions where clarity, accountability, and execution were critical. This experience is relevant to the ODRC project because it demonstrates leadership in high-risk operational environments, coordination of mission-critical personnel and resources, and disciplined execution under pressure. | | |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Errol Doebler

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College<br>U.S. Naval Academy | 1987-1991 | BS Political Science |
| Technical School | | |
| Licenses | | |
| Certifications | | |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: Errol Doebler

Candidate's Proposed Position: Program Manager

| | | |
|---|---|---|
| Client Company Name: The Morse Group | Client's Project Supervisor Contact Name: Shawn Sullivan | |
| Address: 500 West South Street, Freeport, IL 6103 | Phone Number:<br>E-Mail: ssullivan@themorsegroup.com | |
| Project Name: Leadership Development | Beginning Date of Project: 01/2024 | Ending Date of Project: Present |
| Description of the related services provided:<br>Errol advises at Ice Cold Leader, where he leads strategy, operations, client engagement, and organizational growth. The work involves direct support to executives, leadership teams, and organizations seeking to improve decision-making, accountability, culture, and execution in demanding environments. His role requires strategic oversight, operational leadership, client-facing communication, and the ability to translate complex organizational challenges into practical, results-oriented action. This experience is relevant to the ODRC project because it reflects leadership of a growing organization, oversight of delivery and implementation, and experience supporting clients in high-accountability environments where execution, communication, and operational effectiveness are critical. | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE REFERENCES

Candidate's Name: Ethan Knotts

Candidate's Proposed Position: Technical Lead

Provide professional references who have received services from the from the candidate, if applicable.

| | | |
|---|---|---|
| Company Name: STEM Playbook | Contact Name: Alyssa Briggs | |
| Address: 10494 Lake Shore Blvd, Bratenhal, OH | Phone Number: 330-402-1016<br>E-mail: alyssa@stemplaybook.org | |
| Project Name: STEM Playbook App | Beginning Date of Project: 12/24 | Ending Date of Project: 02/25 |
| Description of project size, complexity, and the candidate's role in this project.<br>Contributed to the development of an IOS app used at live sports events where students scanned QR codes to unlock STEM-themed digital trading cards, watch video interviews, and compete on a leaderboard. Worked on core app features, user flow, and real-time functionality. The app was deployed and demoed at a Cleveland Cavaliers game as part of the Score with STEM event. This correlates directly to the ODRC RFP showing adaptability to user feedback and designing systems that scales with users. | | |
| Company Name: | Contact Name: | |
| Address: | Phone Number: E-mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of project size, complexity, and the candidate's role in this project. | | |
| Company Name: | Contact Name: | |
| Address: | Phone Number: E-mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of project size, complexity, and the candidate's role in this project. | | |

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Ethan Knotts

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College<br>Ohio University<br>Athens, OH 45701 | 3 Years | Computer Science, Specialization in Machine Learning and Artificial Intelligence |
| Technical School | | |
| Licenses | | |
| Certifications<br>CompTIAA+ | 2 Years | |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: Ethan Knotts

Candidate's Proposed Position: Technical Lead

| | | |
|---|---|---|
| Client Company Name: AI OWL | Client's Project Supervisor Contact Name: Jason Feig | |
| Address: Remote | Phone Number: 5172349096<br>E-Mail: jason@aiowl.org | |
| Project Name: AI Development Leadership | Beginning Date of Project: 04/25 | Ending Date of Project: 12/25 |
| Description of the related services provided:<br>Developer AI powered applications for external clients, focusing on scalable backend systems, LLM integrations, and data pipelines. Led a team of engineers and oversaw delivery of production-grade solutions including system architechture, APIs, and deployment. This correlates directly to the ODRC RFP due to the technical leadership necessary to operate Flash Signal | | |
| Client Company Name: AI OWL | Client's Project Supervisor Contact Name: Jack Spiller | |
| Address: Remote | Phone Number: 614-735-9239<br>E-Mail: jack@aiowl.org | |
| Project Name: Primalytics | Beginning Date of Project: 04/25 | Ending Date of Project: 11/25 |
| Description of the related services provided:<br>Led the development of an AI-powered application in collaboration with the Columbus Zoo that analyzes live video footage to automatically generate structured animal activity reports. Served as founding engineer, leading system architecture, backend development, and integration to computer vision models for real-time animal behavior detection, enabling efficient and accurate animal monitoring. This correlates directly to the ODRC deployment, working directly with a large institution like the Columbus Zoo and building a scalable system with large amounts of data being uploaded in real-time. | | |
| Client Company Name: | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE REFERENCES

Candidate's Name: Jennifer Doebler

Candidate's Proposed Position: Implementation Lead, Analyst and Training Lead, and Backup Project Manager

Provide professional references who have received services from the from the candidate, if applicable.

| | | |
|---|---|---|
| Company Name: FBI New York | Contact Name: Laura Swift | |
| Address: 26 Federal Plaza 23rd Floor, New York, NY 10278 | Phone Number: 914-882-4567<br>E-mail: laura.swift@ic.fbi.gov | |
| Project Name: Domain Analysis – FBI New York | Beginning Date of Project: January 2010 | Ending Date of Project: Month/Year August 2011 |
| Description of project size, complexity, and the candidate's role in this project. Jennifer supported the FBI New York Field Office's strategic intelligence analysis function in one of the Bureau's largest and most complex operational domains. The work involved assessing threats, intelligence collection, and investigative activity across multiple FBI program areas and translating large volumes of intelligence and operational reporting into strategic assessments for senior leadership. Her role required synthesizing complex, multi-source information, identifying gaps, emerging risks, and collection priorities, and producing clear recommendations that informed executive decision-making, resource prioritization, and investigative focus. This experience is directly relevant to the ODRC project because it involved large-scale intelligence analysis, pattern identification, threat assessment, and support to intelligence-led investigations. | | |
| Company Name: FBI Newark | Contact Name: Beth Beigalski | |
| Address: 11 Centre Place Newark, NY 07102 | Phone Number: 609-744-2083<br>E-mail: | |
| Project Name: National Street Gangs & Violent Crimes Against Children - FBI Newark Field Office | Beginning Date of Project: 04/12 | Ending Date of Project: 04/19 |
| Description of project size, complexity, and the candidate's role in this project. Under supervisory direction, Jennifer supported both national street gang and violent crimes against children matters in the FBI Newark Field Office's Atlantic City Resident Agency. The work involved large volumes of intelligence and investigative information from multiple sources and covered complex, high-risk threat areas requiring timely analytically supported investigations. Her role required identifying patterns, subjects, victim-related information, associations, and emerging risks, and turning that information into clear analytical outputs that informed investigative priorities, intelligence collection, and operational focus. This experience is relevant to the ODRC project because it reflects direct support to law enforcement investigations involving threat detection, prioritization, multi-source analytical review, and actionable intelligence development. | | |
| Company Name: FBI New York | Contact Name: Laura Swift | |
| Address: 26 Federal Plaza 23rd Floor, New York, NY 10278 | Phone Number: 914-882-4567<br>E-mail: laura.swift@ic.fbi.gov | |
| Project Name: International Terrorism – FBI New York Field Office (East and Central Asia) | Beginning Date of Project: 04/06 | Ending Date of Project: 01/10 |
| Description of project size, complexity, and the candidate's role in this project. Jennifer supported international terrorism matters in the FBI New York Field Office with a specialization in East and Central Asia. The work involved analyzing large volumes of intelligence and investigative information tied to complex threat actors, foreign intelligence reporting, and ongoing counterterrorism priorities in a high-risk operational environment. Her role required identifying patterns, subjects, emerging threats, and intelligence gaps, and producing clear analytical assessments that supported investigations, operational leadership, and collection priorities. This experience is directly relevant to the ODRC project because it demonstrates the ability to assess large-scale communications and intelligence data, identify threat indicators, and support targeted and emergent intelligence-led investigations. | | |

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Jennifer Doebler

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College<br>University of Delaware<br>210 S College Avenue, Newark DE, 19716 | August 1997 - May 2001 | Bachelor of Arts in Psychology and Criminal Justice |
| Technical School | | |
| Licenses | | |
| Certifications | | |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: Jennifer Doebler

Candidate's Proposed Position: Implementation Lead, Analyst and Training Lead, and Backup Project Manager

| | | |
|---|---|---|
| Client Company Name: FBI New York | Client's Project Supervisor Contact Name: Ian Cornell | |
| Address: 11 Centre Place Newark, NJ 07102 | Phone Number: 908-507-1272<br>E-Mail: 2ian.cornell@gmail.com | |
| Project Name: National Street Gangs and Violent Crimes Against Children - FBI Newark Field Office, Atlantic City RA | Beginning Date of Project: 01/12 | Ending Date of Project: 04/19 |
| Description of the related services provided:<br>Jennifer provided intelligence analysis in support of national street gang and violent crimes against children matters in the FBI Newark Field Office's Atlantic City Resident Agency. She analyzed large volumes of multi-source intelligence and investigative information, identified key patterns and emerging risks, and delivered clear assessments that supported investigators and informed operational priorities, intelligence collection, and investigative focus. | | |

| | | |
|---|---|---|
| Client Company Name: FBI New York | Client's Project Supervisor Contact Name: Laura Swift | |
| Address: 26 Federal Plaza 23rd Floor New York, NY 10278 | Phone Number: 914-882-4567<br>E-Mail: laura.swift@ic.fbi.gov | |
| Project Name: International Terrorism – FBI New York Field Office | Beginning Date of Project: 04/06 | Ending Date of Project: 01/12 |
| Description of the related services provided:<br>Jennifer provided intelligence analysis in support of international terrorism matters in the FBI New York Field Office, with a specialization in East and Central Asia. | | |

| | | |
|---|---|---|
| Client Company Name: FBI New York | Client's Project Supervisor Contact Name: Laura Swift | |
| Address: 26 Federal Plaza 23rd Floor New York, NY 10278 | Phone Number: 914-882-4567<br>E-Mail: laura.swift@ic.fbi.gov | |
| Project Name: Strategic Domain Analysis – FBI New York Field Office | Beginning Date of Project: 01/10 | Ending Date of Project: 09/11 |
| Description of the related services provided:<br>Jennifer provided strategic intelligence analysis in support of the FBI New York Field Office by assessing threats, intelligence collection, and investigative activity across a large and complex operational domain. She analyzed high volumes of multi-source intelligence and investigative reporting, identified patterns, gaps, and emerging risks, and produced strategic assessments and recommendations that informed senior leadership decisions, operational priorities, and investigative focus. | | |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 7: Work Plan

# TAB 7: WORK PLAN

## 7.1 WORK PLAN OVERVIEW

From January 16, 2026, through March 14, 2026, *Flash Signal* processed every inmate phone call placed at Warren Correctional Institution via ViaPath Technologies, totaling 242,604 calls and 3,082,663 minutes of transcribed audio, at a 99.997% success rate with zero (0) downtime. The platform surfaced 33,004 threat indicators, extracted 2,526,541 structured intelligence entities, and supported sustained daily investigative use by ODRC institutional investigators across 214 AI-assisted intelligence sessions. The work plan that follows is not theoretical; it describes an operational platform that has already performed at ODRC, at scale, and a team that has already delivered it.

*Flash Signal* is a SaaS-based offender communications analytics platform that ingests inmate communications from ViaPath Technologies (as well as other vendors), applies AI-driven transcription and analysis, classifies threat indicators in near real-time, enables advanced investigative search and link analysis, and delivers actionable intelligence to institutional investigators, intelligence analysts, and STG coordinators through a secure, intuitive web-based interface.

*Flash Signal* is CJIS-compliant, hosted entirely in AWSGovCloud, and designed to meet the security, data sovereignty, and operational requirements of correctional institutions. Flash's implementation approach is organized into four (4) sequential phases that overlap where dependencies allow, enabling ODRC to move from contract execution to a fully operational platform as quickly as possible:

| Phase | What Happens |
| --- | --- |
| ***Phase 1:*** Mobilization and Environment Setup | Contract execution, credential exchange with ViaPath, AWS GovCloud provisioning |
| ***Phase 2:*** Integration and Data Ingestion | ViaPath API integration, pipeline validation, quality checks |
| ***Phase 3:*** Platform Configuration and Go-Live | User provisioning, role based access controls (hereafter "**RBAC**") configuration, training, and production go-live |
| ***Phase 4:*** Steady-State Operations | Ongoing monitoring, SLA reporting, |

| | |
|---|---|
| | continuous improvement, and expansion readiness |

Because *Flash Signal* was already integrated with ViaPath Technologies and operational at scale within ODRC, the implementation timeline for full contract performance is materially compressed compared to any vendor starting from scratch.

This tab is structured in the following format, which describes the technical backbone infrastructure of the platform, followed by project management, milestones, and implementation narratives.

***Technical Platform Details:***
Section 7.2 — Understanding of ODRC's Operational Need
Section 7.3 — Platform Deployment and Implementation Approach
Section 7.4 — ViaPath and Communication Data Ingestion
Section 7.5 — AI Monitoring, Risk Detection, and Investigative Alerting
Section 7.6 — Search, Summaries, Prompt-Based Querying, Link Analysis, and Resident Directory
Section 7.7 — Security, Access Controls, and Data Management
Section 7.8 — Training and User Onboarding
Section 7.9 — Ongoing Support and Operational Assistance
Section 7.10 — Business Continuity and Service Reliability
Section 7.11 — Implementation, Program Expansion, and Contract Closeout

***Project Management, Milestones, and Implementation Plan:***
Section 7.12 — Project Timeline, Implementation Milestones, Project Management Narrative, and Risk Mitigation

## 7.2 UNDERSTANDING OF ODRC'S OPERATIONAL NEED

ODRC operates twenty-eight (28) correctional institutions housing approximately 45,750 inmates. Communications between inmates and external parties, primarily phone calls facilitated by ViaPath Technologies, are among the most significant intelligence sources available to investigators, intelligence analysts, and STG coordinators. The challenge ODRC faces is not access to that intelligence. It is the volume.

Flash understands this challenge firsthand. Since 2023, Flash personnel have worked directly alongside Ohio corrections and law enforcement professionals, hearing the same operational reality described in this RFP repeated across every Agency they visited. Inmate communications

were accumulating faster than any team could manually review. Critical intelligence was going unexamined not because institutions lacked capable personnel, but because the volume had long exceeded the capacity of any manual review process. That reality is what Flash was built to address. The Warren Correctional Institution pilot confirmed what those early conversations made clear: the intelligence exists within the data. The question is whether the platform can surface it.

*Flash Signal* is architected around the principles articulated by ODRC's intelligence professionals during those early engagements. AI should surface intelligence. Investigators should evaluate and act on it. *Flash Signal* automates the discovery. ODRC's investigators, intelligence analysts, and STG coordinators drive the investigation. That division of responsibility is not a design compromise. It is the operational model that corrections intelligence professionals told Flash they needed, and it is the model Flash built.

ODRC requires a platform that can ingest all inmate communications from ViaPath in near real-time without manual intervention, transcribe and analyze every communication using AI while flagging those that warrant human review, score risk so that investigative staff can prioritize the most urgent threats, enable targeted investigation through keyword search, entity extraction, link analysis, and prompt-based querying, and operate within CJIS compliance boundaries with role-based access, encryption at rest and in transit, audit logging, and data sovereignty within the United States. The sections that follow describe how Flash follows these requirements from a technical perspective.

## 7.3 PLATFORM DEPLOYMENT AND IMPLEMENTATION APPROACH

**Cloud Architecture**
*Flash Signal* runs entirely within AWS GovCloud, ensuring compliance with federal, state, and local data security requirements and the CJIS Security Policy. The platform is deployed as a set of containerized microservices orchestrated through Amazon elastic container service (hereafter "**ECS**") on Fargate, with no on-premises infrastructure required at any ODRC facility. ODRC-authorized users access *Flash Signal* through a standard web-based browser on any internet-connected device. There is nothing to install, nothing to maintain locally, and no hardware to procure.

| **Component** | **AWS Service** | **Purpose** |
|---|---|---|
| Application Backend | ECS Fargate (FastAPI) | RESTful API serving all platform functionality |
| Frontend | Angular 21 single page application (hereafter "**SPA**" | Investigator-facing web interface, compatible with |

| | | |
|---|---|---|
| | with server-side rendering (hereafter "**SSR**") | Chrome, Edge, Safari, iOS, and Android |
| Data Ingestion Worker | ECS Fargate (Python) | ViaPath API polling, audio download, S3 storage, SQS queuing |
| Processing Pipeline | ECS Fargate (Python), auto-scaling | Transcription, AI analysis, embedding generation, and graph extraction |
| Primary Database | Amazon Aurora PostgreSQL with pgvector | Structured data, CDR records, call metadata, user and role management, summary embeddings |
| Graph Database | Neo4j | Entity relationships, communication networks, link analysis |
| Vector Search | Legal-BERT via SageMaker and Weaviate | Semantic search across transcript content |
| Object Storage | Amazon S3 with server-side encryption through key management service (hereafter "**SSE-KMS**") (AES-256) | Audio files, transcripts, derived artifacts |
| Message Queue | Amazon simple queue service first in, first out (hereafter "**SQS FIFO**") | Reliable, ordered job distribution between services |
| Secrets Management | AWS Secrets Manager | ViaPath credentials, database credentials, API keys |
| AI Services | Amazon Bedrock (Claude, Titan), SageMaker | Transcription, analysis, summary embeddings, and graph extraction |
| Monitoring | Amazon CloudWatch | Application logs, |

| | | |
|---|---|---|
| | | performance metrics, and alerting |
| Authentication | Amazon Cognito | User authentication, multi-factor authentication (hereafter "**MFA**"), JSON web token (hereafter "**JWT**") management |

**Environment Strategy**
Flash maintains separate development and production environments. The ODRC deployment operates in a dedicated production environment within AWS GovCloud with strict network isolation. Configuration is managed through environment-specific Terraform variable files and AWS Secrets Manager, ensuring that credentials, endpoints, and feature flags are environment-appropriate without code changes. This separation ensures that platform updates and enhancements are fully validated in the development environment before they are deployed to ODRC's production environment.

**No-Disruption Implementation**
Because *Flash Signal* completed a full sixty (60)-day production pilot at Warren Correctional Institution and is already integrated with ViaPath Technologies, full contract implementation does not begin at zero. The ViaPath integration has been tested and is operational. The processing pipeline has been validated at scale within ODRC. The platform's performance characteristics are documented and proven. Expanding from pilot scope to full contract scope requires configuration changes, user provisioning, and training, not a new implementation. That distinction translates directly into a faster time to operational value for ODRC.

Additionally, during the Warren Correctional Institution pilot, Flash demonstrated the ability to identify, develop, and deploy platform enhancements requested by ODRC institutional users within the same sixty (60)-day window. That development velocity is not a pilot-period exception. It is how Flash operates.ODRC will work directly with the team that builds *Flash Signal*. During the Warren Correctional Institution pilot, a feature request from institutional users was identified, developed, and deployed within seven (7) hours of the request. That is the development standard Flash maintains throughout every engagement.

## 7.4 VIAPATH AND COMMUNICATION DATA INGESTION

**Integration Architecture**
*Flash Signal* includes a ViaPath integration service that automates the complete lifecycle of communication data ingestion. This service is built specifically for the ViaPath API and has been

designed and validated to handle the scale and reliability requirements of continuous corrections communication monitoring at the volume ODRC's institutions generate.

**How Ingestion Works**

The ViaPath integration operates as a continuously running worker service that performs the following cycle every seven (7) minutes:

***Step 1: Authentication and Polling***

The service authenticates to the ViaPath API using credentials stored in AWS Secrets Manager. It polls the ViaPath endpoint to retrieve new call detail records (hereafter "**CDRs**"). Each CDR contains metadata including the call identifier, site identifier, timestamps, duration, resident identification, called party information, call type, and the location of the recorded audio file.

***Step 2: Audio Download and Storage***

For each CDR with a recorded audio file, the service performs a streaming download of the audio from ViaPath's file server. The audio is uploaded to Amazon S3 under a structured key hierarchy that organizes files by site, date, and call identifier. Alongside the audio, the service stores the full CDR metadata as JSON and generates an MD5 checksum file for integrity verification.

***Step 3: Deduplication***

Each processed CDR is tracked in a DynamoDB table with a thirty (30)-day time to live. Before processing any call, the service checks this table to prevent duplicate ingestion. Conditional writes ensure atomicity even under concurrent processing conditions.

***Step 4: Downstream Notification***

After successful storage, the service publishes a message to an SQS FIFO queue containing the S3 location, CDR metadata, and a generated call identifier. The FIFO queue guarantees ordered, exactly-once delivery to the processing pipeline.

***Step 5: Error Handling and Resilience***

The service implements exponential backoff for ViaPath API rate limits, with backoff intervals up to ten (10) minutes. Failed downloads are retried within the polling cycle. The service restarts automatically on failure, ensuring continuous ingestion without manual intervention.

**Site-Based Filtering and Expansion**

When ODRC designates specific facilities for monitoring, the ingestion service is configured with those ViaPath Site IDs. In this mode, the service retrieves only communications from designated sites, so the ingestion scope matches the contracted program scope precisely. Adding institutions, as ODRC expands the program, requires only a configuration change. No code

deployment, no infrastructure modification, and no data migration are required to bring additional ODRC institutions onto the platform.

**Pre-Existing Communications Data**
*Flash Signal* is designed to ingest pre-existing communications data for AI analysis. Historical call records and audio files can be ingested into the platform and processed through the same AI pipeline as current communications, enabling investigators to query and analyze historical data alongside real-time communications within the same environment.

**Beyond Phone Calls: Inmate Tablet Data and Device Extractions**
*Flash Signal's* ingestion capabilities extend beyond inmate phone calls. Inmate tablet data and device extraction files from compatible platforms can be ingested directly into *Flash Signal* and connected with inmate communications data within the same unified intelligence environment. See Section 7.13 for additional platform capabilities available as value-added features.

## 7.5 AI MONITORING, RISK DETECTION, AND INVESTIGATIVE ALERTING

**Processing Pipeline Overview**
Every communication ingested from ViaPath passes through *Flash Signal's* multi-stage AI processing pipeline. This pipeline is implemented as an auto-scaling worker service that scales concurrent processing tasks based on queue depth, ensuring that processing capacity matches volume at all times without manual intervention.

***Stage 1: Audio Conversion***
Raw audio files from ViaPath are converted to MP3 format using FFmpeg, generating a derived copy stored in S3. The pipeline also generates waveform peak data for the frontend audio player, enabling investigators to visually navigate recordings and jump to specific moments without listening to the full call.

***Stage 2: AI Transcription and Speaker Diarization***
*Flash Signal* uses Amazon Bedrock Data Automation for transcription and speaker diarization, providing:

- High-accuracy speech-to-text with a Word Error Rate (hereafter "**WER**") below the RFP's five percent (5%) threshold. *Flash Signal's* transcription accuracy is audited quarterly against human-reviewed samples, with audit results provided to ODRC.
- Speaker diarization that definitively differentiates between voices on each call, labeling each speaker's segments distinctly so investigators can immediately identify which party said what without ambiguity.

- Timestamp alignment at the word level, enabling the platform to synchronize transcript text with audio playback position. Investigators can click any word in the transcript and jump directly to that moment in the recording, making review of flagged calls dramatically faster than sequential listening.
- Multilingual support across ninety-seven (97) languages, including English, Spanish, and Arabic as required by this RFP. *Flash Signal's* transcription engine supports automatic language detection and processing across a comprehensive language set that includes, but is not limited to, French, German, Portuguese, Russian, Chinese, Japanese, Korean, Hindi, Urdu, Swahili, Tagalog, and Somali. A complete list of supported languages is available upon request. When non-English content is detected, the pipeline generates a translated transcript alongside the original, ensuring that non-English communications receive the same automated analysis and risk classification as English communications without requiring a human translator in the review loop. At Warren Correctional Institution, 2,233 of 242,604 calls were detected and processed in Spanish, each receiving full AI analysis automatically.

***Stage 3: AI Risk Analysis, Entity Extraction, and Summarization***
After transcription, each call undergoes structured AI analysis through a dual-path approach. The primary path uses Amazon Bedrock Data Automation structured output. When that is unavailable, the pipeline invokes Claude via Amazon Bedrock to perform equivalent analysis.

The analysis produces:

- A normalized risk score from 0.0 to 1.0 reflecting the severity and credibility of threats identified in the communication. Scores above 0.7 are classified as high risk and trigger immediate alerting workflows.
- A categorical risk classification of low, medium, or high derived from the numeric score, enabling investigators to filter and prioritize their review queue at a glance.
- Specific textual citations from the transcript that contributed to the risk assessment, so investigators immediately understand why a call was flagged without having to read the full transcript or listen to the full recording.
- An AI-generated summary of the communication's content, enabling rapid triage of large call volumes without listening to every recording.
- Structured entity extraction of people, locations, organizations, phone numbers, and objects mentioned in the communication, fed directly into *Flash Signal's* link analysis and knowledge graph capabilities.
- Sentiment analysis reflecting the overall tone and emotional indicators present in the communication

***Stage 4: Slang and Coded Language Detection***

*Flash Signal* automatically identifies slang, coded language, and phonetic variants within transcribed communications without requiring manual dictionary configuration. The platform's semantic analysis engine detects suspicious language patterns, coded references, and non-standard terminology in context, flagging communications that warrant investigator attention regardless of whether specific terms have been pre-loaded. This automated detection is further enhanced by facility-specific and system-wide slang dictionaries that *Flash Signal* maintains and continuously updates. When investigators identify new terms, phrases, or coded language patterns through the platform interface, those terms are immediately added to the detection dictionaries and applied to all future processing. Detected terms are flagged and may contribute to an elevated risk score. *Flash Signal's* combination of AI-driven contextual detection and continuously expanding dictionaries ensures that the platform keeps pace with the evolving coded language environment inside correctional institutions, catching both known terminology and emerging patterns that have not yet been formally catalogued.

***Stage 5: Embedding Generation***
The pipeline generates two (2) types of vector embeddings for each processed call. Summary embeddings are computed from the call summaries, enabling semantic similarity search across them. Transcript chunk embeddings using a domain-specific Legal-BERT model enable hybrid keyword-and-semantic search across full transcript content, allowing investigators to find calls by meaning rather than exact keyword match.

***Stage 6: Knowledge Graph Construction***
After database storage, the pipeline invokes a graph extraction service powered by Claude 3.5 Sonnet. This service analyzes the transcript to identify entities and the relationships between them, writing the extracted graph to Neo4j where it becomes part of an accumulating knowledge graph spanning all processed communications. This graph powers *Flash Signal's* link analysis capabilities, enabling investigators to visualize communication networks, identify previously unknown connections between inmates and external parties, detect patterns of coordinated activity, and trace the flow of information across multiple calls and participants.

**Real-Time Alerting and Threat Notification:**
When a call is classified as high risk, the pipeline triggers real-time notifications through multiple channels simultaneously.

- In-platform notifications broadcast to connected users via Server-Sent Events, providing immediate visual indicators on the investigator's screen without requiring a page refresh or manual check, with a direct hyperlink to the flagged audio recording for immediate review.
- Email notifications are delivered to designated recipients, with alert details that enable responses even when investigators are not actively on the platform.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

- Custom alert rules are configured by users based on phone numbers, keywords, phrases, email addresses, offender identification, and other factors. The platform evaluates these rules during processing and triggers targeted notifications when matches are detected. Alerts can be pushed through email, text message, or directly through the web portal.
- Automated search execution against multiple keywords and phrases simultaneously, enabling investigators to program standing searches that run against every incoming communication without manual intervention.

**Operational Intelligence.** ***What Flash Signal Found at Warren Correctional Institution:*** The platform's threat detection capabilities were validated in a live operational environment during the Warren Correctional Institution pilot. *Flash Signal* supported active investigations during the pilot, surfacing actionable intelligence that assisted ODRC investigators in real-time. Investigators used *Flash Signal's* AI assistant and search capabilities to piece together threat indicators, communications patterns, and contact networks relevant to live institutional security matters. ***The platform's automated detection system identified instances of coordinated criminal activity within the institution that surfaced through the AI analysis pipeline without any manual flagging by investigators.*** These outcomes were not demonstrations or test scenarios; they were operational results delivered during live institutional intelligence operations. Across the full sixty (60)-day window, *Flash Signal* processed calls at a median analysis time of 3.9 minutes per call, enabling investigators to access intelligence from that morning's calls within the same working day rather than waiting for batch processing cycles.

## 7.6 SEARCH, SUMMARIES, PROMPT-BASED QUERYING, LINK ANALYSIS, AND RESIDENT DIRECTORY

**Search Capabilities**
*Flash Signal* provides multiple search modalities that collectively address every search-related requirement in the RFP:

- **Keyword Search.** Full-text search across transcripts for specific words, phrases, and wildcard patterns. Investigators can search across all processed communications or filter by facility, date range, risk level, offender identification, phone number, or other metadata.
- **Semantic Search.** Vector-based search using Legal-BERT embeddings enables investigators to search by meaning rather than exact keyword match. A search for "planning to leave the facility" will return calls discussing escape plans even if the word "escape" is never used. This directly addresses the RFP's requirement to detect phonetically spelled terms, synonyms, and slang.

- **Entity Search.** Investigators can search for specific people, phone numbers, locations, or organizations across all communications, identifying every call in which a particular entity appears, regardless of how that entity is referenced.
- **Topic Search.** AI-classified topics enable filtering communications by subject matter, including drugs, violence, gang activity, financial transactions, and legal matters.
- **Custom Lists and Automated Searches.** Users can create saved search configurations and hot lists that automatically execute against new incoming communications. These lists can be scoped to individual users, user groups, or the entire agency. Custom lists can be built around phone numbers, keywords, phrases, offender identification, and any other searchable parameter. The platform supports programming automatic searches using multiple keywords and phrases simultaneously across all incoming calls.

**AI-Generated Summaries**
Every processed communication includes an AI-generated summary available at two (2) levels:

- ***Per-call summaries*** provide a concise description of the communication's content, participants, and notable elements, enabling rapid triage without listening to the full recording.
- ***Case-level summaries*** aggregate all evidence in a case, providing an AI-generated overview of the full investigative picture when multiple calls and data sources are grouped together.

Summaries can be edited, printed, or exported in approved formats for use in investigative reports and inter-agency communications.

**Prompt-Based Querying: Chat With Flash**
*Flash Signal* includes a conversational AI interface called "Chat With Flash" that enables investigators to ask natural-language questions about their communications data. This capability is powered by a LangGraph-based multi-agent system running on Amazon Bedrock.

An investigator types a question in natural language. The system routes the query through an intent classification layer that determines which specialist agents are needed, then deploys those agents to query the appropriate data stores simultaneously. Specialist agents include a **Transcript Agent** searching semantically relevant content, an **Entity Agent** querying relationship patterns, a **Risk Agent** analyzing threat scores and trends, a **Slang Agent** cross-referencing coded language usage, a **Linkage Agent** traversing connection paths between entities, and a **Graph Agent** performing community detection and network analysis. Results are synthesized by an **Orchestrator Agent** that generates a coherent, sourced response with citations back to specific calls and transcripts.

Responses stream to the investigator in real-time. Investigators can ask follow-up questions, and the system maintains conversational context within a session. The system includes jailbreak detection and response sanitization to prevent prompt injection attacks, and an **Evaluator Agent** cross-references any call identifiers cited in responses against the database to prevent hallucinated references.

This capability was actively used by ODRC investigators throughout the Warren Correctional Institution pilot. Across 214 AI-assisted sessions and 720 total messages, investigators used Chat With Flash to conduct real-time intelligence queries, piece together contact networks, surface risk patterns, and support active institutional investigations. The platform's ability to answer complex investigative questions in natural language, without requiring investigators to navigate filter interfaces or write structured queries, was central to the platform's adoption and operational value during the pilot.

**Link Analysis**
*Flash Signal's* link analysis capability is powered by the Neo4j knowledge graph and provides investigators with a complete view of communication networks across the monitored population, which includes an interactive network visualization displaying communication relationships between inmates, external parties, phone numbers, and locations. Investigators can expand nodes, filter by entity type, and explore communities of interest:

- ***Automated community detection*** identifies communication clusters that may indicate organized activity, gang coordination, or STG network operations.
- ***Entity detail views*** provide comprehensive profiles for any entity in the graph, showing all associated communications, co-occurring entities, risk indicators, and temporal patterns.
- ***Semantic similarity mapping*** provides a visual representation of topically related communications, enabling investigators to find thematically connected calls that may not share explicit entity links.
- ***Bookmark and export capabilities*** enable investigators to save graph views and export link analysis results for reports and case documentation.

**Resident Directory**
The "**Resident Directory**" functions as a social-network-style intelligence profile for every offender in the state's monitored population. Where call records and link analysis start from communications, the Resident Directory starts from people. Investigators can browse, search, and filter the entire resident population and open any individual's profile to see who they talk to, what they talk about, average communication risk level, and how they connect to the broader network. The result is a continuously updated dossier on every monitored offender, built automatically from the same pipeline and knowledge graph that powers the rest of *Flash Signal*.

The landing page lets investigators search by name or group, browse residents by risk level (high, medium, low, with live counts), or navigate into AI-detected communication communities and investigator-created groups. Scope follows the user's role-based access and can span a single institution or aggregate across multiple facilities statewide. Each Resident Profile surfaces call statistics, risk indicators, dominant topics, connected phone numbers and locations, shared contacts with other residents, call history, an interactive network visualization, and an AI-generated narrative summary of the individual's communication activity that updates automatically as new data surfaces. Group profiles provide the same depth at the community level, including member lists, aggregate risk, and AI-generated group summaries. Investigators can also create and manage their own custom groups to mirror case teams, target lists, or STG rosters alongside the platform's automated community detection.

**Cross-Institution Intelligence Continuity**
*Flash Signal's* intelligence capabilities are not limited to a single institution. As ODRC expands the program across its full estate of twenty-eight (28) correctional institutions, investigators, analysts, and STG coordinators at any provisioned facility can access and query the same unified intelligence environment. An investigation that begins at one ODRC institution does not stop there. Intelligence developed at Warren Correctional Institution can inform an investigation at Chillicothe Correctional Institution. STG networks identified at one facility can be cross-referenced against communications at another. Entity relationships and contact networks built from one institution's call data are searchable across the full statewide dataset by authorized users with appropriate RBAC permissions.

This statewide intelligence continuity is built into *Flash Signal's* architecture. Role-based access controls allow ODRC to scope each user's access to their assigned facility or expand it across multiple institutions based on investigative need. Platform administrators can grant temporary cross-facility access for specific investigations with full audit logging of all access grants and actions. The result is a unified statewide corrections intelligence environment where intelligence compounds across institutions rather than remaining siloed within them.

## 7.7 SECURITY, ACCESS CONTROLS, AND DATA MANAGEMENT

**CJIS Compliance**
*Flash Signal* is designed to meet CJIS Security Policy requirements across all applicable control areas:

| CJIS Control | Flash Signal Implementation |
| --- | --- |

| | |
|---|---|
| Access Control | Role-based access control with granular permissions and facility-scoped data access |
| Identification and Authentication | AWS Cognito with MFA enforcement; JWT bearer tokens with automatic refresh |
| Audit and Accountability | Comprehensive audit middleware logging all API actions, user identity, timestamps, and affected resources |
| Encryption | AES-256 encryption at rest via AWS KMS; TLS 1.2 or higher for all data in transit |
| Media Protection | S3 server-side encryption with KMS-managed keys; secure deletion of temporary files |
| Physical Protection | AWS GovCloud data centers with FedRAMP High authorization |
| Personnel Security | Flash conducts background checks on all personnel with platform access |
| Incident Response | Twenty-four (24)-hour breach notification to ODRC; documented incident response procedures |

**Data Encryption**
All data in *Flash Signal* is encrypted both at rest and in transit. Amazon S3 objects, including audio files, transcripts, and derived artifacts, are encrypted using SSE-KMS with AES-256. Aurora PostgreSQL uses AWS KMS encryption for storage volumes. Neo4j data is encrypted at the storage level. All API communications use TLS 1.2 or higher. Internal service-to-service communication within the VPC uses encrypted channels. ViaPath API calls use HTTPS. Encryption keys are managed through AWS KMS with key rotation policies.

**Multi-Factor Authentication**
All user access to *Flash Signal* requires multi-factor authentication enforced through AWS Cognito. MFA cannot be bypassed or disabled at the user level. Administrative tools are robust and support efficient management of user accounts, roles, and access permissions across the institution.

**Role-Based Access Control**
*Flash Signal* implements a comprehensive RBAC system, following the least-privilege governing concept, with the following role hierarchy:

| **Role** | **Capabilities** |
|---|---|
| Platform Administrator | Full system access; facility management; user provisioning; system configuration |
| Facility Administrator | Manage users and roles within the assigned facility; view facility audit logs; configure facility settings |
| Investigator | Access call records; use search and chat; view link analysis; create cases and reports; receive alerts |
| Analyst | View assigned calls and cases; generate reports; limited search scope |
| Viewer | Read-only access to assigned cases and reports |

Permissions are granular and composable, meaning that platform administrators can create custom roles tailored to specific investigative functions, institutional assignments, or access levels beyond the standard role hierarchy. Platform administrators can create custom roles with any combination of permissions. *Flash Signal* supports unlimited user licenses for all ODRC-authorized personnel ***at no additional per-seat cost***.

**Data Ownership and Sovereignty**
All data processed and stored by *Flash Signal* remains the property of ODRC. Flash will not sell, share, or provide any third party with access to ODRC data without ODRC's prior written authorization. All data storage and processing occurs within AWS GovCloud data centers located within the United States. No data will be accessed, tested, maintained, backed up, stored, or made available remotely outside of the United States. Flash's data handling practices are consistent with all applicable federal, state, and local data security and privacy laws and regulations.

**Audit Logging**

*Flash Signal* maintains comprehensive audit logs through a dedicated audit middleware layer. Every API action is logged with user identity and role, action performed, timestamp, affected resources, source IP address, and request and response metadata. Audit logs are retained for the duration of the contract (and can be exported to ODRC upon the ending of the contract term) and are available to ODRC administrators through the platform's audit interface. Logs can be exported for external review or compliance verification.

**Data Storage Architecture**

| Data Type | Storage Location | Encryption |
|---|---|---|
| Raw audio files | S3 | SSE-KMS AES-256 |
| Derived audio | S3 | SSE-KMS AES-256 |
| Call Detail Records | Aurora PostgreSQL | KMS volume encryption |
| Transcripts | S3 | SSE-KMS AES-256 |
| AI analysis results | Aurora PostgreSQL | KMS volume encryption |
| Summary embeddings | Aurora PostgreSQL via pgvector | KMS volume encryption |
| Transcript embeddings | Weaviate via SageMaker | Endpoint encryption |
| Knowledge graph | Neo4j | Storage encryption |
| User accounts and RBAC | Aurora PostgreSQL | KMS volume encryption |
| Audit logs | Aurora PostgreSQL | KMS volume encryption |

All data is retained for the duration of the contract in accordance with ODRC policy. Flash will provide a separate cost proposal for accessing stored communications for AI analysis after contract termination, as required by the RFP.

**Redundancy and Backup**
Amazon Aurora PostgreSQL provides continuous backup with point-in-time recovery. Amazon S3 provides 99.999999999% durability with cross-AZ replication. All critical data stores are configured for Multi-AZ deployment, ensuring platform availability even in the event of a single data center failure.

## 7.8 TRAINING AND USER ONBOARDING

***Training Philosophy***
Flash approaches training the way AI OWL, Flash's affiliated AI education and workforce training company, has approached it across thousands of professionals throughout Ohio: technology is only as powerful as the people using it. The most sophisticated platform in the world delivers no value to an institution whose investigators do not know how to leverage it fully. Flash was built with that principle at its core, and Flash's training program was designed around the same philosophy. The goal is not simply to teach users how to navigate the platform. The goal is to ensure that every ODRC investigator, analyst, and STG coordinator can use *Flash Signal* to its full operational potential from day one.

That philosophy was validated during the Warren Correctional Institution pilot. *Flash Signal's* highest-volume user conducted more AI-assisted investigative sessions than any other investigator across the entire sixty (60)-day window, using the platform to support active institutional investigations, without attending a single formal training session. That outcome is not a reason to minimize training. It is evidence that *Flash Signal* is intuitive enough that formal training accelerates adoption rather than enabling it, and that with proper training the platform's full investigative capability becomes accessible to every authorized user regardless of their prior technology experience.

Flash's training program is comprehensive, flexible, and led by Jennifer Doebler, Flash's Chief Solutions Officer. Jennifer's thirteen (13)-year career as an FBI Intelligence Analyst, including leadership of intelligence collection and analysis across National Street Gangs, International Terrorism, and Crimes Against Children programs, gives her a direct understanding of how corrections and law enforcement intelligence professionals think, what they need from a platform, and how to communicate complex analytical capabilities in operational terms rather than technical ones. Jennifer does not train investigators on software. She trains intelligence professionals on how to surface intelligence faster. That distinction matters and it shows in how Flash's users adopt and utilize the platform.

***Training Delivery***

Training delivery is scheduled for Weeks six (6) through seven (7) of the mobilization period, following environment setup, ViaPath integration, and pipeline validation, ensuring that users are trained on a fully operational platform immediately before go-live. Training is available in two formats:

- In-person training is conducted on-site at each ODRC institution, delivered by Flash personnel led by Jennifer Doebler. Flash's Ohio base enables on-site presence at any ODRC institution with minimal advance notice. In-person training is Flash's preferred delivery format for initial institutional onboarding because it enables Flash trainers to work directly with investigators in their operational environment, answer questions in real time, and tailor examples and scenarios to the institution's specific intelligence priorities and STG landscape.
- Virtual training is available for institutions that prefer remote delivery or for users who cannot attend scheduled in-person sessions. Virtual training sessions deliver the same content and achieve the same outcomes as in-person sessions.

Training sessions are not limited to a fixed duration. Flash trains until participants feel confident and operationally ready. A typical initial training session runs approximately three (3) hours, though Flash will schedule additional sessions, follow-up sessions, and one-on-one walkthroughs as needed for any user who requires additional support. There is no cap on training hours and there is no additional cost for extended or repeat sessions.

***Training Content***

Flash's training program is built around operational outcomes, not feature lists. Rather than walking users through every menu and button, Flash's training is structured around the investigative workflows that ODRC personnel actually use every day. Training covers inmate communications search and filtering by risk level, keyword, entity, and offender, AI-generated transcript review and summary interpretation, risk score interpretation and investigative prioritization, hot list and custom alert configuration for targeted monitoring, Chat With Flash prompt-based querying for real-time intelligence questions, link analysis and communication network visualization, report generation and export for investigative documentation, and administrator functions including user provisioning and RBAC configuration.

Every training session is tailored to the role of the participants. Investigators receive training focused on search, querying, and alert management. Analysts receive training focused on link analysis, entity mapping, and intelligence reporting. Administrators receive training focused on platform configuration, user management, and audit functions. No user sits through content that is not directly relevant to their daily work.

Training materials are provided in a format determined by ODRC and become the property of ODRC upon delivery. Flash will provide updated training materials as system updates are implemented, clearly identifying information that has been modified or added in each update.

***Training Documentation***

Flash provides comprehensive written training documentation in packet format covering all platform functions and workflows. Documentation is designed for corrections intelligence professionals and written in operational language rather than technical jargon. AI OWL's experience developing workforce training materials for thousands of Ohio professionals across diverse industries directly informs how Flash's documentation is structured: clear, concise, and built around what users need to accomplish rather than how the system works underneath.

Documentation is provided to all users at training and is available within the platform at any time for reference.

***In-Platform Onboarding***

*Flash Signal* includes a built-in onboarding experience that new users can access at any time from within the platform. The onboarding flow guides users through the platform's core functions step by step, including accessing call records, running searches, creating cases, using Chat With Flash, and configuring alerts. This self-guided experience supplements formal training, provides a refresher for users returning after time away from the platform, and serves as an orientation tool for staff who join after the initial training sessions. The onboarding flow is always available and can be repeated as many times as a user finds useful. It requires no scheduling, no coordination, and no assistance from Flash personnel.

***Train-the-Trainer Capability***

For institutions with large user populations or ongoing staff turnover, Flash supports a train-the-trainer model in which designated ODRC administrators are trained to onboard new users independently. Flash will provide train-the-trainer documentation and will remain available to support ODRC-trained administrators with questions and guidance throughout the contract term. This model directly addresses one of the most persistent operational challenges in corrections environments: high staff turnover that requires continuous onboarding of new personnel. Flash's train-the-trainer capability ensures that institutional knowledge of the platform does not leave with departing staff.

***Ongoing Training Support***

Flash's dedicated support infrastructure includes a mechanism for scheduling training calls directly through the platform. Any ODRC-authorized user who encounters a workflow they are unfamiliar with or wants a refresher on a specific capability can schedule a call with Flash personnel directly from the support interface. This ensures that training does not end after the

initial onboarding session but remains accessible throughout the contract term. Flash's approach to ongoing training reflects the same principle that drives AI OWL's workforce training model: sustainable adoption requires continuous support, not a one-time event.

## 7.9 ONGOING SUPPORT AND OPERATIONAL ASSISTANCE

**Support Model**
Flash provides 24/7 technical support to all ODRC-authorized users throughout the contract term. Support is available through three channels:

| Channel | Availability | Response Target |
|---|---|---|
| Phone | 24/7/365 | Immediate for critical issues |
| Email | 24/7/365 | 4-hour response for critical; 24-hour for standard |
| In-Platform Support | 24/7/365 | See below |

**In-Platform Support**
*Flash Signal* includes a dedicated support interface accessible directly from the platform's main navigation. Users never need to leave the platform to request help. The in-platform support experience provides:

- **Schedule a call:** A self-service scheduling link enabling users to book a support call at a time that works for them, plus a direct phone number for immediate voice contact.
- **Support tickets:** Users submit structured support tickets with a required issue description and optional image attachments, ensuring Flash receives actionable context on first contact without back-and-forth identification.
- **Case context:** When support is accessed from within a case workflow, the ticket automatically captures the relevant case identifier, enabling Flash's support team to reproduce and resolve issues faster.

Urgent issues are reinforced in the support interface with direct call access so investigators always have an immediate path to live support regardless of time or day.

**Direct Access to Contract Personnel**
All ODRC-authorized users have direct access to Errol Doebler as Project Manager and primary operational contact, and to Jennifer Doebler as Chief Solutions Officer and analytical support lead. There is no account management layer between ODRC institutional users and the people accountable for this contract. Errol and Jennifer's direct contact information will be distributed to

all ODRC-authorized users at contract onboarding and maintained throughout the contract term. For platform support requests, users have direct access to Spencer Feig as primary support contact, with Ethan Knotts available as technical escalation lead for engineering-level issues.

**Service Level Agreements**

| Metric | SLA Target |
|---|---|
| Platform Availability | 99.9% uptime measured monthly excluding scheduled maintenance |
| Data Ingestion Latency | New ViaPath calls ingested within fifteen (15) minutes of availability |
| Processing Latency | Calls fully processed within sixty (60) minutes of ingestion |
| Search Response Time | Keyword and semantic search results returned within five (5) seconds |
| Critical Issue Response | First response within one (1) hour; resolution or workaround within four (4) hours |
| Standard Issue Response | First response within four (4) hours; resolution within two (2) business days |
| Transcription Accuracy | Word Error Rate below five percent (5%), audited quarterly |

These SLA targets are not projections. *Flash Signal* achieved a 99.997% call processing success rate with zero (0) downtime across the full sixty (60)-day Warren Correctional pilot.

**Analytical Staff Support**

Flash will provide analytical staff to support ODRC's intelligence and investigative efforts and those of its law enforcement partners throughout the contract term. Flash's analytical support capability is led by Jennifer Doebler, Flash's Chief Solutions Officer, a former thirteen (13)-year FBI Intelligence Analyst whose career included leading intelligence collection and analysis across National Street Gangs programs. Jennifer's background is directly and specifically

relevant to STG intelligence operations in a corrections environment. STG coordinators and institutional intelligence analysts work with the same gang networks, criminal organizations, and intelligence disciplines that Jennifer spent 13 years analyzing at the FBI. Her advisory support is not a general law enforcement credential. It is a specific operational alignment with the intelligence priorities of Ohio's correctional institutions.

Flash's analytical staff will assist ODRC investigators with complex search and analysis tasks, provide guidance on advanced platform capabilities, support the development of custom alert rules and hot list configurations, collaborate on intelligence products and investigative reporting, and conduct periodic platform optimization reviews with ODRC stakeholders.

**Continuous Improvement**
*Flash Signal* undergoes continuous improvement throughout the contract term. As Amazon Bedrock and underlying AI models improve, *Flash Signal* benefits from enhanced transcription accuracy, better risk classification, and more nuanced entity extraction without requiring ODRC action. Emily Reed, Flash's UX and Investigator Experience Lead, continuously refines *Flash Signal's* investigator-facing interface based on direct user feedback from ODRC personnel, ensuring that platform usability keeps pace with evolving investigative workflows throughout the contract term. Platform enhancements are delivered on a regular release cadence with release notes and updated training materials provided to ODRC prior to each deployment. Quarterly transcription audits ensure ongoing compliance with the five percent (5%) WER requirement with results provided to ODRC. *Flash Signal* is currently achieving a WER of approximately four point two percent (4.2%), exceeding the contractual accuracy requirement. If needed, additional documentation on this statistic can be provided to ODRC.

Flash's continuous improvement commitment is grounded in the same approach that defined the Warren Correctional Institution pilot: when ODRC users identify a need, Flash responds. Platform enhancements requested by Warren Correctional users during the pilot window were built and deployed within the same sixty (60)-day window. That responsiveness is the standard Flash holds itself to throughout the contract term.

## 7.10 BUSINESS CONTINUITY AND SERVICE RELIABILITY

**Business Continuity Plan**
Flash maintains a comprehensive business continuity plan tested and updated at least annually. The plan addresses infrastructure resilience, data protection, operational continuity, and communications in the event of a service disruption.

**Infrastructure Resilience**

***Multi-AZ Deployment:*** All critical services including Aurora PostgreSQL, ECS tasks, and S3 storage are deployed across multiple AWS Availability Zones within AWS GovCloud. A single Availability Zone failure does not impact platform availability. Automatic failover occurs without manual intervention.

- ***Auto-Scaling:*** The processing pipeline automatically scales from one (1) to twenty (20) concurrent tasks based on queue depth, ensuring that processing capacity matches demand during high-volume periods without manual intervention.
- ***Health Monitoring:*** Automated health checks on all services with automatic restart on failure. CloudWatch alarms trigger engineering responses for degraded conditions before they affect platform availability.

**Data Protection**

***Continuous Backup:*** Aurora PostgreSQL continuous backups with point-in-time recovery to any second within the retention window. S3 provides 99.999999999% durability with cross-AZ replication.

- ***Recovery Point Objective:*** Less than five (5) minutes for database data; zero (0) data loss for S3-stored audio and artifacts.
- ***Recovery Time Objective:*** Full platform recovery within four (4) hours from a major incident.

**Operational Continuity**

***Ingestion Resilience:*** The ViaPath ingestion service implements automatic retry with exponential backoff. If the service is temporarily unavailable, SQS FIFO queuing ensures no communications are lost. When service is restored, the pipeline processes the backlog automatically with no manual intervention required.

- ***Processing Resilience:*** Failed processing jobs are retried up to five (5) times. Permanently failed jobs are routed to a dead-letter queue for manual review without blocking the pipeline. Individual call failures do not affect processing of other calls.

**Disaster Recovery**

| **Scenario** | **Response** | **Recovery Time** |
|---|---|---|
| Single Service Error | Automatic restart via ECS health checks | Less than five (5) minutes |
| Availability Zone failure | Automatic failover to healthy AZ | Less than fifteen (15) minutes |

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

| | | |
|---|---|---|
| Database failure | Aurora automatic failover to read replica | Less than five (5) minutes |
| Complete environment failure | Terraform-based re-provisioning in alternate GovCloud region | Less than four (4) hours |
| ViaPath API outage | Ingestion pauses; resumes automatically when ViaPath recovers | Immediate on ViaPath recovery |

**Communications Plan**
In the event of a service disruption, Flash will notify ODRC within one (1) hour of becoming aware of the issue. Status updates will be provided at regular intervals until resolution. Post-incident reports will include root cause analysis and preventive measures implemented to prevent recurrence.

**Emergency Access to Communications**
All ingested communications are searchable through *Flash Signal* regardless of whether they match pre-defined hot list criteria. Investigators with appropriate RBAC permissions can search and access any communication in the system at any time. If an emergency requires a specific call not yet in the platform, Flash will coordinate with ODRC and ViaPath to obtain and process that recording. Platform administrators can grant temporary elevated access to investigators for emergency situations with full audit logging of the access grant and all subsequent actions.

## 7.11 PILOT TRANSITION, PROGRAM EXPANSION, AND CONTRACT CLOSEOUT

**Implementation Approach**
Flash is prepared to implement fully and immediately upon contract execution. The implementation plan below reflects Flash's ability to move from contract award to fully operational production deployment across ODRC's contracted institutions without delay.

Flash's implementation readiness is grounded in demonstrated operational experience. The sixty (60)-day production pilot at Warren Correctional Institution validated every critical component of *Flash Signal's* implementation process within ODRC's specific institutional environment. ViaPath Technologies integration has been tested and confirmed operational. The AI processing

pipeline has been validated at ODRC call volumes. The platform's performance characteristics are documented and proven at institutional scale. Flash is not proposing to build, integrate, or test an unknown system. Flash is proposing to deploy a platform that has already operated successfully within ODRC.

Expanding *Flash Signal* from the Warren Correctional Institution pilot footprint to the full contracted program scope requires Site ID configuration for each additional institution, user account provisioning and role assignment for authorized personnel, and training delivery at each contracted institution. No code changes, infrastructure modifications, or data migration are required to bring additional ODRC institutions onto the platform. The auto-scaling infrastructure handles increased call volume automatically as additional institutions are added. Flash's implementation timeline, detailed in Section 7.12, reflects this compressed deployment posture and is materially faster than any vendor implementing a new integration from scratch.

**Ongoing Program Performance Metrics**
Flash will report and manage contract performance against the following measurable outcomes:

| **Metric** | **Measurement Method** |
|---|---|
| Transcription accuracy | Quarterly WER audit against human-reviewed sample; results provided to ODRC |
| Platform availability | Uptime percentage against 99.9% SLA; monthly reporting |
| Processing latency | Time from ViaPath availability to searchable intelligence; continuous monitoring |
| User adoption | Active user count and feature utilization rates; periodic review with ODRC |
| Investigator productivity | Time-to-insight metrics reviewed jointly with ODRC |

**Expansion Readiness**

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

*Flash Signal* is architecturally designed for expansion across ODRC's full institutional estate throughout the contract term. As ODRC directs expansion to additional institutions, Flash will execute Site ID configuration, user provisioning, and training delivery for each new facility. No code changes or infrastructure modifications are required. The auto-scaling infrastructure handles increased volume automatically. ODRC retains full control over the pace and scope of institutional expansion throughout the contract term.

**Contract Closeout and Transition Plan**
At the conclusion of the contract, Flash will execute the following transition plan to ensure continuity of ODRC's intelligence operations and complete transfer of all ODRC data and documentation:

- ***Data Export:*** All ODRC data including audio files, transcripts, CDR records, AI analysis results, knowledge graph data, and audit logs will be exported in standard open formats and delivered to ODRC on encrypted media or via secure transfer within a mutually agreed timeframe.
- ***Data Retention:*** Flash will maintain ODRC data in the platform for a mutually agreed transition period after contract termination to ensure continuity during any vendor transition.
- ***Data Destruction:*** After ODRC confirms receipt and integrity of exported data, Flash will securely destroy all ODRC data from its systems including backups, and provide written certification of destruction to ODRC, following relevant CJIS Security Policy controls.
- ***Knowledge Transfer:*** Flash will provide ODRC with all system documentation, configuration records, and operational procedures necessary for a successor vendor to understand the data formats, API structures, and analytical methodologies used during the contract period.
- ***Post-Contract Data Access:*** Per the RFP's Access and Storage requirements, Flash will provide a separate cost proposal for accessing stored communications for AI analysis after contract termination if ODRC elects to request such access.

## 7.12 PROJECT TIMELINE AND IMPLEMENTATION MILESTONES

| Milestone | Target | Deliverable | Acceptance Criteria | Responsible Personnel |
|---|---|---|---|---|
| **M1: Contract Execution** | Week four (4) | Signed contract, program kickoff | Mutual agreement on contracted facility scope, Site IDs, and | Errol Doebler, Jennifer Doebler, Spencer Feig |

| | | | | |
|---|---|---|---|---|
| | | | rollout sequencing | |
| **M2: Environment Ready** | Week six (6) | AWS GovCloud environment provisioned and validated | All infrastructure components operational; CJIS compliance verified | Ethan Knotts |
| **M3: ViaPath Integration Complete** | Week eight (8) | Live data flowing from ViaPath to Flash Signal | Calls from contracted facilities ingested, transcribed, and searchable | Ethan Knotts |
| **M4: Processing Pipeline Validated** | Week ten (10) | Full AI pipeline operational | WER below five percent (5%); risk scoring producing actionable results; link analysis populating | Ethan Knotts |
| **M5: Training Complete** | Week eleven (11) | All users in initial rollout trained | Administrator and investigator training delivered; training materials provided to ODRC | Jennifer Doebler, Spencer Feig |
| **M6: Production Go-Live** | Week twelve (12) | Platform in full operational use | Authorized users active; SLA monitoring engaged; support channels operational | Errol Doebler, Jennifer Doebler, Ethan Knotts |

| | | | | |
|---|---|---|---|---|
| **Steady-State Operations** | Week eight (8) through week twenty-four (24) | Ongoing monitoring, SLA reporting, support, and continuous improvement | 99.9% uptime maintained; SLA targets met monthly | Spencer Feig + Support Team Ethan Knotts Emily Reed |
| **24/7 Support Coverage** | Week eight (8) through week twenty-four (24) | Continuous platform support across all contracted institutions | Critical issues responded to within one hour; standard issues within four hours | Spencer Feig, Two dedicated support specialists, Ethan Knotts escalation |
| **UX and Platform Improvement** | Week eight (8) through week twenty-four (24) | Continuous platform refinement based on ODRC user feedback | Platform enhancements delivered on regular release cadence with release notes provided to ODRC | Emily Reed, Ethan Knotts |
| **M7: First Quarterly Audit** | Week twenty (20) | Transcription quality audit | WER results provided to ODRC | Ethan Knotts |
| **M8: Program Performance Review** | Week twenty-four (24) | Joint operations review | Metrics, SLAs, adoption, and expansion readiness documented with ODRC | Errol Doebler, Jennifer Doebler, Spencer Feig |

Flash is architecturally ready to onboard additional institutions or law enforcement partners as directed by ODRC at any point during the contract term. No additional implementation timeline is required beyond Site ID configuration and user provisioning.

Week labels are illustrative and may compress depending on ODRC and ViaPath readiness. Because *Flash Signal* is already integrated with ViaPath and validated at ODRC scale, actual timelines are expected to be materially faster than a new vendor implementation.

**Project Implementation Narrative**

Flash's approach to project management on this contract is built around a clearly defined leadership structure, disciplined milestone tracking, and direct communication with ODRC at every stage of implementation and steady-state operations. The personnel assigned to this contract are not generalists. Each member of the contract team owns a specific lane of responsibility, supported by dedicated teams beneath them, and those lanes are designed to ensure that no milestone, deliverable, or ODRC need falls through the cracks.

Errol Doebler, Project Manager (0.5 FTE), holds ultimate accountability for Flash's contract performance. Errol's role is executive in nature. He maintains the formal relationship with ODRC leadership, ensures that Flash's contractual obligations are being met at every stage, and serves as the escalation point for any issue that cannot be resolved at the operational level. Errol's background leading complex, high-stakes operations under rigid timelines and unforgiving accountability standards is directly reflected in how he approaches contract governance. Every milestone has an owner. Every deliverable has an acceptance criterion. Every risk has a mitigation plan. Errol ensures those standards are maintained throughout the contract term. In the event Errol becomes unavailable, Jennifer Doebler assumes Project Manager responsibilities immediately with no gap in contract management or ODRC communications.

Jennifer Doebler, Analyst and Training Lead and Backup Project Manager (0.75 FTE), owns the day to day operational management of *Flash Signal's* deployment across ODRC's contracted institutions and serves as Flash's Implementation Lead throughout the contract term. From Week one (1) through production go-live at Week twelve (12), Jennifer drives the implementation process, coordinates with ODRC's Agency Project Representative on scheduling and logistics, and ensures that every milestone from environment setup through go-live is executed on schedule and to ODRC's satisfaction. Jennifer leads Flash's training team in delivering administrator and user training across all contracted institutions, coordinating scheduling, tailoring content to each institution's specific intelligence priorities, and ensuring every authorized ODRC user is operationally confident on *Flash Signal* before going live. Jennifer's thirteen (13)-year FBI career, defined by managing multi-threaded intelligence programs under strict reporting requirements and interagency coordination obligations, gives her the operational discipline and cross-functional coordination capacity that a statewide implementation of this scope demands. Following go-live, Jennifer's focus shifts to analytical staff support, ongoing training delivery for new users, and platform optimization throughout the contract term.

Ethan Knotts, Technical Lead (0.75 FTE), owns the technical execution of every implementation milestone from environment provisioning through pipeline validation and steady-state operations. During the implementation phase, Ethan provisions and validates the AWS GovCloud environment at Week three (3), completes the ViaPath Technologies integration and confirms live data flow at Week four (4), and validates the full AI processing pipeline including

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

transcription accuracy, risk scoring, and link analysis at Week five (5). Ethan is supported by a technical operations team of platform engineers, infrastructure specialists, and AI systems personnel whose profiles are detailed in Tab 6. This team collectively owns every layer of *Flash Signal's* architecture and ensures that technical milestones M2, M3, and M4 are executed with the depth and precision the platform's complexity requires. Because *Flash Signal* is already integrated with ViaPath and operational at ODRC scale, the technical implementation work is primarily configuration and validation rather than new development, compressing the timeline significantly and reducing implementation risk to near zero (0). In steady-state operations, Ethan serves as the technical escalation lead for all platform issues and owns Flash's quarterly transcription accuracy audit process, conducting audits against human-reviewed samples and providing documented WER results to ODRC as required by the RFP.

Spencer Feig, Primary ODRC Support Contact (0.75 FTE), owns the day to day relationship with ODRC's institutional users throughout the contract term. During the implementation phase Spencer coordinates directly with ODRC's Agency Project Representative on user roster provisioning, training scheduling, and operational readiness. At production go-live Spencer becomes the first point of contact for all ODRC institutional investigators, analysts, and STG coordinators, managing all support requests and ensuring platform performance meets ODRC's expectations. Spencer is supported by two (2) dedicated platform support specialists who will be hired and trained prior to production go-live at Week twelve (12), ensuring 24/7 support coverage from day one of steady-state operations. All support staff are trained directly by Spencer Feig and Ethan Knotts on *Flash Signal* specifically, ensuring deep platform knowledge rather than generic help desk capability. Spencer's direct relationships with ODRC institutional staff established during the Warren Correctional Institution pilot mean that ODRC users are not onboarding with a new vendor contact at contract start. They are resuming a working relationship with someone they already know.

Emily Reed, UX and Investigator Experience Lead (0.5 FTE), continuously refines *Flash Signal's* investigator-facing interface throughout the contract term based on direct user feedback from ODRC personnel. Emily's role operates in parallel with steady-state operations, ensuring that platform usability keeps pace with evolving investigative workflows and that enhancement requests from ODRC users are translated into platform improvements efficiently and without disruption to ongoing operations.

Throughout the implementation phase Flash operates on a weekly coordination cadence with ODRC's Agency Project Representative. Flash provides written status updates at each milestone, documenting what was completed, what is in progress, and what is anticipated in the coming week. Any issue that arises during implementation is escalated immediately through a clear chain of accountability. Issues that can be resolved at the operational level are owned by Jennifer or Spencer. Issues requiring technical intervention are escalated to Ethan and his engineering team.

Issues requiring executive decision making or ODRC leadership engagement are escalated to Errol. There is no ambiguity about who owns what at any stage of the contract.

At production go-live at Week twelve (12) the contract transitions from implementation mode to steady-state operations. The cadence shifts from weekly implementation check-ins to monthly performance reporting and ongoing operational coordination. Jennifer's training team continues delivering onboarding sessions for new users as institutions expand their authorized user populations throughout the contract term. Spencer's support team maintains 24/7 coverage across all contracted institutions. Ethan and his engineering team monitor platform performance continuously, responding to technical issues and delivering platform enhancements on a regular release cadence.

At Week twenty (20) Ethan leads Flash's first quarterly transcription accuracy audit, selecting a representative sample of transcripts, comparing them against human-reviewed samples, documenting WER results, and providing the audit report to ODRC as required. At Week twenty-four (24) Errol, Jennifer, and Spencer conduct a joint program performance review with ODRC, documenting platform availability metrics, SLA compliance, user adoption rates, investigator productivity measures, and expansion readiness across the full institutional estate.

Flash's project management approach on this contract is not a template applied generically. It is the same approach that delivered 242,604 inmate phone calls processed, 3,082,663 minutes of transcribed audio, 33,004 threat indicators surfaced, and 99.997% uptime across the sixty (60)-day production pilot at Warren Correctional Institution. The team proposing to manage this contract is the same team that already delivered it.

**Risk and Mitigation**

| **Risk** | **Likelihood** | **Impact** | **Mitigation** |
|---|---|---|---|
| ViaPath credential provisioning delays | Medium | Schedule delay on M3 and M4 | Engage ViaPath immediately upon contract execution; Flash has existing ViaPath integration experience |
| Audio format incompatibility | Low | Processing pipeline failures for affected calls | FFmpeg-based conversion handles all standard audio formats; pre-integration format testing during Week |

| | | | |
|---|---|---|---|
| | | | two (2) |
| Transcription accuracy below five percent (5%) WER for specific dialects | Medium | Compliance risk on quarterly audit | BDA and Claude fallback provides dual-path resilience; quarterly audits catch drift early |
| User adoption resistance | Low | Reduced investigative utilization | Comprehensive training program; in-platform onboarding; Warren pilot demonstrated strong voluntary adoption |
| ViaPath API rate limiting under high volume | Medium | Slower ingestion during peak periods | Exponential backoff already implemented; SQS preserves all work until processed |

## ASSUMPTIONS

Flash's work plan is based on the following operational assumptions. If ODRC is unable to meet any of these assumptions, Flash requests written notification as early as possible so that an alternative approach can be identified.

- ODRC will facilitate credential exchange with ViaPath Technologies within two (2) weeks of contract execution.
- ODRC will designate an Agency Project Representative within two (2) weeks of contract execution to serve as the primary coordination point for Flash's Project Manager
- Contracted facility list, Site IDs, and rollout sequencing will be confirmed during the mobilization phase and prior to production go-live at each institution.
- ODRC's network infrastructure at contracted institutions will permit outbound HTTPS access to AWS GovCloud endpoints. If ODRC's network policies require domain whitelisting, Flash assumes ODRC IT will complete that configuration prior to production go-live at each institution.

- ODRC will provide a complete and accurate user roster for account provisioning by Week five (5) of the mobilization period and will provide updates as staff changes occur throughout the contract term.
- ODRC will make designated users available for training sessions during the mobilization period. If on-site training is selected, ODRC will provide a suitable training venue with internet connectivity at each institution.
- ODRC will provide necessary background check information for Flash personnel requiring facility access for on-site training within one (1) week of contract execution.
- ViaPath Technologies will continue to serve as ODRC's inmate communications provider throughout the contract term and ViaPath's API structure and data delivery methodology will remain consistent with what was validated during the Warren Correctional Institution pilot.
- If *Flash PD* is activated, ODRC will identify all external systems from which evidence data will be sourced and will facilitate introductions to relevant system vendors to support integration planning within thirty (30) days of *Flash PD* activation.
- Flash's work, data storage, and processing will be performed entirely within the United States. No services will be performed, data stored, or data processed outside the United States.

## *Flash Signal* — ODRC Implementation Timeline

| | | | Implementation Phase — Weeks 1 through 8 | | | | | | | | Steady-State — Weeks 9 through 24 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Milestone** | **Deliverable** | **Responsible Personnel** | **W1** | **W2** | **W3** | **W4** | **W5** | **W6** | **W7** | **W8** | **W9–12** | **W13–16** | **W17–20** | **W21–24** |
| **M1: Contract Execution & Kickoff** | Signed contract, program kickoff, facility scope and Site IDs confirmed | Errol Doebler Spencer Feig | ◄ | ► | | | | | | | | | | |
| **M2: Environment Ready** | AWS GovCloud environment provisioned and security-validated | Ethan Knotts | ◄ | | ► | | | | | | | | | |
| **M3: ViaPath Integration Complete** | Live data flowing from ViaPath to Flash Signal | Ethan Knotts | | | ◄ | ► | | | | | | | | |
| **M4: Processing Pipeline Validated** | Full AI pipeline operational; WER below 5%; risk scoring active | Ethan Knotts | | | | ◄ | ► | | | | | | | |
| **M5: Training Complete** | All users in initial rollout trained; materials provided to ODRC | Jennifer Doebler Spencer Feig | | | | | | ◄ | ► | | | | | |
| **M6: Production Go-Live** | Platform in full operational use; SLA monitoring engaged | Errol Doebler Spencer Feig Ethan Knotts | | | | | | | | ● | | | | |
| **Steady-State Operations** | Ongoing monitoring, SLA reporting, and continuous improvement | Spencer Feig Ethan Knotts Emily Reed | | | | | | | | ◄ | ► | | | |
| **M7: First Quarterly Audit** | Transcription quality audit; WER results provided to ODRC | Ethan Knotts | | | | | | | | | ● | | | |
| **M8: Program Performance Review** | Joint operations review; metrics, SLAs, and expansion readiness documented | Errol Doebler Jennifer Doebler | | | | | | | | | ● | | | |

**LEGEND**

■ Program Coordination ■ Technical Implementation ■ Training & Onboarding ■ Steady-State Operations ■ Review & Audit

*Note: Week labels are illustrative and may compress depending on ODRC and ViaPath readiness. Flash Signal is already integrated with ViaPath and validated at ODRC scale — actual timelines are expected to be materially faster than a new vendor implementation.*

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 8: Support Requirements

# TAB 8: SUPPORT REQUIREMENTS

## 8.1 OVERVIEW

Flash's support requirements from ODRC are intentionally minimal. Because *Flash Signal* has already completed a full sixty (60)-day production pilot at Warren Correctional Institution, the ViaPath Technologies integration is validated and operational, Flash personnel have direct familiarity with ODRC's institutional environment, and existing working relationships with ODRC staff are already established. The support burden Flash places on ODRC to reach full contract performance is materially lower than it would be for a vendor beginning implementation from the start.

The requirements and preferences described in this section represent the complete set of support Flash needs from ODRC to implement and operate *Flash Signal* under this contract. Where an item is identified as a requirement, it is necessary for Flash to perform the Work as described. Where an item is identified as a preference, Flash can proceed without it but performance or quality may be enhanced if ODRC can accommodate it.

***Flash does not assume that ODRC will be able or willing to provide all items listed in this section.*** If ODRC cannot meet any preference listed here, Flash will proceed without it and that will not affect Flash's ability to perform the Work. If ODRC cannot meet any requirement listed here, Flash requests that ODRC notify Flash as early as possible so that Flash can identify and propose an alternative approach.

## 8.2 PROJECT MANAGEMENT AND COORDINATION SUPPORT

| Support Need | Description | Requirement or Preference | Timing |
|---|---|---|---|
| Agency Project Representative | ODRC to designate an Agency Project Representative to serve as Flash's primary coordination point for all contract matters including facility access, user provisioning, training scheduling, and | Requirement | Within two (2) weeks of contract execution |

| | | | |
|---|---|---|---|
| | ongoing operational feedback. This individual will be Flash's primary ODRC contact throughout the contract term. | | |
| Kickoff Meeting | ODRC and Flash should conduct a project kickoff meeting within four (4) weeks of contract execution to confirm contracted facility scope, Site IDs, rollout sequencing, and initial training schedule. Flash can conduct this meeting virtually or in person at ODRC's preference. | Requirement | Week four (4) of contract |
| Facility Access for On-Site Training | If ODRC selects in-person training at any institution, ODRC must facilitate Flash personnel access to the facility including any necessary background check coordination and visitor credentialing. Flash will provide staff names and information required for LEADS background checks within one (1) week of contract award. | Requirement if on-site training selected | Weeks six (6) through seven (7) of mobilization |
| Ongoing Operational | Flash requests | Preference | Ongoing throughout |

| | | | |
|---|---|---|---|
| Feedback | periodic feedback from ODRC investigators, analysts, and STG coordinators on platform usability, search effectiveness, risk scoring accuracy, and alert relevance. This feedback directly informs model calibration, slang dictionary updates, and platform optimization. Flash and ODRC established this feedback relationship during the Warren pilot and Flash requests that it continue throughout the contract term. | | contract |

## 8.3 IT AND TECHNICAL SUPPORT NEEDS

| **Support Need** | **Description** | **Requirement or Preference** | **Timing** |
|---|---|---|---|
| ViaPath Credential Exchange | ODRC to facilitate the exchange of ViaPath API credentials including username, password, account ID, API base URL, and Site IDs to Flash. Flash will store these credentials in AWS Secrets | Requirement | Within six (6) weeks of contract execution |

| | | | |
|---|---|---|---|
| | Manager and will not store them in any unencrypted medium. | | |
| ViaPath Technical Coordination | If ViaPath requires ODRC authorization before providing API access to Flash, ODRC will issue that authorization. Flash can coordinate directly with ViaPath's technical team thereafter. Flash's existing ViaPath integration experience is expected to expedite this process materially. | Requirement | Within six (6) weeks of contract execution |
| Network Access Validation | *Flash Signal* is a cloud-hosted SaaS application accessible via standard web browser over HTTPS. ODRC to ensure that authorized users at all contracted institutions can access the platform through their existing network infrastructure. No VPN or special network configuration is required. If ODRC's network policies block outbound HTTPS to AWS GovCloud endpoints, ODRC IT will whitelist the platform domain. | Requirement | Before production go-live for any newly added sites |

| | | | |
|---|---|---|---|
| | Network access has already been validated for Warren Correctional Institution pilot sites unless network policies have changed. | | |
| Browser Compatibility Confirmation | ODRC should confirm which browsers and versions are standard at contracted institutions so Flash can prioritize compatibility testing. *Flash Signal* supports Chrome, Edge, and Safari on Windows, iOS, and Android. | Preference | By Week three (3) of contract mobilization |
| Email Relay or SMTP Configuration | If ODRC requires alert notifications to be delivered to ODRC email addresses, ODRC IT may need to whitelist Flash's email sending domain or IP range to prevent delivery to spam filters. Alternatively ODRC may provide an SMTP relay endpoint. | Preference | By Week six (6) of mobilization |

## 8.4 DATA ACCESS AND TESTING SUPPORT

| **Support Need** | **Description** | **Requirement or** | **Timing** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | **Preference** | |
| Confirmation of ViaPath API Access Scope | ODRC should confirm with ViaPath that API credentials cover all Site IDs in the contracted program including any expansion beyond the Warren pilot footprint. | Requirement | Within six (6) weeks of contract execution |
| Sample Data for Validation | During integration testing for any new Site IDs or configuration changes beyond the pilot footprint, Flash will process live calls through the pipeline. ODRC may designate calls with known content to validate transcription accuracy and risk scoring calibration for new sites. | Preference | As needed when scope expands beyond pilot footprint |
| WER Audit Participation | For quarterly transcription accuracy audits, Flash will select a representative sample of transcripts and compare them against the source audio. ODRC may participate in or observe the audit process. Flash will provide audit results to ODRC regardless of ODRC participation level. | Preference | Quarterly beginning at Week twenty-four (24) |

## 8.5 ADMINISTRATIVE AND USER PARTICIPATION NEEDS

| Support Need | Description | Requirement or Preference | Timing |
|---|---|---|---|
| User Roster for Provisioning | ODRC to provide a list of authorized users for the contracted program including names, email addresses, assigned facility, and desired role. Flash will provision accounts based on this roster. ODRC should provide updates as staff change throughout the contract term. | Requirement | By Week five (5) of mobilization; rolling updates as needed thereafter |
| Training Participation | ODRC must make designated users available for training sessions. Initial training sessions run approximately three hours per group and can be delivered in person at the institution or virtually per ODRC preference. Flash will accommodate additional sessions, follow-up sessions, and one-on-one walkthroughs for any user who needs additional support at | Requirement | Weeks six (6) through seven (7) of mobilization; ongoing as new users are added |

| | | | |
|---|---|---|---|
| | no additional cost. | | |
| Training Venue if On-Site | If ODRC selects on-site training, ODRC provides a suitable training venue with internet connectivity and a display or projector. Flash will provide all training materials, documentation, and equipment beyond these basics. | Requirement if on-site training selected | Weeks six (6) through seven (7) of mobilization |
| Ongoing Operational Feedback | Flash requests that ODRC investigators and analysts provide periodic feedback on platform performance, search effectiveness, and feature priorities throughout the contract term. This feedback relationship was established during the Warren pilot and directly informed platform improvements deployed within the pilot window. Flash requests that this collaborative approach continue under the full contract. | Preference | Ongoing throughout contract |

## 8.6 SUMMARY OF REQUIREMENTS

The following items are identified as requirements for Flash's performance under this contract. If ODRC is unable to meet any of these items, Flash requests written notification as early as possible so that an alternative approach can be identified:

- Designation of Agency Project Representative within two (2) weeks of contract execution
- Project kickoff meeting within four (4) weeks of contract execution
- ViaPath credential exchange for all facilities within six (6) weeks of contract execution
- ViaPath authorization for API access within six (6) weeks of contract execution
- Network access validation for all contracted institutions before go-live
- Confirmation of ViaPath API access scope within six (6) weeks of contract execution
- User roster provided by Week five (5) of mobilization
- User availability for training sessions during Weeks six (6) and seven (7)
- Training venue access if on-site training is selected

All other items identified in this tab are preferences. **Flash will proceed with full contract performance regardless of whether preferences are accommodated.**

# TAB 9: Conflict of Interest Statement

## TAB 9: CONFLICT OF INTEREST STATEMENT

Flash has reviewed the conflict-of-interest requirements set forth in this RFP and the general terms and conditions of the Contract. Flash hereby affirms that neither Flash nor any personnel who may work on this contract through Flash have a possible conflict of interest with respect to the Work described in this RFP.

Specifically, Flash affirms that no personnel proposed for this contract are employed by the State of Ohio or any Ohio state agency, have a financial interest in ODRC or any entity that does business with ODRC, have a family member employed by ODRC or the State of Ohio, or have any other relationship with ODRC or the State of Ohio that could give the appearance of a conflict of interest.

Flash will immediately disclose to ODRC any conflict of interest that arises or becomes known during the performance of this contract and will take all steps necessary to ensure that any such conflict does not affect Flash's performance of the Work.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 10: Assumptions

## TAB 10: ASSUMPTIONS

Flash provides the following comprehensive listing of assumptions made in preparing this Proposal. No assumptions are made regarding negotiation of any term or condition of this contract. If any assumption listed here is unacceptable to ODRC, Flash requests written notification so that Flash can address the concern prior to or during contract negotiations.

### OPERATIONAL ASSUMPTIONS

Flash assumes that ODRC will designate an Agency Project Representative within two (2) weeks of contract execution to serve as Flash's primary coordination point for all contract matters.

Flash assumes that ViaPath Technologies will continue to serve as ODRC's inmate communications provider throughout the contract term and that ViaPath's API structure, credential format, and data delivery methodology will remain consistent with what was validated during the Warren Correctional Institution pilot.

Flash assumes that authorized ODRC users at contracted institutions will have access to internet-connected devices with standard web browsers including Chrome, Edge, or Safari and that outbound HTTPS access to AWS GovCloud endpoints will be permitted through ODRC's network infrastructure.

Flash assumes that ODRC will facilitate LEADS background checks for Flash personnel requiring physical access to any correctional institution for on-site training or support and that Flash personnel will meet all applicable ODRC background check requirements.

Flash assumes that ODRC will provide a complete and accurate user roster for account provisioning by Week five (5) of the mobilization period and will provide updates as staff changes occur throughout the contract term.

Flash assumes that ODRC will make designated users available for training sessions during the mobilization period and that training venues with internet connectivity will be available at institutions where on-site training is selected.

Flash assumes that ODRC's Agency Project Representative will have authority to make operational decisions regarding platform configuration, user access, and training scheduling on behalf of ODRC throughout the contract term.

### SCOPE ASSUMPTIONS

Flash's Proposal and associated pricing are based on the following scope assumptions. If actual contract scope differs materially from these assumptions, Flash reserves the right to discuss pricing adjustments with ODRC during contract negotiations.

Flash assumes pricing reflected in this Proposal applies to the initial contract term contemplated by the RFP

Flash assumes that the pricing reflected in Attachment Nine is based on statewide deployment across ODRC's correctional institutions and the associated communications volume for that deployment scope.

Flash assumes that user account licensing is unlimited for all ODRC-authorized personnel and that no separate per-seat licensing charges apply under the pricing reflected in this Proposal.

Flash assumes that data storage retention requirements will be determined by ODRC policy and that Flash will implement the retention schedule designated by ODRC. Storage costs associated with retention periods significantly beyond standard contract duration (e.g., longer than two (2) years) may be subject to separate pricing discussion.

Flash assumes that the contracted scope is based on Flash Signal's standard platform capabilities, configuration, onboarding, and implementation as described in this Proposal. Material custom feature development beyond that scope, if requested by ODRC, would be handled only upon mutual written agreement.

**TECHNICAL ASSUMPTIONS**

---

Flash assumes that Amazon Web Services GovCloud services and Amazon Bedrock AI services will remain available and compliant with CJIS Security Policy requirements throughout the contract term.

Flash assumes that *Flash Signal's* transcription accuracy requirements will be met through the AI transcription technology described in Tab seven (7) and will be verified and documented through quarterly audits as required by the RFP.

Flash assumes that no on-premises infrastructure deployment will be required at any ODRC institution and that *Flash Signal* will be accessed entirely through standard web browsers over secure internet connections.

Flash assumes that ViaPath's API will support the same polling and ingestion methodology validated during the Warren Correctional Institution pilot and that any changes to ViaPath's API will be communicated to Flash with sufficient advance notice to allow for integration updates.

Flash assumes that ODRC's email infrastructure will permit delivery of platform alert notifications to authorized ODRC email addresses and that any necessary email domain whitelisting will be completed prior to production go-live.

## LEGAL AND COMPLIANCE ASSUMPTIONS

Flash assumes that CJIS Security Policy requirements applicable to *Flash Signal* will not materially change during the contract term in a way that requires platform redesign or significant architectural modification.

Flash assumes that Ohio and federal data sovereignty requirements will continue to be satisfied by AWS GovCloud deployment within the United States throughout the contract term.

Flash assumes that all data processing, storage, and access will occur within the United States and that no offshore services will be required or permitted under this contract.

Flash assumes that ODRC retains ownership of all data processed and stored by *Flash Signal* and that Flash's data handling obligations are consistent with the data ownership and sovereignty requirements described in the RFP.

## PLATFORM AND ADDITIONAL FEATURES ASSUMPTIONS

Flash assumes that pricing for Flash's additional platform features reflects standard deployment with no custom development requirements beyond what is described in this Proposal.

# TAB 11: Proof of Insurance

*[SEE FOLLOWING PAGES]*

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 4/6/2026

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**

Boring Insurance Agency
US Bank Tower
633 W 5th St, 26th FL
Los Angeles CA 90071

**CONTACT NAME:** Kevin Kelsey
**PHONE (A/C, No, Ext):** 626-344-2158 **FAX (A/C, No):**
**E-MAIL ADDRESS:** info@boring.insure

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : FIDELITY & GUAR INS CO | 35386 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**

Flash Ai LLC.
91 S 30th St
Newark OH 43055

**COVERAGES** **CERTIFICATE NUMBER:** **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY; CLAIMS-MADE; X OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY; PRO-JECT; LOC; OTHER: | Y | | 00C8265173 | 4/6/2026 | 4/6/2027 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY; ANY AUTO; ALL OWNED AUTOS; SCHEDULED AUTOS; X HIRED AUTOS; X NON-OWNED AUTOS | Y | | 00C8265173 | 4/6/2026 | 4/6/2027 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB; OCCUR; EXCESS LIAB; CLAIMS-MADE; DED; RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH); If yes, describe under DESCRIPTION OF OPERATIONS below | N / A | | | | | PER STATUTE; OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

Ohio Department of Rehabilitation and Correction is included as Additional Insured where required by written contract. Defense expenses are provided outside the applicable liability limits under the General Liability policy. Thirty (30) days advance written notice of cancellation applies to the certificate holder in accordance with policy terms and conditions.

**CERTIFICATE HOLDER**

Ohio Department of Rehabilitation and Correction
4545 Fisher Rd
D
Columbus OH 43228-9509

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

**AUTHORIZED REPRESENTATIVE**

Kevin Kelsey

© 1988-2014 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD

**Bureau of Workers' Compensation**

30 West Spring Street
Columbus, Ohio 43215-2256

**1-800-644-6292 BWC.Ohio.gov**

**Mike DeWine,** *Governor* **Jim Tressel,** *Lt. Governor* **Stephanie McCloud,** *Administrator/CEO*

04/03/2026
Date Mailed

#BWNFVSQ
#XX10035411841#

Flash AI LLC
91 S 30th St
Newark OH 43055-1938

**IMPORTANT DOCUMENT: REMOVE AND POST**

Ohio Bureau of Workers' Compensation

30 W. Spring St.
Columbus, OH 43215

# Certificate of Ohio Workers' Compensation

This certifies that the employer listed below participates in the Ohio State Insurance Fund as required by law. Therefore, the employer is entitled to the rights and benefits of the fund for the period specified. This certificate is only valid if premiums and assessments, including installments, are paid by the applicable due date. To verify coverage, visit www.bwc.ohio.gov, or call 1-800-644-6292.

This certificate must be displayed at your workplace or posted online where your employees can access it.

Quote number and employer
Q40245061-000

Period Specified Below
04/03/2026 to 07/01/2026

Flash AI LLC
91 S 30th St
Newark OH 43055-1938

BUREAU OF WORKERS' COMPENSATION

www.bwc.ohio.gov
Issued by: BWC

Stephanie McCloud

Administrator/CEO

You can reproduce this certificate as needed.

## Ohio Bureau of Workers' Compensation

## Required Posting

Section 4123.54 of the Ohio Revised Code requires notice of rebuttable presumption. Rebuttable presumption means an employee may dispute or prove untrue the presumption (or belief) that alcohol, marihuana or a controlled substance not prescribed by the employee's physician is the proximate cause (main reason) of the work-related injury.

The burden of proof is on the employee to prove the presumption of alcohol, marihuana or a controlled substance was not the proximate cause of the work-related injury. An employee who tests positive or refuses to submit to chemical testing may be disqualified for compensation and benefits under the Workers' Compensation Act.

Ohio Bureau of Workers' Compensation

You must post this language with the Certificate of Ohio Workers' Compensation.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 12: Payment Address

**Payments to Flash AI, LLC under this contract should be directed to the following address:**

Flash AI, LLC
91 S 30th Street
Newark, Ohio 43055

**For payment inquiries, contact:**
Trace Johnson, President and Co-Founder
Phone: (740) 323-6340
Email: trace@flashai.us

# TAB 13: Contract Performance

*[SEE FOLLOWING PAGES]*

## ATTACHMENT EIGHT OFFEROR PERFORMANCE FORM

**The Offeror must provide the following information for this section for the past seven (7) years. Please indicate yes or no in each column.**

| Yes/No | Description |
|---|---|
| No | The Offeror has had a contract terminated for default or cause. If so, the Offeror must submit full details, including the other party's name, address, and telephone number. |
| No | The Offeror has been assessed any penalties in excess of five thousand dollars ($5,000), including liquidated damages, under any of its existing or past contracts with any organization (including any governmental entity). If so, the Offeror must provide complete details, including the name of the other organization, the reason for the penalty, and the penalty amount for each incident. |
| No | The Offeror was the subject of any governmental action limiting the right of the Offeror to do business with that entity or any other governmental entity. |
| No | Has trading in the stock of the company ever been suspended? If so provide the date(s) and explanation(s). |
| No | The Offeror, any officer of the Offeror, or any owner of a twenty percent (20%) interest or greater in the Offeror has filed for bankruptcy, reorganization, a debt arrangement, moratorium, or any proceeding under any bankruptcy or insolvency law, or any dissolution or liquidation proceeding. |
| No | The Offeror, any officer of the Offeror, or any owner with a twenty percent (20%) interest or greater in the Offeror has been convicted of a felony or is currently under indictment on any felony charge. |

If the answer to any item above is affirmative, the Offeror must provide complete details about the matter. While an affirmative answer to any of these items will not automatically disqualify an Offeror from consideration, at the sole discretion of the State, such an answer and a review of the background details may result in a rejection of the Offeror's proposal. The State will make this decision based on its determination of the seriousness of the matter, the matter's possible impact on the Offeror's performance on the project, and the best interests of the State.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 14: W-9 and Supplier Registration

Flash AI, LLC confirms that it is registered as a supplier with the State of Ohio through the Ohio Supplier Portal at supplier.ohio.gov. See the following page for the Flash W-9 Form.

***[SEE FOLLOWING PAGE]***

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

▶ **Go to *www.irs.gov/FormW9* for instructions and the latest information.**

**Give Form to the requester. Do not send to the IRS.**

Print or type. See **Specific Instructions** on page 3.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.
FLASH AI

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC ☐ C Corporation ☐ S Corporation ☐ Partnership ☐ Trust/estate

☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ P

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) ______

Exemption from FATCA reporting code (if any) ______

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.
91 S 30TH STREET

Requester's name and address (optional)

**6** City, state, and ZIP code
NEWARK, OH 43055

**7** List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**
[ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

**or**

**Employer identification number**
3 9 – 4 6 8 0 2 8 7

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** **Signature of U.S. person ▶** Spencer Feig (Electronically Signed) **Date ▶** 05-Apr-2026

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments**. For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See* What is backup withholding, *later.*

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# TAB 15: Offshore Services Form

***[SEE FOLLOWING PAGES]***

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# AFFIRMATION AND DISCLOSURE FORM

Contractor affirms that Contractor has read and understands the applicable Executive Orders regarding the prohibitions of performance of offshore services, locating State data offshore in any way, or purchasing from Russian institutions or companies.

Contractor shall provide all the name(s) and location(s) where services under this Contract will be performed and where data is located in the spaces provided below or by attachment. Failure to provide this information may result in no award. If the Contractor will not be using subcontractors, indicate "Not Applicable" in the appropriate spaces.

1. Principal location of business of Contractor:

(Address) 91 S 30th Street (City, State, Zip) Newark, OH 43055

Name/Principal location of business of subcontractor(s):

(Name) Taking the Hill LLC (Address) 910 Radcliffe Street
(City, State, Zip) Bristol, PA 19007

(Name) ______________ (Address) ______________
(City, State, Zip) ______________

2. Location where services will be performed by Contractor:

(Address) 91 S 30th Street (City, State, Zip) Newark, OH 43055

(Name) Taking the Hill LLC (Address) 910 Radcliffe Street
(City, State, Zip) Bristol, PA 19007

(Name) ______________ (Address) ______________
(City, State, Zip) ______________

3. Location where state data will be located, by Contractor:

(Address) AWS GovCloud, United States (City, State, Zip) United States

Name/Location(s) where state data will be located by subcontractor(s):

(Name) ______________________ (Address) ______________________________

(City, State, Zip) ______________________________

(Name) ______________________ (Address) ______________________________

(City, State, Zip) ______________________________

(Name) ______________________ (Address) ______________________________

(City, State, Zip) ______________________________

(Name) ______________________ (Address) ______________________________

(City, State, Zip) ______________________________

(Name) ______________________ (Address) ______________________________

(City, State, Zip) ______________________________

Contractor affirms, understands, and agrees that Contractor and its subcontractors are under a duty to disclose to the State any change or shift in location of services performed by Contractor or its subcontractors before, during and after execution of any contract with the State. Contractor agrees it shall so notify the State immediately of any such change or shift in location of its services. The State has the right to immediately terminate the contract, unless a duly signed waiver from the State has been attained to perform the services outside the United States.

On behalf of the Contractor, I acknowledge that I am duly authorized to execute this Affirmation and Disclosure Form and have read and understand that this form is a part of any Contract that Contractor may enter into with the State and is incorporated therein.

By: ______________________________
Contractor

Print Name: Trace Johnson

Title: President

Date: 4/6/2026

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# COST PROPOSAL
# Response to RFP No. SRC0000037597
# Ohio Department of Rehabilitation and Correction
# DRC260101 – Inmate Communications Intelligence and Analysis Platform

## ATTACHMENT NINE COST SUMMARY FORM

DRC(FY)2026

Fiscal Year 2026 equals July 1, 2025 through June 30, 2026

| Item | Quantity | Units | Cost | Total Cost |
|---|---|---|---|---|
| Flash Signal SaaS platform licensing and communications analytics services | 813,260,908 | Minutes Analyzed | USD $0.009 | $7,319,348.17 |
| | | | | |
| Grand Total | ------------------------- | ------------------ | ------------------- | $7,319,348.17 |

Notes:

1. The bid is all inclusive
2. Net 30
3. Offerors Must submit invoices per ODRC policy.

All costs must be in U.S. Dollars.
The State will not be responsible for any costs not identified.
There will be no additional reimbursement for travel or other related expenses.

## PRICING SUMMARY

**Primary fee structure.** Flash proposes a fixed unit rate of USD $0.009 per minute of inmate communications analyzed through *Flash Signal*. A billable minute is defined as each minute of call audio submitted to and processed by the *Flash Signal* analysis pipeline for ODRC under this contract.

**Single price component.** Flash charges only the USD $0.009 per analyzed minute rate. There are no separate line items for licensing, support retainers, integration, infrastructure, or other ancillary fees. Those are not priced or billed separately. ODRC pays only for minutes processed at the stated rate. Administrator and user training, onboarding, training materials, and all ongoing training support are included within this rate ***at no additional cost to ODRC***. *Flash Signal* includes unlimited user licenses for all ODRC-authorized personnel at no additional per-seat cost.

**Fiscal year not-to-exceed.** The annual State obligation for the core *Flash Signal* service is based on actual ODRC statewide inmate communications volume data for Calendar Year 2025, reflecting an average of 67,771,742 minutes per month across all twenty-eight (28) correctional institutions and a total annual volume of 813,260,908 minutes.

**Not-to-exceed fiscal year cost:** 813,260,908 minutes x USD $0.009 = USD $7,319,348.17

Flash will invoice based on the actual analyzed minutes in the billing period, not to exceed the agreed annual fiscal-year ceiling for the contract year. If the actual analyzed volume is below the not-to-exceed ceiling in a given year, ODRC pays only for the minutes actually analyzed. Any amendment to the annual volume or ceiling is subject to mutual written agreement per contract terms.

## PRICING ASSUMPTIONS

Flash's cost proposal is based on the following assumptions. If actual contract scope differs materially from these assumptions, Flash reserves the right to discuss pricing adjustments with ODRC during contract negotiations.

- ***Contract term:*** one (1) year from date of contract execution.
- ***Contracted program scope:*** all twenty-eight (28) ODRC correctional institutions.
- ***Volume basis:*** actual ODRC statewide inmate communications data for Calendar Year 2025, totaling 813,260,908 annual minutes across all twenty-eight (28) correctional institutions, with an average monthly volume of 67,771,742 minutes statewide and an average of 2,420,419 minutes per institution per month.

- ***Per-minute rate:*** USD $0.009 per minute analyzed.
- ***Grand total not-to-exceed:*** USD $7,319,348.17 for State Fiscal Year 2027.
- ***User licensing:*** unlimited, included at no additional per-seat cost.
- ***Training:*** included within per-minute rate at no additional charge to ODRC.
- ***Storage retention:*** determined by ODRC policy, included within the per-minute rate.

## ANCILLARY COSTS

---

**None.** Flash does not impose separate ancillary charges. There are no hidden fees, administrative surcharges, per-seat add-ons, travel billing, or pass-through costs on this contract. Pricing is solely USD $0.009 per minute of call audio analyzed through *Flash Signal*, subject to the state fiscal year not-to-exceed total derived from agreed annual volume.

Fiscal Year 2027 equals July 1, 2026 through June 30, 2027 per Attachment Nine (9).

| Item | Quantity | Units | Cost | Total Cost (USD) |
|---|---|---|---|---|
| ***Flash Signal*, communications analysis, fixed rate per minute of call audio analyzed** | 813,260,908 | Minutes analyzed | USD $0.009 | $7,319,348.17 |
| **Grand Total, Fiscal Year Not to Exceed** | | | | $7,319,348.17 |

**Notes:**

- The bid is all-inclusive. All costs for platform operation, infrastructure, security, CJIS compliance, training, onboarding, support, and unlimited user licensing are included within the per-minute rate above.
- Net 30.
- Flash will submit invoices in accordance with ODRC policy. Invoices will reflect the actual analyzed minutes for the billing period, not to exceed the fiscal-year not-to-exceed ceiling.
- All costs are in U.S. Dollars.
- If the actual analyzed volume in the contract year is below the not-to-exceed ceiling, ODRC pays only for the minutes actually analyzed.
- Volume basis reflects actual ODRC statewide inmate communications data for Calendar Year 2025, totaling 813,260,908 minutes annually across all twenty-eight (28) correctional institutions.

## POST-CONTRACT DATA ACCESS

Per the RFP Access and Storage requirements, Flash provides the following separate cost proposal for accessing stored communications for AI analysis after contract termination.

In the event ODRC elects to access stored communications for AI analysis after contract termination, Flash will maintain the contracted AWS GovCloud environment in a read-accessible state, providing ODRC with continued access to all stored audio files, transcripts, CDR records, AI analysis results, knowledge graph data, and audit logs retained from the contract period. All previously analyzed communications remain fully searchable and queryable through *Flash Signal* without any additional per-minute or per-query charge.

The duration of post-contract access and associated monthly fee will be determined by mutual written agreement between Flash and ODRC at or prior to contract termination, based on ODRC's operational needs at that time.

| Service Component | Rate |
|---|---|
| Monthly Environment Access Fee | USD $15,000.00 / month |

## ADDITIONAL FEATURES

**ADDITIONAL FEATURES**

The RFP invites Offerors to propose optional or value-added features that provide enhanced value beyond the mandatory requirements. Flash proposes the following three (3) additional features for ODRC's consideration. Each is described separately below with its own cost proposal line item. Both features are live and operational today. Neither requires new development, new infrastructure, or a separate implementation timeline. Both run on the same CJIS-compliant AWS GovCloud environment that powers *Flash Signal*.

**ADDITIONAL FEATURE 1**

**Flash PD:** Unified Investigative Intelligence and Case Management Platform

**Description**

*Flash Signal* delivers inmate communications monitoring, transcription, AI analysis, and threat detection at an institutional scale. *Flash PD* extends that intelligence environment across every data source an investigation touches, not just phone calls.

*Flash Signal* and *Flash PD* are not two (2) separate products that integrate with each other. They are one (1) platform. Enabling *Flash PD* for ODRC users is a configuration change, not an

implementation project. Every ODRC investigator, analyst, and STG coordinator already using *Flash Signal* can access *Flash PD's* full capabilities the moment ODRC elects to activate them. *Flash PD* ingests and analyzes every category of evidence that corrections and law enforcement investigations generate:

- ***Audio*** **—** inmate phone calls already processed through *Flash Signal*, plus any additional audio recordings, including interrogations, witness statements, and facility recordings.
- ***Video*** **—** surveillance footage, body camera recordings, pole camera feeds, interrogation room recordings, and any other video evidence. *Flash PD's* AI vision analysis enables investigators to search video content by description. An investigator can ask the platform to find every instance when a person in a red shirt appears on a pole camera, or to identify when a specific vehicle enters a facility parking lot, without manually watching hours of footage. All video files are also automatically transcribed, making spoken content in the videos fully searchable alongside written and audio evidence.
- ***Documents*** **—** case files, financial records, investigative reports, court documents, and any other written or digital records.
- ***Phone extractions*** **—** Cellebrite extraction files and other digital forensic outputs ingested directly into the same environment as inmate communications data, enabling investigators to query phone call transcripts and extracted device content simultaneously.
- ***Inmate tablet data*** **—** tablet communications, application usage, and digital activity are analyzed alongside phone call data within the same unified environment, giving investigators a complete picture of inmate digital activity rather than a single-channel view.

All evidence types are queryable together through the same Chat With Flash AI assistant that ODRC investigators already use for inmate communications analysis. An investigator can ask a single question that draws on jail call transcripts, a Cellebrite extraction, an interrogation recording, and a financial document simultaneously, and receive a sourced answer with citations back to the specific evidence that supports it.

*Flash PD* also includes full link analysis and report generation capabilities across all ingested evidence types. Investigators can visualize relationship networks spanning jail calls, extracted device contacts, financial records, and surveillance footage in a single interactive graph, and generate structured reports and case summaries ready for internal review or prosecutorial handoff.

**Cross-Organization Case Sharing**

When an ODRC investigation expands to an outside law enforcement partner, *Flash PD* enables seamless case collaboration across agency boundaries. Outside law enforcement agencies under contract with Flash can be provisioned on the same platform, with role-based access scoped to

their jurisdiction, allowing investigators from both organizations to work within a shared case environment. Outside agency investigators can bring their own evidence into the shared case, including interrogation recordings, phone extractions, and surveillance footage, and query everything together alongside ODRC's inmate communications intelligence in a single AI-powered environment. Jail calls can be transferred directly into a shared *Flash PD* case and analyzed alongside any other evidence type the investigation requires.

*Flash PD* is live and operational today. *Flash PD* has been utilized by multiple Ohio Agencies including the Whitehall Police Department, Perry Township Police Department, Muskingum County Sheriff's Office, Guernsey County Sheriff's Office, and the Ohio State Auditor's Office, all operating on the same platform that powers *Flash Signal*.

**Case Management and Prosecutorial Support**
*Flash PD* includes structured case management tools that support the complete investigative lifecycle from initial intelligence/evidence through prosecution. Investigators can build automated timelines of case events, generate AI-powered case summaries, create structured investigative reports, and match ODRC report templates for consistent documentation across the institution.

Completed cases can be packaged and transferred directly to prosecutors with all supporting evidence, transcripts, summaries, and timelines included in a format ready for prosecutorial review. This eliminates the manual compilation burden that typically consumes investigative staff time at the conclusion of a case.

**Impact on Solution**
Activating *Flash PD* for ODRC transforms *Flash Signal* from a correctional communications monitoring tool into a unified intelligence environment that covers every phase of an investigation, from initial call flag through prosecution. Every capability ODRC's institutional investigators, analysts, and STG coordinators need for intelligence-led investigations is available in a single platform they are already trained on and already using.

**Implementation Requirements**
Activating *Flash PD* for ODRC requires configuring accounts and provisioning roles within Flash's existing AWS GovCloud environment for all authorized ODRC users. Where ODRC data originates from external systems, Flash will work directly with ODRC and the relevant system vendors to establish the necessary data integrations. Comprehensive training will be provided to all authorized *Flash PD* users covering the full range of evidence ingestion, case management, cross-evidence querying, report generation, and prosecutorial handoff capabilities. Training delivery follows the same in-person and virtual model described in Section 7.8, tailored specifically to *Flash PD* workflows and ODRC's institutional processes. Flash will coordinate all

integration and training activities to ensure ODRC users are fully operational on *Flash PD* with minimal disruption to existing *Flash Signal* operations.

**Flash PD Cost Proposal**
*Flash PD* is priced based on data processing volume at an enterprise deployment rate. The value *Flash PD* provides to a correctional institution is not theoretical. At the Whitehall Police Department, *Flash PD* enabled investigators to charge fourteen (14) individuals in connection with a shooting in approximately the time it previously took to manually review a fraction of the available evidence. Investigative tasks that previously required thirty (30) minutes were reduced to thirty (30) seconds. That kind of operational impact is reflected in *Flash PD* pricing.

*Flash PD* is billed at **USD $5.00 per gigabyte** of evidence processed. For ODRC's statewide enterprise deployment, Flash has structured this as a fixed monthly estimate per institution based on anticipated evidence processing volume, providing ODRC with a predictable, budgetable cost rather than a variable monthly invoice. The fixed monthly estimate per institution will be confirmed during contract negotiations based on ODRC's actual evidence volume across active investigations.

At the institutional level, that evidence volume includes inmate tablet extractions, phone extractions, investigative interview recordings, surveillance footage, financial records, case documentation, and any other digital evidence generated across active investigations. Aggregated across twenty-eight (28) institutions operating simultaneously, that volume represents a substantial and continuous evidence processing workload that *Flash PD* is architecturally designed to handle at scale.

Flash acknowledges that a precise annual total cannot be confirmed without ODRC's actual evidence volume data. Flash will develop a custom statewide enterprise quote in collaboration with ODRC during contract negotiations, structured as a fixed monthly per-institution fee based on confirmed processing volume, covering all authorized users and all evidence types across the contracted institutional estate.

**Cost Proposal: USD $5.00 per gigabyte** of evidence processed, structured as a fixed monthly per-institution fee based on confirmed evidence processing volume. Estimated annual cost provided upon confirmation of operational scope during contract negotiations.

**ADDITIONAL FEATURE 2**
**Flash Chat:** Secure CJIS-Compliant AI Assistant

**Description**

Not every member of ODRC's staff interacts directly with inmate communications data. Administrators, supervisors, support personnel, legal staff, and leadership all need secure AI tools for everyday work, including drafting documents, analyzing reports, processing sensitive information, and answering operational questions, without exposing that information to consumer AI platforms that lack the security controls corrections environments require.

*Flash Chat* is a CJIS-compliant AI assistant built on the same AWS GovCloud infrastructure and security architecture that powers *Flash Signal* and *Flash PD*. It functions as a secure institutional AI tool available to every member of ODRC's authorized user population, not just investigators and analysts. Users can upload Personally Identifiable Information (hereafter "**PII**"), sensitive case documents, administrative records, and any other institutional content into the same encrypted, access-controlled, United States-based cloud environment that ODRC already trusts for its most sensitive communications intelligence.

*Flash Chat* connects directly with *Flash Signal* and *Flash PD*. An administrator who needs to understand a flagged investigation can query *Flash Chat* for a natural-language summary. A supervisor reviewing a case can use *Flash Chat* to draft a briefing document. A legal team member can upload a court filing and ask *Flash Chat* to identify relevant case connections. All of this happens within the same CJIS-compliant security boundary that governs every other Flash product ODRC uses.

*Flash Chat* provides ODRC with a secure AI capability for the full range of institutional workflows, not just intelligence operations. It ensures that staff at every level of the organization can benefit from AI-powered productivity tools without compromising the security and data sovereignty standards required by ODRC's operational environment.

**Impact on Solution**

*Flash Chat* extends the value of Flash's CJIS-compliant infrastructure across ODRC's entire authorized user population. Rather than maintaining separate security postures for intelligence operations and everyday administrative work, ODRC operates within a single unified secure AI environment for all institutional functions.

**Implementation Requirements**

*Flash Chat* runs on the same AWS GovCloud infrastructure as *Flash Signal* and *Flash PD*. No additional infrastructure is required. Provisioning *Flash Chat* for ODRC users requires only account configuration within Flash's existing environment.

**Flash Chat Cost Proposal**

*Flash Chat* extends secure CJIS-compliant AI access to all ODRC personnel who do not require full *Flash PD* investigative access, including administrators, supervisors, support staff, and leadership across all twenty-eight (28) institutions.

*Flash Chat* is available at a flat rate of USD $15.00 per user per month for ODRC's deployment, operating within the same AWS GovCloud environment as *Flash Signal* and *Flash PD*. This ensures that AI-powered productivity tools are available across the full range of institutional functions without compromising ODRC's security and data sovereignty requirements.

**Cost Proposal:** USD $15.00 per authorized user per month, with no cap on the number of authorized users.

## ADDITIONAL FEATURE 3

**Flash 4D:** Real-Time Video Intelligence and Alerting Platform

*Flash 4D* extends Flash's AI-powered intelligence capabilities into real-time operational environments by enabling continuous live video analysis directly from connected camera systems within ODRC's correctional institutions. Rather than relying solely on uploaded or post-processed footage, *Flash 4D* integrates live camera feeds directly into the Flash platform and delivers immediate, automated alerts to authorized users based on detected events.

*Flash 4D* operates on the same CJIS-compliant AWS GovCloud infrastructure that powers *Flash Signal* and *Flash PD*, using Flash's AI vision models to continuously analyze incoming video streams. The platform identifies predefined and dynamically learned events of interest including unauthorized access or movement in restricted areas, presence of specific objects, vehicles, or individuals, and suspicious behavioral patterns or anomalies.

When an event is detected, *Flash 4D* automatically generates a real-time notification to authorized users, including a timestamped clip of the relevant footage and a structured description of the detected activity. Notifications are delivered through the Flash platform interface and integrated notification channels, including email, consistent with the alerting model already familiar to ODRC users through *Flash Signal*.

*Flash 4D* integrates directly with *Flash PD*, enabling real-time detections to be incorporated into an active investigation. Alerts, clips, and metadata are automatically ingested into the case environment, where they can be queried alongside all other evidence types, including inmate communications, phone extractions, and documents through the same Chat With Flash assistant ODRC investigators already use.

**Live Camera Integration**

*Flash 4D* supports direct integration with existing camera systems and video management systems (hereafter "**VMS**") within ODRC's correctional institutions. Flash will coordinate directly with ODRC's IT and security teams to establish secure video stream ingestion into Flash's AWS GovCloud environment. Once integrated, cameras function as continuous real-time data sources within the Flash ecosystem, requiring no manual upload or intervention from institutional staff.

**Impact on Solution**

*Flash 4D* transforms Flash into a proactive, real-time video intelligence system with direct integration with security cameras. Rather than discovering critical events after the fact, investigators and institutional staff are notified as events occur, enabling immediate response and intervention. This capability is particularly impactful in correctional environments where real-time awareness of incidents, movement, and behavioral anomalies can directly improve institutional safety, response times, and operational oversight. *Flash 4D* also reduces the burden of manual surveillance monitoring, allowing personnel to focus on relevant, high-priority events identified and surfaced by Flash rather than watching camera feeds continuously.

**Implementation Requirements**

*Flash 4D* requires integration with ODRC's existing camera infrastructure. Flash will coordinate directly with ODRC's IT team and camera and VMS vendors to establish secure, reliable video ingestion pipelines into Flash's existing AWS GovCloud environment. Implementation includes camera system integration and configuration, alignment of networks and security with CJIS requirements, and user training on alert workflows and system usage. No separate infrastructure is required beyond camera integration. All processing occurs within Flash's existing CJIS-compliant AWS GovCloud environment.

**Cost Proposal**

*Flash 4D* is priced based on the number of live camera feeds connected to the platform. Pricing includes continuous real-time video processing, AI-based event detection and alert generation, integration with *Flash Signal* and *Flash PD* environments, and secure storage of flagged event clips and metadata.

**Cost Proposal: USD $300.00** per camera per month.

Final pricing may be adjusted based on total camera volume, integration complexity, and enterprise deployment scope in collaboration with ODRC during contract negotiations.

# ATTACHMENT NINE COST SUMMARY FORM

DRC(FY)0026

Fiscal Year 2026 equals July 1, 2025 through June 30, 2026

| Item | Quantity | Units | Cost | Total Cost |
|---|---|---|---|---|
| Hot-list audio transcription and AI analysis (phone calls and included video-visitation audio) | Authorized annual audio minutes | Minutes | $0.013 per minute | Quantity x $0.013 |
| Communication metadata | All enabled records | Included | $0.00 | $0.00 |
| ViaPath messaging | All enabled records | Included | $0.00 | $0.00 |
| GOinbox email | All enabled records | Included | $0.00 | $0.00 |
| Financial transactions - deposits | All authorized records | Included | $0.00 | $0.00 |
| Financial balances - trust fund balances | All authorized records | Included | $0.00 | $0.00 |
| OMS / DOTS offender records | All authorized records | Included | $0.00 | $0.00 |
| Offender profile / classification / housing records | All authorized records | Included | $0.00 | $0.00 |
| Incident / misbehavior / disciplinary / use-of-force records | All authorized records | Included | $0.00 | $0.00 |
| Visitation logs | All authorized records | Included | $0.00 | $0.00 |
| Payment / commissary / grievance / RMS / CAD records | All authorized records | Included | $0.00 | $0.00 |
| Investigations / STG / hot-list data | All authorized records | Included | $0.00 | $0.00 |
| Outside-contact enrichment / reverse phone lookup | All authorized records | Included | $0.00 | $0.00 |

| Item | Quantity | Units | Cost | Total Cost |
|---|---|---|---|---|
| Historical backfile / day-one loading | All authorized records | Included | $0.00 | $0.00 |
| AI agent / search / graph / exports / unlimited users | Unlimited authorized users | Included | $0.00 | $0.00 |
| Implementation / training / support / transition | Project term | Included | $0.00 | $0.00 |
| Grand Total | Annual not-to-exceed total for priced minute-based services | | | Quantity x $0.013 |

Notes:

1. The bid is all inclusive
2. Net 30
3. Offerors Must submit invoices per ODRC policy.

All costs must be in U.S. Dollars.
The state will not be responsible for any costs not identified.
There will be no additional reimbursement for travel or other related expenses.

Supplement A

# Supplement A:

## State IT Policy, Standard and Service Requirements

Revision History:

| Date: | Description of Change: |
|---|---|
| 1/01/2019 | Original Version |
| 10/18/2019 | Updated to modify service descriptions, include new services, and remove older services. A new Appendix A - Request for Variance to State IT Policy, Standard or Service Requirements was added. |
| 12/15/2020 | Updated to align with current service offerings, to incorporate the Cloud Smart strategy, and to clarify the variance request requirements. |
| 5/13/2021 | Updated to align with current Infrastructure as a Service (IaaS) Frameworks service offering. |
| 7/19/2021 | Updated to modify service descriptions, include new services, and remove older services. |
| 02/07/2022 | Updated Section 4.1. State IT Cloud Smart Strategy to clarify the scope, intent, and requirements of the service. Also, reorganized the public and private cloud information. |
| 05/03/2022 | Updated Section 4.3.6 ePayment Business Solutions audit standard. Modified Section 3. State IT Policy and Standard Requirements to remove the references to State of Ohio IT Bulletins and revise hyperlinks. |
| 07/10/2024 | Updated the format, structure, and terminology to reflect current practices. Modified the services to align with current offerings. |

# Contents

1. Contractor Identification and Supplement Definitions ....3
2. Overview of Supplement and Requirements....3
3. Proposed Variances to Supplement Requirements....4
4. State and DAS IT Policies and Standards....4
5. State IT Services ....5
5.1. State IT Cloud Smart Strategy ....5
5.1.1. Public Cloud Brokerage Service ....6
5.1.2. Private Cloud Data Center Services....9
5.2. InnovateOhio Platform (IOP)....12
5.2.1. IOP Identity Service Offerings for Ohioans and Workforce.... 12
5.2.2. IOP User Experience Service Offerings....12
5.2.3. IOP Web Forms ....12
5.2.4. IOP Data and Analytics Products....12
5.3. Enterprise Application Services ....15
5.3.1. Artificial Intelligence Capabilities .... 15
5.3.2. Enterprise Hosted Document Management.... 15
5.3.3. Electronic Data Interchange (EDI) Application Integration.... 16
5.3.4. eLicense Ohio Professional Licensure.... 16
5.3.5. ePayment Business Solutions .... 16
5.3.6. Enterprise eSignature Service....17
5.3.7. IT Service Management Tool (ServiceNow).... 17
5.3.8. Automated Ticketing....17
5.3.9. Ohio Benefits....17
5.3.10. Ohio Business Gateway ....18
5.3.11. OAKS.... 18
5.3.12. Enterprise Geographic Information Systems (GIS).... 19
5.3.13. OhioBuys ....19
5.4. Application Security Architecture ....19
5.5. Microsoft Office 365 Service....20
5.5.1. Microsoft 365 Apps ....20
5.5.2. Microsoft 365 Platform Features....20
5.5.3. Microsoft Power Platform.... 20
5.6. Network Services ....21
5.6.1. Ohio One Network....21
5.6.2. Secure Authentication .... 21
5.6.3. Wireless as a Service....21
5.7. Voice Services....22
5.7.1. Voice over Internet Protocol (VoIP)....22




# 1. Contractor Identification and Supplement Definitions

**Active Directory** means the “directory service” portion of the Windows operating system. Active Directory manages

the identities and relationships of the distributed resources that make up a network environment. It stores information about network-based entities (e.g., applications, files, printers, and people) and provides a consistent way to name, describe, locate, access, manage and secure information about these resources.[1]

**Agency** means State of Ohio agency.

**Contractor** for the purposes of this supplement, includes subcontractors or other personnel under the authority or control of the Contractor performing the work or providing the services under this Contract.

**Please provide the following information in the space below: Contractor name, Contractor address, associated Contract or RFP number, and solution/product/service(s) being proposed in response to the Contract or RFP.**

Flash AI, LLC
91 S 30th Street
Newark, Ohio 43055
**Contract/RFP:** SRC0000037597
**Solution:** Flash Signal

**Contract** means the contract or RFP listed above under Contractor.

**Customer** means the Agencies, boards, commissions, institutions of higher education or local government entities that are authorized to leverage State of Ohio IT services.

**DataOhio Portal** established by Executive Order 2019-15D, the DataOhio Portal (DOP) displays public datasets and facilitates the request, approval, and delivery of secured datasets, providing for public access to information with transparency and ease. The portal improves Ohioan and customer interactions with Agencies.

**State** means the State of Ohio.

**User** is the individual or (system) process authorized to access a system.[2]

## 2. Overview of Supplement and Requirements

This State IT Policy, Standard and Service Requirements Supplement ("Supplement") applies to any and all work, services, locations and computing elements that a Contractor performs, provides, occupies or utilizes in conjunction with the delivery of work to the State and any access to State resources in conjunction with delivery of work.

This Supplement specifically applies to:

A. Major and minor projects, upgrades, and other software and systems inclusive of all State elements or elements under a Contractor's responsibility utilized by the State;
B. Any systems development and integration activities performed by a Contractor; and

[1] "Active Directory" Gartner IT Glossary. Web. 3 January 2024. < https://www.gartner.com/en/information technology/glossary/active-directory>.

[2] "FIPS 200, Minimum Security Requirements for Federal Information and Information Systems." U.S. Department of Commerce National Institute of Standards and Technology, March 2006. <https://nvlpubs.nist.gov/nistpubs/FIPS/NIST.FIPS.200.pdf>.



C. Any authorized change orders, change requests, Statements of work, extensions or amendments to a Contract.

The terms in this Supplement are in addition to any Contract terms and conditions. In the event of a conflict between this Supplement and a Contract, the strictest standard prevails.

## 3. Proposed Variances to Supplement Requirements

Contractors performing the work under the Contract are required to comply with this Supplement unless the State has approved a variance.

**ANY PROPOSED VARIANCES TO THE REQUIREMENTS OUTLINED IN THIS SUPPLEMENT MUST BE IDENTIFIED IN APPENDIX A - REQUEST FOR VARIANCE TO STATE IT POLICY, STANDARD OR SERVICE REQUIREMENTS. CONTRACTORS MUST NOT MAKE ANY CHANGES TO THE LANGUAGE CONTAINED WITHIN THIS SUPPLEMENT.** In the event a Contractor finds it necessary to deviate from any of the IT Policies, or Standards referenced in this Supplement, a variance may be requested, and the requesting Contractor must provide a sufficient business justification for the variance request. In the event that a variance is requested post Contract award (e.g., a material change to the architecture), the Ohio Department of Administrative Services (DAS) Office of Information Technology (OIT) IT Strategic Investment and Architecture Team will engage with the Contractor and appropriate State stakeholders to review and approve or deny the variance request.

## 4. State and DAS IT Policies and Standards

A Contractor must comply with all State and DAS IT Policies and Standards. For the purposes of convenience, a compendium of IT Policy and Standard links is provided in the table below.

**Table 1 – State and DAS IT Policies and Standards**

| | |
|---|---|
| State IT Policies and Standards (***Please note***: The documents appear under the topics ***Statewide Policy*** and ***Statewide Standard*** in the Policy Finder.) | **Policy Finder**: https://das.ohio.gov/technology-and-strategy/policies |
| DAS IT Policies and Standards (***Please note***: The documents appear under the topics ***DAS Policy*** and ***DAS Standard*** in the Policy Finder.) | 100-11 Protecting Privacy<br>700-00– Technology / Computer Usage Series<br>2100 – IT Operations and Management Series<br>**Policy Finder**: https://das.ohio.gov/technology-and-strategy/policies |

**Please affirm compliance with State and DAS IT Policies and Standards. If this section, or portions of this section are not applicable, please explain and note as N/A. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Flash AI, LLC affirms that it will, unless as otherwise provided in Appendix A relating to variances, comply with:

1. All applicable State of Ohio and DAS IT Policies and Standards published in the DAS Policy Finder (https://das.ohio.gov/technology-and-strategy/policies), including but not limited to DAS Policy 100-11 (Protecting Privacy), the 700-00 Technology / Computer Usage Series, and the 2100 IT Operations and Management Series, as they apply to the delivery of the Flash Signal solution under Contract SRC0000037597.
2. All applicable Statewide Policies and Statewide Standards listed under those topics in the Policy Finder.

# 5. State IT Services

DAS OIT delivers IT and telecommunication services. DAS OIT is responsible for operating and maintaining IT and telecommunication hardware devices, as well as the related software. This Supplement outlines a range of service offerings from DAS OIT that enhance performance capacity and improve operational efficiency. Explanations of each service are provided and are grouped according to the following solution categories. Where applicable, Contractors are required and expected to incorporate these services into their solutions or provided services.

## 5.1. State IT Cloud Smart Strategy

Executive Order 2019-15D, "Modernizing Information Technology Systems in State Agencies," required all cabinet Agencies, boards and commissions to migrate information technology systems to the State's cloud environment managed by DAS OIT. From this Executive Order, the State IT Cloud Smart Strategy ("Strategy") evolved to support Customer cloud service needs. This Strategy is designed to provide a value driven, dynamic, and cost-effective set of differentiating core Statewide services and innovative technologies from public and private clouds that will improve State operations and the quality of services to Ohioans.

As part of the Strategy, DAS OIT operates a Cloud Center of Excellence ("CCoE") to focus on leveraging the State's investment in the private cloud, while incorporating efficiencies from public cloud providers. The CCoE provides guidance that will assist in realizing the value of a multi-cloud investment. The goal is to evaluate and provide the most optimal hosting environment in the State's public and/or private clouds. The CCoE offers a Cloud Brokerage Service ("Brokerage Service") that supports and guides Agencies as they look to Infrastructure as a Service (IaaS) and Platform as a Service (PaaS) application and solution modernization opportunities.

Any proposed Statewide or individual Customer solution must comply with the Strategy.

The following graphic illustrates Agency, DAS OIT, cloud service provider (i.e., cloud vendor), and vendor managed responsibilities for each of the cloud services offered through the Brokerage Service, including the private cloud. These service offerings are described in further detail in the sections below. Please note that some solutions may span more than one of these categories, depending on the Agency's business need.

**Cloud Services Responsibility Matrix**






(**Please Note**: If the Contractor feels that these requirements cannot be accommodated, an explanation **must**

**be provided** at the end of this section **and a proposed variance** needs to be defined in Appendix A.)

### 5.1.1. Public Cloud Brokerage Service

DAS OIT is leading the effort to transform how IT services are delivered, maintained, and consumed in the State. A key outcome of this digital transformation is the development of cloud-based capabilities that will improve the quality of services, agility, and foster a culture of collaboration, accountability, and innovation.

Within the Public Cloud Brokerage Service model, DAS OIT offers IaaS, PaaS, and vendor managed frameworks. These services are available on multiple public clouds: Microsoft Azure, Amazon Web Services, Oracle Cloud Infrastructure, Google Cloud Platform and IBM Cloud. The Cloud Smart Strategy requires any proposed customized applications[3] running on an IaaS or PaaS public cloud from any of these providers to reside in the Brokerage Service.

#### 5.1.1.1. IaaS Cloud Brokerage Service

IaaS is the capability to provision processing, storage, networks, and other fundamental computing resources to deploy and run software, which can include operating systems and applications. The Customer does not manage or control the underlying cloud infrastructure but has control over the applications and databases. Depending on the domain, there could be limited control over selecting certain networking components (e.g., host firewalls).

The goal of the IaaS Cloud Brokerage Service is to evaluate and provide the most optimal hosting environment in the State's public and/or private clouds. In an IaaS scenario, the State would provision infrastructure assets, such as virtual servers, that are hosted in the State's private or public cloud tenants. The Customer would then install operating systems and application software on that infrastructure and use it.

IaaS Cloud Brokerage Service offers:

- Configuring network security groups and backups;
- Performing restores;
- Storage;
  - Providing a direct network connection to the State of Ohio Computer Center from public cloud vendor locations;
  - Managing and monitoring using the same tools as the private cloud;
- Patching of the operating system;
- Cloud utilization / cost analysis;
- Design consultation;
- Education; and

[3] **Customized Applications**: In terms of this Supplement, this term refers to applications that are specifically written, modified, or adapted for the State of Ohio.

• Offering specific cloud expertise, when needed.

Any activity at or above the middleware layer, including the application layer, is the responsibility of the Customer and is not covered under IaaS Cloud Brokerage Service. Please refer to the Cloud Services Responsibility Matrix above on page 6 for further details.

**5.1.1.2. PaaS Cloud Brokerage Service**

PaaS is an offering where a cloud service provider maintains the operating system and hosts a software platform (i.e., software that can be used to build and run applications). The Customer installs or creates applications on that platform, maintains the data, and uses the application.

The capability provided by PaaS is the ability to deploy Customer-created or acquired applications onto the cloud infrastructure using programming languages and tools supported by the cloud service provider. In a PaaS scenario, the State would not manage or control the underlying cloud infrastructure including network, servers, operating systems, or storage. The Customer has control over the deployed applications, application data, and possibly application hosting environment configurations.

PaaS Cloud Brokerage Service offers:

• Vendor management of cloud service provider, who is responsible for all layers of the technology stack through middleware (refer to the Cloud Services Responsibility Matrix above on page 6 for further details);

• Providing the initial framework for build and configuration;

• Service provisioning, implementation, monitoring and alerting;

• Role-based access control security;

• Enforcing base compliance policies;

• Active directory account integration, when appropriate;

• Assistance in service request resolution via the native cloud portal and the DAS OIT Customer Service Center;

• Cloud utilization / cost analysis;

• Design consultation;

• Education; and

• Offering specific cloud expertise, when needed.

Any activity at or above the database layer is the responsibility of the Customer and not covered under the PaaS Cloud Brokerage Services. Please refer to the Cloud Services Responsibility Matrix above on page 6 for further details.

**5.1.1.3. Software-as-a-Service (SaaS)**

SaaS is a software licensing and delivery model in which software is licensed on a subscription basis and is centrally hosted on the cloud service provider's infrastructure. For State solicitations, procurements,

and contracts, only established solutions will be considered as "SaaS" and thus be exempt from hosting in the State environment. Solutions that are purpose-built specifically for an



Agency will not be considered SaaS, even if the Contractor offers it in a SaaS model where it is hosted in their environment.

To meet the State's definition of SaaS, the solution must be largely "out of the box," meaning that limited configuration and customization is required for the application to meet the Customer's business needs.

The Customer does not manage or control the underlying cloud infrastructure including network, servers, operating systems, storage, or even individual application capabilities, except for limited user-specific application configuration settings. The SaaS provider is responsible for maintaining the infrastructure (includes patching, upgrades, etc.), keeping software current, and providing customer support. Please refer to the Cloud Services Responsibility Matrix above on page 6 for further details.

**5.1.1.4. Vendor Managed Maintenance and Support within State Tenant**

Vendor Managed Maintenance and Support within State Tenant (Vendor-Managed) refers to cases where a Customer needs a Contractor to manage all operational aspects of an application: development of new features and capabilities, application and infrastructure security, application maintenance, and infrastructure operations. The solution must be hosted in the State's cloud tenant unless an exception is approved.

The State is responsible for the vendor management of the cloud service provider for contractual matters; however, the Contractor providing the application service is responsible for interacting with the cloud service provider for daily operational matters.

The Contractor must seek approval for architectural or service utilization decisions that will have cost impacts. The threshold for what requires approval will be defined with the Customer prior to the initiation of the Contractor application service.

This is a vendor-managed solution within the State's public cloud tenant pursuant to a Contract entered into between a Customer and the managing Contractor. The underlying infrastructure of vendor-managed solutions must contain both IaaS and PaaS components, not just IaaS only.

Operating within this environment helps to ensure that the State's Data remains in the U.S., the initial build and configuration is within the State's framework and overlap is avoided in the internet protocol space through network addressing standards.

In terms of the Vendor Managed Cloud Brokerage Service, the Brokerage Service is responsible for:

- Monitoring and setting standards (e.g., security, tagging);
- Providing tools (vendor must use State standard tools);
- Vendor management of cloud service providers;
- Providing the initial framework for build and configuration;

• Role-Based access control security;



• Design consultation;

• Cloud utilization / cost analysis; and

• Offering specific cloud expertise, when needed.

In the event that a vendor-managed solution leverages IaaS components, the Contractor is responsible for patching and maintaining the operating system for servers, which must reside in the State's vendor-managed tenant. Maintenance of all underlying servers, network components, middleware, databases, and application-level controls are the responsibility of the Contractor; the customer is solely responsible for data classification and interfaces with other systems. Please see the Cloud Services Responsibility Matrix above on page 6 for further details. Please note that the State reserves the right to evaluate and approve any architectural changes the Contractor may recommend.

**If the proposed solution cannot accommodate the State's Strategy, CCoE requirements, and public cloud brokerage service listed above, please provide a justification for the exception in the space below. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Flash Signal is offered to the State of Ohio as a Software-as-a-Service ("SaaS") solution as defined in Section 5.1.1.3 of this Supplement. It is an established, multi-tenant product offered to public safety and corrections customers generally; it is not purpose-built or custom-developed for any individual Ohio Agency. Customer onboarding requires only tenant-level configuration (users, roles, retention policies, integration endpoints) and does not require (nor permit) modification of the underlying application-level controls or code, data model or database, middleware, operating systems, virtual networks or machines, or infrastructure by the Customer.

Flash AI, LLC is responsible for all layers of the technology stack, including infrastructure provisioning, OS patching, middleware, database, application code, monitoring, security controls, and Customer support. The State of Ohio retains ownership of its data and is responsible for data classification and the integration endpoints used to feed video evidence into the platform. The Cloud Services responsibilities described in 5.1.1.3 (SaaS) row of the Cloud Services Responsibility Matrix apply.

In this manner, Flash Signal complies with Section 5.1.1.3 above and does not require a variance.

### 5.1.2. Private Cloud Data Center Services

#### 5.1.2.1. Server Virtualization

Server Virtualization is the practice of abstracting the physical hardware resources of compute, storage and networking of a host server and presenting those resources individually to multiple guest virtual servers contained in separate virtual environments. DAS OIT leverages the VMware vSphere platform to transform standardized hardware into this shared resource model that is capable of providing solutions around availability, security and automation.

Server Virtualization includes OIT-managed basic Server Virtualization where DAS OIT hosts the virtual server and manages the hardware/virtualization layer. DAS OIT is also responsible for managing the server's operating system. This service includes 1 virtual CPU (vCPU), 1 GB

of RAM and 50 GB of General Disk Storage used for the operating system.

#### 5.1.2.2. AIX Systems

Advanced Interactive Executive (AIX) is a proprietary version of the UNIX operating system developed by IBM. The AIX Systems Service enables Customers to develop and run applications and/or databases without incurring the cost of setting up, administering and maintaining an operating system environment. DAS OIT runs the AIX operating system on IBM Power hardware, as a physical server or logical partition (LPAR)/virtual server. All of the AIX systems are connected to the DAS OIT Enterprise Storage Area Network (SAN) for



performance, general purpose or capacity-based storage. All systems are also provided backup and recovery services.

#### 5.1.2.3. Enterprise Backup Services

The Enterprise Backup service uses IBM Tivoli Storage Manager Software and provides for nightly backups of Customer data. It also provides for necessary restores due to data loss or corruption. The option of performing additional backups, archiving, restoring or retrieving functions is available for Customer data. DAS OIT backup facilities provide a high degree of stability and recoverability as backups are duplicated to the alternate site.

#### 5.1.2.4. Data Center Co-Location Service

The DAS OIT Co-Location service offers Customers a Tier 3 capable secure data center environment with reliable uptime, power redundancy and redundant cooling to ensure uninterrupted access of critical data and applications in the State of Ohio Computer Center (SOCC). The SOCC is staffed and available to authorized personnel 24 x 7 x 365 and is accessible via electronic card key only.

#### 5.1.2.5. Enterprise Data Storage

DAS OIT will work with the Contractor and Customer to determine the optimal data storage solution, if applicable. The services covered under Enterprise Data Storage include:

A. High Performance Disk Storage service offers high-performance, high-capacity, secure storage designed to deliver the highest levels of performance, flexibility, scalability and resiliency. The service has fully redundant storage subsystems, with greater than five nines availability, supporting mission critical, Customer-facing and revenue-generating applications 24x7x365. High Performance Disk Storage is supplied as dual Enterprise SAN fiber attached block storage.

B. General Purpose Disk Storage service offers a lower-cost storage subsystem for Customers not requiring high performance disk. This service supports a wide range of applications, including email, databases and file systems. General Purpose Disk is also flexible and scalable and highly available. General Purpose Disk Storage is supplied as dual Enterprise SAN fiber attached block storage.

C. Capacity Disk Storage service is the least expensive level of disk storage available from DAS OIT. Capacity Disk is suitable for large capacity, low performance data, such as test, development and archival. Capacity Disk Storage is supplied as dual Enterprise SAN fiber attached block storage or as file-based storage.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

### 5.1.2.6. Open Systems Disaster Recovery as a Service

A. **Open Systems Disaster Recovery as a Service (DRaaS)** offers server imaging for Windows and AIX and storage at a geographically disparate site from Columbus, Ohio.



The service provides Customers with a private DRaaS solution connected to the SOCC via the Ohio One Network that consists of the following:

• Compute to allow expected performance in the event of a complete failover; •

24vCPU per host with 32 host in the environment all licensed with VMware; •

Support of the orchestration and replication environment;

• Site connectivity; and

• Stored images available upon demand.

This service is provided through a contracted third party who is responsible for all management and equipment at the facility.

### 5.1.2.7. Metro Site Facility

The Metro Site Facility Service provides a secondary, near real-time (measured in milliseconds) failover from the SOCC. This service provides for the facility, site connectivity, ongoing support of server images for DRaaS, and associated services. Metro Site Facilities are offered to support Virtual Server and Data Storage Customers providing Global/Metro Mirroring at a secondary near real time failover site. This service provides duplicative server facilities to match Server Virtualization and Data Storage Rates. Storage necessary for support of the disaster recovery image will be billable at the standard storage rates.

### 5.1.2.8. Mainframe Disaster Recovery

Mainframe Disaster Recovery services are offered to Customers of DAS OIT's IBM mainframe environment. Services are made available via IBM's Business Continuity and Resiliency Services, which provides hot site computer facilities at a remote location.

Tests are conducted bi-annually at IBM's hot site location, during which DAS OIT's mainframe computer infrastructure is restored. Once the mainframe system is operational, participating Customers restore their production applications and conduct extensive tests to ensure that those applications have been successfully recovered and would be available in the event of an actual disaster.

### 5.1.2.9. Mainframe Systems

DAS OIT's Mainframe Systems services offer an IBM mainframe computer sysplex with a processing speed rating at 5,700 million instructions per second (MIPS). This mainframe uses the z/OS operating system and the Job Entry Subsystem 3. Additionally, the system is connected via fiber to DAS OIT's High Performance Disk Storage, which affords reliable and fast disk access and additional storage capacity when needed.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

The Mainframe Virtual Tape service option is available that optimizes batch processing and allows for better tape utilization using the EMC Disk Library for Mainframe virtual tape.



**If the proposed solution cannot accommodate the State's Private Cloud Data Center Services listed above, please provide a justification for the exception in the space below. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Not applicable. As described in the response to Section 5.1.1, Flash Signal is delivered to the State of Ohio as a Software-as-a-Service ("SaaS") solution under §5.1.1.3 and is hosted in Flash AI, LLC's AWS GovCloud (US) tenant in us-gov-west-1. Flash Signal is not licensed for and may not be configured for implementation in the DAS OIT Private Cloud Data Center Services described in this section, including:

- **§5.1.2.1 Server Virtualization (VMware vSphere) —** N/A. Flash Signal does not run on State-managed virtual servers; container workloads execute on AWS ECS (GPU EC2 capacity providers and Fargate).
- **§5.1.2.2 AIX Systems —** N/A. Flash Signal is a Linux container-based application and does not use AIX or IBM Power hardware.
- **§5.1.2.3 Enterprise Backup Services (IBM Tivoli Storage Manager) —** N/A. Application data, model artifacts, and database backups are managed by Flash AI, LLC within AWS GovCloud using AWS-native services (Amazon S3 with versioning and lifecycle policies, Amazon Aurora automated backups and point-in-time recovery, and AWS Backup where applicable), all retained within the United States.
- **§5.1.2.4 Data Center Co-Location Service (SOCC) —** N/A. Flash AI, LLC does not place equipment in the State of Ohio Computer Center.
- **§5.1.2.5 Enterprise Data Storage (Enterprise SAN) —** N/A. Flash Signal uses AWS-native storage services (Amazon S3 for evidence and model artifacts, Amazon EBS for ECS instance volumes, Amazon Aurora for relational data) rather than DAS OIT SAN-attached block storage.
- **§5.1.2.6 Open Systems Disaster Recovery as a Service —** N/A. Disaster recovery is provided through Flash AI, LLC's AWS GovCloud architecture, including multi-AZ deployment of Aurora and MSK, S3 cross-region/versioned object storage, and infrastructure-as-code (Terraform) that allows the environment to be re-provisioned on demand.
- **§5.1.2.7 Metro Site Facility —** N/A. No SOCC dependency exists; failover is handled within AWS GovCloud Availability Zones.
- **§5.1.2.8 Mainframe Disaster Recovery —** N/A. Flash Signal does not use mainframe infrastructure.
- **§5.1.2.9 Mainframe Systems (IBM z/OS) —** N/A. Flash Signal does not use mainframe infrastructure.

## 5.2. InnovateOhio Platform (IOP)

Executive Order 2019-15D, "Modernizing Information Technology Systems in State Agencies," established the IOP initiative. IOP focuses on digital identity, the User experience, analytics and data sharing capabilities. The IOP provides integrated and scalable capabilities that better serve Ohioans.

### 5.2.1. IOP Identity Service Offerings for Ohioans and Workforce

IOP consists of a full-suite Identity Provider (IdP) service in which applications connect through Security Assertion Markup Language (SAML)/ OpenID Connect (OIDC) protocols. Using an IdP allows Customers to focus on their application without having to worry about account management, roles, and account recovery. OHID for Ohioans is a self-service platform where Customers can create/manage their own accounts and request access to Agency applications. OHID for workforce integrates User lifecycle management with the Ohio Administrative Knowledge

System (OAKS) and Active Directory. OHID's identity service also includes
multifactor authentication, identity proofing, single sign-on, and coarse-grained access control.

**5.2.2. IOP User Experience Service Offerings**

IOP centralizes website hosting and maintenance throughout the State on a single platform. The portal contains out-of-the box page templates and resources that are customizable to the Customer's needs. Workflows allow Customers to delegate authority for managing and updating their website.

**5.2.3. IOP Web Forms**

IOP hosts a self-service web form building tool using Form.io's web form technology. This tool enables Agencies to quickly build webforms, embed them on their existing website or applications, and access their data through a secure API.

**5.2.4. IOP Data and Analytics Products**

**5.2.4.1.** IOP Data Analytics provides the ability to build analytical and reporting solutions and deploy them in the most impactful manner possible by putting data in the hands of Customers in their natural workflow. The data analytics platform and supported applications enable Customers to move from concept to results. The service features include:

• Analytical Reporting Outputs;

• Artificial Intelligence and Machine Learning;

• Data Science;



• Developer Portal;

• Embedded Analytics;

• Query Exploration; and

• Visual Analytics.

**5.2.4.2.** IOP Data Integration provides the capability to combine information from a wide array of sources, applications and formats so that it can be analyzed to derive valuable business insights. Furthermore, data ingestion pipelines can be automated and governed, while ensuring secured access to the data. The service features include:

• API (Application Programming Interface) Data Gateways;

• Data Ingestion;

• Enhanced Streaming;

• Internet of Things; and

• Workload Automation.

**5.2.4.3.** IOP Data Management provides rich and secure capabilities to harness the power of the analytics platform, leveraging Customer friendly and pre-configured technologies. Additionally, the product supports a bring-your-own-tool approach, allowing analysts and data scientists to work on the platform with the technologies they are most comfortable using. The service features include:

• Data Usage and Access Audit;

• Cloud Data Analytics Platform;

• Data Warehouse (Cloud and On-Premises);

• Common Tool Integration;

• Containerization;

• Data Anonymization and Tokenization;

• Data Catalog;

• Data Lineage;

• Data Quality and Profiling;

• Data Sharing;

• Data Transformation;

• Entity Resolution;

• Graph Framework;

• Library and Code Management; and

• Relational Search.



**5.2.4.4.** IOP Data Analytics service offerings include the support and training necessary to successfully engage and onboard Customers to perform applied analytics work on the platform. The service offerings include:

• Application Labs;

• Data Onboarding;

• DataOhio Portal;

• Development Services;

• Engagement;

• Project Support;

• Solution Design and Architecture;

• Training Resources;

• Use Case Development; and

• Data Analytics Advisory and Guidance.

**5.2.4.5.** The Enterprise Tableau Service provides a leading data visualization tool used for reporting and analyzing data. It offers data visualization and dashboard solutions, making it easier for Agencies to understand their data and achieve their data goals. The service features include:

• Integration with Data Sources;

• Enterprise Server Supported by IOP;

• Data Interaction Capabilities;

• Dashboard publishing and/or sharing on a site;

• Secure content via permission-based access;

• Automated data refreshes;

• Embedded dashboards; and

• Agency site hosting, maintenance, and upgrades by IOP Data Analytics Team.

**Please explain how the IOP Identity Service Offerings will be incorporated into the proposed solution. If this section, or portions of this section, are not applicable, please explain and note as N/A. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Flash Signal authenticates users via AWS Cognito User Pools deployed in AWS GovCloud (US) us-gov-west-1. Cognito User Pools support federation to external SAML 2.0 and OIDC Identity Providers. Flash AI, LLC will work with the InnovateOhio Platform team during the implementation phase to configure OHID for Workforce as a federated SAML 2.0 Identity Provider against the Flash Signal Cognito User Pool, such that all Ohio Department of Rehabilitation and Correction ("ODRC") users sign in through OHID and Flash Signal does not maintain primary credentials for State personnel. Implementation of the OHID federation, including SP/IdP metadata exchange, attribute mapping, and Hosted UI configuration, will be scoped during the project kickoff.

**Please explain how the IOP User Experience Service Offerings will be incorporated into the proposed solution. If this section, or portions of this section, are not applicable, please explain and note as N/A. <u>Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified</u>.**

| |
|---|
| Not applicable. Flash Signal is delivered as a tenanted SaaS web application accessed by ODRC personnel through Flash AI, LLC's hosted user interface in AWS GovCloud (US). It is not a public-facing State website, agency portal, or marketing site; therefore, it is not permitted to use or benefit from the IOP centralized website hosting and maintenance platform or its page templates and content workflows. As a result, the IOP User Experience Service Offerings are noted as N/A.<br><br>Flash Signal can be linked from existing ODRC websites or from the OHID workforce portal as a destination application. No IOP UX hosting is required for that integration. |

**Please explain how the IOP Data and Analytics Service Offerings will be incorporated into the proposed solution. If this section, or portions of this section, are not applicable, please explain and note as N/A. <u>Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified</u>.**

| |
|---|
| Not applicable or permitted. Flash Signal is a SaaS product offered to the ODRC with certain required confidentiality obligations. Flash Signal is not permitted to make data available in this manner for analytics services within the IOP. However, Flash Signal is a self-contained investigative analytics and case-management platform that includes reporting, searching, call tracking, and visualizations (which are delivered natively within the application UI). There is no permission, ability, or dependency to integrate with the IOP Data Analytics platform, IOP Data Integration pipelines, IOP Data Management services, IOP Data Analytics support and onboarding offerings, or the Enterprise Tableau Service for the operation of Flash Signal. The DataOhio Portal is also not applicable because evidentiary or investigative content processed by Flash Signal is not subject to freedom of information laws or requests. |

## 5.3. Enterprise Application Services

### 5.3.1. Artificial Intelligence Capabilities

Please explain if your proposal contains any Generative or Conventional Artificial Intelligence capabilities. For example, machine learning, deep learning, biometric recognition, summarization, or natural language processing. If so, please detail the proposed architecture elements in the space provided below.

| |
|---|
| Flash Signal is an Artificial Intelligence ("AI") assisted jail phone call analytics platform. The proposed solution contains both Conventional and Generative AI capabilities. All AI inference runs inside Flash AI, LLC's AWS GovCloud (US) us-gov-west-1 tenant. No AI model is trained on Customer data, and no Customer audio, transcript, or analytical output leaves AWS GovCloud at any point. AI outputs in Flash Signal are advisory only. They generate alerts, summaries, and search aids that are reviewed by ODRC investigators.<br><br>**<u>AI Capabilities by Function:</u>**<br><br>***1. Automatic Speech Recognition (ASR) — Conventional ML / Deep Learning***<br><br>**Model:** OpenAI Whisper and AWS Transcribe as a fallback.<br>**Purpose:** Convert recorded jail-call audio to time-aligned text transcripts.<br>**Architecture:** Deployed within containerized workers on AWS ECS GPU service in us-gov-west-1. |

***2. Speaker Diarization***

**Model:** Pyannote speaker diarization model.
**Purpose:** Separate "who spoke when" so transcripts attribute lines to different speakers.
**Architecture:** Deployed within containerized workers on AWS ECS GPU service in us-gov-west-1.

***3. Analysis***

**Models:** Anthropic Claude on AWS Bedrock GovCloud.
**Purpose:** Risk and sentiment scoring. Summary generation.

***4. Semantic Search***

**Models:** Legal-BERT and Amazon Titan Text Embeddings.
**Purpose:** Semantic search across transcripts and summaries to allow investigators to search by meaning.

***5. Investigative Chat Agent***

**Model:** Anthropic Claude on AWS Bedrock GovCloud.
**Purpose:** Allows investigators to ask questions across telephone calls and receive answers.

**5.3.2. Enterprise Hosted Document Management**

The Enterprise Hosted Document Management is a standardized, integrated solution for document and content management. The core components of the solution include:

**5.3.2.1. Document Management** core capabilities such as: secure check-in / check-out, version control, and index services for business documents, audio / video files, and Environmental Systems Research Institute / Geographic Information Systems (GIS) maps.

**5.3.2.2. Image Processing** for capturing, transforming and managing images of paper documents via scanning and / or intelligent character recognition technologies such as Optical Character Recognition.



**5.3.2.3. Workflow / Business Process Management** for supporting business processes, routing content, assigning work tasks and creating audit trails.

**5.3.2.4. Records Management** for long-term retention of content through automation and policy, ensuring legal, regulatory and industry compliance.

**5.3.3. Electronic Data Interchange (EDI) Application Integration**

The EDI Application Integration service is a combination of Application Integration, Data Exchange and EDI functionality. This service provides application to application connectivity to support interoperable communication, data transformation, and business process orchestration amongst applications on the same or different computing platforms. Business process orchestration between many data formats may be supported including Web Services, XML, PeopleSoft, SFTP, MFT, HTTPS, MSMQ, SQL, Oracle, Flat

File, SAP, DB2, CICS, EDI, HIPAA, HL7, Rosetta Net, etc.

The Data Exchange component allows unattended delivery of any electronic data format to a Customer via encrypted files over public FTPS, SFTP, VPN.

### 5.3.4. eLicense Ohio Professional Licensure

eLicense Ohio Professional Licensure is the State's online system used to manage the issuance, certifications, inspections, renewals and administration of professional licenses across the State. The eLicense application is a public/business facing system that is designed to foster the creation and growth of businesses in the State and is the mechanism through which Agencies, boards, and commissions support Ohioans. The system is a central repository for license and certificate data, in addition to managing the generation and storage of correspondence. Secure fee collection is performed through an online payment processor, which includes bank transfers, credit cards, and other payment types.

### 5.3.5. ePayment Business Solutions

DAS OIT's ePayment Business Solution allows State Agencies as well as boards and commissions to accept electronic credit card and Automated Clearing House (ACH) payments from Customers. The ePayment solution is a highly flexible payment engine supporting a wide range of payment types: credit cards, debit cards, electronic checks, as well as recurring, remote capture and cash payments.

The solution utilizes a single, common gateway to permit the acceptance of payments from multiple client application sources: Web, IVR, kiosk, POS, mobile, over the counter, etc. Payment processing is supported through multiple credit card gateway options, ACH bank processing, and check acceptance services.



The ePayment solution is compliant with the Payment Card Industry Data Security Standard, the Electronic Fund Transfer Act and is audited to the standards of Statement on Standards for Attestation Engagements 18 SOC 1 Type II.

### 5.3.6. Enterprise eSignature Service

The State of Ohio's eSignature solution is a FedRAMP SaaS solution, which offers a standardized approach to cloud security. The solution functions include workflows, tracking, audit logs and protection against forgery/non-repudiation.

### 5.3.7. IT Service Management Tool (ServiceNow)

DAS OIT offers **ServiceNow**, a cloud-based IT Service Management Tool that provides internal and external support through an automated service desk workflow-based application which provides flexibility and ease-of-use. The IT Service Management Tool provides workflows aligning with Information Technology Infrastructure Library processes such as incident management, request fulfillment, problem management, change management and service catalog. These processes allow Customers to manage related fields, approvals, escalations, notifications, and reporting needs. Customers have the option of

provisioning the entire suite of service features or selecting those features best suited for their needs.

The following modules are currently in use on the enterprise platform:

- IT Service Management;
- IT Operations Management;
- IT Business Management;
- Governance, Risk and Compliance;
- Security Operations; and
- Intelligent Applications.

**5.3.8. Automated Ticketing**

DAS OIT offers Watson Automated Ticketing in the State of Ohio Customer Service Center that integrates with ServiceNow for Agencies interested in having incidents and requests in their UNASSIGNED queue that comes through email assigned to the proper resolver queue. This service will route these incidents to the appropriate queue based on historical data and optionally provide other use cases as well. Watson is a cognitive automation platform that leverages machine learning, natural language processing, deep learning, semantic ontologies, pattern recognition, etc. It automates processes to provide more efficient operation with higher quality results compared to manual performance.

**5.3.9. Ohio Benefits**

Ohio Benefits provides a comprehensive and effective platform for planning, designing, development, deployment, hosting and ongoing maintenance of State Health and Human Services Public Assistance Services and Programs.



Ohio Benefits provides superior eligibility services including self-service for Ohioans, efficient workflow management and coordination, an agile and easily manageable rules engine, improved data quality and decision support capabilities. Ohio Benefits supports improvement in State and county productivity, capability, and accessibility of benefits to Ohioans through a robust enterprise system.

The Ohio Benefits platform provides four distinct technology domains:

**5.3.9.1. Common Enterprise Portal:** User Interface and User Experience Management, Access Control, Collaboration, Communications and Document Search capability;

**5.3.9.2. Enterprise Information Exchange:** Discovery Services (Application and Data Integration, Master Data Management, Master Person Index and Record Locator Service), Business Process Management, Consent Management, Master Provider Index and Security Management;

**5.3.9.3. Analytics and Business Intelligence:** Integration and delivery of analytics through alerts, notifications and reports; and

**5.3.9.4. Integrated Eligibility:** A common Enterprise Application framework and Rules Engine to

determine eligibility and benefits for Ohio Public Benefit Programs.

Privacy and security are the foundational blocks of the platform which is compliant with all State and federal standards.

**5.3.10. Ohio Business Gateway**

The Ohio Business Gateway (OBG/Gateway) is a collaborative initiative of state and local government Agencies under Ohio Revised Code 125.30. Ohio businesses use the Gateway to access various services and submit transactions and payments for seven state agencies and 300+ Ohio municipalities.

By offering a single website for electronic filing, the Gateway provides businesses with an easier means to comply with multiple regulatory requirements. The Gateway directly benefits government by helping to reduce administrative costs and lowering the need for Agencies to develop and maintain online applications.

Additional information on the OBG is available at https://gateway.ohio.gov/.

**5.3.11. OAKS**

OAKS is the State's Enterprise Resource Planning system which provides central administrative business services such as financial management, human capital management, talent management, enterprise learning management and Customer relationship management.



Core system capabilities include Financials (FIN), Human Capital Management (HCM), Customer Relationship Management (CRM), Business Intelligence, Ohio Pays, Ohio Learn, Ohio Recruit, and Timekeeping.

**5.3.12. Enterprise Geographic Information Systems (GIS)**

Enterprise GIS delivers dynamic maps, spatial content, and spatial analysis via the Internet. It can also provide static digital or printed maps or simply just tabular results from spatial analysis. Customers can integrate their own data with enterprise-level GIS data and display it as an interactive map. These interactive maps can be stand-alone applications or embedded within new or existing websites.

DAS OIT offers the following GIS services, Geodata Hosting, Geoprocessing, GIS Map Application Hosting, and Enterprise Geocoding.

**5.3.13. OhioBuys**

The State of Ohio's online eProcurement system. It provides the primary platform for Agency employees to perform procurement activities, including purchasing goods and services provided by supplier partners, releasing bid opportunities, and managing contract events.

**Please explain how the State's Enterprise Application Services will be incorporated into the proposed solution. If this section, or portions of this section, are not applicable, please explain and note as N/A. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Flash Signal is a real-time jail phone call analytics platform delivered as Software-as-a-Service per Section 5.1.1.3, with the AI capabilities described in Section 5.3.1. The State's other Enterprise Application Services do not form part of the baseline Flash Signal solution. Each sub-service is addressed below:

**5.3.2 Enterprise Hosted Document Management —** N/A. Flash Signal manages call audio in the AWS GovCloud platform. Flash Signal does not (and is not permitted to) use the State's Enterprise Hosted Document Management service. Optical Character Recognition (5.3.2.2), enterprise workflow / BPM (5.3.2.3), and formal records-retention engines (5.3.2.4) are not appropriate because Flash Signal handles unstructured audio (not scanned paper documents). If ODRC requires call records or generated reports to be exported into the State's Enterprise Hosted Document Management system, Flash Signal supports file exports of call data.

**5.3.3 Electronic Data Interchange (EDI) Application Integration —** N/A. Flash Signal does not exchange traditional EDI-style transactions.

**5.3.4 eLicense Ohio Professional Licensure —** N/A. Flash Signal does not issue, track, or rely on professional licenses or certifications.

**5.3.5 ePayment Business Solutions —** N/A. Flash Signal does not collect payments from Ohioans, businesses, or ODRC personnel.

**5.3.6 Enterprise eSignature Service —** N/A. Flash Signal does not produce documents that require digital signatures or non-repudiation workflows.

**5.3.7 IT Service Management Tool (ServiceNow) —** N/A. Flash AI, LLC provides customer service for Flash Signal SaaS through its own support channels. Flash Signal SaaS will not (and is not permitted to) use other providers for ODRC data.

**5.3.8 Automated Ticketing (Watson) —** N/A. Email-routing and ticket-classification automation is not a feature of the Flash Signal solution. Flash Signal SaaS will not (and is not permitted to) use other providers for ODRC data.

**5.3.9 Ohio Benefits —** N/A. Flash Signal is not a Health and Human Services public assistance platform. It does not (and is not permitted to) integrate with the Ohio Benefits enterprise portal, information exchange, analytics, or eligibility rules engine.

**5.3.10 Ohio Business Gateway —** N/A. Flash Signal is not a business-facing filing or transaction platform. It does not interface with (and is not permitted to integrate with) the Ohio Business Gateway.

**5.3.11 OAKS —** N/A. Flash Signal as a software platform does not (and is not permitted to) integrate with OAKS Financials, HCM, CRM, BI, OhioPays, OhioLearn, OhioRecruit, or Timekeeping.

**5.3.12 Enterprise Geographic Information Systems (GIS) —** N/A. Flash Signal does not render maps, perform geocoding, or consume Enterprise GIS services. Flash Signal is not permitted to integrate with these systems.

**5.3.13 OhioBuys —** N/A. Flash Signal is not permitted to integrate with these systems.

No variance request is required for any of the above sub-services. Flash Signal’s processing of ODRC data is generally not compatible nor permitted with these State services.

## 5.4. Application Security Architecture

If a Contractor is proposing the development or modification of an application as part of their response, the solution must align with IT security and privacy contract terms and conditions specified by the State. This applies

regardless of whether the application is hosted in the cloud, on-premises, or is hybrid based.

In the response box below, please describe the proposed application security architecture. Listed below are a few examples of the items that should be addressed:

- Application security testing;
  - System hardening controls (as indicated by applicable regulatory requirements);
- Auditing and logging;
- Web application and service protection;
- API security and API gateways;
- Security of data at rest and in transit;
- Mobile application security (if applicable);and



- Cloud application protection and compliance (if applicable).

**Please describe the proposed application security architecture or provide supplemental architecture design diagrams. The response should include sufficient detail for the State to identify the application architecture elements that are in place to help prevent security vulnerabilities and protect against threats that can compromise data or services. If this section is not applicable, please explain and note as N/A. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Flash Signal is designed on a defense-in-depth model that is aligned with AWS, NIST 800-53, and CJIS Security Policy v6.0 control families and as described below. The security architecture is implemented at the cloud-platform, network, application, and data layers and is operated entirely within AWS GovCloud (US). The following describes each control area called out in this Section:

**Application Security Testing**

- ***Static Application Security Testing:*** All code is reviewed and security-scanned.
- ***Software Composition Analysis:*** Third-party dependencies are managed, monitored for known CVEs, and patched.
- ***Container Image Scanning:*** Repositories are inspected against AWS vulnerability databases before deployment. Images with **HIGH** or **CRITICAL** findings are blocked from production rollout pending remediation.
- ***Dynamic Application Security Testing:*** Pre-release web-application scanning is performed against staging environments. External penetration tests are conducted at least annually by an independent third party against the production application, with remediation tracked through closure.
- ***Secrets Detection:*** Secret scanning is enabled at the GitHub repository level; AWS access keys, database passwords, and tokens are never stored in source control.
- ***AI/LLM Input Sanitization:*** A dedicated input-sanitization layer is applied to user prompts designed to provide defense against prompt-injection attacks.

**System Hardening Controls**

- ***Operating System:*** Container images are built from hardened base images where feasible.
- ***Container Runtime:*** AWS tasks and roles follow least privilege by design.
- ***Network Hardening:*** The application is designed without direct inbound internet access.

- ***Image Provenance:*** All container images are designed to be pulled exclusively from the Flash AI, LLC AWS ECR registry.
- ***Configuration Drift:*** Systems are designed to prohibit manual changes to production AWS resources outside of limited, controlled scenarios.

**Auditing and Logging**

- ***Application Audit Trail:*** Logging for records is enabled including API access and change event, authenticated users, roles, actions, object types, object identifiers, case identifiers, request methods, URLs, source IPs, user agent, and timestamp, where available.
- ***Audit Datastore Isolation:*** Audit records are stored in logically separate databases.
- ***Authentication Events:*** Login events are recorded by AWS Cognito.
- ***Infrastructure Audit:*** AWS CloudTrail is enabled in us-gov-west-1.
- ***Network and WAF Logs:*** AWS network and web application firewall logs are enabled and stored.
- ***Application Telemetry:*** Flash Signal services collect and retain traces, metrics, and logs.
- ***Tamper Resistance:*** Audit records are designed to be tamper resistant.

**Web Application and Service Protection**

The Flash Signal web application uses AWS Application Load Balancer.

Application protections include:

- ***TLS:*** Application load balancer uses TLS 1.2 minimum and HTTP traffic is redirected to HTTPS.
- ***Authentication and MFA:*** Users are required to authenticate against AWS Cognito User Pools. Failed-login lockout is enabled. Workforce SAML 2.0 is supported.
- ***Authorization:*** Checks are enabled on server-side endpoints.
- ***DDoS:*** AWS Shield Standard is enabled for internet-facing AWS resources.

**API Security and API Gateways**

Flash Signal implements REST and Server-Sent Events API controls.

**Security of Data at Rest and in Transit**

Flash Signal implements encryption at rest and in transit using AWS S3 and TLS controls.

**Mobile Application Security**

Not applicable. Flash Signal is delivered as a responsive web application accessed from a modern browser. There is no native iOS or Android client distributed by Flash AI, LLC for this engagement.

**Cloud Application Protection and Compliance**

Flash Signal is hosted with AWS GovCloud (US) us-gov-west-1. It is designed to use identity and access management and least-privilege, with network and tenant isolation, threat detection, data residency, and business continuity controls, among others.

## 5.5. Microsoft Office 365 Service

### 5.5.1. Microsoft 365 Apps

The Microsoft 365 service provides Customers the ability to use Microsoft 365 Apps (formerly Office 365 Apps) - Excel, Word, PowerPoint, Publisher, and OneNote; the email and calendaring solution, Outlook; the chat, conferencing, meeting, and voice solution, Teams; the social, group file sharing, and Intranet tool, SharePoint Online; and the personal file storage solution, OneDrive. These solutions are available from the cloud, providing the Customer with virtual access to services anytime and from anywhere. Please note that Microsoft 365 Apps for desktop may require Customer deployment, installation, and/or patch

management.

The service also includes email archiving and eDiscovery.

#### 5.5.2. Microsoft 365 Platform Features

The Microsoft 365 service provides Customers the ability to use Microsoft 365 Platform features, some of which include: the service appointment solution, Bookings; the form, quiz, and survey solution, Forms; the group task management solution, Planner; the personal task management solution, To Do and the enterprise video management solution, Stream. These solutions are available from the cloud, providing the Customer with virtual access to services anytime and from anywhere.

The service also includes enterprise security and privacy solutions as well as device provisioning and management solutions.

#### 5.5.3. Microsoft Power Platform

The Microsoft 365 service provides Customers the ability to use the Microsoft Power Platform, which includes: the rapid application development solution, Power Apps; the workflow and process automation solution, Power Automate; the low-code data solution for Power Apps and Automate, DataVerse; and the data analytics and reporting solution, Power Business Intelligence.



**Please explain how the State's Microsoft 365 Service will be incorporated into the proposed solution. If this section, or portions of this section, are not applicable, please explain and note as N/A. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Not applicable. Flash Signal is delivered as a browser-based Software-as-a-Service application accessed by ODRC personnel from any modern web browser on a State-managed endpoint. The solution does not (and is not permitted to) depend on, embed, or integrate with the State's Microsoft 365 service offerings.

**5.5.1 Microsoft 365 Apps —** N/A. Flash Signal does not (and is not permitted to) produce or consume Excel, Word, PowerPoint, Publisher, OneNote, Outlook, Teams, SharePoint Online, or OneDrive content as part of its operation.

**5.5.2 Microsoft 365 Platform Features —** N/A. Flash Signal does not (and is not permitted to) use Bookings, Forms, Planner, To Do, or Stream.

**5.5.3 Microsoft Power Platform —** N/A. Flash Signal is not (and is not permitted to be) built on Power Apps, Power Automate, Dataverse, or Power BI.

No variance from this Section is requested. The State's Microsoft 365 Service is not required for the proposed solution.

## 5.6. Network Services

Contractor's solutions must work within the State's LAN / WAN infrastructure.

#### 5.6.1. Ohio One Network

The State's Ohio One Network is a unified solution that brings together design, engineering, operations, service delivery, security, mobility, management, and network infrastructure to target and solve key government challenges by focusing on processes, procedures, consistency, and accountability across all aspects of State, city, and local government.

The Ohio One Network can deliver an enterprise network access experience for their Customers regardless of location or device and deliver a consistent, reliable network access method.

**5.6.2. Secure Authentication**

The DAS OIT Secure Authentication service provides a managed two-factor User authentication solution to protect a Customer's resource. The authentication function requires the User to identify themselves with two unique factors, something they know and something they have, before they are granted access. Whether local or remote, this service ensures that only authorized individuals are permitted access to a Customer's environment.

**5.6.3. Wireless as a Service**

Wireless as a Service is the IT Enterprise Wireless hosted network which allows Customers to connect laptops and devices to their data via a wireless interface. This service is an all-inclusive enterprise level wireless LAN solution that offers guest, employee, voice and location-based services with 24/7 target availability.

**Wireless Coverage is three tiered:**

• Broad coverage – small number of Users with low throughput, i.e., public hot spot, warehouse. •

General data use – most common, general computing with robust data performance. • High-capacity

use (Voice) – maximum capacity, high bandwidth Users, i.e., location and tracking service.



**Please explain how the State's Network Services will be incorporated into the proposed solution. If this section, or portions of this section, are not applicable, please explain and note as N/A. <u>Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified</u>.**

Flash Signal is delivered over standard HTTPS from AWS GovCloud (US) us-gov-west-1 and is fully compatible with the State's LAN / WAN infrastructure. ODRC users access the application from State-managed endpoints connected to the Ohio One Network through any modern web browser. No specialized client software, dedicated circuit, or VPN tunnel is required.

**5.6.1 Ohio One Network —** Compatible. Flash Signal operates as a SaaS reachable from any networked endpoint that has standard outbound HTTPS access. ODRC personnel on the Ohio One Network can reach the application. Flash Signal can provide the State with the egress hostnames and IP ranges of the production environment so that DAS OIT and ODRC network engineering can permit traffic at the State perimeter as necessary.

**5.6.2 Secure Authentication —** Addressed via OHID for Workforce. The State's two-factor authentication objective for this engagement is satisfied through the State's own implementation of OHID for Workforce identity federation

described in Section 5.2.1 and SAML 2.0.

**5.6.3 Wireless as a Service —** N/A. Flash Signal does not deploy wireless access points, controllers, or any other on-premises wireless infrastructure at ODRC facilities. End users are free to use wireless connectivity from State laptops or mobile devices supplied by the State's own existing wireless services .

No variance from this Section is requested.

## 5.7. Voice Services

### 5.7.1. Voice over Internet Protocol (VoIP)

The State's hosted cloud VoIP service, also known as Next Generation Telephony Service (NGTS) provides core telephony, voice mail, e911, collaboration, video, audio, conferencing, and auto attendant functions. The service offers closed captioning for the hearing impaired and includes features for those with vision and mobility impairments. Other VoIP service features include:

• Toll-Free Service;

• Automatic Caller Navigation and Contact Center Services;

• Call Recording;

• Conferencing;

• Fax2Mail;

• Session Initiation Protocol Call Paths;

• Short Code Service;

• Site Survivability; and

• Microsoft Teams Voice Calling.

Additional information on the VoIP service is available on the NGTS Web page.

**Please explain how the State's VoIP Services will be incorporated into the proposed solution. If this section, or portions of this section, are not applicable, please explain and note as N/A. Please note that any proposed variances must be identified in Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements. The language within the Supplement shall not be modified.**

Not applicable. Flash Signal does not (and is not permitted to) place, receive, route, record, or otherwise consume any telephony service operated by Flash AI, LLC or by the State, including NGTS.

No variance from this Section is requested.



# Appendix A – Request for Variance to State IT Policy, Standard or Service Requirements

If a Contractor needs to request a variance from a State IT Policy, Standard or Service requirement outlined in this Supplement, please provide a rationale and an overview for each request in the table below.

| | | | Overview |
|---|---|---|---|
| **Example:**<br><br>**Section 5.3.6 Enterprise Application Services - Enterprise eSignature Service** | **Example**: The Contractor shall use the State's eSignature solution. | **Example:** An eSignature solution is already integrated into the proposed solution. Using the State's service would result in increased cost due to integration complexities, as well as additional testing and resource needs. It would also result in longer deliverable timeframe. | **Example:** The Contractor's eSignature solution provides the same capabilities as the State's required solution. The Contractor's solution includes a workflow component and an eSignature User interface. |
| | | | |
| | | | |
| | | | |

| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|---|---|---|---|---|---|---|
| 10/02/2025 | 202527503392 | TRADE NAME REGISTRATION (RNO) | 39.00 | 0.00 | 0.00 | 0.00 |

**Receipt**

This is not a bill. Please do not remit payment.

TAFT STETTINIUS & HOLLISTER LLP
41 S. HIGH ST.
SUITE 1800
COLUMBUS, OH 43215

# STATE OF OHIO

## CERTIFICATE

### Ohio Secretary of State, Frank LaRose

**5483492**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**FLASH AI**

and, that said business records show the filing and recording of:

| Document(s) | Document No(s): |
|---|---|
| **TRADE NAME REGISTRATION** | **202527503392** |

**Effective Date: 10/02/2025**

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 2nd day of October, A.D. 2025.

**Ohio Secretary of State**

Form 534A Prescribed by:

**Frank LaRose**
*Ohio Secretary of State*

Date Electronically Filed: 10/2/2025

Toll Free: 877.767.3453 | Central Ohio: 614.466.3910
OhioSoS.gov | business@OhioSoS.gov
File online or for more information: OhioBusinessCentral.gov

# Name Registration

## Filing Fee: $39

### Form Must Be Typed

**CHECK ONLY ONE (1) Box**

[X] Trade Name (167-RNO) Date of first use: 10/1/2025 MM/DD/YYYY

[ ] Fictitious Name (169-NFO)

Flash AI
Name being Registered or Reported

FLASH AI, LLC
Name of the Registrant

**Note: If the registrant is a partnership, please provide the name of the partnership. Individual partner names are not permitted but are required on page 2 of the form.**

Registrant's Entity Number (if registered with Ohio Secretary of State): 5483364

**All registrants must complete the information in this section**

The general nature of business conducted by the registrant:
Research, Development, Deployment and Education of software.

Business address:

91 S. 30TH ST.
Mailing Address

| City | State | ZIP Code |
|---|---|---|
| NEWARK | OH | 43055 |

**Complete the information in this section if registrant is a partnership NOT registered in Ohio pursuant to ORC 1776, if partnership is registered, provide registration number on page one.**

Provide the name and address of at least one general partner:

| Name | Address |
|---|---|
| | |
| | |
| | |

NOTE: Pursuant to OAG 89-081, if a general partner is a foreign corporation/limited liability company, it must be licensed to transact business in Ohio; if a general partner is a foreign corporation/limited liability company licensed in Ohio under an assumed name, please provide the assumed name and the name as registered in its jurisdiction of formation.

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**
Application must be signed by the registrant or an authorized representative.

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

CARYN BOYER, AUTHORIZED REPRESENTATIVE
Signature

By (if applicable)

Print Name

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

**Marshall, Brandy**

| | |
|---|---|
| **From:** | Trace Johnson <trace@flashai.us> |
| **Sent:** | Thursday, April 30, 2026 10:18 AM |
| **To:** | Marshall, Brandy |
| **Cc:** | Garcia Rosario, Jatnna |
| **Subject:** | Re: BAFO Request - SRC0000037597 - Communication Monitoring and Transcription - DRC260101 |

Good morning,

Thank you for the message. I am replying to confirm that the all-inclusive price per minute is unchanged from the current submission and represents our Best and Final Offer. This fixed price per minute is $0.009 (9/10ths of a cent).

The above ($0.009 per minute) is ensured to be a single, all-Inclusive price per minute and is the final price including all services. There are no additional fees related to storage, gigabytes, or other supplemental charges.

Please let me know if there is any additional information we may be able to provide.

Thank you,
Trace Johnson, President

On Thu, Apr 30, 2026, 9:43 AM Brandy.Marshall@drc.ohio.gov <Brandy.Marshall@drc.ohio.gov> wrote:

> Good morning,
>
> Thank you again for your participation in our open RFP "**SRC0000037597 - Communication Monitoring and Transcription - DRC260101 - OSC.**"

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

As we conclude our discussions, our agency is requesting a Best and Final Offer (BAFO).

Before submitting your BAFO, we would like to clarify the pricing you previously provided. As indicated in the RFP, we are requesting a **fixed price per minute**, without any additional fees related to storage, gigabytes, or other supplemental charges. Please ensure that your BAFO reflects a single, all-inclusive price per minute, as required in the RFP.

You may elect to leave your pricing unchanged if your current submission already represents your Best and Final Offer. If so, please confirm this by replying to this email and by providing your final price including all services.

If you have any questions at all, please feel free to send them.

Kind regards,

Brandy Marshall

Sourcing Planner

1980 West Broad Street

Columbus, Ohio 43223

Office of Acquisition and Contract Compliance

614-961-8695

Brandy.Marshall@drc.ohio.gov

"A vision without a strategy remains an illusion"

**CAUTION:** This is an external email and may not be safe. If the email looks suspicious, please do not click links or open attachments and forward the email to csc@ohio.gov or click the Phish Alert Button if available.

**Keith Faber**
**Ohio Auditor**

# Certified Search for Unresolved Findings for Recovery

**Office of Auditor of State**
88 East Broad Street
Post Office Box 1140
Columbus, OH 43216-1140

(614) 466-4514
(800) 282-0370

Auditor of State - Unresolved Findings for Recovery Certified Search

I have searched The Auditor of State's unresolved findings for recovery database using the following criteria:

Contractor's Information:

Name: ,
Organization: **Flash AI**
Date: **5/18/2026 1:46:58 PM**

This search produced the following list of **2** possible matches:

| Name/Organization | Address |
|---|---|
| Flaherty, Lisa | 4158 Franklin Street |
| Flanagan, Richard | 62769 Riggs Road |

The above list represents possible matches for the search criteria you entered. Please note that pursuant to ORC 9.24, only the person (which includes an organization) actually named in the finding for recovery is prohibited from being awarded a contract.

If the person you are searching for appears on this list, it means that the person has one or more findings for recovery and is prohibited from being awarded a contract described in ORC 9.24, unless one of the exceptions in that section apply.

If the person you are searching for does not appear on this list, an initialed copy of this page can serve as documentation of your compliance with ORC 9.24(E).

Please note that pursuant to ORC 9.24, it is the responsibility of the public office to verify that a person to whom it plans to award a contract does not appear in the Auditor of State's database. The Auditor of State's office is not responsible for inaccurate search results caused by user error or other circumstances beyond the Auditor of State's control.

Department of Rehabilitation & Correction

# DRC Security Review Form

Last updated 08/1//2024.

**Reviewer Name:**

| **Security Requirements for the request** - The security recommendations listed below need to be addressed as part of the design and architecture of this project or request. |
|---|
| This request may need to go through AI council for DRC and DAS. |

**Section A: To be completed by system owner/requestor.**

| **Contact Information** | |
|---|---|
| Requestor Name | Vinko Kucinic |
| Requestor Owner | Vinko Kucinic |
| Department | ODRC Chief Investigator's Office |
| Telephone | 614-554-6224 |
| E-Mail Address | Vinko.kucinic@drc.ohio.gov |

| **Description of the request** - In business layman's terms describe the request, and the proposed architecture if known. If you have technical diagrams or guidance, please include a link to it or include it as an addendum. If a vendor has been chosen, please list that information in the table below. |
|---|
| Flash AI ingests calls and gives usable information to investigators in a streamlined manner, making previously impossible data parsing trivial. Flash AI does not touch DRC's network, as phone calls are all hosted on the ViaPath network which is separate within institutions. Users of the service log into a webpage to access Flash AI. |

| **Vendor Information (If Applicable)** | |
|---|---|
| Vendor Name | Flash AI |
| Contact Person | Spencer Feig |
| Address | |
| Telephone | 517-376-8655 |
| E-Mail Address | spencer@flashai.us |

Department of Rehabilitation & Correction

# DRC Security Review Form

Last updated 08/1//2024.

**Internet accessible Yes ☒ / No ☐ / Unknown ☐**
(Choosing Yes means that implementation of this product or software will allow DRC proprietary data to potentially be accessed.)

**CPI/PII data processed? Yes ☒ / No ☐ / Unknown ☐**
**(**Choosing Yes means that implementing this product will cause DRC sensitive data to be processed and a Privacy Impact Analysis will need to be completed by the AISO).

**Section B: To be completed by the Agency information security officer (AISO)**

| |
|---|
| **Cloud Policy Assessment**<br>This section is specific to Cloud Services policy. All cloud services must address the following requirements: |
| **Requirement 3.1.1: All cloud services must be compliant with the Governor's executive order 2019-12D** (Governs the expenditures of public funds for offshore services.) |
| AWS govcloud, hosted in the United States |
| **Requirement 3.1.2: Only AISO staff or equivalent cloud providers who meet FedRAMP, State RAMP, HITRUST or similar certification based on NIST 800-53 compliance will be approved for adoption.** (Is the cloud provider in compliance with one of these?) |
| Yes, the vendor meets FedRamp compliance |
| **Requirement 3.1.3: Control privileged management account** (All accounts will be secured in DRC's PAM tool – (currently Password Vault or password safe) and rotate frequently. Or the cloud service could provide a PAM solution to rotate passwords. AISO should be involved in determining frequency of rotation so that it supports compliance standards.) |
| The vendor currently does not support a PAM solution, however require MFA for privileged accounts |
| In addition to the requirements above, any services in which sensitive data will be stored, processed and/or transmitted must address the below requirements as well:<br><br>**Requirement 3.2.1: Implement FIPS 140-2 certified encryption for data in transit and at rest** (For example AES-256) |
| Vendor does comply with CJIS requirement and implemented AES256 encryption or higher for all data in transit or at rest. |

Department of Rehabilitation & Correction

# DRC Security Review Form

Last updated 08/1//2024.

| |
|---|
| **Requirement 3.2.2: Implement enhanced authentication services** (using multiple factors such as client fingerprinting, IP location, physical tokens, single use pins) |
| **Access the site through MFA** |
| **Requirement 3.2.3: Utilize site to site VPN where feasible** |
| IP address is restricted to only allow our network, outside traffic is only allowed through VPN |
| **Requirement 3.2.4: Restrict access to DRC data to minimum audience** (IP address restrictions, country restriction, rather than the whole internet) |
| DRC IP is whitelisted and allowed to view our instance only |
| **Requirement 3.2.5: Ensure administrative channels utilize MFA** (multifactor authentication for admin of settings and uploading sensitive data) |
| Vendor requires MFA by sending code to users phone |
| **Requirement 3.2.6: Vendors must carry cyber liability insurance commensurate with the risk level to DRC** (see the DAS Office of Risk Management's recommendations or minimum coverage and legal language for the contract) |
| ODRC AISO recommends and has requested of the Cyber Liability insurance from the vendor |

| |
|---|
| **Data Elements being processed** - Describe the data that this product or software will expose. Does it expose DRC data to the Internet or is it an internal only product. Does it deal strictly with non-sensitive data, or will it process medical, claim and/or personally identifiable information such as SSN, medical history etc.? (CPI/PII).<br><br>**NOTE:** If you are not sure specify "unknown". |
| Potential CJIS information, this is primarily recorded calls from incarcerated individuals |

| |
|---|
| **Back up** - What are the procedures used for backups of the cloud systems? How long are the backups retained? |

Ohio Department of Rehabilitation & Correction

# DRC Security Review Form

Last updated 08/1//2024.

| |
|---|
| **NOTE:** If the backups are done by "copying to a remote data site" then they are not as effective in recovering from ransomware. What (if any) additional protections are in place to recover from a ransomware attack? |
| N/A |

| |
|---|
| **Risks/Exposures** - From the data collected in the description of the request/project and exposed data elements as well as additional research identify all potential threats to DRC proprietary data. Feel free to reference other documents as necessary |
| Potential privacy risk, see PIA |

| |
|---|
| **Controls/Countermeasures** - From the data collected in Risks/Exposures section above, discuss the controls/countermeasures that will need to be implemented. |
| See PIA |

| |
|---|
| **Privacy Impact Assessment (PIA) Needed?** |
| Yes |

| |
|---|
| **Additional Considerations** - If there is anything unique to this request or that needs to be evaluated along with other systems or projects, please make note of those here. An example would be adopting a system that requires a custom product such as a load balancer or requires the adoption of non-standard software such as a custom web browser and how that may impact the computing environment or create new security exposures, please document these items here. |
| While this system does not touch DRC's network, it still ingests data created from DRC inmates telephone calls. While they have no expectation of privacy, AISO is not privy to any legal requirements or ramifications of allowing this same data to be touched by an LLM. |

| |
|---|
| **ORC 1347.15 Requirements** |

Ohio Department of Rehabilitation & Correction

# DRC Security Review Form

Last updated 08/1//2024.

| **Will the system allow for access by state employees to confidential personal information (CPI)? If so, it must adhere to ORC1347.15** Section 1347.15 - Ohio Revised Code \| Ohio Laws<br>**CPI logs must be retained for a rolling 60 months. Can the system retain CPI logs for this duration?**<br>Agency Schedule Detail - RIMS (ohio.gov) |
|---|
| Potentially, but nothing that these same investigators do not already have access to (ViaPath calls and information are already used by investigators, the only difference here is the AI component). |

**Contract Assessment and Requirements To be used by DRC Finance and Legal departments**

**If this is a cloud system or a software hosted in the cloud with no prior security review (e.g., OIT) and any CIA Triad Risk Elements are 'High' or 'Medium', AISO will report findings to the BITS CIO. The AISO will recommend the following**

1. Mandate that State of Ohio, DAS: Data Security and Privacy Terms v1.0 3-24.docx (live.com) be completed by the vendor and incorporated by reference in the contract
2. Mandate that a SOC 2 Type 2 or equivalent audit based on DRC approved industry standard certification be provided yearly. (For instance, NIST 800-53)
3. Mandate that the vendor carry a minimum of $5 million in Cyber Liability Insurance. (Please use DAS Risk Management Office approved recommendation and language.)

**Addendum 1: Criterion to be used for assessing Confidentiality, Integrity and Availability Risk**

**Confidentiality Risk Criteria**:
This criterion is based on how many records will have CPI data:

1. No records with sensitive or CPI data is 'low';
2. Records with sensitive data, and/or a low number of CPI records is 'medium'; or
3. If there are a medium or large number of records with CPI data, then risk is 'high'.

**Integrity Risk Criteria**:
This criterion is based on the implications of having the data changed:

1. If the data in this system will be the primary source for these records, or if other systems take data from this system for making decisions with financial ramifications, then the risk is 'high';
2. If the data in this system are not a primary source, and/or the records are used for non-financial (but still important) decision making, then the risk is 'medium'; or
3. If the data are not a primary source and are only used for non-business-critical informational purposes (some statistical analysis for instance?) then the risk is 'low'.

Franklin County Ohio Clerk of Courts of the Common Pleas- 2026 Jul 10 12:41 PM-26CV006356

# DRC Security Review Form

Last updated 08/1//2024.

**Availability Risk Criteria**:
This criterion is based on how long the user of this service could accept the service being unavailable:

1. If our required SLA for restoration of service is 4 hours or less, it is 'high';
2. If our required SLA for restoration of service is 2 days, it is 'medium'; or
3. If our required SLA for restoration of service is 3 days or more, it is 'low'.

**CIA Triad Risk (Inherent Risk)** - What is the risk of this system or architecture change? For description of CIA Triad Risk, please see Addendum 1 at the end of this document.

If any of these Risks are High or Medium, please email IT AISO to add this request to weekly security review meeting agenda.

| | | | |
|---|---|---|---|
| **Confidentiality Risk:** | Low ☐ | Medium ☒ | High ☐ |
| **Integrity Risk:** | Low ☒ | Medium ☐ | High ☐ |
| **Availability Risk:** | Low ☒ | Medium ☐ | High ☐ |

**Summary and recommendations**

With the security concerns and the requested documents, the AISO recommends the use of Flash AI.