SCORING BREAKDOWN

| Criteria | Maximum Available Points |
|---|---|
| Proposal Technical Requirements | 1350 |
| Proposal Cost | 338 |
| Maximum Available Points | 1688 |

| DOES NOT MEET 0 POINTS | WEAK 1 POINT | WEAK TO MEETS 2 POINTS | MEETS 3 POINTS | MEETS TO STRONG 4 POINTS | STRONG 5 POINTS |
|---|---|---|---|---|---|

**Vendor Name: Flash AI**

| Criterion | Weight | Rating (0=Does not Meet to 5=Strong) | Extended Score | Points Per Question Consensus | Consensus | |
|---|---|---|---|---|---|---|
| **Technical Review Criteria** | | | | | | |
| 1. The Offeror has the capacity as an organization to fulfill the Contract. The Offeror's proposal must include a profile of the Offeror's capability, capacity, and relevant experience working on projects similar to the work described in the RFP. (Complete Attachments 5B, 5C and 5D as applicable) | 5 | 5 | 25 | 4.0 | 20.0 | |
| 2. Offeror shall provide evidence of company history, years in business, number of employees, financial stability, capacity to do the work and the organization's mission statement (Complete Attachment 5A) | 5 | 5 | 25 | 4.0 | 20.0 | |
| 3. The Offeror demonstrates experience with security and corrections environments. | 5 | 5 | 25 | 4.0 | 20.0 | |
| 4. Offeror must provide a minimum of three (3) references from prior similar engagements and provide details of similarities. Offeror must complete all areas of Attachment Six for each of the three (3) references provided. These references must relate to work that was completed within the past five (5) years. If fewer than three (3) references are provided, the Offeror must include information as to why fewer than three (3) references were provided. | 10 | 5 | 50 | 4.0 | 40.0 | |
| 5. Offeror has submitted a staffing plan naming all key personnel, including any volunteers, which will be used to complete the project. The plan shall include the planned duties of key personnel and the amount of time that will be dedicated by each staff or volunteer member to the work. This includes a Program Coordinator. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 6. Offeror has completed and submitted Attachments 7A, B and C. for proposed Project Manager and any other key personnel, to include candidate's education, training, qualifications, and proposed work assignment. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 7. The Offeror has discussed how successful completion of the program is realistic given the key staff implementing the program. In cases where positions have not been filled, Offeror should clearly describe a reasonable approach and criteria to add experienced and qualified staff. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 8. Evaluation of how the proposed platform solution meets DRC'S requirements stated in the RFP. | 50 | 5 | 250 | 5.0 | 250.0 | |
| 9. Evaluation of Offerors proposed solution for data access and storage requirements | 30 | 5 | 150 | 5.0 | 150.0 | |
| 10.Evaluation of how the proposed solution meets the data security and privacy requirements. | 25 | 5 | 125 | 5.0 | 125.0 | |
| 11.Evaluation of Offerors proposed plan for training, user documentation and users onboarding process. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 12.Evaluation of Offerors proposed plan for implementation of the platform and transition at the conclusion of the project. | 25 | 5 | 125 | 5.0 | 125.0 | |
| 13.Offeror's plan to consolidate data from disparate sources, including existing communication systems, records management systems (RMS), and computer-aided dispatch (CAD) data, into a unified platform. | 25 | 5 | 125 | 4.0 | 100.0 | |
| 14.Offeror's ability to provide real-time monitoring and generate alerts on suspicious behaviors or communications, often with risk scoring to help teams prioritize high-risk incidents. | 25 | 5 | 125 | 5.0 | 125.0 | |
| 15.Offeror's plan for business continuity if the platform is unavailable. | 25 | 5 | 125 | 5.0 | 125.0 | |
| Total | 270 | | 1350 | | | 1300.0 |
| Total Technical Points = Weights x 5 | | 1350 | | | | |

EXHIBIT D

SCORING BREAKDOWN

| Criteria | Maximum Available Points |
|---|---|
| Proposal Technical Requirements | 1350 |
| Proposal Cost | 338 |
| Maximum Available Points | 1688 |

| DOES NOT MEET 0 POINTS | WEAK 1 POINT | WEAK TO MEETS 2 POINTS | MEETS 3 POINTS | MEETS TO STRONG 4 POINTS | STRONG 5 POINTS |
|---|---|---|---|---|---|

**Vendor Name: Kiwi Chat**

| Criterion | Weight | Rating (0=Does not Meet to 5=Strong) | Extended Score | | Points Per Question Consensus | Consensus | |
|---|---|---|---|---|---|---|---|
| **Technical Review Criteria** | | | | | | | |
| 1. The Offeror has the capacity as an organization to fulfill the Contract. The Offeror's proposal must include a profile of the Offeror's capability, capacity, and relevant experience working on projects similar to the work described in the RFP. (Complete Attachments 5B, 5C and 5D as applicable) | 5 | 5 | 25 | | 4.0 | 20.0 | |
| 2. Offeror shall provide evidence of company history, years in business, number of employees, financial stability, capacity to do the work and the organization's mission statement (Complete Attachment 5A) | 5 | 5 | 25 | | 4.0 | 20.0 | |
| 3. The Offeror demonstrates experience with security and corrections environments. | 5 | 5 | 25 | | 5.0 | 25.0 | |
| 4. Offeror must provide a minimum of three (3) references from prior similar engagements and provide details of similarities. Offeror must complete all areas of Attachment Six for each of the three (3) references provided. These references must relate to work that was completed within the past five (5) years. If fewer than three (3) references are provided, the Offeror must include information as to why fewer than three (3) references were provided. | 10 | 5 | 50 | | 4.0 | 40.0 | |
| 5. Offeror has submitted a staffing plan naming all key personnel, including any volunteers, which will be used to complete the project. The plan shall include the planned duties of key personnel and the amount of time that will be dedicated by each staff or volunteer member to the work. This includes a Program Coordinator. | 10 | 5 | 50 | | 5.0 | 50.0 | |
| 6. Offeror has completed and submitted Attachments 7A, B and C. for proposed Project Manager and any other key personnel, to include candidate's education, training, qualifications, and proposed work assignment. | 10 | 5 | 50 | | 4.0 | 40.0 | |
| 7. The Offeror has discussed how successful completion of the program is realistic given the key staff implementing the program. In cases where positions have not been filled, Offeror should clearly describe a reasonable approach and criteria to add experienced and qualified staff. | 10 | 5 | 50 | | 4.0 | 40.0 | |
| 8. Evaluation of how the proposed platform solution meets DRC'S requirements stated in the RFP. | 50 | 5 | 250 | | 4.0 | 200.0 | |
| 9. Evaluation of Offerors proposed solution for data access and storage requirements | 30 | 5 | 150 | | 5.0 | 150.0 | |
| 10.Evaluation of how the proposed solution meets the data security and privacy requirements. | 25 | 5 | 125 | | 4.0 | 100.0 | |
| 11.Evaluation of Offerors proposed plan for training, user documentation and users onboarding process. | 10 | 5 | 50 | | 5.0 | 50.0 | |
| 12.Evaluation of Offerors proposed plan for implementation of the platform and transition at the conclusion of the project. | 25 | 5 | 125 | | 5.0 | 125.0 | |
| 13.Offeror's plan to consolidate data from disparate sources, including existing communication systems, records management systems (RMS), and computer-aided dispatch (CAD) data, into a unified platform. | 25 | 5 | 125 | | 5.0 | 125.0 | |
| 14.Offeror's ability to provide real-time monitoring and generate alerts on suspicious behaviors or communications, often with risk scoring to help teams prioritize high-risk incidents. | 25 | 5 | 125 | | 5.0 | 125.0 | |
| 15.Offeror's plan for business continuity if the platform is unavailable. | 25 | 5 | 125 | | 5.0 | 125.0 | |
| Total | 270 | | 1350 | | | | 1235.0 |
| Total Technical Points = Weights x 5 | | 1350 | | | | | |

SCORING BREAKDOWN

| Criteria | Maximum Available Points |
|---|---|
| Proposal Technical Requirements | 1350 |
| Proposal Cost | 338 |
| Maximum Available Points | 1688 |

| DOES NOT MEET 0 POINTS | WEAK 1 POINT | WEAK TO MEETS 2 POINTS | MEETS 3 POINTS | MEETS TO STRONG 4 POINTS | STRONG 5 POINTS |
|---|---|---|---|---|---|

**Vendor Name: Leo Tech**
**Technical Review Criteria**

Points Per Questi

| Criterion | Weight | Rating (0=Does not Meet to 5=Strong) | Extended Score | Consensus | Consensus | |
|---|---|---|---|---|---|---|
| **Technical Review Criteria** | | | | | | |
| 1. The Offeror has the capacity as an organization to fulfill the Contract. The Offeror's proposal must include a profile of the Offeror's capability, capacity, and relevant experience working on projects similar to the work described in the RFP. (Complete Attachments 5B, 5C and 5D as applicable) | 5 | 5 | 25 | 5.0 | 25.0 | |
| 2. Offeror shall provide evidence of company history, years in business, number of employees, financial stability, capacity to do the work and the organization's mission statement (Complete Attachment 5A) | 5 | 5 | 25 | 5.0 | 25.0 | |
| 3. The Offeror demonstrates experience with security and corrections environments. | 5 | 5 | 25 | 5.0 | 25.0 | |
| 4. Offeror must provide a minimum of three (3) references from prior similar engagements and provide details of similarities. Offeror must complete all areas of Attachment Six for each of the three (3) references provided. These references must relate to work that was completed within the past five (5) years. If fewer than three (3) references are provided, the Offeror must include information as to why fewer than three (3) references were provided. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 5. Offeror has submitted a staffing plan naming all key personnel, including any volunteers, which will be used to complete the project. The plan shall include the planned duties of key personnel and the amount of time that will be dedicated by each staff or volunteer member to the work. This includes a Program Coordinator. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 6. Offeror has completed and submitted Attachments 7A, B and C. for proposed Project Manager and any other key personnel, to include candidate's education, training, qualifications, and proposed work assignment. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 7. The Offeror has discussed how successful completion of the program is realistic given the key staff implementing the program. In cases where positions have not been filled, Offeror should clearly describe a reasonable approach and criteria to add experienced and qualified staff. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 8. Evaluation of how the proposed platform solution meets DRC'S requirements stated in the RFP. | 50 | 5 | 250 | 5.0 | 250.0 | |
| 9. Evaluation of Offerors proposed solution for data access and storage requirements | 30 | 5 | 150 | 5.0 | 150.0 | |
| 10.Evaluation of how the proposed solution meets the data security and privacy requirements. | 25 | 5 | 125 | 5.0 | 125.0 | |
| 11.Evaluation of Offerors proposed plan for training, user documentation and users onboarding process. | 10 | 5 | 50 | 5.0 | 50.0 | |
| 12.Evaluation of Offerors proposed plan for implementation of the platform and transition at the conclusion of the project. | 25 | 5 | 125 | 5.0 | 125.0 | |
| 13.Offeror's plan to consolidate data from disparate sources, including existing communication systems, records management systems (RMS), and computer-aided dispatch (CAD) data, into a unified platform. | 25 | 5 | 125 | 4.0 | 100.0 | |
| 14.Offeror's ability to provide real-time monitoring and generate alerts on suspicious behaviors or communications, often with risk scoring to help teams prioritize high-risk incidents. | 25 | 5 | 125 | 5.0 | 125.0 | |
| 15.Offeror's plan for business continuity if the platform is unavailable. | 25 | 5 | 125 | 5.0 | 125.0 | |
| Total | 270 | | 1350 | | | 1325.0 |
| Total Technical Points = Weights x 5 | | 1350 | | | | |

| Section | Code | Question | Rules | Value | Section Result | Code | Result | Constraint type |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| | Supplier | Technical Score | Total Cost | Cost Points | Total Points | | avg min per month/site | | |
|---|---|---|---|---|---|---|---|---|---|
| #3 Bidder | Leo Tech | 1325 | $ 121,021 | 61.00 | 1386.00 | .05 cents per minute | 2420419 | 0.05 | $ 121,020.95 |
| #2 Bidder | Kiwi Chat | 1235 | $ 31,465 | 234.00 | 1469.00 | .013 cents per minute | 2420419 | 0.013 | $ 31,465.45 |
| #1 Bidder | Flash AI | 1300 | $ 21,784 | 338.00 | 1638.00 | .009 cents per minute | 2420419 | 0.009 | $ 21,783.77 |

60.84061444
234.0057842

Lowest cost = 281
Lowest cost / other cost and x by 281 = cost points for other bids