# EXHIBIT D
# LeoTech
# Response
# SRC000003
# 7597-
# DRC260101

LEOTECH

# State of Ohio
# Ohio Department of Rehabilitation and Correction

## Proposal Response
## Offender Communication Monitoring and Transcription Services

**Sourcing Project No. SRC0000037597-DRC260101**

**Submitted by**

**LeoTech**
**1515 S. Capital of Texas Hwy., Suite 220**
**Austin, TX 78746**

**Submitted via OhioBuys**

**April 7, 2026**

# Table of Contents

TAB 1: COVER LETTER AND MANDATORY REQUIREMENTS ........ 3
TAB 2: CERTIFICATION ........ 7
TAB 3: OFFEROR PROFILE AND PRIOR PROJECTS ........ 9
TAB 4: OFFEROR REFERENCES ........ 18
TAB 5: STAFFING PLAN ........ 23
TAB 6: PERSONNEL PROFILE SUMMARY ........ 32
TAB 7: WORK PLAN ........ 60
TAB 8: SUPPORT REQUIREMENTS ........ 69
TAB 9: CONFLICT OF INTEREST STATEMENT ........ 71
TAB 10: ASSUMPTIONS ........ 73
TAB 11: PROOF OF INSURANCE ........ 75
TAB 12: PAYMENT ADDRESS ........ 77
TAB 13: CONTRACT PERFORMANCE ........ 79
TAB 14: W-9 FORM AND SUPPLIER REGISTRATION ........ 81
TAB 15: PROHIBITION OF THE EXPENDITURE OF PUBLIC FUNDS FOR OFFSHORE SERVICES . 84
TAB 16: COST SUMMARY FORM ........ 87
TAB 17: PREFERENCE CERTIFICATION FORM ........ 89

# Tab 1: Cover Letter and Mandatory Requirements

April 7, 2026

Ohio Department of Rehabilitation and Correction
Attn: Brandy Marshall, Contracts Unit
Submitted via OhioBuys

Re: **Offender Communication Monitoring and Transcription Services**
Sourcing Project: **SRC0000037597-DRC260101**

Dear Ms. Marshall:

LEO Technologies, LLC ("LeoTech") is pleased to submit this proposal to the Ohio Department of Rehabilitation and Correction ("ODRC") for **Offender Communication Monitoring and Transcription Services**.

LeoTech proposes its Verus platform to support ODRC's vision to reduce crime in Ohio and its mission to reduce recidivism among those it touches by delivering a SaaS, web-based analytics platform that integrates with existing offender communication systems and transforms authorized inmate communications into actionable intelligence. Verus supports targeted and emergent intelligence-led investigations through AI-driven transcription, translation, search, alerting, and behavioral analytics, helping ODRC and its law enforcement partners identify gang activity, criminal coordination, contraband trafficking, and other threats relevant to institutional safety, investigative effectiveness, and public safety.

LeoTech offers a purpose-built and operationally proven platform for offender communications monitoring and intelligence-led investigations. Verus is LeoTech's flagship platform and reflects our core focus on delivering intelligence-driven technology and operational support for law enforcement and correctional agencies. To LeoTech's knowledge, no other provider delivers offender communications monitoring and investigative analytics at the same scale, size, and near-real-time operational tempo across correctional environments. Verus is deployed at enterprise scale across multiple Departments of Correction and correctional environments, and demonstrated its capabilities during ODRC's pilot period. This experience reduces implementation risk and provides ODRC with a solution designed specifically for correctional intelligence, institutional safety, and investigative support, rather than an adapted or ancillary offering. LeoTech welcomes ODRC's evaluation of demonstrated functionality through presentations, demonstrations, proof-of-concept validation, and other review activities the State elects to conduct as part of its procurement process. LeoTech is confident that direct evaluation of live system performance will further demonstrate Verus's operational maturity, near real-time capabilities, and correctional applicability.

Verus is a telecom-agnostic investigative platform that provides near real-time transcription, alerting, behavioral analytics, multilingual detection and translation, and investigator workflows, while integrating with existing inmate communication systems, including ViaPath and other providers. The platform supports the ingestion and analysis of high-volume communications data in near real time and is designed to surface actionable intelligence and accelerate investigative response.

LeoTech currently supports correctional agencies nationwide, with Verus deployed across multiple Departments of Correction and large-scale jail systems, processing communications at enterprise scale while maintaining consistent performance and operational continuity. As of March 27, 2026, Verus supports 13,738 users across 19 states, including 14 Departments of Correction, 224 agencies, covering 252 facilities.

The platform is delivered through a secure, U.S.-based cloud environment with role-based access controls, auditability, and CJIS-aligned protections, ensuring that sensitive correctional data is securely managed and accessible only to authorized personnel.

LeoTech's value to ODRC extends beyond software access alone. Verus is designed to accelerate investigative response, reduce investigative labor, improve threat detection, strengthen institutional safety, and create measurable operational efficiencies through near real-time transcription, search, alerting, and analytics. Because LeoTech has already demonstrated these capabilities in ODRC's pilot environment, ODRC benefits from a lower-risk path to operational use and faster realization of investigative and safety benefits. Across correctional deployments, LeoTech has demonstrated that actionable intelligence derived from offender communications can help reduce liability exposure, accelerate case development, improve staff and inmate safety, and support more efficient use of correctional and investigative resources. Taken together, these operational benefits support a strong return on investment by reducing hidden costs, improving resource utilization, and delivering measurable value through an integrated solution that combines technology, analytical support, and sustained operational capability.

Pursuant to Attachment Two, Tab 1, LeoTech provides the following:

a. **Legal structure / Federal tax identification number / principal place of business.**
LEO Technologies, LLC is a limited liability company. LeoTech's Federal Tax Identification Number is **83-4306257**. LeoTech's principal place of business is **1515 S. Capital of Texas Hwy., Suite 220, Austin, TX 78746**.

b. **Proposal preparers.**
John Prelip, Vice President of Administration, as primary preparer, with contributions from James Sexton, Chief Operating Officer; Dan Jackson, Chief Administrative Officer; Steven Harpe, Chief Product and Technology Officer; Joe Ferreira, Vice President of Operations; Tim Anderson, Senior Vice President, Product Technology Officer; and Sean Sweeney, Director, Information Technology.

c. **Proposal contact.**
John Prelip
Vice President of Administration
LEO Technologies, LLC
1515 S. Capital of Texas Hwy., Suite 220
Austin, TX 78746
Phone: 512-702-0159
Email: John.Prelip@leotechnologies.com

d. **Subcontractors.**
Not Applicable. LeoTech is not proposing any subcontractors for this Project.

e. **Subcontractor letters.**
Not Applicable.

f. **Statement of compliance with RFP requirements.**
LeoTech states that its proposed solution for the Project meets all the requirements of this RFP.

g. **No exceptions to terms and conditions.**
LeoTech states that it has not taken any exception to the Terms and Conditions.

h. **No assumption of negotiations.**
LeoTech states that it does not assume there will be an opportunity to negotiate any aspect of the proposal.

i. **Compliance with Federal and Ohio law.**
LeoTech states that it will comply with all Federal and Ohio laws and rules of the Ohio Administrative Code as those laws and rules are currently enacted and promulgated, and as they may subsequently be amended and adopted.

j. **No substitution of evaluated personnel at project start-up except for no-fault unavailability.**
LeoTech states that it shall not substitute, at Project start-up, different personnel from those evaluated by the State except when a candidate's unavailability is through no fault of LeoTech.

k. **Finding for recovery statement.**
LeoTech states that it is not now and will not become subject to an unresolved finding for recovery under Revised Code Section 9.24, prior to the award of a Contract arising out of this RFP, without notifying ODRC of such finding.

l. **Political contributions compliance.**
LeoTech states that all of its personal and business associates are in compliance with Chapter 3517 of the Revised Code regarding limitations on political contributions and will remain in compliance for the duration of the Contract and with all applicable provisions that extend beyond the expiration of the Contract.

m. **Affirmative action program statement.**
LeoTech understands that an Affirmative Action Program Verification is no longer required for this procurement. LeoTech will comply with all applicable state and federal equal employment opportunity laws and requirements. LeoTech does not possess an Affirmative Action Program Verification, and LeoTech understands there is no penalty in this procurement for not possessing one.

n. **Registration with the Secretary of State.**
By the signature affixed to this Offer, LeoTech attests that it is a foreign limited liability company, not organized under the laws of the State of Ohio, but registered with the Ohio Secretary of State pursuant to applicable Ohio law. LeoTech's Ohio Secretary of State Charter Number is **5228094**.

LeoTech appreciates ODRC's consideration of this proposal and welcomes the opportunity to support the State's objectives for offender communication monitoring and transcription services.

Sincerely,

Dan Jackson
Chief Administrative Officer
LEO Technologies, LLC

# Tab 2: Certification

## 2. Certification

LEO Technologies, LLC affirms they are the prime Offeror.

LEO Technologies, LLC affirms it shall not and shall not allow others to perform work or take data outside the United States without express written authorization from ODRC.

LEO Technologies, LLC affirms that all personnel provided for the Project, who are not United States citizens, will have executed a valid I-9 form and presented valid employment authorization documents.

LEO Technologies, LLC affirms that any small business program participants will provide necessary data to ensure program reporting and compliance.

LEO Technologies, LLC agrees that it is a separate and independent enterprise from the State of Ohio, the Agency, and the Department of Rehabilitation and Correction. LEO Technologies, LLC has a full opportunity to find other business and has made an investment in its business. Moreover, LEO Technologies, LLC will retain sole and absolute discretion in the judgment of the manner and means of carrying out its obligations and activities under the Contract. This Contract is not to be construed as creating any joint employment relationship between LEO Technologies, LLC or any of the personnel provided by LEO Technologies, LLC, the Agency, or the Department of Rehabilitation and Correction.

LEO Technologies, LLC affirms that the individuals supplied under the Contract are employees of LEO Technologies, LLC, with LEO Technologies, LLC withholding all appropriate taxes, deductions, or contributions required under law.

Signed:

Dan Jackson
Chief Administrative Officer
LEO Technologies, LLC

# Tab 3: Offeror Profile and Prior Projects

# 3. Offeror Profile and Prior Projects

## ATTACHMENT FIVE A
## OFFEROR PROFILE FORM

<table>
<tr><td>Offeror's Legal Name:<br>LEO Technologies, LLC</td><td colspan="2">Address:<br>1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746</td></tr>
<tr><td>Phone Number:<br>(888) 233-8008</td><td>Fax Number:<br>none</td><td>E-mail Address:<br>admin@leotechnologies.com</td></tr>
<tr><td>Home Office Location:<br>Austin, TX</td><td>Date Established:<br>April 23, 2019</td><td>Ownership:<br>Limited Liability Company</td></tr>
<tr><td>Firm Leadership:<br>Chief Executive Officer – Elliott Broidy<br>Chief Operating Officer – James Sexton<br>Chief Administrative Officer – Dan Jackson<br>Chief Financial Officer – Michael Herschman<br>Chief Product & Technology Officer – Steven Harpe<br>Chief Artificial Intelligence and Data Officer – Jeremy Turner<br>Chief Revenue Officer – Josh Conklin</td><td>Number of Employees:<br><br>113</td><td>Number of Employees Directly involved in Tasks Directly Related to the Work:<br><br>10</td></tr>
<tr><td colspan="3">Additional Background Information:<br><br>LeoTech provides Verus, an artificial intelligence-driven monitoring, transcription, search, and analytics platform designed to support authorized communications review for law enforcement and correctional organizations. As of March 27, 2026, Verus has processed 4,747,926,319 minutes across 1,078,860,951 calls with 13,738 users across 19 states, including 14 Departments of Correction, 224 agencies, covering 252 facilities. This operational footprint demonstrates LeoTech's ability to monitor, transcribe, ingest, process, and analyze high-volume communications data in near real time within active correctional environments, directly aligning with ODRC's requirements for offender communication monitoring and transcription services. LeoTech has extensive experience supporting correctional agencies with technology solutions that enable near real-time monitoring, transcription, analysis, search, alerting, and investigative review of communications data. The Verus platform supports operational intelligence efforts through configurable monitoring, multilingual transcription and translation, semantic search, detection capabilities, auditability, and investigator workflows designed for secure use in correctional and law enforcement settings.<br><br>Established in 2019, LeoTech built its operational model around supporting public safety agencies with both technology and subject matter expertise. LeoTech's personnel include experienced public safety, law enforcement, intelligence, and correctional professionals who understand the operational realities of custodial environments and the demands associated with communications monitoring, analysis, and investigative support. LeoTech's service approach is built to support agencies from initial</td></tr>
</table>

implementation through ongoing operational use, with an emphasis on responsiveness, measurable performance, and mission alignment.

LeoTech's mission is to support the professionals who protect and serve communities through intelligence-driven innovation. Verus was purpose-built to enhance operational efficiency, support evidence-based investigations, and help agencies act on intelligence in near real time. LeoTech's approach is grounded in delivering measurable outcomes to critical public safety challenges through a combination of advanced analytics, trained personnel, and sustained operational support.

LeoTech maintains the personnel, internal procedures, and operational resources necessary to perform successfully and remain compliant with contract requirements. LeoTech has the infrastructure, staffing, and SaaS platform necessary to initiate implementation immediately and support all phases of the project without dependency on additional resources. Its operational model includes dedicated project leadership, technical personnel, trainers, implementation staff, analysts, and continuity resources to support deployment, user adoption, and sustained performance. LeoTech also maintains trained bench strength and rapid-response capability to provide replacement personnel, surge support, and uninterrupted operations when needed.

LeoTech's platform is also designed to consolidate data from disparate sources into a unified analytics environment, supporting authorized communications, related records, and other structured or unstructured data inputs. The platform is delivered through a secure cloud architecture designed for high availability, resilience, encrypted storage and transmission, role-based access, multi-factor authentication, and incident response readiness. LeoTech's approach supports continuity of operations through redundancy, backup, and recovery processes, and scalable cloud infrastructure built to maintain performance across enterprise correctional environments. LeoTech also maintains a mature security program aligned to recognized industry frameworks and controls suitable for sensitive public safety environments.

LeoTech's solution is designed to ensure that all services and data handling remain within the United States, consistent with State requirements regarding data residency and offshore service restrictions.

Financial Stability:

LeoTech demonstrates strong financial stability as a SaaS provider, supported by a debt-free capital structure and disciplined financial management. The company maintains a healthy balance sheet and benefits from a recurring revenue model supported by a stable and reliable customer base. LeoTech also has several procurement contracts in progress that contribute to consistent cash flow and help reduce revenue volatility. In addition, LeoTech operates in a highly differentiated market position, offering a robust product tailored to correctional and law enforcement environments, which further supports the company's financial stability. The company reinforces its financial integrity through annual independent audits and rigorous internal controls, supporting transparency, compliance, and accountability. Through prudent fiscal oversight and a focus on sustainable growth, LeoTech is well-positioned to meet its financial obligations while delivering consistent value to customers and supporting public safety.

## ATTACHMENT FIVE B

## OFFEROR PRIOR PROJECT FORM

| | | |
|---|---|---|
| Customer Company Name:<br>Texas Department of Criminal Justice | Contact:<br>Bobby Lumpkin, Executive Director | |
| Address:<br>2 Financial Plaza, Suite 103<br>Huntsville, TX 77340 | Phone Number: 936.437.5732 (office)<br><br>E-mail: exec.director@tdcj.texas.gov | |
| Project Name:<br>Texas Department of Criminal Justice (TDCJ) | Beginning Date of Project (Month/Year): 01/2023 | Ending Date of Project (Month/Year): Present |

The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.

LeoTech supports the Texas Department of Criminal Justice through multiple contract actions for Verus software and supporting services in a large-scale correctional environment. TDCJ initially engaged LeoTech through a proof-of-concept focused on operational correctional intelligence needs, including mental health risk indicators, contraband coordination, and facility safety. Following successful operational use, TDCJ continued the deployment, renewed Verus, and expanded it for broader agency use. This progression from proof of concept to enterprise rollout demonstrates LeoTech's ability to implement quickly, support adoption, and sustain operations in a statewide corrections setting.

As of March 27, 2026, the TDCJ deployment has processed 1,219,939,315 minutes across 225,163,338 calls, supported 654 users, and generated 2,265 reports, demonstrating sustained, high-volume operational performance in a live correctional environment.

In the TDCJ environment, Verus supports AI-driven transcription, analysis, translation, and investigative review of authorized inmate communications originating from facility phone systems. The platform ingests, aggregates, processes, and analyzes communications in near real time, with each communication indexed for rapid search and retrieval. Verus supports configurable monitoring, alerting, semantic analysis, AI-assisted search, lexicon management, and pattern-based analytics to help investigators identify threats of violence, contraband trafficking, criminal coordination, gang activity, escape planning, staff targeting, and other high-risk communications relevant to correctional operations. Like the capabilities requested by ODRC in this RFP, these services support continuous monitoring and near real-time transcription of inmate communications, together with keyword and pattern detection, multilingual analysis, and investigative alerting. The deployment provides investigators with actionable intelligence and time-sensitive notifications to support ongoing investigations and institutional safety.

The TDCJ deployment further demonstrates LeoTech's experience meeting core system, access, storage, and security requirements in a secure correctional operating environment. Verus is compatible with existing inmate communication systems and is designed to support secure statewide access for authorized users through a cloud-hosted environment. The platform is deployed as a single-tenant

SaaS environment with logical data segregation, indexed and searchable communications records, resilient storage architecture, and elastic cloud scaling to support changing facility populations and processing volumes without disruption to service. Secure access controls, including role-based permissions and approved-site access restrictions, support agency administration and controlled user access while maintaining data within the secure cloud environment. These capabilities are directly relevant to ODRC's requirements for secure cloud-based access, controlled user permissions, searchable records, and resilient storage and processing in a statewide correctional environment.

From a data protection and operational continuity perspective, the TDCJ deployment reflects LeoTech's experience operating within a secure cloud architecture designed for availability, scalability, and resilience. The platform supports encrypted storage and transmission, multi-factor authentication, and controlled administrative access, and is backed by monitoring, automated scaling, and cloud-based continuity capabilities that help maintain sustained throughput and minimal downtime. LeoTech's support model also includes deployment coordination, onboarding support, and operational assistance that enable agencies to move from initial implementation to sustained production use. This experience demonstrates LeoTech's ability to support implementation, training, user adoption, and ongoing operational performance in a complex statewide correctional environment.

In addition to supporting routine correctional intelligence operations, the TDCJ deployment demonstrated value in a time-sensitive external terrorism investigation. Data from TDCJ accounts was used in connection with the January 1, 2025 New Orleans terrorist attack investigation, where LeoTech produced 12 credible, actionable reports within hours and supported coordination with federal investigative partners. This example demonstrates LeoTech's ability to use communications data already resident in a correctional environment to support rapid triage, targeted search, investigative reporting, and cross-agency intelligence coordination during a high-priority public safety event, while sustaining these capabilities at enterprise scale within a live statewide correctional system.

## ATTACHMENT FIVE C
## OFFEROR PRIOR PROJECT FORM

| Customer Company Name:<br>Georgia Department of Corrections | Contact:<br>Tyrone Oliver, Commissioner | |
|---|---|---|
| Address:<br>300 Patrol Road<br>Forsyth, GA 31029 | Phone Number: 678.720.7012 (cell)<br><br>E-mail: tyrone.oliver@gdc.ga.gov | |
| Project Name:<br>Georgia Department of Corrections (GDC) | Beginning Date of Project (Month/Year): 03/2020 | Ending Date of Project (Month/Year): Present |

The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.

For the last six years, LeoTech has supported the Georgia Department of Corrections in a statewide correctional environment where Verus advanced from an initial pilot deployment in a limited number of facilities to broader operational use across the agency. Following a successful pilot, the Georgia Department of Corrections expanded deployment to 36 facilities, demonstrating confidence in the platform's operational value and LeoTech's ability to scale without disruption. Verus used individual facility site identification numbers to immediately begin processing authorized inmate communications from newly added locations while maintaining the same user interface and overall workflow for agency personnel. This progression from pilot implementation to enterprise-scale deployment demonstrates LeoTech's ability to support phased rollout, operational validation, and seamless expansion in a live correctional environment.

As of March 27, 2026, the Georgia deployment has processed 531,195,802 minutes across 128,490,808 calls, supported 186 users, and generated 8,254 reports, reflecting sustained operational use at scale.

Within the Georgia environment, Verus supports near real-time ingestion, transcription, translation, and analysis of authorized inmate communications. The platform enables investigators and intelligence personnel to identify relevant communications, perform targeted searches, review multilingual content, and generate investigative leads through AI-driven monitoring and alerting. Georgia's use of Verus demonstrates LeoTech's ability to support semantic analysis, pattern recognition, continuous monitoring, lexicon development, and AI-assisted search in an operational corrections setting. These capabilities have been used to support identification and review of communications associated with threats of violence, gang activity, contraband movement, criminal coordination, escape-related concerns, and other high-risk indicators relevant to correctional operations. Like the capabilities requested by ODRC in this RFP, these services support near real-time monitoring, multilingual analysis, keyword and pattern detection, and investigative alerting of offender communications. The Georgia deployment is also relevant to Ohio because it supports a statewide correctional population of comparable scale, demonstrating LeoTech's ability to sustain these capabilities in a large prison environment. This enables investigators to rapidly identify and act on high-risk communications in support of institutional safety and ongoing investigations.

The Georgia deployment also demonstrates LeoTech's ability to satisfy key system, access, and storage expectations in a secure correctional environment. Verus is designed to integrate with existing inmate communication systems and provide authorized users with secure, cloud-based access to indexed and searchable communications data. The platform supports scalable processing, structured data retention, and controlled user access through role-based permissions and other administrative safeguards. As the deployment expanded, LeoTech scaled processing capacity and facility coverage while preserving usability for investigators and administrators, demonstrating that the solution can grow with agency demand without requiring fundamental workflow changes. These capabilities are directly relevant to ODRC's requirements for secure cloud-based access, searchable records, resilient storage, and scalable processing in a statewide correctional environment.

From a data security and continuity standpoint, the Georgia deployment reflects LeoTech's experience delivering a resilient cloud-based platform for sensitive correctional use cases. Verus supports encrypted storage and transmission, multi-factor authentication, and monitored administrative access, while cloud-based infrastructure supports availability, performance, and continuity of operations. LeoTech's support model also includes onboarding, user training, and implementation support to help agencies adopt the platform effectively and transition from pilot operations into routine production use. This experience demonstrates LeoTech's ability to support both the technical and operational components of deployment in a large, active correctional system, including scaling from pilot implementation to multi-facility enterprise deployment while maintaining consistent performance and user workflows.

## ATTACHMENT FIVE D

## OFFEROR PRIOR PROJECT FORM

| Customer Company Name:<br>Alabama Department of Corrections | Contact:<br>John Q. Hamm, Commissioner | |
|---|---|---|
| Address:<br>301 South Ripley Street<br>P.O. Box 301501<br>Montgomery, AL 36130 | Phone Number: 334.324.9209 (office)<br><br>E-mail: john.hamm@doc.alabama.gov | |
| Project Name:<br>Alabama Department of Corrections (ADOC) | Beginning Date of Project (Month/Year): 11/2023 | Ending Date of Project (Month/Year): Present |

The Offeror may document previous experience and expertise. The Offeror must use these forms and fill them out completely, if applicable.

LeoTech supports the Alabama Department of Corrections in a live correctional environment, where Verus enables inmate communications monitoring, investigative analysis, and institutional security operations. The platform analyszes authorized inmate communications to help agency personnel identify patterns, prioritize threats, and develop actionable intelligence related to gang activity, contraband interdiction, and other correctional security concerns.

As of March 27, 2026, the Alabama deployment has processed 80,492,429 minutes across 15,978,163 calls, supported 177 users, and generated 668 reports, demonstrating sustained operational use in an active state correctional environment.

Within the Alabama environment, Verus supports the ingestion and analysis of authorized inmate communications to assist investigators and intelligence personnel in locating relevant communications, identifying patterns of concern, and advancing investigative leads. The deployment reflects LeoTech's ability to support core system requirements through searchable communications data, alerting, investigative review workflows, and intelligence outputs aligned to active correctional operations. This use demonstrates LeoTech's ability to apply AI-driven monitoring and analytics in support of institutional safety and investigative effectiveness. Like the capabilities requested by ODRC in this RFP, these services support ongoing communications monitoring, rapid identification of high-risk activity, investigative alerting, and operational use of searchable offender communications data. The Alabama deployment is also relevant to Ohio because both environments place strong emphasis on institutional security, contraband interdiction, gang-related intelligence, and investigative support derived from offender communications.

The Alabama deployment also reflects LeoTech's experience delivering a secure, cloud-based platform for correctional use. Verus is designed to support authorized user access, secure handling of communications data, and scalable processing in active production environments. The platform supports indexed and searchable communications records, controlled administrative access, and operational workflows that help users retrieve, review, and act upon communications intelligence efficiently. These capabilities align with the needs of correctional agencies seeking secure access, reliable search capability, and sustained operational support within a cloud-hosted environment. These

capabilities are directly relevant to ODRC's requirements for secure cloud-based access, searchable records, controlled user permissions, and operational support in a live correctional environment.

From an operational support perspective, the Alabama deployment is consistent with LeoTech's broader delivery model for correctional agencies, which includes implementation coordination, onboarding, training, and ongoing support needed to move agencies into sustained production use. LeoTech's operating model emphasizes low-friction deployment, continuity of operations, and support for investigators and agency stakeholders throughout the platform lifecycle. This experience demonstrates LeoTech's ability to support not only the technical requirements of communications monitoring, but also the operational requirements associated with rollout, user adoption, and continued use in a correctional environment, while sustaining consistent performance and investigative support in an active production environment.

# Tab 4: Offeror References

## 4. Offeror References

**ATTACHMENT SIX**
**OFFEROR REFERENCES**

Provide professional references who have received services from the Offeror, if applicable.

| | | |
|---|---|---|
| Company Name:<br>Florida Department of Corrections | Contact Name:<br>Ricky Dixon, Secretary | |
| Address:<br>501 South Calhoun Street<br>Tallahassee, Florida 32399 | Phone Number: 850.567.7060 (cell)<br><br>E-Mail Address: ricky.dixon@fdc.myflorida.com | |
| Project Name:<br>Florida Department of Corrections (FDC) | Beginning Date of Project:<br>10/2022 | Ending Date of Project:<br>Present |

Description of project size, complexity and the Offeror's role in this project.

LeoTech supports the Florida Department of Corrections through deployment of the Verus platform across a large, statewide correctional environment, enabling authorized inmate communications monitoring, transcription, and investigative analysis at scale. This deployment operates within a ViaPath Technologies environment, demonstrating LeoTech's proven ability to integrate directly with ODRC's current inmate communication system provider, consistent with Requirement 1 of the Statement of Work. Verus ingests communications data through secure API integration, enabling near real-time transcription, multilingual analysis, and indexed search across high volumes of inmate communications. Continuous monitoring operates 24 hours per day, identifying communications associated with threats of violence, contraband trafficking, escape planning, criminal coordination, and other high-risk activity relevant to correctional operations.

Within the Florida DOC environment, Verus supports the full scope of functional requirements outlined in the Statement of Work, including targeted monitoring through configurable "hot lists," ingestion of both live and historical communications data, semantic and pattern-based analysis across multiple languages, and advanced search capabilities incorporating keywords, slang, phonetic matching, and behavioral patterns. The platform provides AI-generated summaries, link analysis capabilities, and configurable alerting delivered through multiple channels, enabling investigators to rapidly identify and act on high-risk communications. Verus is accessible across iOS, Windows, and Android devices and modern browsers, supporting secure, flexible access for authorized users statewide.

The deployment also demonstrates LeoTech's ability to meet performance and quality requirements, including transcription accuracy standards, speaker differentiation, time-stamped transcription alignment, and continuous system learning to incorporate evolving terminology and investigative indicators. Verus supports reporting workflows, intelligence generation, and investigative coordination across facilities, enabling Florida DOC personnel to move from manual review processes to proactive, intelligence-driven operations.

LeoTech's role includes platform implementation, ViaPath integration coordination, user onboarding and training, and ongoing operational and analytical support. Verus Specialists support monitoring, alert review, investigative analysis, and intelligence reporting, operating in alignment with agency priorities. This deployment demonstrates LeoTech's ability to deliver secure, scalable, and fully operational solutions that meet all core requirements of the Statement of Work in a live, statewide correctional environment, including direct compatibility with ViaPath Technologies and sustained operational performance at scale.

| Company Name: Texas Department of Criminal Justice | Contact Name: Bobby Lumpkin, Executive Director | |
|---|---|---|
| Address: PO Box 99, Huntsville, TX 77342 | Phone Number: 936.437.5732 (office)<br>E-Mail Address: exec.director@tdcj.texas.gov | |
| Project Name: Texas Department of Criminal Justice (TDCJ) | Beginning Date of Project: 01/2023 | Ending Date of Project: Present |

Description of project size, complexity and the Offeror's role in this project.

LeoTech supports the Texas Department of Criminal Justice through multiple contract actions for Verus software and supporting services in a large-scale correctional environment. LeoTech believes the TDCJ deployment is an ideal representation of the requirements outlined in this Statement of Work, as it demonstrates the successful delivery of those capabilities in a live, statewide correctional system at scale and over a sustained period of time. TDCJ initially engaged LeoTech through a proof of concept focused on operational correctional intelligence needs, including mental health risk indicators, contraband coordination, and facility safety, and following successful operational use, expanded the deployment to broader agency use, demonstrating LeoTech's ability to implement quickly, support user adoption, and sustain long-term operational performance. As of March 27, 2026, the TDCJ deployment has processed 1,219,939,315 minutes across 225,163,338 calls, supported 654 users, and generated 2,265 reports, demonstrating sustained, high-volume operational performance consistent with the scale and throughput requirements contemplated in this RFP.

Within the TDCJ environment, Verus delivers the core functional capabilities required by the SOW through active, in-production use, integrating with the agency's inmate communication system through secure API frameworks and enabling ingestion and analysis of both live and pre-existing communications data. Communications are processed in near real time, transcribed with speaker differentiation and time-stamped alignment, and analyzed using AI-driven models to identify risk indicators, patterns of behavior, and investigative relevance. TDCJ investigators utilize configurable monitoring aligned to operational priorities, including targeted lists for gangs, threat actors, and active investigations, and leverage advanced search capabilities including keywords, synonyms, slang, phonetic matching, wildcard searches, and behavioral pattern detection to rapidly identify relevant communications across large datasets, with these capabilities continuously enhanced through evolving lexicons and adaptive models.

Verus supports multilingual transcription and semantic analysis within the TDCJ deployment, including Spanish language processing, and provides the ability to expand to additional languages as required, while also enabling AI-generated summaries, prompt-based query workflows for insight extraction, and automated alerting based on user-defined criteria such as keywords, identifiers, and patterns of activity. Alerts are delivered in near real time through multiple channels to support timely investigative response. The platform provides link analysis capabilities that allow TDCJ investigators to identify relationships and communication patterns across individuals and networks, as well as the ability to create custom monitoring lists at the user, group, and agency level, and supports the ability to edit, export, and report on communications data for case development and evidentiary use.

In addition to technology, LeoTech provides dedicated analytical personnel who support TDCJ under agency direction, assisting with alert monitoring, investigative analysis, reporting, and user engagement while translating high-volume communications data into actionable intelligence aligned to agency priorities, and LeoTech provides 24/7 technical support to ensure continuous system availability. The TDCJ deployment further demonstrates LeoTech's ability to meet system access, security, and operational requirements in a secure correctional environment, with Verus delivered through a cloud-based architecture compatible with modern operating systems and browsers, enabling secure access across facilities and user roles, and incorporating role-based access controls, multi-factor authentication, encrypted storage and transmission, and resilient infrastructure designed for high availability and continuity of operations. LeoTech's support model includes project management, implementation coordination, training, and ongoing operational support to ensure successful deployment, user adoption, and

| |
|---|
| sustained performance. In addition to routine correctional intelligence operations, the TDCJ deployment demonstrated measurable performance in a time-sensitive public safety event, where data from TDCJ accounts was utilized in connection with the January 1, 2025 New Orleans terrorist attack investigation, resulting in 12 credible, actionable reports produced within hours and supporting coordination with federal investigative partners. Based on this deployment, LeoTech has demonstrated proven, in-production capability across the functional, technical, and operational requirements outlined in this RFP within a large-scale Department of Corrections environment. |

<table>
<tr><td>Company Name:<br>Georgia Department of Corrections</td><td colspan="2">Contact Name:<br>Tyrone Oliver, Commissioner</td></tr>
<tr><td>Address:<br>300 Patrol Road, Forsyth, GA 31029</td><td colspan="2">Phone Number: 678.720.7012 (cell)<br>E-Mail Address: tyrone.oliver@gdc.ga.gov</td></tr>
<tr><td>Project Name:<br>Georgia Department of Corrections (GDC)</td><td>Beginning Date of Project:<br>03/2020</td><td>Ending Date of Project:<br>Present</td></tr>
<tr><td colspan="3">Description of project size, complexity and the Offeror’s role in this project.<br><br>LeoTech supports the Georgia Department of Corrections in a statewide correctional environment where Verus advanced from an initial pilot deployment in a limited number of facilities to sustained operational use across the agency. LeoTech believes the Georgia deployment is a strong representation of the requirements outlined in this Statement of Work, as it demonstrates the delivery of those capabilities in a live correctional system at scale and over time. Following the success of the pilot, the Georgia Department of Corrections expanded deployment to 36 facilities, demonstrating confidence in the platform’s operational value and LeoTech’s ability to scale without disruption. Verus utilized facility-based site identification to immediately begin processing authorized inmate communications from newly added locations while maintaining a consistent user interface and workflow, demonstrating LeoTech’s ability to support phased rollout, rapid onboarding, and seamless expansion in a production environment.<br><br>As of March 27, 2026, the Georgia deployment has processed 531,195,802 minutes across 128,490,808 calls, supported 186 users, and generated 8,254 reports, reflecting sustained, high-volume operational performance consistent with the scale and throughput requirements contemplated in this RFP. Within the Georgia environment, Verus integrates with the agency’s inmate communication system through secure API frameworks and enables ingestion and analysis of both live and pre-existing communications data. Communications are processed in near real time, transcribed with speaker differentiation and time-stamped alignment, and analyzed using AI-driven models to identify risk indicators, patterns of behavior, and investigative relevance.<br><br>Georgia investigators utilize configurable monitoring aligned to operational priorities, including targeted lists for gangs, threat actors, and active investigations, and leverage advanced search capabilities including keywords, synonyms, slang, phonetic matching, wildcard searches, and behavioral pattern detection to rapidly identify relevant communications across large datasets. Verus supports multilingual transcription and semantic analysis, including Spanish language processing, and enables AI-generated summaries, prompt-based query workflows, and automated alerting based on user-defined criteria such as keywords, identifiers, and behavioral indicators. Alerts are delivered in near real time through multiple channels, supporting timely investigative response. The platform also provides link analysis capabilities, custom monitoring lists at the user, group, and agency level, and the ability to edit, export, and report on communications data to support intelligence development and evidentiary use. These capabilities directly align with the functional requirements outlined in the SOW and are actively utilized within the Georgia deployment to support identification of threats of violence, gang activity, contraband movement, criminal coordination, and other high-risk indicators relevant to correctional operations.</td></tr>
</table>

The Georgia deployment further demonstrates LeoTech's ability to meet system access, security, and operational requirements in a secure correctional environment. Verus is delivered through a secure, cloud-based architecture compatible with modern operating systems and browsers, enabling authorized access across facilities and user roles, and incorporating role-based permissions, multi-factor authentication, encrypted storage and transmission, and resilient infrastructure designed for high availability and continuity of operations. LeoTech's support model includes project management, implementation coordination, training, and ongoing operational support, enabling the agency to transition from pilot to sustained production use while maintaining performance and usability. Based on this deployment, LeoTech has demonstrated proven, in-production capability across the functional, technical, and operational requirements outlined in this RFP within a large-scale Department of Corrections environment.

# Tab 5: Staffing Plan

## 5. Staffing Plan

The following staffing plan is responsive to RFP Attachment Two, Section 5 and addresses each required element: identification of key personnel and assigned responsibilities, a role-to-task staffing matrix, a contingency plan, qualified replacement personnel procedures, and a statement regarding time commitment and availability during the contract term.

LeoTech employs a structured program management approach that aligns leadership, technical operations, investigative analysis, and user support under a unified chain of accountability. As depicted in Figure 1, the Program Manager serves as the central coordination point, with dedicated functional leads responsible for platform delivery, investigative operations, and training and support. Independent quality assurance and security functions provide oversight across all operational components to ensure performance, compliance, and continuity.

**Figure 1**



This structure ensures full coverage of all functional requirements outlined in Attachment One without gaps in responsibility, oversight, or operational support.

**Key Personnel and Assigned Responsibilities**
LeoTech proposes a dedicated, fully staffed operational delivery team to support the Ohio Department of Rehabilitation and Correction under this contract. This team is responsible for implementation, onboarding, training, platform operations, investigative support, and sustained contract performance in active correctional and law enforcement environments. Each team member brings a law enforcement or public safety background with significant investigative experience and has supported deployments of AI-driven communications monitoring solutions within correctional settings. Their experience includes working directly with investigators, intelligence units, and correctional leadership to operationalize communications data into actionable intelligence. This background uniquely qualifies LeoTech's personnel to support ODRC not only from a technical perspective but from an operational and investigative standpoint aligned with real-world correctional and law enforcement needs, including threat identification, contraband interdiction, and intelligence development. This staffing approach ensures full functional coverage of all contract requirements and provides ODRC with clearly defined roles, responsibilities, and accountability across all phases of performance.

**Joe Ferreira, Vice President of Operations**, serves as Program Manager and primary ODRC point of contact for all contractual, operational, and performance matters. Mr. Ferreira has led large-scale deployments of Verus within statewide Departments of Correction, including environments requiring near real-time monitoring, investigative alerting, and coordination across multiple facilities and stakeholders. His experience includes oversight of implementation, user adoption, and sustained operational performance in correctional environments, ensuring alignment with agency priorities, contract requirements, and investigative outcomes. He has successfully overseen deployments supporting hundreds of users and processing hundreds of millions of communications, demonstrating the ability to manage large-scale, high-throughput correctional environments.

**Ron Mentore, Director of Operations and Project Manager**, is responsible for day-to-day operational oversight of deployment and sustained use of the platform within the ODRC environment. Mr. Mentore has direct experience supporting correctional agencies in integrating AI-driven communications monitoring into investigative workflows, including alignment with intelligence units, training of operational personnel, and ongoing optimization of system use. His background enables him to effectively translate technical capabilities into operational outcomes and ensure seamless coordination between ODRC stakeholders and LeoTech personnel.

**Morgan Chappell serves as Program Coordinator** and is responsible for day-to-day coordination with ODRC, field-level team management, operational reporting, team performance oversight, and support of implementation and customer success activities. Ms. Chappell has experience supporting multi-agency deployments and coordinating across investigative and operational stakeholders, ensuring consistent communication, performance tracking, and alignment with agency-defined priorities throughout the lifecycle of the deployment.

**John Q. Jefferson serves as Training Manager** and is responsible for all administrator and user training, development and delivery of training materials in agency-approved formats, updates to training materials as system changes are implemented, and identification of modified or added training content in updated materials. Mr. Jefferson has trained correctional and law enforcement personnel on AI-driven communications analysis platforms, ensuring users can effectively apply tools such as search, alerting,

and investigative workflows in real-world scenarios. His approach emphasizes practical application, enabling investigators to rapidly adopt the system and translate training into operational impact.

LeoTech's training and enablement model is purpose-built for offender communications monitoring, investigative analysis, and operational use in correctional and law enforcement environments. Training is led by a dedicated Training Manager and supported by Verus Specialists who use the platform in live operational settings and can translate platform capabilities into practical user workflows. This staffing model allows LeoTech to provide role-based instruction, scenario-based exercises, administrator enablement, refresher training, and training updates through personnel whose work is directly aligned to the platform and mission requirements of this engagement.

**Vincent Lichok, Amanda Negrete, Harold Pierce Jr., Michael Spear, and Trinee Washington** are LeoTech Verus Specialists assigned to support ODRC as dedicated analytical resources throughout the contract term. These individuals are assigned full-time to the ODRC engagement, ensuring consistent, embedded analytical support aligned with agency priorities and operational needs.

Each specialist brings a law enforcement or public safety background with significant investigative experience and has supported the use of AI-driven communications analysis platforms within correctional and law enforcement environments. Their experience includes working directly with investigators, intelligence units, and task forces to identify threats, develop investigative leads, and support real-world casework. This background uniquely qualifies them to operate within ODRC's investigative framework and contribute immediately to operational outcomes.

Work priorities, assignments, and analytical focus areas for these specialists will be coordinated through LeoTech's Program Manager and Project Manager in collaboration with ODRC leadership and investigative personnel. Under that coordinated model, the specialists support alert monitoring, investigative development, reporting, training, and user engagement, translating high-volume communications data into actionable intelligence aligned with agency priorities. Their work includes identification and escalation of communications related to correctional intelligence, gang activity, contraband interdiction, organized crime, human trafficking, narcotics, mental health indicators, and other mission-critical areas. They leverage platform capabilities such as semantic search, link analysis, pattern detection, and AI-assisted workflows to support timely and informed investigative decisions.

LeoTech's staffing model ensures that these dedicated resources function as an extension of ODRC's investigative and intelligence operations, while being supported by LeoTech's broader operational team to provide continuity, surge support, and sustained performance throughout the contract term.

Together, these personnel provide ODRC with program management, implementation support, best-in-class training and user enablement, platform operations, investigative support, and continuity of service throughout the contract term.

| Personnel | Title / Role | Time on Project | Primary Responsibilities |
|---|---|---|---|
| **Joe Ferreira** | VP Operations / Program Manager | 100% dedicated | Program Manager and primary ODRC point of contact for all contractual, operational, and performance matters. Responsible for contract compliance, milestone tracking, agency liaison, escalation management, and overall delivery of the Verus platform and related services. Serves as the State's Agency Project Representative counterpart per RFP Attachment Three. |
| **Ron Mentore** | Director of Operations / Project Manager | 100% dedicated | Director of day-to-day operational activities; operational integration and agency workflow alignment; onboarding coordination between ODRC stakeholders and LeoTech technical staff; investigative unit coordination; adoption tracking; escalation point between field team and Program Manager Joe Ferreira. |
| **Morgan Chappell** | Program Coordinator | 100% dedicated | Day-to-day operational coordination with ODRC; on-site coordination; operational checkpoint reporting; intelligence operations oversight; team deployment and performance management. Serves as Program Coordinator per RFP requirement. |
| **John Q. Jefferson** | Training Manager | 100% dedicated | All ODRC administrator and user training; development and delivery of training materials in agency-approved format; training material updates as system updates are implemented; identification of modified and added content in updated materials. |
| **Vincent Lichok** | Verus Specialist | 100% dedicated | Platform operations; investigative analysis support; real-time alert monitoring; intelligence reporting; 24/7 help desk coordination; user support. |
| **Amanda Negrete** | Verus Specialist | 100% dedicated | Platform operations; specialized analysis involving mental health crisis detection, human trafficking indicators, and vulnerable population communications; intelligence reporting; user support. |
| **Harold Pierce Jr.** | Verus Specialist | 100% dedicated | Platform operations; counterterrorism and organized crime intelligence analysis; pattern-of-life analysis; network analysis; federal case support; intelligence reporting. |
| **Michael Spear** | Verus Specialist | 100% dedicated | Platform operations; investigative analysis; narcotics and gang network analysis; human trafficking indicators; facility security investigations; intelligence reporting. |
| **Trinee Washington** | Verus Specialist | 100% dedicated | Platform operations; background investigation support; surveillance analysis; evidence documentation; intelligence reporting; administrative investigation support. |

## Role-to-RFP Requirement Matrix

LeoTech's LeoTech's staffing model is intentionally structured to provide complete and continuous coverage of the functional requirements outlined in Attachment One, aligning directly with the operational, technical, and investigative needs described throughout the Statement of Work. Each role is

mapped to specific areas of responsibility to ensure that all requirements, including system integration, communications ingestion, AI-driven analysis, alerting, investigative workflows, training, reporting, and ongoing support, are fully addressed through clearly defined ownership and accountability.

Joe Ferreira, as Program Manager, holds overall responsibility for contract performance, delivery oversight, agency coordination, and escalation management, ensuring alignment with all contractual and operational requirements–including oversight of system integration and technical performance. Ron Mentore and Morgan Chappell provide day-to-day operational leadership and coordination, supporting implementation, user onboarding, workflow integration, and sustained platform use within the ODRC environment. John Q. Jefferson is responsible for administrator and end-user training, development and maintenance of training materials, and ongoing training updates to ensure users can effectively apply platform capabilities in support of investigative and operational objectives.

The Verus Specialists provide full-time, embedded analytical support aligned to ODRC priorities, directly supporting requirements related to monitoring, alerting, investigative analysis, reporting, and user engagement. Under work priorities coordinated through LeoTech's Program Manager and Project Manager in collaboration with ODRC personnel, they execute investigative workflows, review and escalate communications of interest, and translate high-volume data into actionable intelligence across mission areas such as correctional intelligence, gang activity, contraband interdiction, and other security concerns. Their role helps ensure that the platform's analytical capabilities are actively operationalized in support of agency outcomes.

LeoTech's technical integration capabilities support requirements related to system compatibility, data integration, and secure communications ingestion. These capabilities enable coordination with the existing inmate communications environment, including ViaPath integration, technical readiness, and data connection validation, ensuring compliance with system interface requirements while supporting reliable and scalable data flow into the platform. These functions are executed in coordination with the operational team to ensure alignment with system performance and operational requirements.

This staffing structure ensures that each functional requirement identified in the Scope of Work is directly supported by designated personnel with relevant expertise and defined responsibilities. It provides ODRC with full coverage across implementation, technical integration, user onboarding, training, investigative support, reporting, and ongoing operations, ensuring no gaps in accountability and enabling consistent, high-quality performance throughout the contract term.

| RFP Requirement (Attachment One) | Responsible Personnel |
|---|---|
| **Platform compatibility with ViaPath Technologies (§1)** | Ron Mentore (Director of Operations) leading coordination of platform integration and operational alignment with the inmate communication system provider; Morgan Chappell overseeing deployment readiness; Joe Ferreira providing overall delivery oversight and escalation management. |
| **Hot list management and targeted analytics (§2)** | All Verus Specialists under direction of Morgan Chappell; John Jefferson responsible for training ODRC staff on hot list configuration. |
| **AI analysis, near real-time flagging (§4)** | All Verus Specialists; Harold Pierce Jr. and Michael Spear leading investigative analysis workflows. |
| **Transcription, voice differentiation, timestamping (§8)** | Verus platform capability; John Jefferson responsible for training ODRC personnel transcription review, voice differentiation, timestamp interpretation, and operational usage; supported by Verus platform functionality. |

| RFP Requirement (Attachment One) | Responsible Personnel |
|---|---|
| **Keyword, semantic, slang, pattern search (§9–10)** | All Verus Specialists; Morgan Chappell overseeing development and maintenance of ODRC-specific keyword libraries and search workflows. |
| **AI-generated summaries, export, prompt-based querying (§11–13)** | All Verus Specialists; John Jefferson training ODRC staff on Ask Verus AI, Semantic AI, and Agentic AI modules, which includes AI-assisted summaries, prompt-based querying, semantic search, and related user workflows. |
| **Real-time reporting and investigative notifications (§14)** | All Verus Specialists; Ron Mentore (Director of Operations) directing report routing and investigative notification workflows with ODRC operational units. |
| **Link analysis (§15)** | Harold Pierce Jr. (primary); all Verus Specialists trained in Verus network mapping capabilities. |
| **Custom lists, alert scheduling (§16–18)** | All Verus Specialists; John Jefferson training ODRC administrators on alert configuration. |
| **24/7 technical support (§20)** | LeoTech Help Desk (HQ) 24/7; on-call Verus Specialists on a rotational basis; Ron Mentore (Director of Operations) directing support protocol coordination with ODRC. On-site response within 48 hours for routine needs; expedited response for exigent matters. |
| **Analytical staff support (§21)** | All Verus Specialists embedded on-site during days 1–30 and embedded and remote during days 31–90 to support intelligence and investigative efforts of ODRC and law enforcement partners. |
| **Training — Administrator and User (Training §1–4)** | John Q. Jefferson (Training Manager) — primary, all Verus Specialists supporting administrator and user training, scenario-based exercises, and operational adoption. |
| **Implementation and Transition Plan (Impl. §1–2)** | Joe Ferreira (Program Manager, primary ODRC point of contact); Ron Mentore (Director of Operations – operational execution); Morgan Chappell (Program Coordinator – day-to-day implementation coordination). |

## Time Commitment Statement

LeoTech's staffing model is designed to provide consistent, high-quality support aligned to the operational needs of the Ohio Department of Rehabilitation and Correction throughout the contract term. All personnel assigned to this engagement will maintain sufficient availability to fulfill their responsibilities without conflict or degradation of performance. All personnel assigned to this contract are dedicated at the levels indicated and will not be assigned to competing efforts that would impact performance.

Vincent Lichok, Amanda Negrete, Harold Pierce Jr., Michael Spear, and Trinee Washington will serve as full-time Verus Specialists assigned to support ODRC for the duration of the contract term. These individuals will provide continuous analytical and operational support aligned with agency needs. All key personnel identified in this proposal are committed to the ODRC engagement for the duration of the contract term, consistent with their assigned responsibilities. No personnel identified in this proposal will be assigned to other LeoTech client work in a manner that would impair their availability or performance on the ODRC contract.

Joe Ferreira, Ron Mentore, Morgan Chappell, and John Q. Jefferson will be fully dedicated during the implementation, onboarding, and training phases of the project to ensure successful deployment, user adoption, and operational readiness. Following implementation, these personnel will remain actively engaged in an ongoing support capacity, providing program oversight, operational coordination, training

updates, and escalation support to ensure sustained performance and responsiveness throughout the contract term.

Joe Ferreira, as Program Manager, will serve as the primary point of contact and single point of accountability for ODRC throughout the contract term, ensuring continuity, coordination, and alignment with agency priorities. The broader LeoTech team will provide additional depth and continuity support as needed to maintain uninterrupted service and performance.

The following time commitment chart reflects the level of commitment for each proposed team member across implementation and ongoing operations.

| Personnel | Title / Role | ODRC Commitment | Other Non-Related Work |
|---|---|---|---|
| **Joe Ferreira** | VP Operations / Program Manager | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **Ron Mentore** | Director of Operations / Project Manager | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **Morgan Chappell** | Program Coordinator | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **John Q. Jefferson** | Training Manager | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **Vincent Lichok** | Verus Specialist | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **Amanda Negrete** | Verus Specialist | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **Harold Pierce Jr.** | Verus Specialist | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **Michael Spear** | Verus Specialist | 100% dedicated | No non-related assignment that impairs availability to ODRC |
| **Trinee Washington** | Verus Specialist | 100% dedicated | No non-related assignment that impairs availability to ODRC |

## Contingency Plan and Replacement Personnel

LeoTech's contingency and replacement staffing approach is designed to meet the requirements outlined in RFP Attachment Two, Section 5 regarding contingency planning and qualified replacement personnel. LeoTech maintains a bench of trained and certified Verus Specialists, trainers, and customer support personnel drawn from its existing national deployment operations, ensuring continuity of service and uninterrupted performance throughout the contract term.

In the event that any assigned personnel becomes unavailable, LeoTech will provide qualified replacement personnel in accordance with contract requirements. For each non-executive position, LeoTech will present at least two qualified replacement candidates within five business days of confirmed unavailability. All replacement personnel will possess equivalent or greater law enforcement, corrections, intelligence, training, or operational experience than the individual being replaced and will have successfully completed LeoTech's internal Verus platform certification prior to assignment. LeoTech will not deploy untrained or unqualified personnel into the ODRC environment.

LeoTech's personnel pipeline includes experienced specialists and operational staff drawn from active correctional and law enforcement deployments, supported by dedicated bench strength and surge capacity that enable rapid staffing without disruption or training gaps. This ensures that replacement personnel are not only trained on the Verus platform, but also experienced in applying it within real-world investigative and correctional operations. In the event of temporary leadership unavailability, Ron Mentore is positioned to assume interim operational coordination responsibilities, ensuring continuity of day-to-day operations, while standardized training programs and materials maintained by John Q. Jefferson ensure uninterrupted onboarding and user training support.

LeoTech will not substitute personnel at contract start-up from those evaluated by the State except as permitted under the terms of the contract. This staffing model ensures full compliance with RFP requirements while maintaining continuity, minimizing disruption, and ensuring that ODRC receives consistent, high-quality operational and investigative support throughout the contract term.

**On-Site Presence and Quick Response Commitment**

LeoTech's on-site presence and response model is designed to meet the requirements outlined in RFP Attachment Two, Section 5 regarding on-site availability and timely response. LeoTech commits to providing qualified, experienced personnel to support ODRC throughout the contract term, with the ability to deliver both planned on-site engagement and rapid response support aligned to agency needs.

LeoTech personnel assigned to this engagement have extensive experience supporting correctional and law enforcement agencies in operational environments and are prepared to provide on-site support for implementation, onboarding, training, operational coordination, executive reviews, and issue resolution. LeoTech will provide on-site support as required by ODRC and will coordinate closely with agency leadership to ensure presence is aligned to project milestones, operational priorities, and investigative needs.

For routine or administrative requests requiring on-site support, LeoTech commits to mobilizing qualified personnel within 48 hours of request. For urgent or exigent situations, including active investigations, facility security incidents, or critical system issues, LeoTech will respond with on-site or remote support as rapidly as operationally possible, ensuring immediate engagement and resolution support consistent with the urgency of the situation.

LeoTech maintains a trained operational bench and national deployment footprint that enables rapid response and continuity of service without reliance on untrained personnel. All personnel deployed for on-site support will be qualified, experienced, and familiar with correctional and investigative operations. This approach ensures that ODRC receives timely, reliable, and mission-ready support throughout the contract term, consistent with RFP requirements and operational expectations.

# Tab 6: Personnel Profile Summary

# 6. Personnel Profile Summary

Copies of pertinent licenses and/or certificates supporting Attachment Seven B for the proposed personnel are included in Exhibit A – Licenses-Certificates.

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Joe Ferreira

Candidate's Proposed Position: Vice President, Operations – Program Manager

Provide professional references who have received services from the candidate, if applicable.

<table>
<tr><td>Client Company Name:<br>Harris County Sheriff's Office, TX</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Anthony Bush, Crime Analysis and Intel. Division</td></tr>
<tr><td>Address:<br>1200 Baker Street, Houston, TX 77002</td><td colspan="2">Phone Number: 832.927.1050 (office)<br>E-Mail: anthony.bush@sheriff.hctx.net</td></tr>
<tr><td>Project Name:<br>Harris County Sheriff's Office (TX-HCSO)</td><td>Beginning Date of<br>Project: 07/2020</td><td>Ending Date of<br>Project: Present</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>Joe Ferreira, Vice President of Operations, oversees LeoTech's deployment of the Verus platform within Harris County, Texas, one of the largest county jail systems in the United States, with a population exceeding 9,000 inmates and a significant presence of gang-affiliated and organized crime actors. This environment requires continuous monitoring of high volumes of inmate communications and the ability to identify threats impacting institutional safety and investigative operations.<br><br>Within this environment, Verus processes communications in near real time, supporting transcription, multilingual translation, and indexed search for rapid investigative retrieval. Continuous monitoring operates 24 hours per day, automatically identifying communications related to violence, escape planning, contraband trafficking, criminal coordination, and staff-related risks. Investigators utilize semantic analysis, AI-assisted search, and pattern recognition to identify contextual meaning and actionable intelligence that would not be detectable through manual review alone.<br><br>Mr. Ferreira is responsible for operational oversight, including personnel management, system performance, and coordination with agency leadership. He ensures the platform supports investigative workflows, maintains reliability at scale, and aligns with agency priorities in a high-demand correctional environment. His experience leading deployments of this size and complexity is directly relevant to the operational requirements of ODRC.</td></tr>
<tr><td>Client Company Name:<br>Fulton County Sheriff's Office, GA</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Major O. Hinton, Criminal Investigations Division</td></tr>
<tr><td>Address:<br>185 Central Avenue SW, Atlanta, GA 30303</td><td colspan="2">Phone Number: 404.613.2262 (office)<br>E-Mail: ohinton@fultoncountyga.gov</td></tr>
<tr><td>Project Name:<br>Fulton County Sheriff's Office (GA-FCSO)</td><td>Beginning Date of<br>Project: 12/2021</td><td>Ending Date of<br>Project: 07/2024</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>Joe Ferreira, Vice President of Operations, led LeoTech's deployment of the Verus platform within the Fulton County Sheriff's Office correctional system, a large urban environment characterized by a high volume of inmate communications and significant gang and organized crime activity. The operational demands of this environment require continuous monitoring, rapid identification of threats, and support for active investigative workloads across multiple facilities.<br><br>Verus is used to process communications in near real time, supporting transcription, translation, and indexed search for investigative use. Continuous monitoring operates around the clock, automatically identifying communications associated with violence, contraband activity, escape planning, and criminal coordination. Investigators leverage AI-assisted search, semantic analysis, and pattern-based analytics to identify trends and generate actionable intelligence in support of institutional safety and law enforcement operations.<br><br>Mr. Ferreira oversaw daily operations, ensuring effective coordination of personnel, system performance, and alignment with agency objectives. His role includes managing operational execution in a dynamic correctional environment, supporting investigative workflows, and maintaining system reliability under continuous demand. This experience reflects his ability to support complex correctional deployments consistent with the needs of ODRC.</td></tr>
</table>

| Client Company Name:<br>Hillsborough County Sheriff's Office, FL | Client's Project Supervisor Contact Name:<br>Major Michael Kuettner, Criminal Investigations | |
|---|---|---|
| Address:<br>2008 E. 8th Avenue, Tampa, FL 33605 | Phone Number: 813.247.8650 (office)<br>E-Mail: mkuettner@teamhcso.com | |
| Project Name:<br>Hillsborough County Sheriff's Office (FL-HCSO) | Beginning Date of Project: 07/2023 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

Joe Ferreira, Vice President of Operations, directs LeoTech's deployment of the Verus platform within Hillsborough County, Florida, a large correctional system operating under the Hillsborough County Sheriff's Office. This environment includes a diverse inmate population with active gang presence, organized criminal activity, and ongoing investigative demands, requiring continuous visibility into inmate communications and the ability to identify threats that impact both institutional safety and broader law enforcement operations.

In this setting, Verus processes inmate communications continuously and at scale, enabling transcription, multilingual analysis, and indexed search for rapid investigative retrieval. The system operates in near real time, automatically surfacing communications related to violence, contraband movement, coordinated criminal activity, escape-related concerns, and staff-related risks. Investigators utilize AI-driven tools, including semantic search, configurable lexicons, and pattern-based analytics, to identify connections, uncover contextual meaning, and detect emerging trends that support proactive investigative action.

Mr. Ferreira is responsible for overseeing operational performance, coordinating personnel and resources, and ensuring the system supports both investigative workflows and institutional objectives. His role includes maintaining system reliability in a high-demand environment, managing operational execution, and aligning platform use with agency priorities. This experience reflects his ability to lead complex correctional deployments requiring continuous monitoring, responsiveness to evolving threats, and sustained operational performance consistent with the needs of ODRC.

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Joe Ferreira

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College<br>California Coast University | In progress | Bachelor of Science, Criminal Justice |
| Technical School | | |
| Licenses | | |
| Certifications<br>State of California—Peace Officer Standards and Training | 03/1996–05/2007 | Basic, Intermediate, and Advanced Certifications |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Joe Ferreira

Candidate's Proposed Position: Vice President, Operations – Program Manager

| | | |
|---|---|---|
| Client Company Name:<br>LEO Technologies, LLC | Client's Project Supervisor Contact Name:<br>James Sexton, Chief Operating Officer | |
| Address:<br>1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746 | Phone Number: 888.233.8008<br><br>E-Mail: james.sexton@leotechnologies.com | |
| Project Name:<br>Verus AI Analytics Platform Deployment and Intelligence Operations | Beginning Date of Project: 01/2019 | Ending Date of Project: Present |
| Description of the related services provided:<br>Led deployment and operations of an AI-driven analytics platform (Verus) across 243 locations and 86 law enforcement agencies. Delivered real-time intelligence capabilities supporting over 12,500 public safety professionals and monitoring 250,000+ incarcerated individuals. Directed large-scale analysis of recorded communications, resulting in 31,000+ investigative actions. Ensured compliance with legal, privacy, and evidentiary standards while supporting investigations including drug trafficking, homicide, organized crime, and human trafficking. | | |

| | | |
|---|---|---|
| Client Company Name:<br>City of Fontana Police Department | Client's Project Supervisor Contact Name:<br>William Green, Chief of Police (retired) | |
| Address:<br>17005 Upland Avenue, Fontana, CA 92335 | Phone Number: 909.772.1054<br><br>E-Mail: William.green@Jensenhughes.com | |
| Project Name:<br>Criminal Investigations and Patrol Operations Support | Beginning Date of Project: 2008 | Ending Date of Project: 2019 |
| Description of the related services provided:<br>Police Detective responsible for leading homicide, robbery, gang, and organized crime investigations, contributing to 400+ criminal convictions. Conducted interviews, interrogations, and intelligence analysis; managed crime scenes and evidence integrity; and supervised personnel and investigative operations. Police Officer responsible for conducting patrol operations, undercover assignments, and investigations, while providing training in firearms and defensive tactics. | | |

| | | |
|---|---|---|
| Client Company Name:<br>City of Los Angeles Police Department | Client's Project Supervisor Contact Name:<br>Tonny Whisen, Senior Detective | |
| Address:<br>100 W. 1st Street, Los Angeles, CA 90012 | Phone Number: 909.706.0705<br><br>E-Mail: Whisentonny@gmail.com | |
| Project Name:<br>Law Enforcement Operations and Criminal Investigations Support | Beginning Date of Project: 1994 | Ending Date of Project: 2007 |
| Description of the related services provided:<br>Performed law enforcement operations including patrol, investigations, and specialized assignments within the Los Angeles Police Department. Supported gang and narcotics enforcement efforts, conducted investigative activities, and responded to high-risk incidents while ensuring compliance with legal and departmental standards. Served in specialized roles including hostage negotiator and field training officer, providing mentorship, training, and operational support to personnel while contributing to public safety and crime prevention initiatives. | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Ron Mentore

Candidate's Proposed Position: Director of Operations / Project Manager

Provide professional references who have received services from the candidate, if applicable.

<table>
<tr><td>Client Company Name:<br>Cuyahoga County Sheriff's Office, OH</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Brian Williams, Sergeant</td></tr>
<tr><td>Address:<br>1215 W. 3rd Street, Cleveland, Ohio 44113</td><td colspan="2">Phone Number: 216.348.4138 (office)<br>E-Mail: bkwilliams@cuyahogacounty.gov</td></tr>
<tr><td>Project Name:<br>Cuyahoga County Sheriff's Office (OH-CCSO)</td><td>Beginning Date of Project: 03/2025</td><td>Ending Date of Project: Present</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>LeoTech deploys the Verus system across Cuyahoga's county-operated jail facilities under a contract with the Cuyahoga County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.<br><br>Ron Mentore, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Mentore works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.</td></tr>
<tr><td>Client Company Name:<br>Fulton County Sheriff's Office, GA</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Major O. Hinton, Criminal Investigations Division</td></tr>
<tr><td>Address:<br>185 Central Avenue SW, Atlanta, GA 30303</td><td colspan="2">Phone Number: 404.613.2262 (office)<br>E-Mail: ohinton@fultoncountyga.gov</td></tr>
<tr><td>Project Name:<br>Fulton County Sheriff's Office (GA-FCSO)</td><td>Beginning Date of Project: 12/2021</td><td>Ending Date of Project: 07/2024</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>LeoTech deploys the Verus system across Fulton's county-operated jail facilities under a contract with the Fulton County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.<br><br>Ron Mentore, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Mentore works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.</td></tr>
</table>

| Client Company Name:<br>Hillsborough County Sheriff's Office, FL | Client's Project Supervisor Contact Name:<br>Major Michael Kuettner, Criminal Investigations | |
|---|---|---|
| Address:<br>2008 E. 8th Avenue, Tampa, FL 33605 | Phone Number: 813.247.8650 (office)<br>E-Mail: mkuettner@teamhcso.com | |
| Project Name:<br>Hillsborough County Sheriff's Office (FL-HCSO) | Beginning Date of Project: 07/2023 | Ending Date of Project: Present |

**Description of the project size, complexity, and the candidate's role in this project.**

LeoTech deploys the Verus system across Hillsborough's county-operated jail facilities under a contract with the Hillsborough County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Ron Mentore, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Mentore works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.

## ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING

Candidate's Name: Ron Mentore

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College<br>John Jay College of Criminal Justice | In progress | Bachelor of Science, Criminal Justice |
| Technical School | | |
| Licenses | | |
| Certifications<br>New York Police Department<br>New York/New Jersey HIDTA<br>New York Police Department | 12/2003<br>11/2010<br>2/2010<br>1/2011 | Basic Police Academy<br>Gang/RICO Homicide Prosecution Techniques<br>Criminal Investigation Course<br>Homicide Investigators Course |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: Ron Mentore

Candidate's Proposed Position: Director of Operations / Project Manager

| | | |
|---|---|---|
| Client Company Name: LEO Technologies, LLC | Client's Project Supervisor Contact Name: Joe Ferreira, Vice President of Operations | |
| Address: 1515 S. Capital of Texas Hwy., Suite 220, Austin, TX 78746 | Phone Number: 888.233.8008<br>E-Mail: Joe.Ferreira@leotechnologies.com | |
| Project Name: Implementation Manager | Beginning Date of Project: 01/2019 | Ending Date of Project: 10/2025 |
| Description of the related services provided: The Implementation Manager is responsible for overseeing day-to-day implementation activities associated with deployment of the Verus platform in a correctional or law enforcement environment. This role includes coordinating technical and operational readiness, supporting system configuration and validation, aligning workflows with agency priorities, managing implementation timelines, and serving as a point of coordination between agency stakeholders and LeoTech personnel. The Implementation Manager helps ensure that onboarding, training, issue resolution, and operational startup activities are completed efficiently and with minimal disruption to agency workflows. This role supports a structured transition from implementation through go-live and into sustained operational use. | | |
| Client Company Name: New York City Police Department | Client's Project Supervisor Contact Name: Christopher McIntosh, Assistant Chief | |
| Address: 1 Police Plaza, New York, NY 10038 | Phone Number: 718.963.5308<br>E-Mail: christopher.mcintosh@nypd.org | |
| Project Name: Investigative Operations & Patrol Services | Beginning Date of Project: 07/2003 | Ending Date of Project: 10/2023 |
| Description of the related services provided: Provided law enforcement services to the New York Police Department focused on frontline policing, supervisory leadership, and investigative oversight. As a Police Sergeant, he supervised personnel, coordinated field operations, and managed major investigations, ensuring compliance with departmental policies and evidentiary standards. His responsibilities included reviewing case files, directing response to incidents, mentoring officers, and supporting crime reduction efforts through proactive policing and strategic deployment, while maintaining accountability and operational effectiveness across assigned units. | | |
| Client Company Name: JetBlue Airways | Client's Project Supervisor Contact Name: Dean Malones | |
| Address: 27-01 Queens Plaza North, Long Island City, NY, 11101 | Phone Number: 718.286.7900<br>E-Mail: dean.malones@jetblue.com | |
| Project Name: Inflight Safety & Operations | Beginning Date of Project: 05/2000 | Ending Date of Project: 06/2003 |
| Description of the related services provided: Responsible for ensuring passenger safety and delivering high-quality customer service in fast-paced aviation environments. He managed inflight emergencies and medical situations, enforced safety and compliance procedures, and coordinated closely with pilots, crew, and security personnel to maintain secure and efficient flight operations. | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Morgan Chappell

Candidate's Proposed Position: Program Coordinator

Provide professional references who have received services from the candidate, if applicable.

| Client Company Name: Washoe County CSO | Client's Project Supervisor Contact Name: Joshua Jenkins, Lieutenant, NNRIC Director | |
|---|---|---|
| Address: 911 Parr Boulevard, Reno, Nevada 89512 | Phone Number: 775.321.4948 (office)<br>E-Mail: jjenkins@washoecounty.gov | |
| Project Name: Washoe County CSO | Beginning Date of Project: 10/2025 | Ending Date of Project: Present |

**Description of the project size, complexity, and the candidate's role in this project.**

LeoTech deploys the Verus system across Washoe's county-operated jail facilities under a contract with the Washoe County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Morgan Chappell, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Chappell works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.

| Company Name: Nevada Department of Corrections | Contact Name: Bryan Shields, Inspector General | |
|---|---|---|
| Address: 3955 W. Russell Rd., Las Vegas, NV 89118 | Phone Number: 725.216.6024 (office)<br>E-Mail Address: bshields@doc.nv.gov | |
| Project Name: Nevada Department of Corrections | Beginning Date of Project: 11/2023 | Ending Date of Project: Present |

**Description of project size, complexity and the Offeror's role in this project.**

LeoTech supports the Nevada Department of Corrections in an active correctional environment where authorized inmate communications are monitored and analyzed to support institutional safety and investigative operations. The deployment processes tens of millions of minutes of communications data and supports active investigative use by correctional personnel in a live production environment. The project is complex because it requires the platform to support secure communications review, actionable intelligence development, and operational responsiveness in areas such as contraband interdiction, gang intelligence, and correctional security. The environment requires continuous monitoring, rapid identification of high-risk communications, and the ability to support investigative workflows in an active custodial setting. LeoTech's role is to provide and support the Verus platform for communications monitoring, AI-driven analysis, investigative search and review, and ongoing operational support. LeoTech also provides dedicated customer support resources for this account, including an account manager and three Verus Specialists assigned to support platform use, investigative review, and ongoing operational coordination. This reference is comparable to Ohio because both environments emphasize institutional security, contraband detection, gang-related intelligence, inmate safety, and investigative support derived from offender communications.

Morgan Chappell, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Chappell works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.

<table>
<tr><td>Client Company Name:<br>Kansas DOC</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Tyler Clark, Warden</td></tr>
<tr><td>Address:<br>714 SW Jackson, Suite 3000, Topeka, KS 66603</td><td colspan="2">Phone Number: 620.218.8928<br>Email: tyler.clark@ks.gov</td></tr>
<tr><td>Project Name:<br>Kansas DOC</td><td>Beginning Date of Project: 07/2025</td><td>Ending Date of Project: 04/2026</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>LeoTech supports the Kansas Department of Corrections in an active correctional environment where authorized inmate communications are monitored and analyzed to support institutional safety and investigative operations. The deployment processes tens of millions of minutes of communications data and supports active investigative use by correctional personnel in a live production environment. The project is complex because it requires the platform to support secure communications review, actionable intelligence development, and operational responsiveness in areas such as contraband interdiction, gang intelligence, and correctional security. The environment requires continuous monitoring, rapid identification of high-risk communications, and the ability to support investigative workflows in an active custodial setting. LeoTech's role is to provide and support the Verus platform for communications monitoring, AI-driven analysis, investigative search and review, and ongoing operational support. LeoTech also provides dedicated customer support resources for this account, including an account manager and three Verus Specialists assigned to support platform use, investigative review, and ongoing operational coordination. This reference is comparable to Ohio because both environments emphasize institutional security, contraband detection, gang-related intelligence, inmate safety, and investigative support derived from offender communications.<br><br>Morgan Chappell, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Chappell works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.</td></tr>
</table>

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Morgan Chappell

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| **College**<br>Fort Hays State University<br>Thomas Edison University<br>Rio Hondo College | 05/2013<br>12/2008<br>12/2006 | Master's of Justice Studies<br>Bachelor's of Liberal Studies<br>Associate of Arts, Corrections |
| **Technical School** | | |
| **Licenses** | | |
| **Certifications**<br>State of California—California Peace Officers Standards and Training<br>Central Coast GIA<br>State of California—California Peace Officers Standards and Training<br>California District Attorney's Office | 12/2004–12/2012<br>01/2010<br>06/2012<br>07/2014 | Basic, Intermediate, and Advanced Certifications<br>Parolee Contacts and Prison Gangs Identification<br>Supervisors Course Certification<br>District Attorney Investigator School |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Morgan Chappell

Candidate's Proposed Position: Program Coordinator

<table>
<tr><td>Client Company Name:<br>LEO Technologies, LLC</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Joe Ferreira, Vice President of Operations</td></tr>
<tr><td>Address:<br>1515 S. Capital of Texas Hwy., Suite 220, Austin, TX 78746</td><td colspan="2">Phone Number: 888.233.8008<br><br>E-Mail: Joe.Ferreira@leotechnologies.com</td></tr>
<tr><td>Project Name:<br>Verus Specialist</td><td>Beginning Date of Project: 08/2023</td><td>Ending Date of Project: Current</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>Delivered real-time, actionable intelligence to law enforcement and correctional partners using an AI-driven analytics platform, ensuring compliance with legal, privacy, and evidentiary standards. Conducted investigative analysis of multi-platform data—including communications, behavioral patterns, and key indicators—to identify criminal activity, contraband, mental health risks, and emerging threats. Supported high-priority and exigent investigations by developing leads and critical intelligence, and produced detailed reports to inform operational decisions and assist agency leadership.</td></tr>
<tr><td>Client Company Name:<br>Santa Cruz County District Attorney's Office</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Katrina Rogers, Chief Investigator</td></tr>
<tr><td>Address:<br>701 Ocean St, Room 200, Santa Cruz, CA 95060</td><td colspan="2">Phone Number: 831.454.2400<br><br>E-Mail: dao@santacruzcountyca.gov</td></tr>
<tr><td>Project Name:<br>Homicide/Gang Inspector</td><td>Beginning Date of Project: 06/2014</td><td>Ending Date of Project: 01/2023</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>A Homicide District Attorney's Investigator is responsible for conducting follow-up investigations on homicide cases, with specialized focus on gang-related incidents, to support case development and prosecution strategy. In this role, the investigator reviews evidence, locates and interviews witnesses, coordinates with law enforcement agencies, analyzes gang affiliations and patterns, and prepares detailed investigative reports for prosecutors. The position also serves as a gang expert by providing subject-matter analysis on gang structure, culture, identifiers, criminal activity, and motive as it relates to violent crime prosecutions. A key function of the role includes preparing for and delivering trial testimony, presenting investigative findings and expert opinions clearly and credibly to support successful courtroom outcomes.</td></tr>
<tr><td>Client Company Name:<br>Watsonville Police Department</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Saul Gonzalez, Lieutenant</td></tr>
<tr><td>Address:<br>215 Union Street, Watsonville, CA 95076</td><td colspan="2">Phone Number: 831.471.1151<br><br>E-Mail: saul.gonzalez@cityofwatsonville.com</td></tr>
<tr><td>Project Name:<br>Police Patrol Sergeant</td><td>Beginning Date of Project: 01/2008</td><td>Ending Date of Project: 06/2014</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>A Police Patrol Sergeant is responsible for overseeing daily patrol operations to ensure effective law enforcement coverage, officer readiness, and compliance with departmental policies and procedures. In this role, the Sergeant manages personnel by assigning duties, supervising performance, providing guidance, and addressing operational or disciplinary issues as needed. The position also requires regular interaction with community organizations and stakeholders to strengthen public trust, address neighborhood concerns, and support crime prevention efforts. Additional responsibilities include supervising budgets, reviewing reports for accuracy and completeness, and handling scheduled operations, staffing plans, and shift coordination to maintain efficient and accountable patrol services.</td></tr>
</table>

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: John Q. Jefferson

Candidate's Proposed Position: Training Manager

Provide professional references who have received services from the candidate, if applicable.

| | | |
|---|---|---|
| Client Company Name: Harris County Sheriff's Office, TX | Client's Project Supervisor Contact Name: Anthony Bush, Crime Analysis and Intel. Division | |
| Address: 1200 Baker Street, Houston, TX 77002 | Phone Number: 832.927.1050 (office)<br>E-Mail: anthony.bush@sheriff.hctx.net | |
| Project Name: Harris County Sheriff's Office (TX-HCSO) | Beginning Date of Project: 07/2020 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech deploys the Verus system across Harris' county-operated jail facilities under a contract with the Harris County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

John Q. Jefferson, as Account Manager, serves as LeoTech's primary liaison in this multi-agency environment and is responsible for coordinating customer engagement, investigative support activities, and operational communication between LeoTech and participating agencies. His role includes managing Verus Specialist support, facilitating investigative and reporting workflows, supporting user adoption, and helping ensure that Verus is being used effectively in alignment with agency priorities. Mr. Jefferson works in coordination with investigators, supervisors, and LeoTech personnel to address operational needs, support timely escalation of significant findings, and maintain continuity across day-to-day platform use. He also supports training, intelligence reporting, and ongoing customer coordination, helping ensure that agency support remains practical, responsive, and aligned with the Statement of Work.

| | | |
|---|---|---|
| Client Company Name: East Texas TAG – Tyler & Longview, TX | Client's Project Supervisor Contact Name: Tessa Thomas, Administrator | |
| Address: 227 N Spring Avenue, Tyler, TX 75702 | Phone Number: 903.747.1018<br>E-Mail: tthomas@smith-county.com | |
| Project Name: East Texas TAG – Tyler & Longview, TX | Beginning Date of Project: 09/2022 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech began supporting the Texas Anti-Gang Centers in September 2022 with an initial deployment in Houston, then expanded statewide through contract amendments. The current performance period runs through September 2027, with Verus now supporting multi-agency task forces across 54 counties and major metro areas, including Houston, Dallas, and El Paso. Verus provides near real-time AI transcription, analysis, translation, and word-level indexing of authorized inmate communications to support faster investigations. The platform also enables 24/7 continuous monitoring, targeted alerts, and daily intelligence reporting to help investigators identify gang activity, contraband trafficking, and threats of violence. Delivered as a secure single-tenant SaaS environment, Verus supports controlled multi-agency access while maintaining data separation, security, and scalable performance as operational demands grow.

John Q. Jefferson, as Account Manager, serves as LeoTech's primary liaison in this multi-agency environment and is responsible for coordinating customer engagement, investigative support activities, and operational communication between LeoTech and participating agencies. His role includes managing Verus Specialist support, facilitating investigative and reporting workflows, supporting user adoption, and helping ensure that Verus is being used effectively in alignment with agency priorities. Mr. Jefferson works in coordination with investigators, supervisors, and LeoTech personnel to address operational needs, support timely escalation of significant findings, and maintain continuity across day-to-day platform use. He also supports training, intelligence reporting, and ongoing customer coordination, helping ensure that agency support remains practical, responsive, and aligned with the Statement of Work.

<table>
<tr><td>Client Company Name:<br>Hillsborough County Sheriff's Office, FL</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Major Michael Kuettner, Criminal Investigations</td></tr>
<tr><td>Address:<br>2008 E. 8th Avenue, Tampa, FL 33605</td><td colspan="2">Phone Number: 813.247.8650 (office)<br>E-Mail: mkuettner@teamhcso.com</td></tr>
<tr><td>Project Name:<br>Hillsborough County Sheriff's Office (FL-HCSO)</td><td>Beginning Date of<br>Project: 07/2023</td><td>Ending Date of<br>Project: Present</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>LeoTech deploys the Verus system across Hillsborough's county-operated jail facilities under a contract with the Hillsborough County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.<br><br>John Q. Jefferson, as Account Manager, serves as LeoTech's primary liaison in this multi-agency environment and is responsible for coordinating customer engagement, investigative support activities, and operational communication between LeoTech and participating agencies. His role includes managing Verus Specialist support, facilitating investigative and reporting workflows, supporting user adoption, and helping ensure that Verus is being used effectively in alignment with agency priorities. Mr. Jefferson works in coordination with investigators, supervisors, and LeoTech personnel to address operational needs, support timely escalation of significant findings, and maintain continuity across day-to-day platform use. He also supports training, intelligence reporting, and ongoing customer coordination, helping ensure that agency support remains practical, responsive, and aligned with the Statement of Work.</td></tr>
</table>

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: John Q. Jefferson

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College<br>Humboldt State University | 06/1987 | Bachelor of Arts, Physical Education (Minor: Sociology) |
| Technical School | | |
| Licenses<br>Security Industry Specialist | 01/2018–Present | Executive Protection and Residential Security Services |
| Certifications<br>Monterey Peninsula College<br>Monterey Peninsula College | 12/2005<br>08/2005 | Certificate of Achievement, Criminal Justice<br>Basic POST Police Academy |

**ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT**

Candidate's Name: John Q. Jefferson

Candidate's Proposed Position: Training Manager

| | | |
|---|---|---|
| Client Company Name:<br>LEO Technologies, LLC | Client's Project Supervisor Contact Name:<br>William Turnbull, Director of Training | |
| Address:<br>1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746 | Phone Number: 888.233.8008<br><br>E-Mail: William.Turnbull@leotechnologies.com | |
| Project Name:<br>Training Manager | Beginning Date of Project: 01/2019 | Ending Date of Project: Present |
| Description of the related services provided:<br>The Training Manager is responsible for planning, coordinating, and delivering administrator and end-user training for the Verus platform within correctional and law enforcement environments. This role includes development and delivery of training materials in agency-approved formats, preparation of onboarding content, delivery of live and role-based instruction, and updates to training materials as system changes are implemented. The Training Manager works directly with agency stakeholders and LeoTech operational personnel to ensure users understand platform capabilities, investigative workflows, alerting functions, search tools, reporting features, and operational best practices. This role also supports refresher training, advanced instruction, and ongoing user enablement to promote adoption, consistency, and effective operational use of the platform. | | |
| Client Company Name:<br>FBI (NGIC) - CDCR Correctional Intel. Task Force | Client's Project Supervisor Contact Name:<br>Ken Baird | |
| Address:<br>4420 Auburn Blvd.<br>Sacramento, CA 95841 | Phone Number: 916.846.8860<br><br>E-Mail: Ken.Baird@fbi.gov | |
| Project Name:<br>Gang Intelligence Specialist | Beginning Date of Project: 07/2023 | Ending Date of Project: 02/2025 |
| Description of the related services provided:<br>Served as a Gang Intelligence Specialist responsible for supporting correctional and law enforcement operations through identification, analysis, and reporting of gang-related activity. In this role, he reviewed communications, investigative records, and related intelligence information to identify gang affiliations, criminal coordination, behavioral trends, and threats of operational significance. He developed intelligence products, supported investigative casework, and coordinated with agency personnel to assist with threat assessment, gang validation, and strategic enforcement efforts. His work required strong analytical judgment, knowledge of gang structures and criminal indicators, and the ability to convert complex information into actionable intelligence that supported public safety and investigative objectives. | | |
| Client Company Name:<br>LEO Technologies, LLC | Client's Project Supervisor Contact Name:<br>Joe Ferreira, Vice President of Operations | |
| Address:<br>1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746 | Phone Number: 909.322.2264<br><br>E-Mail: Joe.Ferreira@leotechnologies.com | |
| Project Name:<br>Investigative Specialist | Beginning Date of Project: 03/2018 | Ending Date of Project: 07/2023 |
| Description of the related services provided:<br>Conducted complex criminal investigations utilizing specialized electronic monitoring systems. Reviewed inmate communications to identify criminal activity, develop investigative leads, and generate intelligence for prosecution. Conducted interviews, examined records, and developed fugitive intelligence. Served as a gang investigations instructor and assisted agencies in documentation and validation of gang affiliations. | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Vincent Lichok

Candidate's Proposed Position: Verus Specialist

Provide professional references who have received services from the candidate, if applicable.

| Client Company Name:<br>Oakland County Sheriff's Office, MI | Client's Project Supervisor Contact Name:<br>Steve Schneider, Captain | |
|---|---|---|
| Address:<br>1200 N Telegraph Building #38E, Pontiac, MI 48341 | Phone Number: 248.858.1084 (office)<br>E-Mail: schneiders@oaklandcountymi.gov | |
| Project Name:<br>Oakland County Sheriff's Office (MI-OCSO) | Beginning Date of Project: 03/2026 | Ending Date of Project: Present |

**Description of the project size, complexity, and the candidate's role in this project.**

LeoTech deploys the Verus system across Oakland's county-operated jail facilities under a contract with the Oakland County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Vincent Lichok, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Lichok works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.

| Client Company Name:<br>Buncombe County Sheriff's Office, NC | Client's Project Supervisor Contact Name:<br>Jillian Banks, Major, Detention and Court Bureau | |
|---|---|---|
| Address:<br>60 Court Plaza, 4th Floor, Asheville, NC 28801 | Phone Number: 828.250.5248 (office)<br>E-Mail: jill.banks@buncombenc.gov | |
| Project Name:<br>Buncombe County Sheriff's Office (NC-BCSO) | Beginning Date of Project: 11/2025 | Ending Date of Project: Present |

**Description of the project size, complexity, and the candidate's role in this project.**

LeoTech deploys the Verus platform across Buncombe County Sheriff's Office correctional facilities, supporting authorized inmate communications monitoring within an environment that includes active gang presence and organized criminal activity. In this setting, Verus continuously processes communications in near real time, supporting transcription, multilingual analysis, and indexed search to enable rapid investigative access. Automated monitoring operates 24 hours per day, identifying communications associated with violence, contraband trafficking, escape planning, criminal coordination, and staff-related risks. The platform enables investigators to apply semantic search, AI-assisted analysis, configurable lexicons, and pattern-based analytics to identify connections, detect emerging threats, and generate actionable intelligence aligned with correctional and law enforcement priorities.

Vincent Lichok, as a Verus Specialist, is responsible for executing investigative workflows within this environment by actively monitoring alerts, conducting targeted searches, and analyzing communications to identify and escalate items of interest. His role includes reviewing flagged communications, applying contextual analysis to determine investigative relevance, and producing intelligence reports to support agency operations. Mr. Lichok works directly within the platform to translate high-volume communications data into actionable intelligence, supporting mission areas such as gang activity, contraband interdiction, and criminal coordination. He also supports user engagement and investigative alignment by working in coordination with agency personnel, ensuring timely response to emerging threats and consistent application of analytical capabilities in accordance with the functional and operational requirements outlined in the Statement of Work.

| Client Company Name: Houston TAG – Houston, TX | Client's Project Supervisor Contact Name: George Rhyne Jr., Director | |
|---|---|---|
| Address: 1200 Travis Street, Houston, TX 77002 | Phone Number: 281.932.6315<br>E-Mail: rhyne@houstonhidta.net | |
| Project Name: Houston TAG – Houston, TX | Beginning Date of Project: 09/2022 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech supports the Texas Anti-Gang Centers through deployment of the Verus platform across a statewide, multi-agency task force environment, originating in Houston and expanding to 54 counties and major metropolitan areas including Dallas and El Paso. This environment requires coordination across law enforcement agencies addressing gang activity, organized crime, and violent offenses, with high volumes of communications data processed in near real time. Verus enables transcription, multilingual analysis, and indexed search of authorized inmate communications, while continuous monitoring operates 24 hours per day to identify communications related to gang coordination, contraband trafficking, threats of violence, and other investigative priorities. The platform supports cross-agency intelligence efforts through AI-assisted analysis, configurable alerts, and structured reporting, enabling investigators to generate actionable intelligence across jurisdictions.

Vincent Lichok, as a Verus Specialist, is responsible for executing investigative support within this multi-agency environment by actively monitoring alerts, conducting targeted analytical searches, and identifying communications of investigative relevance. His role includes reviewing high-volume communications data, applying contextual and pattern-based analysis, and producing intelligence reports that support ongoing investigations and task force operations. Mr. Lichok works in coordination with investigators across participating agencies to ensure timely escalation of critical findings and alignment with investigative priorities. He leverages platform capabilities such as semantic search, alerting, and link analysis to support identification of criminal networks and behavioral patterns, ensuring that intelligence outputs are actionable and responsive to operational needs, consistent with the functional and investigative support requirements outlined in the Statement of Work.

**ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING**

Candidate's Name: Vincent Lichok

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| **College** | | |
| Oakland Community College | 09/1914 – 12/1994 | |
| Ferris State University | 01/1995 – 05/1998 | Bachelor of Science, Criminal Justice |
| **Technical School** | | |
| **Licenses** | | |
| **Certifications** | | |
| Oakland County Sheriff's Office, MI | 11/1998 | Basic POST Academy Course |
| Wicklander-Zulawski | XX-XXXX | Interview and Interrogation Course |
| | XX-XXXX | Investigative Techniques Using Social Media |
| | XX-XXXX | Internet Tools for Criminal Investigator |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Vincent Lichok

Candidate's Proposed Position: Verus Specialist

| | | |
|---|---|---|
| Client Company Name:<br>LEO Technologies, LLC | Client's Project Supervisor Contact Name:<br>Joe Ferreira, Vice President of Operations | |
| Address:<br>1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746 | Phone Number: 888.233.8008<br><br>E-Mail: Joe.Ferreira@leotechnologies.com | |
| Project Name:<br>Verus Specialist | Beginning Date of Project: 01/2019 | Ending Date of Project: Present |
| Description of the related services provided:<br>A national public safety technology company delivering an AI-driven, proprietary search and analytics platform for federal, state, and local justice agencies, designed to enhance safety for personnel, incarcerated individuals, and the public, and supported by partnerships with Thomson Reuters and AWS. Leads daily operations, strategic planning, and organizational growth while overseeing cross-functional teams, implementing policies and compliance programs, directing high-level investigations and risk assessments, and building partnerships with law enforcement, government, and private-sector stakeholders. | | |
| Client Company Name:<br>Oakland County Sheriff's Office, MI | Client's Project Supervisor Contact Name:<br>Ken Baird | |
| Address:<br>1200 N. Telegraph Building #38E, Pontiac, MI 48341 | Phone Number: 248.858.5000<br><br>E-Mail: Available upon request | |
| Project Name:<br>Law Enforcement Operations & Investigations Division | Beginning Date of Project: 11/1998 | Ending Date of Project: 02/2024 |
| Description of the related services provided:<br>Served as a Deputy Sheriff responsible for delivering frontline law enforcement services, including patrol operations, emergency response, and criminal investigations. He conducted interviews, developed warrants, and produced detailed reports while actively working to deter crime and apprehend offenders. Lichok also played a key role in community policing, collaborating with residents and partner agencies to enhance public safety, manage high-risk incidents, and maintain order during public events, all while ensuring compliance with state and local laws. | | |
| Client Company Name:<br>N/A | Client's Project Supervisor Contact Name: | |
| Address: | Phone Number:<br><br>E-Mail: | |
| Project Name: | Beginning Date of Project: Month/Year | Ending Date of Project: Month/Year |
| Description of the related services provided: | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Amanda Negrete

Candidate's Proposed Position: Verus Specialist

Provide professional references who have received services from the candidate, if applicable.

<table>
<tr><td>Client Company Name:<br>Ada County Sheriff's Office, ID</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Justin Ivie, Lieutenant</td></tr>
<tr><td>Address:<br>7200 Barrister Drive, Boise, ID 83704</td><td colspan="2">Phone Number: 208.577.3402 (office)<br>E-Mail: jivie@adacounty.id.gov</td></tr>
<tr><td>Project Name:<br>Ada County Sheriff's Office (ID-ACSO)</td><td>Beginning Date of<br>Project: 12/2025</td><td>Ending Date of<br>Project: 03/2026</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>LeoTech deploys the Verus system across Ada's county-operated jail facilities under a contract with the Ada County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.<br><br>Amanda Negrete, as a Verus Specialist, is responsible for supporting investigative operations through active monitoring, analysis, and reporting of communications data within this environment. Her role includes conducting targeted searches, reviewing alert-driven communications, and applying analytical judgment to identify items of investigative relevance. Ms. Negrete produces intelligence reports that support ongoing investigations and assists agency personnel in identifying patterns of criminal activity, including gang coordination and contraband movement. She works directly with users to ensure effective utilization of search, alerting, and analytical capabilities, and supports timely escalation of critical findings. Her responsibilities ensure that high-volume communications data is translated into actionable intelligence, directly aligning with the monitoring, investigative support, and reporting requirements outlined in the Statement of Work.</td></tr>
<tr><td>Client Company Name:<br>West Texas – El Paso TAG</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Nancy Macias, Program Coordinator</td></tr>
<tr><td>Address:<br>911 N Raynor Street, El Paso, TX 79903</td><td colspan="2">Phone Number: 915.212.8601<br>E-Mail: t1900@elpasotexas.gov</td></tr>
<tr><td>Project Name:<br>West Texas – El Paso TAG</td><td>Beginning Date of<br>Project: 09/2022</td><td>Ending Date of<br>Project: Present</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>LeoTech began supporting the Texas Anti-Gang Centers in September 2022 with an initial deployment in Houston, then expanded statewide through contract amendments. The current performance period runs through September 2027, with Verus now supporting multi-agency task forces across 54 counties and major metro areas, including Houston, Dallas, and El Paso. Verus provides near real-time AI transcription, analysis, translation, and word-level indexing of authorized inmate communications to support faster investigations. The platform also enables 24/7 continuous monitoring, targeted alerts, and daily intelligence reporting to help investigators identify gang activity, contraband trafficking, and threats of violence. Delivered as a secure single-tenant SaaS environment, Verus supports controlled multi-agency access while maintaining data separation, security, and scalable performance as operational demands grow.<br><br>Amanda Negrete, as a Verus Specialist, is responsible for supporting investigative operations through active monitoring, analysis, and reporting of communications data within this environment. Her role includes conducting targeted searches, reviewing alert-driven communications, and applying analytical judgment to identify items of investigative relevance. Ms. Negrete produces intelligence reports that support ongoing investigations and assists agency personnel in identifying patterns of criminal activity, including gang coordination and contraband movement. She works directly with users to ensure effective utilization of search, alerting, and analytical capabilities, and supports timely escalation of critical findings. Her responsibilities ensure that high-volume communications data is translated into actionable intelligence, directly aligning with the monitoring, investigative support, and reporting requirements outlined in the Statement of Work.</td></tr>
</table>

| Client Company Name: North Texas – Dallas TAG | Client's Project Supervisor Contact Name: Tom McGullam, Investigator | |
|---|---|---|
| Address: 100 E. Weatherford, Fort Worth, TX 76196 | Phone Number: 817.884.2952 (office)<br>E-Mail: tgmcgullam@tarrantcountytx.gov | |
| Project Name: North Texas – Dallas TAG | Beginning Date of Project: 09/2022 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech began supporting the Texas Anti-Gang Centers in September 2022 with an initial deployment in Houston, then expanded statewide through contract amendments. The current performance period runs through September 2027, with Verus now supporting multi-agency task forces across 54 counties and major metro areas, including Houston, Dallas, and El Paso. Verus provides near real-time AI transcription, analysis, translation, and word-level indexing of authorized inmate communications to support faster investigations. The platform also enables 24/7 continuous monitoring, targeted alerts, and daily intelligence reporting to help investigators identify gang activity, contraband trafficking, and threats of violence. Delivered as a secure single-tenant SaaS environment, Verus supports controlled multi-agency access while maintaining data separation, security, and scalable performance as operational demands grow.

Amanda Negrete, as a Verus Specialist, is responsible for supporting investigative operations through active monitoring, analysis, and reporting of communications data within this environment. Her role includes conducting targeted searches, reviewing alert-driven communications, and applying analytical judgment to identify items of investigative relevance. Ms. Negrete produces intelligence reports that support ongoing investigations and assists agency personnel in identifying patterns of criminal activity, including gang coordination and contraband movement. She works directly with users to ensure effective utilization of search, alerting, and analytical capabilities, and supports timely escalation of critical findings. Her responsibilities ensure that high-volume communications data is translated into actionable intelligence, directly aligning with the monitoring, investigative support, and reporting requirements outlined in the Statement of Work.

## ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING

Candidate's Name: Amanda Negrete

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| **College**<br>University of Texas at San Antonio | | Bachelor of Arts, Criminal Justice and Law Enforcement Administration |
| **Technical School** | | |
| **Licenses** | | |
| **Certifications**<br>Children's Advocacy Centers of Texas | 02/2017 | Forensic Interviewer (Advanced) |
| Children's Advocacy Centers of Texas | 10/2017 | Forensic Interviewer (Multi-Session) |
| Children's Advocacy Centers of Texas | 06/2018 | Strengthening Multidisciplinary Teams |
| Children's Advocacy Centers of Texas | 05/2019 | Revisiting & Revamping the Multi-Disciplinary Team Case Review Meeting |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Amanda Negrete

Candidate's Proposed Position: Verus Specialist

| | | |
|---|---|---|
| Client Company Name:<br>LEO Technologies, LLC | Client's Project Supervisor Contact Name:<br>William Turnbull, Director of Training | |
| Address:<br>1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746 | Phone Number: 888.233.8008<br><br>E-Mail: William.Turnbull@leotechnologies.com | |
| Project Name:<br>Verus Specialist | Beginning Date of Project: 01/2019 | Ending Date of Project: Present |
| Description of the related services provided:<br>A national public safety technology company delivering an AI-driven, proprietary search and analytics platform for federal, state, and local justice agencies, designed to enhance safety for personnel, incarcerated individuals, and the public, and supported by partnerships with Thomson Reuters and AWS. Leads daily operations, strategic planning, and organizational growth while overseeing cross-functional teams, implementing policies and compliance programs, directing high-level investigations and risk assessments, and building partnerships with law enforcement, government, and private-sector stakeholders. | | |
| Client Company Name:<br>City of San Antonio | Client's Project Supervisor Contact Name:<br>Ericka Flores, Program Management Analyst | |
| Address:<br>100 Military Plaza, San Antonio, TX 78205 | Phone Number: 210.207.8191<br><br>E-Mail: eflores2@sanantonio.gov | |
| Project Name:<br>Health Program Specialist II – Domestic Violence Crisis Advocate | Beginning Date of Project: 05/2022 | Ending Date of Project: 09/2025 |
| Description of the related services provided:<br>Provided crisis intervention and case management services as a Domestic Violence Crisis Advocate, conducting risk assessments, safety planning, and immediate response to high-risk law enforcement referrals. Collaborated with law enforcement and community partners to support victim safety, coordinate resources, and deliver trauma-informed services while ensuring compliance with public health and safety protocols. | | |
| Client Company Name:<br>Children's Alliance of South Texas | Client's Project Supervisor Contact Name:<br>Kasey Brown, Executive Director | |
| Address:<br>810 Main Street, Jourdanton, TX 78026 | Phone Number: 830.393.6290<br><br>E-Mail: brown@castcac.org | |
| Project Name:<br>Forensic Director | Beginning Date of Project: 12/2019 | Ending Date of Project: 05/2022 |
| Description of the related services provided:<br>Conducted forensic interviews in child abuse investigations, supporting multidisciplinary case outcomes through collaboration with law enforcement, medical professionals, and prosecutors. Managed case documentation, facilitated team case reviews, and delivered training to staff while ensuring adherence to legal standards, trauma-informed practices, and organizational compliance. | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Harold Pierce Jr.

Candidate's Proposed Position: Verus Specialist

Provide professional references who have received services from the candidate, if applicable.

| | | |
|---|---|---|
| Client Company Name:<br>Buncombe County Sheriff's Office, NC | Client's Project Supervisor Contact Name:<br>Jillian Banks, Major, Detention and Court Bureau | |
| Address:<br>60 Court Plaza, 4th Floor, Asheville, NC 28801 | Phone Number: 828.250.5248 (office)<br>E-Mail: jill.banks@buncombenc.gov | |
| Project Name:<br>Buncombe County Sheriff's Office (NC-BCSO) | Beginning Date of Project: 11/2025 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech deploys the Verus system across Buncombe's county-operated jail facilities under a contract with the Buncombe County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Harold Pierce Jr., as a Verus Specialist, is responsible for identifying and escalating high-priority communications within this operational environment. His role includes reviewing alert-generated activity, conducting targeted analysis to determine investigative significance, and prioritizing communications that require immediate attention. Mr. Pierce produces intelligence reports that support active investigations and works directly with agency personnel to ensure timely awareness of critical findings. He applies analytical techniques to identify patterns of criminal behavior and supports rapid response to emerging threats. His work ensures that high-volume communications data is effectively triaged and escalated, directly aligning with the monitoring, alerting, investigative support, and reporting requirements outlined in the Statement of Work.

| | | |
|---|---|---|
| Client Company Name:<br>Georgia Department of Corrections, GA | Client's Project Supervisor Contact Name:<br>Sharrod Campbell, Special Agent in Charge | |
| Address:<br>300 Patrol Road, Forsyth, GA 31029 | Phone Number: 706.819.9547 (cell)<br>E-Mail: sharrod.campbell@gdc.ga.gov | |
| Project Name:<br>Georgia Department of Corrections (GA-GDC) | Beginning Date of Project: 03/2020 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech deploys the Verus system across Department of Corrections-operated facilities, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes authorized inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative purposes. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Harold Pierce Jr., as a Verus Specialist, is responsible for identifying and escalating high-priority communications within this operational environment. His role includes reviewing alert-generated activity, conducting targeted analysis to determine investigative significance, and prioritizing communications that require immediate attention. Mr. Pierce produces intelligence reports that support active investigations and works directly with agency personnel to ensure timely awareness of critical findings. He applies analytical techniques to identify patterns of criminal behavior and supports rapid response to emerging threats. His work ensures that high-volume communications data is effectively triaged and escalated, directly aligning with the monitoring, alerting, investigative support, and reporting requirements outlined in the Statement of Work.

| Client Company Name: Utah Department of Corrections | Client's Project Supervisor Contact Name: Mike Schoenfeld, Deputy Executive Director | |
|---|---|---|
| Address: 14717 South Minuteman Drive, Draper, UT 84020 | Phone Number: 801.834.5934<br>E-Mail: mschoenfeld@utah.gov | |
| Project Name: Utah Department of Corrections (UT-UDC) | Beginning Date of Project: 10/2025 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech deploys the Verus system across Department of Corrections-operated facilities, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes authorized inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative purposes. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Harold Pierce Jr., as a Verus Specialist, is responsible for identifying and escalating high-priority communications within this operational environment. His role includes reviewing alert-generated activity, conducting targeted analysis to determine investigative significance, and prioritizing communications that require immediate attention. Mr. Pierce produces intelligence reports that support active investigations and works directly with agency personnel to ensure timely awareness of critical findings. He applies analytical techniques to identify patterns of criminal behavior and supports rapid response to emerging threats. His work ensures that high-volume communications data is effectively triaged and escalated, directly aligning with the monitoring, alerting, investigative support, and reporting requirements outlined in the Statement of Work.

## ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING

Candidate's Name: Harold Pierce Jr.

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| **College** | | |
| Argosy University | 07/2017 | Master of Arts, Forensic Psychology |
| Park University | 02/2002 | Bachelor of Science, Criminal Justice/Law Enforcement Administration |
| **Technical School** | | |
| **Licenses** | | |
| **Certifications** | | |
| Federal Bureau of Investigation Academy | | National Academy |
| National Center for Credibility | | Assessment Training Course |
| Reid School of Interviewing | | Interviewing and Interrogation Training Course |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Harold Pierce Jr.

Candidate's Proposed Position: Verus Specialist

<table>
<tr><td>Client Company Name:<br>LEO Technologies, LLC</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Joe Ferreira, Vice President of Operations</td></tr>
<tr><td>Address:<br>1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746</td><td colspan="2">Phone Number: 888.233.8008<br><br>E-Mail: joe.ferreira@leotechnologies.com</td></tr>
<tr><td>Project Name:<br>Verus Specialist</td><td>Beginning Date of<br>Project: 01/2019</td><td>Ending Date of<br>Project: Present</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>Delivered real-time, actionable intelligence to law enforcement and correctional partners using an AI-driven analytics platform, ensuring compliance with legal, privacy, and evidentiary standards. Conducted investigative analysis of multi-platform data—including communications, behavioral patterns, and key indicators—to identify criminal activity, contraband, mental health risks, and emerging threats. Supported high-priority and exigent investigations by developing leads and critical intelligence, and produced detailed reports to inform operational decisions and assist agency leadership.</td></tr>
<tr><td>Client Company Name:<br>FBI HQ – Criminal Investigative Division</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Anthony Shearer</td></tr>
<tr><td>Address:<br>2111 W. Roosevelt Road, Chicago, IL 60608</td><td colspan="2">Phone Number: 202.324.3000<br><br>E-Mail: Available upon request</td></tr>
<tr><td>Project Name:<br>Supervisory Special Agent</td><td>Beginning Date of<br>Project: 2022</td><td>Ending Date of<br>Project: 2025</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>Supervisory Special Agent (Retired) led multi-office operations across 10 FBI Field Offices, managing personnel and a $1M budget. Directed the development and deployment of an AI-driven intelligence collection platform supporting 300+ investigations involving child exploitation, organized crime, and human trafficking. Provided leadership on high-profile cases in coordination with federal, state, tribal, and local partners, while overseeing regional resource allocation and implementing fraud mitigation strategies to ensure compliance and protect government assets.</td></tr>
<tr><td>Client Company Name:<br>FBI Houston - Counterterrorism Branch</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Ray Harrison</td></tr>
<tr><td>Address:<br>1 Justice Park, Houston, TX 77092</td><td colspan="2">Phone Number: 202.324.3000<br><br>E-Mail: Available upon request</td></tr>
<tr><td>Project Name:<br>Special Agent</td><td>Beginning Date of<br>Project: 2019</td><td>Ending Date of<br>Project: 2022</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>Special Agent – HUMINT designed and led operational strategies to expand Confidential Human Source (CHS) programs in support of priority investigations, while recruiting, developing, and managing sources in coordination with domestic and international intelligence partners to advance counterterrorism objectives.</td></tr>
</table>

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Michael Spear

Candidate's Proposed Position: Verus Specialist

Provide professional references who have received services from the candidate, if applicable.

| | | |
|---|---|---|
| Client Company Name:<br>Harris County Sheriff's Office, TX | Client's Project Supervisor Contact Name:<br>Anthony Bush, Crime Analysis and Intel. Division | |
| Address:<br>1200 Baker Street, Houston, TX 77002 | Phone Number: 832.927.1050 (office)<br>E-Mail: anthony.bush@sheriff.hctx.net | |
| Project Name:<br>Harris County Sheriff's Office (TX-HCSO) | Beginning Date of Project: 07/2020 | Ending Date of Project: Present |

**Description of the project size, complexity, and the candidate's role in this project.**

LeoTech deploys the Verus system across Harris' county-operated jail facilities under a contract with the Harris County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Michael Spear, as a Verus Specialist, is responsible for identifying and escalating high-priority communications within this operational environment. His role includes reviewing alert-generated activity, conducting targeted analysis to determine investigative significance, and prioritizing communications that require immediate attention. Mr. Spear produces intelligence reports that support active investigations and works directly with agency personnel to ensure timely awareness of critical findings. He applies analytical techniques to identify patterns of criminal behavior and supports rapid response to emerging threats. His work ensures that high-volume communications data is effectively triaged and escalated, directly aligning with the monitoring, alerting, investigative support, and reporting requirements outlined in the Statement of Work.

| | | |
|---|---|---|
| Company Name:<br>Alabama Department of Corrections | Contact Name:<br>John Q. Hamm, Commissioner | |
| Address:<br>301 South Ripley Street<br>PO Box 301501, Montgomery, AL 36130 | Phone Number: 334.324.9209 (office)<br>E-Mail Address: john.hamm@doc.alabama.gov | |
| Project Name:<br>Alabama Department of Corrections (ADOC) | Beginning Date of Project:<br>11/2023 | Ending Date of Project: Present |

**Description of project size, complexity and the Offeror's role in this project.**

LeoTech supports the Alabama Department of Corrections in an active correctional environment where authorized inmate communications are monitored and analyzed to support institutional safety and investigative operations. The deployment processes tens of millions of minutes of communications data and supports active investigative use by correctional personnel in a live production environment. The project is complex because it requires the platform to support secure communications review, actionable intelligence development, and operational responsiveness in areas such as contraband interdiction, gang intelligence, and correctional security. The environment requires continuous monitoring, rapid identification of high-risk communications, and the ability to support investigative workflows in an active custodial setting. LeoTech's role is to provide and support the Verus platform for communications monitoring, AI-driven analysis, investigative search and review, and ongoing operational support. LeoTech also provides dedicated customer support resources for this account, including an account manager and three Verus Specialists assigned to support platform use, investigative review, and ongoing operational coordination. This reference is comparable to Ohio because both environments emphasize institutional security, contraband detection, gang-related intelligence, inmate safety, and investigative support derived from offender communications.

Michael Spear, as a Verus Specialist, is responsible for identifying and escalating high-priority communications within this operational environment. His role includes reviewing alert-generated activity, conducting targeted analysis to determine investigative significance, and prioritizing communications that require immediate attention. Mr. Spear produces intelligence reports that support active investigations and works directly with agency personnel to ensure timely awareness of critical findings. He applies analytical techniques to identify patterns of criminal behavior and supports rapid response to emerging threats. His work ensures that high-volume communications data is effectively triaged and escalated, directly aligning with the monitoring, alerting, investigative support, and reporting requirements outlined in the Statement of Work.

| Client Company Name:<br>North Texas – Dallas TAG | Client's Project Supervisor Contact Name:<br>Tom McGullam, Investigator | |
|---|---|---|
| Address:<br>100 E. Weatherford, Fort Worth, TX 76196 | Phone Number: 817.884.2952<br>Email: tgmcgullam@tarrantcountytx.gov | |
| Project Name:<br>North Texas – Dallas TAG | Beginning Date of Project: 09/2022 | End Date of Project:<br>Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech began supporting the Texas Anti-Gang Centers in September 2022 with an initial deployment in Houston, then expanded statewide through contract amendments. The current performance period runs through September 2027, with Verus now supporting multi-agency task forces across 54 counties and major metro areas, including Houston, Dallas, and El Paso. Verus provides near real-time AI transcription, analysis, translation, and word-level indexing of authorized inmate communications to support faster investigations. The platform also enables 24/7 continuous monitoring, targeted alerts, and daily intelligence reporting to help investigators identify gang activity, contraband trafficking, and threats of violence. Delivered as a secure single-tenant SaaS environment, Verus supports controlled multi-agency access while maintaining data separation, security, and scalable performance as operational demands grow.

Michael Spear, as a Verus Specialist, is responsible for identifying and escalating high-priority communications within this operational environment. His role includes reviewing alert-generated activity, conducting targeted analysis to determine investigative significance, and prioritizing communications that require immediate attention. Mr. Spear produces intelligence reports that support active investigations and works directly with agency personnel to ensure timely awareness of critical findings. He applies analytical techniques to identify patterns of criminal behavior and supports rapid response to emerging threats. His work ensures that high-volume communications data is effectively triaged and escalated, directly aligning with the monitoring, alerting, investigative support, and reporting requirements outlined in the Statement of Work.

## ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING

Candidate's Name: Michael Spear

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College | | |
| Technical School | | |
| Licenses<br>State of Texas | 01/2026 | Personal Protection Agent and Private Investigator Certifications |
| Certifications<br>Texas Commission on Law Enforcement | 01/1993–12/2007 | Basic, Intermediate, Advanced, and Masters Certification |
| Texas Commission on Law Enforcement | 08/2023 | Advanced Human Trafficking Certification |
| Texas Commission on Law Enforcement | 04/2021 | Response to Active Shooter Certification |
| Texas Commission on Law Enforcement | 05/2019 | Suicide Prevention Certification |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Michael Spear

Candidate's Proposed Position: Verus Specialist

| | | |
|---|---|---|
| Client Company Name:<br>LEO Technologies, LLC | Client's Project Supervisor Contact Name:<br>Joe Ferreira, Vice President of Operations | |
| Address:<br>1515 S. Capital of Texas Hwy., Suite 220, Austin, TX 78746 | Phone Number: 888.233.8008<br><br>E-Mail: Joe.Ferreira@leotechnologies.com | |
| Project Name:<br>Verus Specialist | Beginning Date of Project: 04/2025 | Ending Date of Project: Current |
| Description of the related services provided:<br>Delivered real-time, actionable intelligence to law enforcement and correctional partners using an AI-driven analytics platform, ensuring compliance with legal, privacy, and evidentiary standards. Conducted investigative analysis of multi-platform data—including communications, behavioral patterns, and key indicators—to identify criminal activity, contraband, mental health risks, and emerging threats. Supported high-priority and exigent investigations by developing leads and critical intelligence, and produced detailed reports to inform operational decisions and assist agency leadership. | | |
| Client Company Name:<br>Austin Police Department | Client's Project Supervisor Contact Name:<br>Blake Johnson, Lieutenant | |
| Address:<br>715 East 8th Street, Austin, TX 78701 | Phone Number: 512.576.4298<br><br>E-Mail: blake.johnson@leotechnologies.com | |
| Project Name:<br>Senior Sergeant | Beginning Date of Project: 06/1992 | Ending Date of Project: 06/2022 |
| Description of the related services provided:<br>A Senior Sergeant is responsible for enforcing laws, protecting life and property, maintaining public order, and supervising law enforcement personnel to ensure effective field operations and compliance with departmental policy. In this leadership role, the Senior Sergeant oversees daily patrol activities, responds to critical incidents, reviews reports, mentors subordinate officers and supervisors, coordinates investigations and specialized responses, and serves as a key link between command staff and frontline personnel. Daily duties include managing staffing and shift assignments, monitoring officer performance, addressing community and operational concerns, ensuring proper incident documentation, supporting training and discipline, and providing direct leadership during emergencies, high-risk events, and major public safety incidents. | | |
| Client Company Name:<br>US Army | Client's Project Supervisor Contact Name:<br>Staff Sergeant Terrence Jackson | |
| Address:<br>1600 Spearhead Division Avenue, Department 420, Fort Knox, KY 40122 | Phone Number: 888.550.2769 | |
| Project Name:<br>Private First Class | Beginning Date of Project: 09/1989 | Ending Date of Project: 09/1991 |
| Description of the related services provided:<br>An Army Specialist is a junior enlisted soldier responsible for performing technical, operational, and mission-support duties in support of unit objectives, while maintaining readiness, discipline, and adherence to military standards. In this role, the Specialist applies job-specific training to carry out assigned tasks in areas such as logistics, administration, communications, maintenance, security, or combat support, while also supporting team operations and following the direction of noncommissioned officers and command staff. The position requires accountability, teamwork, physical readiness, and the ability to operate effectively in high-pressure environments while contributing to the overall success of military missions. | | |

## ATTACHMENT SEVEN A OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Trinee Washington

Candidate's Proposed Position: Verus Specialist

Provide professional references who have received services from the candidate, if applicable.

| | | |
|---|---|---|
| Client Company Name:<br>Buncombe County Sheriff's Office, NC | Client's Project Supervisor Contact Name:<br>Jillian Banks, Major, Detention and Court Bureau | |
| Address:<br>60 Court Plaza, 4th Floor, Asheville, NC 28801 | Phone Number: 828.250.5248 (office)<br>E-Mail: jill.banks@buncombenc.gov | |
| Project Name:<br>Buncombe County Sheriff's Office (NC-BCSO) | Beginning Date of Project: 11/2025 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech deploys the Verus system across Buncombe's county-operated jail facilities under a contract with the Buncombe County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Trinee Washington, as a Verus Specialist, is responsible for supporting investigative operations through active monitoring, analysis, and reporting of communications data within this environment. Her role includes conducting targeted searches, reviewing alert-driven communications, and applying analytical judgment to identify items of investigative relevance. Ms. Washington produces intelligence reports that support ongoing investigations and assists agency personnel in identifying patterns of criminal activity, including gang coordination and contraband movement. She works directly with users to ensure effective utilization of search, alerting, and analytical capabilities, and supports timely escalation of critical findings. Her responsibilities ensure that high-volume communications data is translated into actionable intelligence, directly aligning with the monitoring, investigative support, and reporting requirements outlined in the Statement of Work.

| | | |
|---|---|---|
| Client Company Name:<br>Ada County Sheriff's Office, ID | Client's Project Supervisor Contact Name:<br>Justin Ivie, Lieutenant | |
| Address:<br>7200 Barrister Drive, Boise, ID 83704 | Phone Number: 208.577.3402 (office)<br>E-Mail: jivie@adacounty.id.gov | |
| Project Name:<br>Ada County Sheriff's Office (ID-ACSO) | Beginning Date of Project: 12/2025 | Ending Date of Project: Present |

Description of the project size, complexity, and the candidate's role in this project.

LeoTech deploys the Verus system across Ada's county-operated jail facilities under a contract with the Ada County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.

Trinee Washington, as a Verus Specialist, is responsible for supporting investigative operations through active monitoring, analysis, and reporting of communications data within this environment. Her role includes conducting targeted searches, reviewing alert-driven communications, and applying analytical judgment to identify items of investigative relevance. Ms. Washington produces intelligence reports that support ongoing investigations and assists agency personnel in identifying patterns of criminal activity, including gang coordination and contraband movement. She works directly with users to ensure effective utilization of search, alerting, and analytical capabilities, and supports timely escalation of critical findings. Her responsibilities ensure that high-volume communications data is translated into actionable intelligence, directly aligning with the monitoring, investigative support, and reporting requirements outlined in the Statement of Work.

<table>
<tr><td>Client Company Name:<br>Oakland County Sheriff's Office, MI</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Steve Schneider, Captain</td></tr>
<tr><td>Address:<br>1200 N Telegraph Building #38E, Pontiac, MI 48341</td><td colspan="2">Phone Number: 248.858.1084 (office)<br>E-Mail: schneiders@oaklandcountymi.gov</td></tr>
<tr><td>Project Name:<br>Oakland County Sheriff's Office (MI-OCSO)</td><td>Beginning Date of<br>Project: 03/2026</td><td>Ending Date of<br>Project: Present</td></tr>
<tr><td colspan="3">Description of the project size, complexity, and the candidate's role in this project.<br>LeoTech deploys the Verus system across Oakland's county-operated jail facilities under a contract with the Oakland County Sheriff's Office, supporting authorized inmate communications monitoring for a population that includes a significant gang and organized crime presence. On a daily basis, Verus ingests and processes inmate communications in near real time, transcribing audio, detecting and translating non-English content, and indexing all communications for rapid investigative retrieval. Continuous Monitors run 24/7 in the background, automatically flagging keywords and phrases tied to threats of violence, escape planning, contraband trafficking, criminal coordination, and staff corruption, enabling time-sensitive intelligence without requiring analysts to be actively logged in. The platform further supports investigative operations through semantic analysis, AI-assisted search, configurable lexicons, and pattern-based analytics, giving analysts the tools to identify contextual meaning, surface emerging behavioral trends, and act on communications that would otherwise go undetected.<br><br>Trinee Washington, as a Verus Specialist, is responsible for supporting investigative operations through active monitoring, analysis, and reporting of communications data within this environment. Her role includes conducting targeted searches, reviewing alert-driven communications, and applying analytical judgment to identify items of investigative relevance. Ms. Washington produces intelligence reports that support ongoing investigations and assists agency personnel in identifying patterns of criminal activity, including gang coordination and contraband movement. She works directly with users to ensure effective utilization of search, alerting, and analytical capabilities, and supports timely escalation of critical findings. Her responsibilities ensure that high-volume communications data is translated into actionable intelligence, directly aligning with the monitoring, investigative support, and reporting requirements outlined in the Statement of Work.</td></tr>
</table>

## ATTACHMENT SEVEN B OFFEROR'S CANDIDATE INFORMATION EDUCATION AND TRAINING

Candidate's Name: Trinee Washington

Education and Training: This section must be completed to list the education and training of the proposed candidate.

| Name and Address | Months/Years | Degree/Major |
|---|---|---|
| College | | |
| Technical School | | |
| Licenses | | |
| Certifications<br>State of Georgia—Georgia Peace Officer Standards and Training<br>University of Houston-Downtown Law Enforcement Academy | <br>04/2024<br>09/2014 | <br>Basic Certification<br>Basic Peace Officer Course |

## ATTACHMENT SEVEN C OFFEROR'S CANDIDATE EXPERIENCE REQUIREMENT

Candidate's Name: Trinee Washington

Candidate's Proposed Position: Verus Specialist

<table>
<tr><td>Client Company Name:<br>LEO Technologies, LLC</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Joe Ferreira, Vice President of Operations</td></tr>
<tr><td>Address:<br>1515 S. Capital of Texas Hwy., Suite 220, Austin, TX 78746</td><td colspan="2">Phone Number: 888.233.8008<br><br>E-Mail: Joe.Ferreira@leotechnologies.com</td></tr>
<tr><td>Project Name:<br>Verus Specialist</td><td>Beginning Date of Project: 04/2025</td><td>Ending Date of Project: Current</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>Delivered real-time, actionable intelligence to law enforcement and correctional partners using an AI-driven analytics platform, ensuring compliance with legal, privacy, and evidentiary standards. Conducted investigative analysis of multi-platform data—including communications, behavioral patterns, and key indicators—to identify criminal activity, contraband, mental health risks, and emerging threats. Supported high-priority and exigent investigations by developing leads and critical intelligence, and produced detailed reports to inform operational decisions and assist agency leadership.</td></tr>
<tr><td>Client Company Name:<br>Harris County Sheriff's Department</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Rodd Dobos, Sergeant</td></tr>
<tr><td>Address:<br>1200 Baker Street, Houston, TX 77002</td><td colspan="2">Phone Number: 713.755.6044<br><br>E-Mail: rodd.dobos@harriscountysherriffsoffice.net</td></tr>
<tr><td>Project Name:<br>Corrections Deputy</td><td>Beginning Date of Project: 07/2012</td><td>Ending Date of Project: 12/2023</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>A Correctional Detention Officer and Background Investigator with a County Sheriff's Office is responsible for maintaining the safety, security, and orderly operation of detention facilities while ensuring inmates are supervised in accordance with agency policy, legal standards, and constitutional requirements. In this dual-role position, the employee also conducts thorough background investigations for prospective employees, contractors, volunteers, or applicants by reviewing records, interviewing references, verifying qualifications, and identifying factors that may affect suitability for service. The role requires strong judgment, confidentiality, report writing, and adherence to law enforcement standards to support secure jail operations and protect the integrity of the Sheriff's Office.</td></tr>
<tr><td>Client Company Name:<br>Securitas Security</td><td colspan="2">Client's Project Supervisor Contact Name:<br>Melva Samson</td></tr>
<tr><td>Address:<br>19350 TX-249 #300, Houston, TX 77070</td><td colspan="2">Phone Number: 832.912.3200</td></tr>
<tr><td>Project Name:<br>Security Officer</td><td>Beginning Date of Project: 10/2009</td><td>Ending Date of Project: 05/2012</td></tr>
<tr><td colspan="3">Description of the related services provided:<br>A non-armed Security Officer is responsible for protecting the Sysco Foods facility by maintaining a visible security presence and helping prevent unauthorized access, theft, vandalism, or other safety and security incidents. The officer monitors building entry points, patrols assigned areas, verifies credentials, and reports suspicious activity, hazards, or policy violations in accordance with company procedures. This role also includes overseeing the safety and security of inbound deliveries by observing receiving operations, confirming authorized access for drivers and vendors, and ensuring shipments enter the property in a controlled and secure manner.</td></tr>
</table>

# Tab 7: Work Plan

# 7. Work Plan

LeoTech proposes a structured, milestone-driven Work Plan designed to ensure immediate implementation, operational effectiveness, and sustained delivery of offender communication monitoring and transcription services for the Ohio Department of Rehabilitation and Correction. The Work Plan is built to support secure platform implementation, rapid user adoption, high-volume communications analysis, and ongoing investigative and intelligence support in a live correctional environment. The Gantt chart below serves as the governing project management tool and provides a time-bound sequence of tasks, dependencies, milestones, and deliverables required for successful implementation and sustained operations, defining task sequencing, dependencies, and milestone completion criteria so ODRC can track implementation progress and operational readiness in real time. See Exhibit B, LeoTech Work Plan Gantt Chart, for a more detailed project schedule.



LeoTech's approach reflects a thorough understanding of correctional operating environments, investigative requirements, data security expectations, and the need for rapid deployment with measurable operational outcomes. The Verus platform is designed to support institutional safety, intelligence-led investigations, law enforcement access, and long-term operational value through near real-time transcription, translation, monitoring, search, alerting, reporting, and investigative analysis of authorized offender communications.

**Project Approach and Methodology**

LeoTech will execute this project using a phased implementation and operational support methodology consisting of three primary components: pre-implementation and strategic alignment, implementation and operational readiness, and sustained operations and continuous improvement. This approach is informed by work already completed during ODRC's Verus pilot period from March 27, 2025 through June 26, 2025, when Verus was operationalized in ODRC's environment and actively used by 297 total users, including 228 ODRC users, across 29 distinct agencies. During that pilot, the platform transcribed 71.6 million minutes, identified and evaluated 5,071,398 calls, and supported 85,130 Verus operations, including searches, audio playback, link analysis, lexicon exploration, and AI-driven investigations. Following formal training in April, usage increased from 4,699 interactions in March to more than 30,000 in both April and May, demonstrating strong adoption and operational utility.

Because the pilot concluded approximately nine months ago and ODRC's organizational and operational environment may have evolved since that time, LeoTech's methodology is designed not as a net-new deployment, but as a structured reactivation and re-engagement approach. This methodology is intended to allow LeoTech to resume operations quickly, maintain continuity with ODRC's existing communications environment, refresh alignment with current stakeholders, support onboarding and retraining where needed, and deliver meaningful operational support without unnecessary disruption to agency workflows. Because Verus was previously operationalized within ODRC, LeoTech can resume active support within a short period of time and, depending on circumstances, as quickly as 24 hours. The Gantt chart remains the central project management tool and provides transparency into progress, dependencies, milestone completion, and deliverable status throughout the contract term.

**Pre-Implementation and Strategic Alignment**

LeoTech will initiate implementation immediately upon award by coordinating technical readiness, stakeholder alignment, and operational planning activities in parallel. This phase establishes the foundation for successful implementation by confirming data access, validating technical dependencies, aligning ODRC priorities with platform configuration, and identifying the operational workflows that will govern use of the platform.

Key activities in this phase include project kickoff and stakeholder alignment, technical coordination for data access and connectivity, user access provisioning and administrative setup, review of investigative priorities, reporting needs, and alerting requirements, confirmation of implementation sequence, milestones, and communications protocols, and final readiness review prior to full operational use. This phase is intended to ensure that implementation begins with a clearly defined operational framework and that ODRC's technical, investigative, and administrative stakeholders are aligned before full platform activation.

**Implementation and Operational Readiness**

Following pre-implementation alignment, LeoTech will execute implementation activities necessary to validate system readiness, confirm operational usability, and prepare ODRC personnel for active use of the platform. LeoTech's implementation approach is designed to support a secure, controlled, and efficient transition into operational use while maintaining service continuity and visibility into key milestones.

Key implementation activities include validation of data flow and system configuration, confirmation of transcription and analytical usability, alignment of monitoring, alerts, and search workflows with ODRC priorities, administrator and end-user training, role-based onboarding and user support, operational testing and issue resolution, and final confirmation of platform readiness for sustained production use. LeoTech will assign personnel to implementation, training, technical coordination, and operational support functions so that ODRC has clear points of contact during this period and can move efficiently from configuration to active use.

**System Requirements and Platform Functionality**

LeoTech's Work Plan aligns implementation, configuration, training, and support activities with the functional expectations of the RFP, incorporating the system requirements identified in Attachment One. Verus is designed to support compatibility with existing inmate communication systems, ingestion and analysis of authorized offender communications, near real-time flagging and search, transcription and translation, semantic and pattern-based analytics, AI-assisted summaries, link analysis, configurable alerts, and reporting workflows that support investigators and law enforcement partners. The platform is intended to enable ODRC to move from manual and reactive communications review toward proactive and intelligence-driven operational use.

Verus is a telecom-agnostic, vendor-agnostic investigative platform designed to integrate with existing inmate communication providers, including ViaPath, Securus, and ICSolutions, through secure API-based data transfer. This allows ODRC to preserve its existing provider relationship while deploying Verus as a separate investigative and analytics capability.

Verus is compatible with ViaPath Technologies, ODRC's existing inmate communication system provider. LeoTech's API and data feed integration process has been successfully executed across multiple ViaPath-supported environments and will be used to establish and validate ODRC's data connection during implementation. LeoTech currently supports 14 agencies using ViaPath, including the Florida Department of Corrections, Nevada Department of Corrections, and Utah Department of Corrections. LeoTech will oversee integration activities and coordinate technical readiness through its established implementation and engineering functions to ensure secure and efficient connectivity with ODRC's existing communications environment. ODRC will not be required to replace or significantly alter its existing telephony infrastructure.

The platform is also compatible with iOS, Windows, and Android devices and operates through Safari, Google Chrome, and Microsoft Edge Chromium, supporting ODRC's stated device and browser requirements.

Implementation activities under this Work Plan will include validation of system functionality, configuration of investigative workflows, alignment of keyword and alerting logic to ODRC priorities, user enablement for platform capabilities, and support for operational use of reporting and notification features.

**Data Access and Storage**
LeoTech's Work Plan addresses the access and storage requirements through a secure cloud-hosted operating model designed to support redundancy, backup, indexed search, and retrieval of communications data. LeoTech will coordinate secure data access pathways and administrative controls needed to support authorized use of communications inside and outside previously identified hot lists, including emergency situations and unanticipated investigative needs.

LeoTech will provide storage of communications data and recordings during the contract term and will support the operational processes necessary to retrieve and analyze stored communications in accordance with agency needs. Ongoing support will include monitoring of platform operations, technical coordination as required, and support for administrative and investigative retrieval workflows.

Upon termination or expiration of the Contract, LeoTech will provide ODRC with stored communications data, recordings, transcripts, translations, and associated metadata in source-file format for secure transfer and agency retention at no additional cost. ODRC will retain ownership and control of its data, and LeoTech will support export of available records and associated metadata in standard structured formats suitable for agency retention and downstream use.

**Data Security and Privacy**
LeoTech's Work Plan addresses the RFP's data security and privacy requirements through a secure cloud-hosted architecture and an operational model built around controlled access, encryption, monitoring, and incident response readiness. Verus is designed to support encryption at rest and in transit, secure key management, role-based administrative permissions, multi-factor authentication, and policies and technical controls intended to prevent unauthorized data movement or access.

Implementation activities will include validation of access pathways, confirmation of administrative controls, secure connectivity coordination, and readiness verification prior to full operational use. Ongoing support activities will include monitoring, issue escalation, user support, and coordination related to access, administration, and reporting. LeoTech will also support ODRC's requirement that data remain under agency control and that access rights be governed by the agency.

LeoTech's security program is designed in alignment with leading federal security frameworks and supports secure public safety operations through controls that closely align to CJIS security requirements. LeoTech adheres to CIS Controls v8 aligned to NIST 800-53, maintains SOC 2 Type II compliance with independently audited controls, and operates within AWS cloud infrastructure designed to support secure criminal justice and public safety environments. LeoTech also maintains strong controls for identity and access management, multi-factor authentication, encryption in transit and at rest, centralized logging and monitoring, vulnerability management, continuous patching, incident response, and background screening where contractually required. This security framework is intended to support agency and statewide IT security requirements, secure handling of sensitive data, and implementation in environments where criminal justice information protections are required. LeoTech will work with ODRC to review applicable requirements and, if needed, support the appropriate compliance path, including execution of a CJIS Security Addendum and implementation of any required state-specific controls.

Security and Cloud Infrastructure Compliance

LeoTech's platform is deployed within a secure, enterprise-grade cloud environment, ensuring that all data is accessible through a highly available, cloud-hosted application while maintaining strict security controls.

Data Encryption and Key Management
We employ industry-leading encryption standards to protect all data. Specifically, all data is encrypted at rest using AES-256 encryption and in transit using strong cryptographic protocols such as TLS 1.2+ with AES-256. Encryption keys are securely managed through centralized key management systems with strict access controls, rotation policies, and auditing.

Administrative Tools and Search Capabilities
Our Verus platform includes a robust, user-friendly presentation layer designed to enable efficient management and retrieval of authorized inmate communications. Advanced AI search capabilities, filtering, and indexing allow authorized personnel to quickly locate and review relevant data with minimal effort.

Data and Access Controls
LeoTech maintains comprehensive policies and technical safeguards to prevent unauthorized data exfiltration from the cloud environment. These safeguards include role-based access controls (RBAC), network security policies, access monitoring, and administrative controls designed to restrict data access to authorized users only.

Multi-Factor Authentication and Incident Response
All access to cloud resources is protected by mandatory multi-factor authentication (MFA). Additionally, we maintain a well-defined and regularly tested incident response plan that includes procedures for identifying, containing, mitigating, and recovering from security incidents. Our approach ensures rapid response and minimal impact in the event of any security concern.

**Training, User Documentation, and Onboarding**
LeoTech will provide a structured, best-in-class training and onboarding program designed to ensure that ODRC administrators, investigators, intelligence personnel, and end users can use the platform effectively, confidently, and in a manner aligned to agency workflows. The training program will include administrator and user training, role-based instruction, scenario-based exercises, user documentation, and ongoing support for adoption and operational use. Training materials will be provided in an agency-approved format and updated as system changes are implemented, with modifications and additions clearly identified in accordance with the RFP requirements.

LeoTech's training approach is supported by a formal module-based curriculum and onboarding sequence designed specifically for correctional and law enforcement use of Verus. Training content covers system orientation, legal authority and custodianship of records, search fundamentals, continuous monitoring, evidence handling, advanced investigative features, Link Analysis, Verus AI, directed search strategies, and real-world investigative workflows. The onboarding sequence includes agency coordination, IT access preparation, pre-training access verification, participant credentialing, pre-session materials, live instruction, guided operational use, and post-training support.

LeoTech's training program is delivered by personnel whose responsibilities are directly tied to implementation, platform operations, investigative support, and user enablement. This ensures that training is practical, operationally relevant, and tailored to correctional use cases rather than limited to

generic software orientation. LeoTech's training and follow-on support model includes pre-training packets, live instruction, 1:1 assistance during sessions, refresher sessions, advanced sessions, and post-training support to reinforce adoption and sustain operational use. As requested by the agency, LeoTech can also provide role-specific follow-on instruction for advanced investigative workflows, including analyst-focused support, advanced Link Analysis, and Verus AI workflows. Additional detail regarding LeoTech's training curriculum and onboarding sequence is provided in Exhibit C, LeoTech Verus Training Scope, and Exhibit D, LeoTech Verus Training Onboarding Guide.

The Ohio ODRC proof-of-concept results support the value of a structured onboarding and training model. Following formal training, usage increased from 4,699 interactions in March to more than 30,000 in both April and May, reflecting strong adoption after training. During the same period, ODRC users conducted 8,430 Verus AI searches and chats, averaging 133 AI interactions per day.

**Analytical Support and Intelligence Operations**

LeoTech will provide analytical support to assist ODRC and law enforcement partners in using the platform to identify, assess, and act upon communications intelligence. LeoTech personnel will support active monitoring, alert review, investigative triage, reporting support, and analytical workflows aligned to ODRC priorities. This support model is intended to strengthen operational responsiveness and ensure that high-priority communications can be surfaced and acted upon in a timely manner.

LeoTech's analytical support approach includes support for real-time and near real-time investigative review, assistance with prioritization of high-risk communications, generation of investigative leads and law-enforcement-assistance reporting, support for link analysis, pattern recognition, and contextual review, and surge support in exigent circumstances, including threats to staff safety, escape risk, or emergent criminal activity.

The Ohio proof-of-concept results show the scale of this activity. During the proof-of-concept period, Verus transcribed 71.6 million minutes, identified and evaluated 5,071,398 calls, and ODRC and LeoTech personnel conducted a combined 85,130 Verus operations, including searches, audio playback, link analysis, lexicon exploration, and AI-driven investigations. During the same period, Verus generated 102 reports across the following Notable Activity categories: Institutional/Facility Security, Crimes Against Persons, Sex Crimes, Mental Health, Narcotics, Financial Crimes, Outside Intervention, and Gangs.

**Implementation and Transition**

LeoTech will implement the platform immediately upon award and will manage implementation through defined milestones, readiness validation, role-based onboarding, and sustained support. LeoTech's approach is designed to ensure that ODRC can move from implementation into full operational use without service disruption and with clear accountability for technical, training, and operational activities.

Because the RFP requires a transition plan at the conclusion of the initial operational period, LeoTech will support a structured transition process at the conclusion of the period identified by ODRC. That support will include performance review, identification of improvement opportunities, and planning for continuation, expansion, or other operational direction identified by ODRC. This approach allows LeoTech to meet the RFP's transition requirement while presenting the solution as an operational platform intended for immediate and sustained use.

### Plan to Consolidate Data from Disparate Sources

LeoTech's Work Plan includes a structured approach to consolidating data from disparate sources into a unified operational environment. Verus is designed to ingest and process data from existing communication systems and other structured or unstructured sources, including audio, video, text, and related records, and normalize and enrich that information within a common investigative framework. Using Agentic AI, Semantic AI, Generative AI, and Entity Resolution capabilities, Verus maps incoming data into a single unified corrections intelligence model aligned to agency priorities and classification frameworks. This approach reduces data silos, improves intelligence development and search effectiveness, and enables authorized users to identify, analyze, and act on information within a centralized platform. The result is a single operational environment that supports real-time insights and outcomes such as contraband investigations, wellness and suicide prevention, gang activity prevention, criminal network disruption, and cross-agency intelligence.

### Business Continuity and Platform Availability

LeoTech's platform is designed with high availability, fault tolerance, and business continuity as core operating principles. As a SaaS solution hosted on Amazon Web Services (AWS), Verus leverages enterprise-grade cloud infrastructure to support resiliency, continuity of operations, and rapid recovery in the event of a service disruption. This approach is intended to support backup, recovery, and continuity of access so ODRC can maintain operational effectiveness in the event of an outage or service disruption.

### High Availability Architecture

The platform is deployed across multiple Availability Zones (AZs) within an AWS region to reduce the risk of a single point of failure affecting overall system availability. Critical components are load-balanced and configured for automatic failover to help maintain uninterrupted service.

### Disaster Recovery and Data Protection

LeoTech maintains comprehensive backup and disaster recovery capabilities, including automated encrypted backups and data replication. Recovery Point Objectives (RPO) and Recovery Time Objectives (RTO) are defined and aligned with operational recovery requirements to minimize data loss and service downtime.

### Monitoring and Incident Response

The platform is continuously monitored through automated alerting and logging tools. LeoTech maintains a documented incident response plan designed to identify, assess, contain, mitigate, and remediate service disruptions and security events. This includes escalation procedures and communication protocols to keep stakeholders informed.

### Business Continuity Planning

LeoTech maintains and regularly tests a formal Business Continuity Plan (BCP) to support operational resilience. This includes infrastructure redundancy, personnel readiness, and defined recovery procedures designed to restore services within acceptable timeframes.

### Scalability and Resilience

AWS-native services, including auto-scaling, managed databases, and distributed storage, are used to dynamically handle demand and maintain performance during unexpected spikes in usage or partial system failures.

Through this multi-layered approach, LeoTech helps ensure that the platform remains highly available and that service interruptions are addressed promptly and effectively, minimizing operational impact to end users.

**Project Management and Key Personnel Assignments**

LeoTech assigns experienced personnel aligned to each major workstream to ensure accountability and execution. The Program Manager is responsible for contract performance, milestone tracking, agency coordination, and escalation management. The Program Coordinator is responsible for day-to-day coordination and operational support. The Training Manager is responsible for all training, user documentation, and onboarding. The Verus Specialists support platform operations, analytical workflows, reporting, and user support. Compatibility and data integration functions are supported through LeoTech's implementation and engineering capabilities.

This staffing approach is consistent with Tab 5 and is intended to provide ODRC with clear accountability, experienced personnel, and sufficient operational capacity to successfully complete the work.

**Capacity and Readiness**

LeoTech possesses the infrastructure, personnel, SaaS platform, and operational support model necessary to initiate implementation immediately and sustain contract performance without dependency on additional external resources. LeoTech's approach combines technology, personnel, training, reporting, and operational coordination into a single delivery model designed for correctional and law enforcement environments. This capacity allows LeoTech to begin work promptly, support ODRC's operational needs, and scale services as required during the contract term.

**Conclusion**

LeoTech's Work Plan reflects proven execution aligned directly to ODRC's objectives of enhancing institutional safety, strengthening intelligence capabilities, improving investigative effectiveness, and enabling timely, actionable insight from offender communications. LeoTech is the only vendor responding to this RFP with demonstrated experience delivering the full scope of requirements outlined in the Statement of Work at scale within live correctional environments, and this Work Plan is built on that operational foundation.

Through a disciplined project management framework, secure and scalable technology, and a team of experienced law enforcement and investigative professionals, LeoTech will operationalize Verus in a manner that supports ODRC's need for near real-time monitoring, proactive threat identification, and intelligence-led decision making. The platform's capabilities, combined with embedded analytical support and structured training, ensure that ODRC personnel can effectively identify, assess, and act on high-risk communications to support facility security, investigative outcomes, and cross-agency coordination.

LeoTech is prepared to initiate work immediately, re-establish operational capability within an accelerated timeline, and deliver continuous, measurable value across all areas of the Statement of Work. This approach ensures alignment with ODRC's mission to protect staff, inmates, and the public, while advancing a more proactive, data-driven approach to correctional operations. LeoTech's proven ability to deliver these outcomes positions the company as a trusted operational partner, uniquely qualified to support ODRC in achieving its stated objectives.

# Tab 8: Support Requirements

## 8. Support Requirements

LeoTech's ability to deliver the full scope of Services outlined in the Statement of Work, including continuous monitoring, near real-time ingestion, transcription, analysis, and reporting of authorized inmate communications, is dependent on secure and timely access to data from ODRC's Authorized Inmate Communications Provider through an application programming interface.LeoTech has successfully executed these integrations across multiple large-scale correctional environments and is the only vendor responding to this RFP with demonstrated experience integrating with inmate communication providers, including ViaPath, at statewide scale.

Upon contract award, ODRC will direct its Authorized Inmate Communications Provider to provide LeoTech with the necessary API access to support Verus data ingestion and processing. LeoTech will work in coordination with ODRC and the provider to establish secure connectivity, validate data flows, and confirm technical readiness in alignment with ODRC's security and operational requirements. This process follows a proven integration framework that LeoTech has applied across multiple Department of Corrections deployments, reducing implementation risk and accelerating time to operational capability.

LeoTech and ODRC will collaborate to ensure successful implementation and sustained service delivery. This includes ODRC's support in facilitating coordination with the Authorized Inmate Communications Provider and providing access to required systems, technical resources, and operational stakeholders. LeoTech's approach is structured to align with agency governance and project management practices, ensuring that dependencies, responsibilities, and communication pathways are clearly defined and managed throughout the contract term.

ODRC will designate appropriate points of contact across information technology, investigations, operations, and training functions to support coordinated implementation, issue resolution, and ongoing operational alignment. LeoTech's project management framework incorporates these stakeholders into defined communication and escalation structures, ensuring efficient coordination and accountability.

LeoTech's experience delivering these integrations at scale allows for proactive identification and management of external dependencies, including coordination with inmate communication providers. While LeoTech will execute all technical and operational activities within its control, any delay or limitation in access to required data, systems, or infrastructure from third-party providers may impact implementation timelines or near real-time processing capabilities. LeoTech will actively manage these dependencies in coordination with ODRC to minimize risk and maintain alignment with project milestones.

Through this structured, experience-driven approach, LeoTech ensures that all technical dependencies are addressed proactively and that integration, implementation, and ongoing operations are executed in a manner consistent with the performance, security, and operational requirements outlined in the Statement of Work.

# Tab 9: Conflict of Interest Statement

# 9. Conflict of Interest Statement

LeoTech states that neither it nor any personnel proposed for this Project have any known actual or potential conflict of interest related to this Project. LeoTech further states that no proposed personnel are employed by the State of Ohio, and no actual or apparent conflict exists that would affect the performance of the Work.

# Tab 10: Assumptions

# 10. Assumptions

- LeoTech assumes ODRC will provide access to the existing offender communications environment and will coordinate, as needed, with applicable communication system providers for implementation.
- LeoTech assumes ODRC will designate appropriate project points of contact for operational, technical, and administrative coordination during implementation and ongoing support.
- LeoTech assumes authorized users, required site information, and implementation priorities will be identified by ODRC in alignment with the agreed project schedule.
- LeoTech assumes any historical or pre-existing communications data provided for ingestion will be made available in a usable format supported by the implementation process.
- LeoTech assumes required State reviews, approvals, security coordination, and scheduling decisions will be completed within mutually agreed project timelines.
- LeoTech assumes training delivery format, scheduling, and attendee participation will be coordinated with ODRC during implementation.

# Tab 11: Proof of Insurance

## 11. Proof of Insurance

ACORD®

### CERTIFICATE OF LIABILITY INSURANCE

9/15/2026

DATE (MM/DD/YYYY) 3/26/2026

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER: Lockton Insurance Brokers, LLC
CA license #0F15767
777 S. Figueroa St., 52nd Floor
Los Angeles CA 90017
(213) 689-0065

CONTACT NAME:
PHONE (A/C, No, Ext): FAX (A/C, No):
E-MAIL ADDRESS:

INSURED 1574374: LEO Technologies, LLC
1515 S. Capital of Texas Hwy., Ste. 220
Austin TX 78746

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Lloyd's of London | 15792 |
| INSURER B : Progressive County Mutual Insurance Co | 29203 |
| INSURER C : National Fire Insurance Co of Hartford | 20478 |
| INSURER D : The Continental Insurance Company | 35289 |
| INSURER E : | |
| INSURER F : | |

COVERAGES CERTIFICATE NUMBER: 23220503 REVISION NUMBER: XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY; CLAIMS-MADE; X OCCUR; GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY; PRO-JECT; LOC; OTHER: | Y | N | ESO0540501424 | 9/15/2025 | 9/15/2026 | EACH OCCURRENCE | $ 2,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ XXXXXXX |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 2,000,000 |
| | | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | | $ |
| B | AUTOMOBILE LIABILITY; X ANY AUTO; OWNED AUTOS ONLY; SCHEDULED AUTOS; HIRED AUTOS ONLY; NON-OWNED AUTOS ONLY | N | N | 861065635 | 9/15/2025 | 9/15/2026 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ XXXXXXX |
| | UMBRELLA LIAB; OCCUR; EXCESS LIAB; CLAIMS-MADE; DED; RETENTION $ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | AGGREGATE | $ XXXXXXX |
| | | | | | | | | $ XXXXXXX |
| C D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N; ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) Y; If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | N | WC 7 94238396 (CA) WC 7 92743339 (AOS) | 9/15/2025 9/15/2025 | 9/15/2026 9/15/2026 | X PER STATUTE; OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
If General Liability is cancelled by the issuing company during the policy term, for other than non-payment of premium, 30 days' notice will be provided to the Certificate Holder named below and 10 days' notice for non-payment of premium.

CERTIFICATE HOLDER

23220503
Ohio Department of Rehabilitation and Correction
4545 Fisher Road
Columbus, OH 43228

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03) The ACORD name and logo are registered marks of ACORD

# Tab 12: Payment Address

## 12. Payment Address

Please make checks payable to:

LEO Technologies, LLC
1515 S. Capital of Texas Hwy., Suite 220
Austin, TX 78746

For ACH Payments, please use the following instructions:

Bank: Preferred Bank
Address: 601 S. Figueroa Street, 29th Floor
Los Angeles, CA 90017
Phone: (310) 526-3890
Routing Number: 122042205
Account Number: 023003146
Account Name: LEO Technologies, LLC
Account Address: 1515 S. Capital of Texas Hwy., Suite 220, Austin, TX 78746

# Tab 13: Contract Performance

# 13. Contract Performance

**ATTACHMENT EIGHT OFFEROR PERFORMANCE FORM**

**The Offeror must provide the following information for this section for the past seven (7) years. Please indicate yes or no in each column.**

| Yes/No | Description |
|---|---|
| No | The Offeror has had a contract terminated for default or cause. If so, the Offeror must submit full details, including the other party's name, address, and telephone number. |
| No | The Offeror has been assessed any penalties in excess of five thousand dollars ($5,000), including liquidated damages, under any of its existing or past contracts with any organization (including any governmental entity). If so, the Offeror must provide complete details, including the name of the other organization, the reason for the penalty, and the penalty amount for each incident. |
| No | The Offeror was the subject of any governmental action limiting the right of the Offeror to do business with that entity or any other governmental entity. |
| No | Has trading in the stock of the company ever been suspended? If so provide the date(s) and explanation(s). |
| No | The Offeror, any officer of the Offeror, or any owner of a twenty percent (20%) interest or greater in the Offeror has filed for bankruptcy, reorganization, a debt arrangement, moratorium, or any proceeding under any bankruptcy or insolvency law, or any dissolution or liquidation proceeding. |
| No | The Offeror, any officer of the Offeror, or any owner with a twenty percent (20%) interest or greater in the Offeror has been convicted of a felony or is currently under indictment on any felony charge. |

If the answer to any item above is affirmative, the Offeror must provide complete details about the matter. While an affirmative answer to any of these items will not automatically disqualify an Offeror from consideration, at the sole discretion of the State, such an answer and a review of the background details may result in a rejection of the Offeror's proposal. The State will make this decision based on its determination of the seriousness of the matter, the matter's possible impact on the Offeror's performance on the project, and the best interests of the State.

# Tab 14: W-9 Form and Supplier Registration

# 14. W-9 Form and Supplier Registration

Form **W-9** (Rev. March 2024) Department of the Treasury Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

**Go to *www.irs.gov/FormW9* for instructions and the latest information.**

**Give form to the requester. Do not send to the IRS.**

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

Print or type. See *Specific Instructions* on page 3.

1 Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)

LEO Technologies, LLC

2 Business name/disregarded entity name, if different from above.

3a Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor ☐ C corporation ☐ S corporation ☐ Partnership ☐ Trust/estate

☑ LLC. Enter the tax classification (C = C corporation, S = S corporation, P = Partnership) P

**Note:** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.

☐ Other (see instructions)

3b If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries. See instructions ☐

4 Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any)

Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any)

*(Applies to accounts maintained outside the United States.)*

5 Address (number, street, and apt. or suite no.). See instructions.

1515 S. Capital of Texas Hwy., Suite 220

Requester's name and address (optional)

6 City, state, and ZIP code

Austin, TX 78746

7 List account number(s) here (optional)

**Part I** **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number: [ ][ ][ ] – [ ][ ] – [ ][ ][ ][ ]

or

Employer identification number: 8 3 – 4 5 0 6 2 5 7

**Part II** **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here** Signature of U.S. person [signature] Date 04/06/2026

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

### What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they

Cat. No. 10231X Form **W-9** (Rev. 3-2024)

## Supplier Registration

Request ID 0000079519

Change Status Approved

| Request Submitted By | Submitted By Email | Requested Date Time | Approved Date Time |
|---|---|---|---|
| John Prelip | john.prelip@leotechnologies.com | 08/04/2025 9:31:55AM | 08/19/2025 9:11:57AM |

### Identifying Information

Request Type Add

| | Proposed |
|---|---|
| Tax Idenifier | 834506257 |
| Company Name | LEO Technologies, LLC |
| Disregard Entity | |
| Tax Category | Business |
| Tax Classification | LLC - Partnership |
| Email ID | john.prelip@leotechnologies.com |

### Address

Request Type Add

| | Proposed |
|---|---|
| Address | 1515 S. Capital of Texas Hwy., Suite 220<br>Austin, TX 78746 USA |
| Email ID | registrations@leotechnologies.com |
| Telephone | 888/233-8008 |

# Tab 15: Prohibition of the Expenditure of Public Funds for Offshore Services

# 15. Offshore Services

## AFFIRMATION AND DISCLOSURE FORM

Contractor affirms that Contractor has read and understands the applicable Executive Orders regarding the prohibitions of performance of offshore services, locating State data offshore in any way, or purchasing from Russian institutions or companies.

Contractor shall provide all the name(s) and location(s) where services under this Contract will be performed and where data is located in the spaces provided below or by attachment. Failure to provide this information may result in no award. If the Contractor will not be using subcontractors, indicate "Not Applicable" in the appropriate spaces.

1. Principal location of business of Contractor:

| 1515 S. Capital of Texas Hwy., Suite 220 | Austin, TX 78746 |
|---|---|
| (Address) | (City, State, Zip) |

Name/Principal location of business of subcontractor(s):

| Not Applicable | Not Applicable |
|---|---|
| (Name) | (Address, City, State, Zip) |
| Not Applicable | Not Applicable |
| (Name) | (Address, City, State, Zip) |

2. Location where services will be performed by Contractor:

| 505 Technology Drive, Suite # 290 | Irvine, CA 92618 |
|---|---|
| (Address) | (City, State, Zip) |

Name/Location where services will be performed by subcontractor(s):

| Not Applicable | Not Applicable |
|---|---|
| (Name) | (Address, City, State, Zip) |
| Not Applicable | Not Applicable |
| (Name) | (Address, City, State, Zip) |

1. Location where state data will be located, by Contractor:

| (Address) | (City, State, Zip) |
|---|---|
| Public physical address not provided due to security | Northern Virginia, USA |

Name/Location(s) where state data will be located by subcontractor(s):

| (Name) | (Address, City, State, Zip) |
|---|---|
| Not Applicable | Not Applicable |
| Not Applicable | Not Applicable |
| Not Applicable | Not Applicable |
| Not Applicable | Not Applicable |
| Not Applicable | Not Applicable |

Contractor affirms, understands, and agrees that Contractor and its subcontractors are under a duty to disclose to the State any change or shift in location of services performed by Contractor or its subcontractors before, during and after execution of any contract with the State. Contractor agrees it shall so notify the State immediately of any such change or shift in location of its services. The State has the right to immediately terminate the contract, unless a duly signed waiver from the State has been attained to perform the services outside the United States.

On behalf of the Contractor, I acknowledge that I am duly authorized to execute this Affirmation and Disclosure Form and have read and understand that this form is a part of any Contract that Contractor may enter into with the State and is incorporated therein.

By: ______________________
Contractor

Print Name: Dan Jackson

Title: Chief Administrative Officer

Date: 04/06/2026

# Tab 16: Cost Summary Form

## 16. Cost Summary Form

Submitted Separately

Files:

- LeoTech_SRC0000037597-DRC260101_Attachment Nine_Cost Summary Form.pdf
- LeoTech_SRC0000037597-DRC260101_Response Quotation Form.xlsx

# Tab 17: Preference Certification Form

# 17. Preference Certification Form

## CERTIFICATION STATEMENTS

***SUPPLIERS MUST COMPLETE THE APPROPRIATE CERTIFICATION BELOW TO RECEIVE THE PREFERENCE.***

**Any supplier who intentionally submits false or misleading information in an attempt to receive a scoring preference will be immediately disqualified and may be subject to administrative or legal action including debarment.** The State reserves the right to clarify any information during the evaluation process.

Does the cost of product(s) offered exceed 50% of the total offered cost for both products and services?
Yes (Go to A-1) [circled] No (Go to B-2)

**A. DOMESTIC PREFERENCE (BUY AMERICAN): Revised Code 125.11**
**[Not applicable to "Excepted Products"]**

1. Where is each product being offered mined, raised, grown, produced or manufactured?
   United States: X (State) Canada Mexico (Go to B-1)
   Other: (Specify Country)________ (Go to A-2)

2. An end product is manufactured outside the United States but at least 50% of the cost of its components are produced, mined, raised, grown or manufactured within the United States. The cost of components may include transportation costs to the place of manufacture and, in the case of components of foreign origin, duty whether or not a duty free entry certificate is issued. Yes (Go to Section B-1) No (Go to Section A-3)

3. The Supplier hereby certifies that each end product, except the products listed below, is a domestic source end product as defined in the Buy American Act and that components of unknown origin have been considered to have been mined, produced, grown or manufactured outside the United States.

   ________(Item) ________(Country of Origin)

   ________(Item) ________(Country of Origin)

---

**B. OHIO PREFERENCE (BUY OHIO): Revised Code 125.09**

1. The products being offered are raised, grown, produced, mined or manufactured in Ohio.
   Yes (Go to C) No (Go to B-2) [No circled]

2. Supplier has **significant economic presence** within the State of Ohio:
   a) Supplier has paid the required taxes due to the State of Ohio Yes (Go to B-2b) [Yes circled] No (Go to B-3)
   b) Supplier is registered with the Ohio Secretary of State
      Yes (Charter/Registration No.: 5228094 ) (Go to B-2c) No (Go to B-3)
      Questions regarding registration should be directed to (614) 466-3910 or visit the SOS website at: http://sos.state.oh.us/
   c) Supplier has ten or more employees based in Ohio. Yes (Go to C) No (Go to B-2d) [No circled]
   d) Supplier has seventy-five percent or more employees based in Ohio. Yes (Go to C) No (Go to B-3) [No circled]

3. **Border state supplier**: (Except products ***mined*** in Michigan)
   a) Supplier has paid the required taxes due to the border state Yes (Go to B-3b) No (Go to C) [No circled]
   b) Supplier is registered with the applicable border state
      Yes (Registration No.: ________) (Go to B-3c) No (Go to C)
   c) Supplier has ten or more employees based in a border state. Yes (Go to B-3f) No (Go to B-3d)
   d) Supplier has seventy-five percent or more employees based in a border state.
      Yes (Go to B-3f) No (Go to B-3e)
   e) Is the supplier offering products that are raised, grown, produced, mined, or manufactured in a border state?
      Yes (Go to B-3f) No (Go to C)
   f) Specify which state: KY MI WV PA IN

---

**C. VETERANS PREFERENCE (BUY VETERAN): Revised Code 122.925 and Administrative Code 123:5-1-16**

Is the supplier a certified Veteran Friendly Business Enterprise by the Ohio Department of Development, Minority Business Development Division?
Yes No [No circled]