# EXHIBIT E
# Kucinic
# Affidavit-c

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | | |
|---|---|---|
| Leo Technologies, LLC, | : | |
| | : | Case No. 26 CV 006356 |
| Plaintiff, | : | |
| | : | Judge Andria Noble |
| v. | : | |
| Ohio Department of Rehabilitation And Correction, *et al.*, | : | |
| Defendants | : | |

**AFFIDAVIT OF VINKO KUCINIC**

STATE OF OHIO )
) ss
COUNTY OF FRANKLIN)

NOW COMES Vinko Kucinic, after being duly cautioned and sworn, who states as follows:

1) I am 18 years of age or older, am of sound mind to make this Affidavit, and make this Affidavit based upon personal knowledge.

2) I work for the Ohio Department of Rehabilitation and Correction ("ODRC") as the Intelligence Chief for the Office of the Chief Inspector.

3) ODRC entered into a contract with FlashAI on May 27, 2026 ("the contract"). Pursuant to the contract, Flash AI provides web-based software that facilitates the monitoring and transcription of incarcerated person's telephone calls. The software provides ODRC with analytical support intended to identify potential security threats and assist intelligence-led investigations within ODRC's correctional institutions as well as with investigations related to criminal activity that occurs outside of ODRC's correctional institutions. Flash Signal AI is used in conjunction with our current inmate communication monitoring platform.

4) Flash Signal AI began ingesting incarcerated person phone calls from DRC's current incarcerated person phone provider on June 10, 2026.



EXHIBIT
E

5) Flash Signal AI is not a commercially available product. It is a custom software product developed by FlashAI with its own unique user interface and features. The proposals from LeoTech and Kiwi also involved the use of custom products.

6) If ODRC had to switch providers and use a product other than Flash Signal AI, it would require a change in software, from one custom software product to another.

7) As of July 13, 2026, training on Flash Signal AI has been substantially completed and 178 employees of ODRC have been onboarded and trained to use Flash Signal. Moreover, all of ODRC's 28 institutions have access to the software. Approximately 69% of those trained have accessed and used Flash Signal. It is anticipated that more users will be trained as needed and that more users will use Flash Signal each day that ODRC is allowed to continue its contract with Flash Signal AI. This training would have to be replicated with all 178 employees who have undergone training if Flash Signal's use were halted and ODRC had to work with another provider's product.

8) ODRC's operations include the Adult Parole Authority ("APA"), which is responsible for the release and supervision of adult felony offenders returning to local communities from prison and which assists some Courts of Common Pleas with supervision duties for felony offenders. APA task force officers use FlashAI's software to fulfill their responsibility to supervise released adult felony offenders. 87 staff members with the APA have access to the software.

9) All of ODRC's 28 institutions have designated Institutional Investigators, who investigate alleged incidents of serious violations of rules, policies and/or procedures, serve as the central clearinghouse for intelligence information, and provide regular briefings to managing officers. Institutional Investigators also may investigate incarcerated persons criminal activity and threats to institutional safety and security. They also coordinate with intelligence analysts and security threat group ("STG") investigators.

10) ODRC also has an Investigations Services Division ("ISD"), which is the point of contact for investigations of administrative and criminal misconduct in the agency. ISD serves as the primary agency liaison to the Ohio State Highway Patrol and other outside law enforcement agencies on all matters relating to investigations of criminal activity. ISD reviews requests for special investigations, assigns and conducts said investigations, and provides supervision, resources, and guidance to investigators throughout the agency.

11) Institutional Investigators also use Flash Signal. Forty-three (43) investigators have access to the software.

12) ODRC has an Intelligence Division (ID), which collects and disseminates tactical, operational, and strategic intelligence information and data. This includes tracking various forms of contraband and identifying threats to security, potential criminal activity and violence.

13) ODRC's Security Threat Groups (STG) Division identifies, investigates, and tracks STG offenders throughout the ODRC's institutions and under supervision in Ohio communities. STG provides guidance, direction, and support to designated STG coordinators as well as supervision of Correction Warden Analysts at high-security facilities. Security threat groups are formal or informal groups of incarcerated persons who pose a threat to safety and security. Prison gangs would be one example of a security threat group.

14) 42 Intelligence and STG analysts have access to FlashAI's software as well.

15) As of July 13, 2026, FlashAI's software had reviewed 9,994,171 phone calls and it had ingested and processed 165,350,266 minutes. In data usage terms, FlashAI's software has processed 17.28 terabytes.

16) Given the high volume and duration of phone calls placed by incarcerated persons. Flash AI provides a significant operational advantage by accelerating call screening processes and increasing investigative efficiency. The system enhances both proactive and reactive casework by identifying leads quickly and improving the overall success rate when identifying relevant intelligence.

17) As demonstrated by its usage, Flash AI has become an essential investigative and intelligence collection resource for investigators, intelligence analysts, parole officers, and STG analysts in support of statewide investigations, contraband interdiction efforts, and prison security. Its contributions have directly supported multiple successful conveyance interventions and strengthened overall institutional security.

18) Flash Signal AI uses AI to flag certain calls including high risk calls. It has flagged 1,396,336 high risk calls. It generates reports regarding these and other calls that can be reviewed by the various users previously described. Access is statewide.

19) Flash Signal also allows users to search via key words and phrases to quickly identify potential leads and intelligence involving nefarious activity.

20) Flash Signal AI's software was able to ingest historical calls beginning from May 3, 2026, for review. It also has the ability to translate calls in 100+ different languages.

21) In addition to aiding investigations involving institutions or those who are incarcerated, Flash Signal is also being used to investigate and address crimes that occur outside of ODRC's institutions.

22) On 6/25/26, Flash Signal AI was successfully used to investigate and identify an incarcerated person who was involved in a stabbing that occurred in a laundry room at one of ODRC's institutions. The incarcerated person admitted to the stabbing and was issued a conduct report.

23) On 7/2/26, Flash Signal AI was successfully used to identify incarcerated persons and suspects involved in a cell robbery. The incarcerated persons were issued conduct reports.

24) On 7/7/26, Flash Signal AI was successfully used to identify an incarcerated person that was the instigator and/or leader of an STG motivated sit-down style protest in a housing unit. These types of protests threaten institutional operations and security. The matter is still being investigated.

25) Flash Signal AI was successfully used and assisted in three separate conveyance cases, which involve attempts to convey contraband into one of ODRC's institutions. In each instance, the platform's analytical capabilities improved the identification of involved individuals, enhanced intelligence development, and streamlined our processes essential to preventing contraband introduction.

26) Flash Signal AI was successfully used during an incident involving a suspected conveyance attempt in the visiting area, Flash AI flagged communications containing high risk indicators—including object references, risk associated terminology, and relevant individuals. These insights allowed institution investigators to identify not only the incarcerated person and visitor involved in the conveyance of contraband, but it also aided in identifying those orchestrating the conveyance behind the scenes, which significantly expanded the investigative scope and ODRC's response.

27) Flash Signal AI was successfully used during a proactive review of an institution's incoming transfer list in early July, Flash Signal AI identified multiple high and moderate risk calls among a large number of transferring incarcerated persons. Given the limited time available while the transfers were en route, Flash AI's rapid processing ability proved critical. The system identified an individual who had attempted to convey contraband two days prior to their scheduled transfer, intending to profit by conveying it again into his new institution upon his arrival. The insight provided helped prison investigators intervene as soon as the incarcerated person arrived.

28) Flash Signal AI was successfully used in uncovering a parolee who had been communicating with numerous incarcerated persons across multiple DRC institutions for the purpose of coordinating drug conveyances through visitors. The platform's live link analysis and communication analytics enabled investigators to trace connections across institutions and ultimately intercept another planned conveyance attempt.

29) If the contract is paused, ODRC would continue to use its current inmate communication monitoring platform through ViaPath GTL which has limited AI analysis capabilities for monitoring incarcerated person phone calls. ODRC's effort to identify and investigate incidents like those previously described would be negatively impacted. In addition, more time and effort would need to be expended by ODRC users to perform manually what Flash Signal does much more rapidly. Without being able to use Flash Signal, there is a risk that crimes, conveyances, and other security related incidents could occur and not be discovered or investigated.

30) Flash AI's RFP response, which I understand was submitted as Exhibit 4 to the Complaint, contained timeline and implementation milestones, the majority of which have been accomplished. Section 7.12 lays out these milestones. Currently, FlashAI is has completed all 6 delineated milestones and has also progressed past the point of "steady state operations" and "24/7 support coverage."

31) In addition to retraining and onboarding for all 178 users, any change in software providers would require the new provider to coordinate with DRC's current inmate communication monitoring platform to start ingesting the call data. Any new provider would be starting at its first milestone and the beginning of its proposed timeline.

32) To the best of my knowledge, ODRC has paid Flash approximately $1 million per the terms of the contract for the month of June.

33) All three offerors, including LeoTech, worked on similar pilot projects for ODRC. In fact, LeoTech had the longest pilot project, 90 days, whereas FlashAI and Kiwi each worked on 60-day pilot project.

34) Whereas FlashAI and Kiwi performed their pilots at a single institution, LeoTech deployed its pilot at 10 institutions. Thus, LeoTech's employees worked with many more ODRC employees than did FlashAI or Kiwi and for a longer period of time during the pilots.

35) I was the point of contact for all three pilot projects and acted in the same role for all three. I monitored the pilot projects for all three offerors and worked with them to ensure the pilot programs were successful.

36) FlashAI did not inform me that it intended to use me as a reference and did not ask my permission to do so.

37) I do not know when I learned that FlashAI listed me as a reference or if I knew I had been so listed before undertaking my part of the technical proposal evaluation.

38) My experience as the point of contact for all three pilot projects had no bearing whatsoever on my scoring of the technical proposals.

39) FlashAI's performance since June 10, 2026, has not caused me to question its ability to perform the contract. In fact, Flash Signal has fulfilled its intended purpose. FlashAI is responsive to issues raised by ODRC users. As one example, it has updated its software on the same day that issues have been raised.

FURTHER AFFIANT SAYETH NAUGHT.

By: Vinko Kucinic
Vinko Kucinic

**VERIFICATION**

STATE OF OHIO )
)ss
COUNTY OF FRANKLIN )

Vinko Kucinic appeared before me this 15 day of July 2026 and is known to me or satisfactorily proven to be the same, and swore the statements made in the foregoing Affidavit are true to the best of her information, knowledge, and belief.

SEAL

Amy Foley
Notary Public—State of Ohio
My Commission Expires: 2-5-2030

Amy Foley
Notary Public, State of Ohio
My Commission Expires 02-05-2030