# EXHIBIT G
# leotech-named-to-aws-public-safety-and-disaster-response-competency

12/04/2020

# LeoTech Named to AWS Public Safety and Disaster Response Competency

Share

**LOS ANGELES, CA, December 4—**LeoTech is one of only 16 companies worldwide to be added to the Amazon Web Services (AWS) Public Safety and Disaster Response (PSDR) Competency in the re:Invent Launch. As part of the AWS PSDR Competency, LEO Technologies will be featured in Amazon's Technology Partner Section.

AWS extended this invitation to specialized AWS Partners in the public safety sector globally based on their proven success in helping customers leverage AWS cloud technology to prepare for, respond to, and recover from public safety emergencies. The AWS Competency kicks off the new AWS Competency Programs which identify, validate, and promote top AWS Partner Network (APN) Partners who demonstrate technical proficiency and customer success in specialized solution areas.

To receive the AWS Competency designation, AWS Partners go through rigorous technical validation with specialized AWS Solutions Architects and global segment leaders. "We're very proud to achieve this distinction," says LeoTech's CEO Scott Kernan. "We're in exclusive company. The AWS cloud platform offers capabilities that help our clients mitigate dangerous situations, especially this year with the pandemic."

Verus, the company's cloud-based inmate phone monitoring software, has helped jails and prisons respond to the emergency conditions brought on by the COVID-19 pandemic. LeoTech supported the National Sheriffs' Association (NSA) while they launched the COVID-19 Industry Action Group in April 2020 to organize private and nonprofit sectors to assist law enforcement and first responders.

Verus has helped correctional facilities monitor and respond to potentially unsafe situations is effectively being used in jurisdictions across the country, leading to faster investigations and safer policing. "We deployed Verus by LeoTech in August 2020, and it is one the best force multipliers for my agency in its pursuit to make our communities safer and our agency more responsive," said Chief of Police Art Acevedo, Houston Police Department. "Through this technology, we are working in near real time with all of our stakeholders at every level of government and are impacting issues facing Houston and communities throughout our state."

Built on the AWS platform, Verus is delivered as a cloud-based application, requiring no infrastructure changes for installation while also allowing for scalability to institution size or call volume. AWS Natural Language Processing (NLP) supports non-biased phone call analysis and transcription, enabling keyword-based searches and alerts. Finally, AWS Translation allows for immediate toggling between Spanish transcripts and English translations.

> **"The use of our tools impacts those within jails and prisons and the safety of the greater community," notes Mr. Kernan. "Our partnership with AWS makes our work possible."**

Contact LeoTech at
info@leotechnologies.com | 310.526.3890

EXHIBIT
G