# EXHIBIT H
# Who Trusts Flash _ Deployments & Results _ Flash AI

ACTIVE DEPLOYMENTS

# DEPARTMENTS USING FLASH AI

Active

**Whitehall Police Department**

WHITEHALL, OHIO

Active deployment for case management, evidence review, and investigative workflow automation.

Flash PD

Active

**Perry Township Police Department**

DUBLIN, OHIO

Active deployment for case management and investigative evidence analysis.

Flash PD

Previous Pilot

**Muskingum County Sheriff's Office**

ZANESVILLE, OHIO

Pilot for case management and investigative evidence analysis.

Flash PD

Previous Pilot

**Guernsey County Sheriff's Office**

CAMBRIDGE, OHIO

Pilot for case management and investigative workflow support.

Flash PD

EXHIBIT
H