# EXHIBIT I
# DRC-WCI
# Pilot
# Report

# Flash Signal

## DRC-WCI Pilot Report

Ohio Department of Rehabilitation & Correction — Warren Correctional Institution

Pilot Period: January 16 – March 14, 2026 (60 Days)

| 242,604 | 3,082,663 | 33,004 | 2.5M | 99.997% |
|---|---|---|---|---|
| Calls Processed | Minutes Transcribed | High-Risk Signals | Entities Extracted | Success Rate |

### Overview

This report summarizes operational results from the 60-day Flash pilot at Warren Correctional Institution. Flash automatically ingested, transcribed, and analyzed every inmate phone call — 242,604 in total — surfacing risk signals and building a structured intelligence database without any manual review.

*Two investigators used the platform actively across the full pilot window, collectively conducting 190 AI chat sessions. All figures reflect the complete dataset as processed by Flash production systems.*

## GETTING STARTED

21,738 calls were ingested in the first week alone. By mid-February the pilot had reached steady state:

- ~35,000 calls/week
- ~450,000 minutes processed every 7 days
- Zero interruptions throughout the pilot

### Key Milestones

| MILESTONE | DATE |
|---|---|
| Pilot Launched | Jan 16 |
| First Calls Ingested | Jan 21 |
| First AI Chat Session | Jan 22 |
| Steady-State Reached | Feb 9 |
| 100,000th Call Processed | ~Feb 9 |
| 200,000th Call Processed | ~Feb 28 |
| Final Dataset Call | Mar 14 |

EXHIBIT
I

**Weekly Call Volume**




## WHAT FLASH PROCESSED

| METRIC | VALUE |
|---|---|
| Calls Processed | 242,604 |
| Audio Ingested | 344 GB |
| Minutes Transcribed | 3,082,663 |
| Hours of Audio | 51,378 |
| External Numbers | 7,642 |
| Success Rate | 99.997% |

- Average call: **12.7 minutes**
- Median call: **15.7 minutes**
- **55%** of calls exceeded 15 minutes
- ~**900 inmates** monitored weekly
- ~**3,500 external numbers** tracked weekly

## INTELLIGENCE AT SCALE

[redacted]

**What Flash Found**

[redacted]

**Intelligence Database**

| ENTITY TYPE | COUNT |
|---|---|
| Objects | 1,002,036 |
| Emotional Signals | 662,847 |
| Persons | 374,010 |
| Crime Terms | 297,230 |
| Locations | 190,418 |
| **Total** | **2,526,541** |

## INVESTIGATORS IN ACTION

[redacted]

**Combined Impact**

| METRIC | VALUE |
|---|---|
| Total Sessions | 190 |
| Total AI Messages | 660 |
| Days of Sustained Use | 46–50 |

## PLATFORM RELIABILITY

| METRIC | VALUE |
|---|---|
| Calls Processed | 242,604 |
| Failures | 7 |
| Success Rate | 99.997% |
| Downtime | 0 |
| Data Loss | 0 |

## BY THE NUMBERS

[redacted]

## WHAT HAPPENS NEXT

The pilot validated three key areas:

| | |
|---|---|
| **1. Technical Viability** | 242K calls processed · 99.997% success rate |
| **2. Intelligence Unlock** | 33K risk signals · 2.5M entities · High-value insights surfaced automatically |

| | |
|---|---|
| **3. Investigator Adoption** | 190 sessions · 46–50 days of sustained use |

*Data sourced from Flash production systems. Metrics reflect January 16 – March 14, 2026.*