# EXHIBIT J
# 2026-06-25
# [Final]
# Letter to
# FlashAI

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CA 90067
TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199

750 17TH STREET NW, SUITE 850
WASHINGTON, DC 20006
TELEPHONE (202) 831-6262

840 NEWPORT CENTER DRIVE, SUITE 400
**NEWPORT BEACH, CALIFORNIA 92660**

TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200
WEBSITE: www.irell.com

**WRITER'S DIRECT**
**TELEPHONE (949) 760-5151**
**FACSIMILE (949) 760-5200**
**kvakili@irell.com**

June 25, 2026

**VIA FEDEX &**
**VIA PROCESS SERVER**
Flash AI, LLC
ATTN: Legal Department
91 S. 30th Street
Newark, Ohio 43055

**VIA EMAIL (trace@flashai.us)**
Trace Johnson,
President & Co-Founder
Flash AI, LLC
91 S. 30th Street
Newark, Ohio 43055

**CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
Errol Doebler
P.O. Box 3020
Basalt, CO 81621

Re: Intellectual Property Investigation

Dear Sirs and Madams:

Irell & Manella LLP represents LEO Technologies, LLC ("LEO Tech"), which makes and sells tools and technologies for data analytics in the policing, threat detection, and inmate communications monitoring spaces in the U.S. and throughout the world, including its Verus line of products.

LEO Tech believes that Flash AI, LLC ("Flash AI") may be offering certain software products, including at least its Flash PD and Flash Signal products, without having or securing from LEO Tech the requisite intellectual property rights to do so. We understand that Flash AI has sold, or at least offered to sell, these products to at least three customers.

LEO Tech has invested considerable resources in innovation, including to protect technologies associated with its Verus line of products, and thus takes its intellectual property rights very seriously. We are currently conducting an investigation of Flash AI's products in an effort to determine whether and, if so, to what extent they infringe LEO Tech's patents.

We are reaching out because we would prefer to work cooperatively with Flash AI to resolve any questions of intellectual property infringement, including patent infringement. To that end, we request that Flash AI provide us the following:



EXHIBIT
J

- A full description of how Flash PD and Flash Signal have been architected and operate;
- A copy of all tools used to demonstrate Flash PD and/or Flash Signal to users or potential users;
- Screenshots of all user-interface pages within Flash PD and Flash Signal;
- A complete copy of the source code for Flash PD and Flash Signal, including all programmer notes maintained therein;
- Copies of, or links to, all user manuals, instruction manuals, and any other product documentation that explains the full extent of Flash PD's and Flash Signal's capabilities and functionality.

In order to ensure timely determinations and to help avoid litigation over matters on which we may be able to agree through a cooperative dialog, we ask that you provide the requested information no later than **July 2, 2026**.

I look forward to working with you to resolve this matter. Please feel free to contact me with any questions that you may have. This letter does not waive any rights or remedies of LEO Tech, all of which are expressly reserved.

Sincerely,

Kamran Vakili, Esq.

cc: Benjamin W. Hattenbach, Esq.