# EXHIBIT L
# 2026-07-10
# Smoot
# email

**From:** Smoot, Rachel A. <RSmoot@taftlaw.com>
**Sent:** Friday, July 10, 2026 11:52 AM
**To:** Vakili, Kamran; Hattenbach, Ben
**Cc:** Munur, Mehmet; Miller, Christopher L.; Ahmed, Janet
**Subject:** RE: Flash AI, LLC

Counsel,

As you may be aware, LEOTech initiated a lawsuit against FlashAI after COB yesterday and has moved for a temporary restraining order/preliminary injunction in Franklin County, Ohio. As such, we will be unable to revert back to you today while we address this other matter.

Thank you,
Rachel

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Smoot, Rachel A.
**Sent:** Tuesday, July 7, 2026 1:59 PM
**To:** 'Vakili, Kamran' <KVakili@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>
**Cc:** Munur, Mehmet <MMunur@taftlaw.com>; Miller, Christopher L. <CMiller@taftlaw.com>; Ahmed, Janet <JAhmed@irell.com>
**Subject:** RE: Flash AI, LLC

Counsel,

As I mentioned in my email below, we anticipate following up this week.

Thank you,
Rachel

---

**From:** Vakili, Kamran <KVakili@irell.com>
**Sent:** Tuesday, July 7, 2026 1:35 PM
**To:** Smoot, Rachel A. <RSmoot@taftlaw.com>; Hattenbach, Ben <BHattenbach@irell.com>
**Cc:** Munur, Mehmet <MMunur@taftlaw.com>; Miller, Christopher L. <CMiller@taftlaw.com>; Ahmed, Janet <JAhmed@irell.com>
**Subject:** RE: Flash AI, LLC

Counsel,

We have not received any response to our June 25 letter. Please provide your client's response today, or otherwise let us know a definite date by which you expect to reply. As before, LEO Technologies reserves all rights.

Regards,



EXHIBIT
L

Kamran

**Kamran Vakili, Ph.D**
Irell & Manella LLP | kvakili@irell.com | www.irell.com
840 Newport Center Drive, Suite 400, Newport Beach, CA 92660
Direct: (949) 760-5151

This message and its contents are intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use of this information by anyone other than the intended recipient is prohibited.

---

**From:** Smoot, Rachel A. <RSmoot@taftlaw.com>
**Sent:** Friday, June 26, 2026 10:07 AM
**To:** Vakili, Kamran <KVakili@irell.com>; Hattenbach, Ben <BHattenbach@irell.com>
**Cc:** Munur, Mehmet <MMunur@taftlaw.com>; Miller, Christopher L. <CMiller@taftlaw.com>; Ahmed, Janet <JAhmed@irell.com>
**Subject:** Flash AI, LLC

Counsel,

Flash AI, LLC has retained Taft in connection with its intellectual property matters. We are in receipt of your letter and are actively reviewing. Given travel and office closures next week, we expect to follow up after the holiday.

Thank you,
Rachel

Taft/
**Rachel A. Smoot**
Partner
RSmoot@taftlaw.com
Dir: 614.220.0222 | Cell: 614.260.6051
Tel: 614.221.2838
41 South High Street, Suite 1800
Columbus, OH 43215-6106

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,250 attorneys strong.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.