# EXHIBIT O
# 2026.06.24
# Public
# Records
# Request -
# OH Dept. of
# Rehab
# Correction

IceMiller

250 West Street | Suite 700 | Columbus, OH 43215

June 24, 2026

WRITER'S DIRECT NUMBER: 614-462-2220
EMAIL: Kristina.Dahmann@icemiller.com

**Via Electronic Mail**

Jacob Stang
Staff Counsel
Ohio Department of Rehabilitation and Correction
1800 Harmon Avenue
Columbus, Ohio 43223
Jacob.Stang@drc.ohio.gov

***RE: Public Records Request Re: SRC0000037597-DRC260101***
***Offender Communication Monitoring and Transcription Services***

Mr. Stang:

Pursuant the Ohio Open Records Law, §149.43 et seq., I respectfully request copies of the following paper or electronic records held and/or received by the Ohio Department of Rehabilitation and Correction ("DRC") relating to Flash AI, LLC d/b/a Flash AI ("Flash AI") and the contract entered into between DRC and Flash AI pursuant to the RFP SRC0000037597 – Communication Monitoring and Transcription – DRC260101 (the "Contract"):

- All communications between DRC and Flash AI.
- All documents that DRC has received from or provided to Flash AI or otherwise reference Flash AI.
- All documents in DRC's possession that refer to or reflect any work that Flash AI has performed or is anticipated to perform for DRC associated with the Contract. This includes, but is not limited to, any timelines for Flash AI's performance under the Contract or any other agreement or relationship between DRC and Flash AI.
- All materials, including software, instructions and user manuals, provided by Flash AI under or in connection with the Contract or any other agreement or relationship between DRC and Flash AI.
- All records of discussions with, or representations by, Flash AI related to the Contract or any other agreement or relationship between DRC and Flash AI.
- All documents showing the operation of any software (including without limitation any user interfaces) provided by Flash AI under the Contract or any other agreement or relationship between DRC and Flash AI.

If there are any fees for searching or copying these records, please inform me of the cost. I would also request a prompt response to this records request because time is of the essence. If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information, and notify me of the appeal procedures available to me under the law.

Thank you for your timely work on our request.

Sincerely,

ICE MILLER LLP

*/s/ Kristina Dahmann*
Kristina Dahmann

cc: Hayley Kick (via e-mail)
Emma Robinson (via e-mail)