# EXHIBIT P
# Response to
# 6.24 PRR-c

Ohio Department of Rehabilitation & Correction

DRC.Ohio.gov

Mike DeWine, *Governor* Jim Tressel, *Lt. Governor* Edward Banks, *Interim Director*

August 26, 2026

Kristen Dahmann
IceMiller
250 West St.
Suite 700
Columbus, OH 43215

Dear Ms. Dahmann,

On behalf of Ohio Department of Rehabilitation and Correction please see the responses to your public records request received June 24, 2026 below.

<u>All communications between DRC and Flash AI.</u>

**Response:** This request is overly broad, vague, and unduly burdensome. A request for "all" records "regarding" a particular topic requires DRC to search through all of its records, instead of reasonably limiting the search to a particular category or type of record. Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018- 01092PQ, 2018-Ohio-4592. Notwithstanding, DRC has identified a group of email communications, for the period of June 1,2026 and August 6, 2026, between DRC staff Gene Jarvi, Vinko Kucinic or Mark Stegemoller and staff at Flash AI regarding the services provided by Flash AI to DRC. Redactions were made under ORC 5120.21(D)(6), 5120.21(E) and ORC 149.43(A)(1)(v) and 149.43(A)(1)(k). Please also see the previous June 10, 2026 production.
If you believe the provided records do not reflect what has been requested and would like to narrow your request, please provide the type of communications, sender/recipient's name(s) and/or specific keywords.

<u>All documents that DRC has received from or provided to Flash AI or otherwise reference Flash AI.</u>

**Response:** Please see the response to the first request and the records provided on June 10th, 2026. This request is vague, overly broad, and unduly burdensome. A request for "all" records "regarding" a particular topic requires DRC to search through all of its records, instead of reasonably limiting the search to a particular category or type of record. Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018-01092PQ, 2018-Ohio-4592.

<u>All documents in DRC's possession that refer to or reflect any work that Flash AI has performed or is anticipated to perform for DRC associated with the Contract. This includes, but is not limited to, any timelines for Flash AI's performance under the Contract or any other agreement or relationship between DRC and Flash AI.</u>

**Response:** Please see the response to the first request and the records provided on June 10th, 2026.



EXHIBIT
P

This request is vague, overly broad, and unduly burdensome. A request for "all" records "regarding" a particular topic requires DRC to search through all of its records, instead of reasonably limiting the search to a particular category or type of record. Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018-01092PQ, 2018-Ohio-4592. Additionally, the Department of Administrative Services maintains all public contracts, please refer to the Ohio Buys website:
ohiobuys.ohio.gov/page.aspx/en/ctr/contract_browse_public

**All material, including software, instructions and user manuals, provided by Flash AI under or in connection with the Contract or any other agreement or relationship between DRC and Flash AI.**

**Response:** Please see the response to the first request and the records provided on June 10th, 2026. A request for "all" records "regarding" a particular topic requires DRC to search through all of its records, instead of reasonably limiting the search to a particular category or type of record. Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018- 01092PQ, 2018-Ohio-4592. Notwithstanding, there are no responsive records to this request- ODRC does not maintain the requested records.

**All records of discussions with, or representations by, Flash AI related to the Contract or any other agreement or relationship between DRC and Flash AI.**

**Response:** Please see the response to the first request and the records provided on June 10th, 2026. This request is vague, overly broad, and unduly burdensome. A request for "all" records "regarding" a particular topic requires DRC to search through all of its records, instead of reasonably limiting the search to a particular category or type of record. Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018-01092PQ, 2018-Ohio-4592.

**All documents showing the operation of any software (including with limitation any user interfaces) provided by Flash AI under the Contract or any agreement or relationship between DRC and Flash AI.**

**Response:** This request is overly broad, vague, and unduly burdensome. A request for "all" records "regarding" a particular topic requires DRC to search through all of its records, instead of reasonably limiting the search to a particular category or type of record. Kanter v. City of Cleveland Hts., Ct. of Cl. No. 2018- 01092PQ, 2018-Ohio-4592.

Please feel free to contact me if you have any questions or require any other type of assistance.

Sincerely,

*Jacob Stang*

Jacob Stang
Staff Counsel

Department of Rehabilitation & Correction

DRC.Ohio.gov

Mike DeWine, *Governor* Jim Tressel, *Lt. Governor* Edward Banks, *Interim Director*

ODRC Legal Services

Operation Support Center
P.O. Box 430
Columbus, Ohio 43216 U.S.A.
drc.ohio.gov

The State of Ohio is an Equal Opportunity Employer and Provider of ADA Services