# EXHIBIT Q
# One secure, integrated platform

PLATFORM OVERVIEW

# ONE PLATFORM. THREE OPERATIONS.

Every evidence type. Every communication channel. Every agency member. One secure, integrated platform.

01 — INVESTIGATIVE INTELLIGENCE · Flash PD | 02 — JAIL CALL INTELLIGENCE · Flash Signal | 03 — SECURE AGENCY AI · Flash Chat

INVESTIGATIVE INTELLIGENCE

## FLASH PD

**One case file. Every source. Answers in seconds.**

Upload your entire caseload, video, audio, images, documents, and phone extractions, into one unified system. Ask questions in plain language and get timestamped answers linked straight back to the source evidence, so your team moves from raw evidence to court-ready intelligence in minutes.

- Unified intake for body cam, interrogation, calls, phone extractions, and records
- Transcription compliant with CJIS requirements, keyword detection, and contradiction analysis
- Link analysis with automated reports, summaries, and timelines

Explore Flash PD →

EXHIBIT
Q




04

**See how everything connects**

Flash maps the people, phones, vehicles, and locations across the case automatically, surfacing relationships that are easy to miss when evidence is scattered across tools.

Back Next

JAIL CALL INTELLIGENCE

# FLASH SIGNAL

**Every inmate call, transcribed, risk-scored, and searchable. Automatically.**

Flash Signal ingests, transcribes, and analyzes every recorded inmate call with no manual review. Each call is summarized, scored by risk, and searchable the moment it lands.

Investigators act on intelligence instead of hunting for it across thousands of calls.

Explore Flash Signal →

**FLASH SIGNAL**

NAVIGATION

- Dashboard
- Call Records
- Chat
- Resident Directory
- Link Analysis
- Notifications

BUILT IN OHIO, FOR LAW ENFORCEMENT

## Proven at scale, with zero manual call sorting.

| 242,604 | 33,004 | 0 | 99.997% |
| --- | --- | --- | --- |
| calls processed | high-risk signals flagged | manual hours to find them | success rate |

Results from a 60-day Ohio correctional pilot. See what Flash Signal surfaces in your own call volume.

Start Your Pilot →

Compliant with CJIS requirement · AWS US-hosted · Ohio-based

60-day correctional pilot · Jan–Mar 2026

05 **Proven at scale**

Over a 60-day pilot, Flash Signal processed a quarter-million calls and surfaced 33,004 high-risk signals with zero manual sorting. See it on your own call volume.

Back Restart

SECURE AGENCY AI

# FLASH CHAT

## Secure AI for everyone in the building, not just your detectives.

Five detectives might run Flash PD. The other fifty people in your department still have reports to write and questions to ask, and most have no secure AI or are pasting sensitive data into consumer tools. Flash Chat extends private AI, compliant with CJIS requirements, across your entire agency, with zero data exposure and zero training on your data.

- Secure AI chat with high message limits for real operational use
- Confidential document upload, review, and cross-document intelligence
- Role-based access, AWS US-hosted, no training on your data

Explore Flash Chat →



01 **AI you can use on sensitive work**

Ask Flash anything, with the security professionals need. No training on your data, US-hosted AWS infrastructure, and enterprise-grade controls come standard, not as an upgrade.

Back Next

HOW FLASH OPERATES

# FROM SCATTERED EVIDENCE TO A BUILT CASE

Four steps. One workflow. Every piece of evidence connected.

01

## CONNECT YOUR EVIDENCE

Flash connects to the systems your team already uses. Body cam footage, jail calls, case records, digital forensics, documents, all flow in automatically. No re-uploading, no manual sorting, no parallel workflows.

| FLASH // EVIDENCE SOURCES | ● ALL CONNECTED |
|---|---|
| Body Cam Footage | Connected |
| Phone Extractions | Connected |
| Jail Call Recordings | Connected |
| Case Records (RMS/CAD) | Connected |
| Documents & Reports | Connected |
| Digital Forensics | Connected |

SIX EVIDENCE STREAMS. ONE AUTOMATED PIPELINE.

# 02

## AI READS EVERYTHING AUTOMATICALLY

Every file is transcribed, tagged, summarized, and indexed within minutes of arriving. Hours of audio become searchable text. Documents become structured data. Patterns surface without anyone asking.

FLASH // PROCESSING QUEUE — 4 ITEMS

BWC_2024-05-18_Unit-4.mp4 — COMPLETE
Suspect Name | Location | 3 Phone Nos.

JailCall_ResidentA_0517.mp3 — TRANSCRIBING

CaseFile_2024-1821.pdf — INDEXING

PhoneExtract_2024-0512.zip — QUEUED

PROCESSING HAPPENS BEFORE INVESTIGATORS SIT DOWN.

# 03

## ASK ANYTHING ACROSS ALL OF IT

Investigators query the entire evidence base in plain language. No keyword guessing, no source switching. Flash returns answers with timestamps, source citations, and links back to the original evidence.

FLASH // AI QUERY

INVESTIGATOR
What contact occurred between Resident A and Resident B in the past 30 days?

FLASH FOUND 3 RESULTS

JAIL CALL JailCall_ResidentA_0501
Resident A references Resident B by alias at 4:22.

CASE RECORD CaseRecord_2024-1821
Both names appear in the 05/10 incident report.

DOCUMENT VisitorLog_May2024
Shared visitor on May 8, visitor name extracted.

ONE QUESTION. EVERY SOURCE. CITED ANSWERS.

04

## BUILD THE CASE

Pull findings into a unified case file with timeline view, evidence citations, and exportable reports. Investigators move from analysis to building a defensible case without leaving Flash.

FLASH // CASE FILE CASE-2024-0042

**Operation Cross-Contact**
4 EVIDENCE ITEMS · 3 SOURCES · BUILT BY FLASH AI

| | | |
|---|---|---|
| May 1 | First contact identified | CALL |
| May 8 | Shared visitor logged | DOC |
| May 10 | Incident report filed | RECORD |
| May 18 | High-risk call flagged | CALL |

FINDINGS BECOME A BUILT CASE, READY TO SHARE.

FIELD REPORT // MEASURED OUTCOMES

# REAL RESULTS. NOT PROJECTIONS.

Measured outcomes from active Flash deployments across Ohio.

**50%**

Average caseload time saved

WHITEHALL POLICE DEPARTMENT

WITH FLASH

BEFORE ~~32 min~~ → **30 sec**

To find out which county a crime happened in

MUSKINGUM COUNTY SHERIFF'S OFFICE

**3M+**

Inmate call minutes analyzed

60-DAY CORRECTIONAL PILOT

**33,004**

High-risk signals surfaced with zero manual review

60-DAY CORRECTIONAL PILOT

Read a Case Study

FROM THE FIELD



WHITEHALL PD

I haven't used anything else that has been able to do exactly what Flash has been able to do.

**Jason Kubinski**
Investigator · Whitehall Police Department