# EXHIBIT R Flash AI website - From Raw Audio to Investigator -Ready Intelligence

FLASH SIGNAL // JAIL CALL INTELLIGENCE

# FLASH SIGNAL

**Every inmate call, transcribed, risk-scored, and searchable. Automatically.**

Investigators stop sifting through hours of audio and start acting on the conversations that matter.

Start Your Pilot

See It in Action

COMPLIANT WITH CJIS REQUIREMENT · AWS US-HOSTED · REAL-TIME INGESTION · PROVEN AT 242K+ CALLS

**FLASH SIGNAL** · CALL INTELLIGENCE · LIVE

● LIVE

| RESIDENT | RISK | DURATION | DATE | FLAGS |
|---|---|---|---|---|
| Resident A | HIGH | Threat Language · Code Words | May 18 | |
| Resident B | MEDIUM | Contact Network | May 18 | |
| Resident C | HIGH | Witness Reference · Threat Language | May 17 | |
| Resident D | LOW | , | May 17 | |
| Resident E | HIGH | Code Words · Third-Party Contact | May 16 | |
| Resident F | MEDIUM | Contact Network | May 16 | |

SHOWING 6 OF 242,604 CALLS · 33,004 HIGH RISK · 99.997% PROCESSED

REAL-TIME · NO DOWNTIME

FLASH

EXHIBIT
R

THE PROBLEM // WHY MANUAL REVIEW FAILS

# YOU CANNOT LISTEN TO EVERY CALL. FLASH SIGNAL DOES.

A single correctional facility generates tens of thousands of inmate phone calls every month. Manual review captures a fraction of them, and the calls that matter most rarely surface in time. Drug coordination, escape planning, violence, financial schemes, all of it happens on the line, and most of it goes unheard. Flash Signal listens to everything, scores every call for risk, and puts the conversations that demand attention in front of investigators immediately.




FLASH

WORKFLOW // FROM AUDIO TO INTELLIGENCE

# FROM RAW AUDIO TO INVESTIGATOR-READY INTELLIGENCE

01

### INGEST

Flash Signal connects to your facility's call recording system. Calls flow in as they happen, or historical libraries can be uploaded in batch. No backlog, no manual sorting required.

02

### TRANSCRIBE

Every call is transcribed automatically with speaker identification. Hours of audio become searchable text within minutes of the call ending.

03

### SCORE

Each call is scored low, medium, or high risk based on content, language, and behavioral signals. Drug coordination, escape planning, violence, and coded language are flagged automatically.

04

### INVESTIGATE

Investigators query the full call database in plain language. Ask a question, get answers with source timestamps. Follow threads across thousands of calls without ever scrubbing audio manually.

CAPABILITIES

# BUILT FOR THE VOLUME AND VELOCITY OF CORRECTIONAL INTELLIGENCE

FLASH

### AI Risk Scoring and Prioritization

Every call tagged high, medium, or low risk. High-risk conversations surface to the top of the queue so investigators respond to what actually matters first.

HIGH RISK MEDIUM RISK LOW RISK

#### Real-Time Ingestion

Live call ingestion or historical batch upload. No queues, no manual triage.

#### Transcription & Summary

Every call transcribed with speaker ID and condensed to a clear summary.

#### Coded Language Detection

Names, slang, street terminology, and coded phrases extracted across the full call volume.

#### Bulk Analysis at Scale

Consistent accuracy from hundreds to hundreds of thousands of calls.

#### Conversational AI

Ask anything about your call database in plain language with source timestamps.

FIELD REPORT // 60-DAY CORRECTIONAL PILOT

## PROVEN AT SCALE. PROVEN IN THE FIELD.

A 60-day Flash Signal pilot at a correctional facility.

| 242,604 | 3,082,663 | 33,004 |
|---|---|---|
| CALLS PROCESSED | MINUTES TRANSCRIBED | HIGH-RISK SIGNALS |

FLASH

## WHAT FLASH FOUND

| | |
|---|---|
| DRUG COORDINATION | 945 |
| PROHIBITED CONDUCT | 582 |
| FINANCIAL COORDINATION | 486 |
| ESCAPE PLANNING | 382 |
| DRUG DISCUSSION | 181 |
| VIOLENCE AND WEAPONS | 130 |
| CONTRABAND | 125 |
| CODED LANGUAGE | 96 |

## HOW INVESTIGATORS USED IT

Two investigators ran the pilot across the full **60-day** window. Together they conducted **190** AI chat sessions and exchanged **660** messages with Flash Signal, all without ever needing to know what to search for first. Flash Signal surfaced the conversations. Investigators acted on them.

**190**
AI sessions conducted

**46 to 50**
days of sustained use

**21,738**
calls ingested in week one

**~35,000**
calls per week at steady state

UNIFIED INTELLIGENCE

# FLASH SIGNAL FEEDS

FLASH

Every call, every risk signal, every extracted entity flows directly into Flash PD, where it joins case evidence, body cam footage, documents, and digital records in one unified investigative workspace. Jail call intelligence becomes case intelligence.

FLASH SIGNAL // LIVE FEED

- Resident A · HIGH RISK · 14:22
- Resident C · HIGH RISK · 21:03
- Resident E · HIGH RISK · 17:55

DATA FLOWS
TO FLASH PD

FLASH PD // CASE INTELLIGENCE

- Evidence linked · 3 sources
- Risk pattern flagged
- AI summary generated

Learn About Flash PD

BUILT FOR

# INTELLIGENCE THAT WORKS ACROSS THE FACILITY

INVESTIGATORS FACILITY LEADERSHIP LAW ENFORCEMENT

FLASH

## INTELLIGENCE OFFICERS AND INVESTIGATORS

Surface drug coordination, escape planning, and violence signals across every call without manual review. Query the full call database conversationally and follow leads across thousands of conversations in minutes.

- Query call database in plain language, no search training required
- Follow threat leads across thousands of calls instantly
- Surface coded language, contact networks, and behavioral patterns

SECURITY

# BUILT FOR THE COMPLIANCE STANDARDS OF CORRECTIONAL INTELLIGENCE

01 **COMPLIANT WITH CJIS REQUIREMENT**

Every component of Flash Signal meets CJIS standards for handling criminal justice information.

02 **AWS US-HOSTED**

Hosted on secure AWS infrastructure in the United States, built for government and criminal justice workloads.

03 **END-TO-END ENCRYPTION**

Call audio, transcripts, and metadata encrypted at rest and in transit. Two-factor authentication required at login.

04 **OFFICER IN THE LOOP**

AI surfaces patterns and prioritizes calls. Every investigative action requires human authorization. Flash Signal supports investigators, never replaces them.

FLASH

FIELD REPORT

“

33,004 high-risk signals identified. Zero manual review hours required. Flash Signal does the work that a team of analysts could not do at scale.

DRAWN FROM A FLASH SIGNAL 60-DAY CORRECTIONAL PILOT

# SEE WHAT FLASH SIGNAL FINDS IN YOUR FACILITY

Pilot Flash Signal on your call volume. We'll show you what's been hiding in conversations your team never had time to listen to.

Start Your Pilot

Request a Demo

Read Flash Signal docs   Explore Flash PD

# INMATE CALL INTELLIGENCE FOR YOUR ENTIRE FACILITY

Schedule a demo on your call volume. We'll show you what Flash Signal surfaces in the first week.

FLASH

John Smith

jsmith@agency.gov

Agency / Organization *

Flash AI Police Department

What challenges are you solving?

Evidence analysis, cold case review, call monitoring...

Request a Demo

Email Directly

FLASH

Unified investigative intelligence
for law enforcement.

Compliant with CJIS requirement

Vanta Trust Center

LinkedIn

OFFERINGS

- Flash PD
- Flash Signal
- Flash Chat

COMPANY

- About
- Who Trusts Flash
- Security & Trust
- Security Whitepaper
- Changelogs
- Contact

GET STARTED

- Docs
- Request a Demo
- Email Us

© 2026 Flash AI LLC. All rights reserved.

FAQ Privacy Terms SMS Terms