# EXHIBIT S
# Annotated Screenshots

**Annotated Screenshots of the Flash AI website at**

**https://www.flashai.us/products/flash-signal**

EXHIBIT
S


Flash Signal
Chat with Flash
Day
Week
Month
HIGH-RISK CALLS
0
AVG CALL DURATION
0.0 min
Status Pipeline
View All Calls
Pending
0
Processing
0
Completed
0
Failed
0
Top Risks Detected
John Doe
HIGH
Devon Reed
LOW
Francisco Woods
LOW
Calls Snapshot
View All
RES-9575
Julie Park
32s
Chat History
Go To Chat
New Chat
New Chat
New Chat
Jail Call Analysis: Initial Contact


Flash Signal
Chat with Flash
Day
Week
Month
HIGH-RISK CALLS
0
AVG CALL DURATION
0.0 min
Status Pipeline
View All Calls
Pending
0
Processing
0
Completed
0
Failed
0
Top Risks Detected
John Doe
HIGH
Devon Reed
LOW
Francisco Woods
LOW
Calls Snapshot
View All
RES-9575
Julie Park
32s
Chat History
Go To Chat
New Chat
New Chat
New Chat
Jail Call Analysis: Initial Contact


Directory > Search Results > Jailhouse Sports Strategists > Lane, Corey
LC
Lane, Corey
INM-27694
Jailhouse Sports Strategists
TOTAL CALLS
0
HIGH-RISK CALLS
0
AVG RISK LEVEL
N/A
TOTAL DURATION
0m
CALLS THIS WEEK
0
CALLS THIS MONTH
0
AI Summary
Unable to generate summary.
Frequent Contacts
No contacts found.
Network Graph
Expand
Phone Numbers
No phone numbers found.
Topics
Play
Equipment
Game Plan
Other Team
Lane, Corey


Directory > Search Results > Jailhouse Sports Strategists > Lane, Corey
LC
Lane, Corey
INM-27694
Jailhouse Sports Strategists
TOTAL CALLS
0
HIGH-RISK CALLS
0
AVG RISK LEVEL
N/A
TOTAL DURATION
0m
CALLS THIS WEEK
0
CALLS THIS MONTH
0
AI Summary
Unable to generate summary.
Frequent Contacts
No contacts found.
Network Graph
Expand
Phone Numbers
No phone numbers found.
Topics
Play
Equipment
Game Plan
Other Team
Lane, Corey