# EXHIBIT T
# Flash AI website - AI Evidence Analysis

FLASH PD // INVESTIGATIVE INTELLIGENCE

# FLASH PD

## From Evidence to Answers in Minutes

Upload body cam footage, phone extractions, audio, documents, and digital records into one unified system where every piece of evidence connects and nothing gets missed.

Start Your Pilot

See Flash PD in Action

COMPLIANT WITH CJIS REQUIREMENT | AWS US-HOSTED | 115+ FILE TYPES | TRUSTED BY LAW ENFORCEMENT

FLASH PD · CASE #2024-0441 · CHAT ● LIVE

What does the recorded interview say about the suspect's whereabouts the night of the incident?

FLASH AI

Based on the recorded interview, the subject claims to have been at a family residence until approximately 11:00 PM. This conflicts with two other evidence sources in the case file.

FLASH

EXHIBIT
T

⌖ CALL_AUDIO_09.mp3 · 07:15

- Body cam footage shows a matching vehicle description in the parking lot at 11:38 PM

⌖ BODYCAM_04.mp4 · 02:21

⚠ Timeline conflict detected across 3 sources. Recommend cross-referencing with phone extraction.

Ask Flash anything about this case...

THE PROBLEM // WHY INVESTIGATIONS STALL

# INVESTIGATIONS ARE DROWNING IN EVIDENCE

Body cam footage. Interrogation video. Phone extractions. Jail call audio. Witness statements. Financial records. Each piece of evidence lives in its own system, each system speaks a different language, and investigators spend more time hunting for information than analyzing it. By the time the picture comes together, leads have gone cold and prosecutors are out of runway.

**Flash PD eliminates the chase.**

One workspace. Every source. AI-powered cross-referencing that connects evidence across formats, then hands the case off ready for prosecution.

FLASH

Spent organizing evidence per case before Flash

To get the same picture with Flash PD

WORKFLOW // EVIDENCE TO PROSECUTION

# ONE PLATFORM. EVERY STAGE OF THE CASE.

01

### INGEST

Upload every form of evidence into one secure case workspace. Video, audio, documents, phone extractions, digital records. Flash PD accepts 115+ file types and processes them in parallel.

02

### ANALYZE

AI scans every file for names, locations, keywords, timestamps, behavioral cues, and cross-statement contradictions. Speaker diarization runs automatically on every audio and video file.

03

### QUERY

Ask questions in plain language. Flash returns direct answers with linked source evidence and timestamps. Investigators stop searching and start interrogating the case itself.

04

### GENERATE

Flash PD builds structured reports, case timelines, and prosecution-ready summaries in seconds. Every output is editable, exportable, and traced back to source.

FLASH

CAPABILITIES

# BUILT FOR THE FULL WEIGHT OF AN INVESTIGATION

### Unified Evidence Intake

Process every form of evidence in one platform. Interrogation footage, body cam, jail audio, financial records, phone extractions, witness statements, digital records. No more separate tools, no more lost context.

### AI Evidence Analysis

Transcription compliant with CJIS requirements, with speaker diarization. Intelligent keyword and entity detection. Cross-statement contradiction flagging. Automated timestamping for instant navigation to critical moments.

### Conversational Case Assistant

Ask Flash PD anything about your case in plain language. Get direct answers with linked source excerpts and timestamps. Built for investigators who need to interrogate evidence, not just store it.

### Behavioral and Linguistic Analysis

Surface tone shifts, pacing changes, topic transitions, and conversational inconsistencies within interviews and calls. Designed to support investigator judgment, never replace it.

### Automated Work Product

### Scalable Ingestion

FLASH

the department. Reduce paperwork without sacrificing accuracy.

processing capacity scale with your caseload without performance loss.

USE CASES // IN THE FIELD

# PROVEN ACROSS THE INVESTIGATIVE LIFECYCLE

### ACTIVE INVESTIGATIONS

When a case is moving fast, every minute matters. Flash PD pulls evidence from every source the moment it lands, surfaces the critical moments, and lets investigators query the case as it develops. Lead the investigation, do not chase it.

### COLD CASE REVIEW

Decades of evidence sitting in boxes and archived drives. Flash PD ingests historical case material at scale, finds connections traditional review missed, and gives detectives a path back into cases the original team had to set aside.

FLASH

### MULTI-AGENCY OPERATIONS

Joint task forces, county-wide investigations, and multi-jurisdictional cases share evidence across departments. Flash PD provides a unified workspace with role-based access so every agency operates from the same source of truth.

FIELD REPORT // MEASURED OUTCOMES

# REAL DEPLOYMENTS. REAL RESULTS.

## ~50%

**Case time reduction**

Whitehall Police Department

## 30s

**To answer which county a crime happened in**

Previously 32 minutes. Muskingum County Sheriff's Office

## <1 wk

**To first meaningful analysis**

Across active Flash PD deployments

## 115+

**Evidence file types supported**

FLASH

THE ROI MATH

One detective costs an agency between $60,000 and $100,000 annually. Flash PD multiplies the output of every investigator on your team for a fraction of that cost, while making cold cases workable again and giving prosecutors stronger files.

GETTING STARTED // YOUR 60-DAY PILOT

# HOW THE PILOT WORKS

No commitment, no risk, just a clear look at Flash PD on your own cases.

01

### REQUEST YOUR PILOT

A short intro call to scope your use case and get your team set up.

02

### ONBOARD IN UNDER A WEEK

We configure your secure workspace and you're running analysis on real cases fast.

FLASH

03

### RUN IT ON YOUR OWN CASELOAD

Use Flash PD on your actual evidence for the full 60 days, with your team.

DEPLOYED WITH

## TRUSTED BY LAW ENFORCEMENT ACROSS OHIO AND BEYOND

WHITEHALL PD | MUSKINGUM COUNTY SHERIFF | PERRY TOWNSHIP PD | GUERNSEY COUNTY SHERIFF

"I haven't used anything else, AI, that has been able to do exactly what Flash has been able to do.

JK **Jason Kubinski**
Patrol Officer, Whitehall PD

"It took us in real-time 32 minutes to find out which county a crime happened in. When we used Flash, it took about 30 seconds.

MC **Chief**
Muskingum County Sheriff's Office

FLASH

SECURITY // BUILT FOR CRIMINAL JUSTICE

# COMPLIANT BY DESIGN. SECURE BY DEFAULT.

### COMPLIANT WITH CJIS REQUIREMENT

Every component of Flash PD is designed to meet CJIS standards for handling criminal justice information.

### AWS US-HOSTED

Hosted on secure AWS infrastructure in the United States, built for government and criminal justice workloads.

### END-TO-END ENCRYPTION

Evidence is encrypted at rest and in transit. Two-factor authentication required at every login.

### OFFICER IN THE LOOP

AI surfaces patterns and accelerates review. Every action requires human authorization. Investigators stay in the driver's seat.

# SEE FLASH PD AGAINST YOUR OWN CASELOAD

FLASH

Start Your Pilot

Request a Demo

Read Flash PD docs

Whitehall PD case study

# INVESTIGATIVE INTELLIGENCE FOR YOUR ENTIRE AGENCY

Schedule a demo configured for your agency. We'll outline next steps and a rollout path that fits your team.

Full Name *

John Smith

Email *

jsmith@agency.gov

Agency / Organization *

Flash AI Police Department

What challenges are you solving?

Evidence analysis, cold case review, call monitoring...

Request a Demo

Email Directly

FLASH

FLASH

Unified investigative intelligence
for law enforcement.

Compliant with CJIS requirement

Vanta Trust Center

LinkedIn

OFFERINGS

Flash PD

Flash Signal

Flash Chat

COMPANY

About

Who Trusts Flash

Security & Trust

Security Whitepaper

Changelogs

Contact

GET STARTED

Docs

Request a Demo

Email Us

© 2026 Flash AI LLC. All rights reserved.

FAQ Privacy Terms SMS Terms