# EXHIBIT V
# Flash AI
# FAQ re
# Doesn't my current evidence platform already do this

FLASH

# FREQUENTLY ASKED QUESTIONS

### Doesn't my current evidence platform already do this?

No. Most platforms store evidence from their own hardware only. Flash AI connects and analyzes evidence from all your systems: body cam video, phone extractions, case management data, documents, everything. We're the investigation layer that sits on top of all your data silos.

### Can Flash interface with other platforms?

### How does this hold up in court?

### How long does implementation take?

### How do we justify the cost?

### Is my data used to train AI models?

### What about prosecution handoff?

### How do I get started?

EXHIBIT
V

FLASH

FLASH

Unified investigative intelligence
for law enforcement.

Compliant with CJIS requirement

Vanta Trust Center

LinkedIn

OFFERINGS

- Flash PD
- Flash Signal
- Flash Chat

COMPANY

- About
- Who Trusts Flash
- Security & Trust
- Security Whitepaper
- Changelogs
- Contact

GET STARTED

- Docs
- Request a Demo
- Email Us

© 2026 Flash AI LLC. All rights reserved.

FAQ Privacy Terms SMS Terms