# EXHIBIT W
# Training Guide

# Flash Signal Training Guide

A Step-by-Step Walkthrough for Users

EXHIBIT
W

FLASH

Faster Insights. Smarter Investigations.

# 1 Introduction

This document provides a complete walkthrough of the Flash Signal platform. It is designed to guide users through every major feature, tab, and workflow within Flash Signal, from reviewing calls to analyzing patterns using the AI chatbot.

## This guide can be used:

- During live or virtual training sessions
- As a post-training reference document
- As a standardized operating guide for daily use

Note: Account creation, login, and two-factor authentication (2FA) are covered in a separate document and are not included here.

# 2

## Flash Signal Dashboard Overview

When a user logs into Flash Signal, they are automatically directed to their **personalized dashboard.** Each user has their own dashboard view, which can include customized widgets and priority information.



## 2.1 High-Risk Calls

Located in the top-left section of the dashboard, the High-Risk Calls widget displays the total number of calls flagged as high risk.
High-risk calls are identified by the system when sensitive or concerning topics are detected, such as:

- **Weapons**
- **Drugs**
- **Escape attempts**
- **Suicide or self-harm**
- **Violent activity**

**This widget reflects all uploaded calls across the system.**



## 2.2 Average Call Duration

Located to the right of High-Risk Calls, this widget displays the average length of calls processed by Flash Signal.
This helps users quickly understand overall call volume behavior and engagement trends.

**This helps users quickly understand overall call volume behavior and engagement trends.**



## 2.3 Status Pipeline

The Status Pipeline widget shows the current processing state of calls in the system. Calls are categorized into the following stages:

- **Pending** – Call is queued for processing
- **Processing** – Call is actively being analyzed
- **Completed** – Call is fully processed and ready for review
- **Failed** – Call failed processing and may require attention

**Users can click "View All Calls" in the top-right corner of this widget to navigate directly to the Call Records page.**



## 2.4 Top Risks Detected

This section lists the most frequently detected risks across all calls.

Each risk includes:

- **A short description (e.g., "Discussion of alleged murders")**
- **The number of times it has been detected**



## 2.5 Priority Snapshot

The Priority Snapshot is a customizable dashboard widget unique to each user. Users can configure up to five priority items, such as:

- **Specific inmates**
- **Locations**
- **Objects**
- **Other key entities**

**When new alerts related to these priorities are detected, they will automatically appear in this section.**



## 2.6 Chat History (Dashboard View)

This widget displays the five most recent chatbot interactions initiated by the user.

Users can:

- **Review recent AI chats**
- **Click "Go to Chat" to continue or revisit conversations**



## 2.7 Chat with Flash Button

Located in the top-right corner of the dashboard, this button allows users to immediately access the Flash AI chatbot.



FLASH www.flashai.us

# 3 Call Records Page

The Call Records tab is **where all calls for a facility or agency are stored and reviewed.**



## 3.1 Call Records Table Overview

Each row in the table represents a single call and includes the following default fields:

- **Risk Level** (High, Medium, Low)
- **Resident Key** (associated with ViPath)
- **Flags** (People, Crime Info, Locations, Objects, Emotions)
- **Date and Time**
- **Actions**



Case: 2:26-cv-00829-EAS-CMV Doc #: 9-23 Filed: 10/09/26 Page: 14 of 40 PAGEID #: 753


### 3.2 Actions Column

Each call includes the following action buttons:

- **Star Icon** – Bookmark or save the call
- **Chat Icon** – Open the call in the Flash AI chatbot
- **Three-Dot Menu,** which includes:
    - **Play Call** – Listen to the call and view transcript
    - **Download** – Download both the audio file and transcript



### 3.3 Customizing the Call Records Table

Users can customize the table layout by clicking the **Settings icon** in the top-right corner.

Available options include:

- **Rows per page:** 25, 50, or 100
- **Table density:** Compact, Normal (default), Comfortable
- **Visible columns:** Toggle additional data fields such as:
  - Inmate ID
  - Facility location
  - Language
  - And more

**Click Apply Settings to save changes.**



### 3.4 Viewing a Specific Call

Clicking on any call opens a **right-hand sidebar** containing detailed call information.

This sidebar includes:

- **Inmate ID**
- **Name**
- **Phone number**
- **Call date**
- **AI-generated transcript summary**



### 3.5 Flags and Clickable Timestamps

All detected flags are listed beneath the transcript summary:

- **People**
- **Crime Info**
- **Objects**
- **Locations**
- **Emotions**

Each flag is clickable. Clicking a flag:

- **Opens the audio player**
- **Jumps to the exact timestamp in the transcript where it was mentioned**

Users can cycle through flagged moments directly within the transcript view.



## 3.5 Flags and Clickable Timestamps

Transcript View:



### 3.6 Call Sidebar Actions

In the top-right of the sidebar, users can:

- **Listen to the call**
- **Export Call Report (includes summary, flags, and metadata)**
- **Download Audio**
- **Open in Chatbot**



## 3.7 Searching and Filtering Calls

**Search Bar -** The search bar functions like a Google search:

- **Type keywords (names, objects, locations)**
- **Do not press Enter**
- **Results update automatically**




**Filters Panel -** Users can filter calls using two modes:

- **Match All –** Calls must meet all selected criteria
- **Match Any –** Calls meeting any selected criteria will appear

Filter options include:

- **Starred calls**
- **Date**
- **Risk level**
- **Objects**
- **Crime info**
- **Locations**
- **People**
- **Emotions**
- **Status**
- **Inmate ID**

### 3.7 Searching and Filtering Calls

**Filters Panel -** Users can filter calls using two modes:

- **Match All –** Calls must meet all selected criteria
- **Match Any –** Calls meeting any selected criteria will appear

Filter options include:

- **Starred calls**
- **Date**
- **Risk level**
- **Objects**
- **Crime info**
- **Locations**
- **People**
- **Emotions**
- **Status**
- **Inmate ID**



### 3.8 Quick Risk Filters

In the top-right of the page, users can instantly filter calls by:

- **High risk**
- **Medium risk**
- **Low risk**



## 3.9 Custom Flags (Slang & Keywords)

Users can define **custom flags** for slang, phrases, or keywords.

- **Steps:**

1. Click **Custom Flags**
2. Click the **Plus (+)** icon
3. Enter the word or phrase
4. Assign severity (High, Medium, Low)
5. Click **Create**

**Custom flags can be edited or deactivated at any time.**






## 3.10 Chat with Flash (From Call Records)

Users can:

- Select individual, multiple, or all calls
- Click **Chat with Flash**
- Analyze only the selected calls



FLASH www.flashai.us

# 4 Chat Tab (Flash AI Chatbot)

The Chat tab allows users to analyze patterns, contradictions, and connections across multiple calls.



## 4.1 Chat Interface Overview

The main screen includes:

- **AI input box**
- **Model selector**
- **Right-side panel with:**
    - Insights
    - Calls
    - History



## 4.2 AI Models

- **Flash Fast** (Default): Quick analysis for smaller call sets
- **Flash Deep:** Deep reasoning for large datasets (50–100+ calls)



## 4.3 Importing Calls into Chat

- Open the **Calls** tab
- Apply filters (same as Call Records)
- Click **Apply Filters**
- Calls are added as evidence for analysis



## 4.4 Asking Questions

Once calls are loaded, users can ask questions such as:

- **Identifying contradictions**
- **Finding connections**
- **Tracking statements across calls**



## 4.5 Insights Panel

For every AI response, the Insights panel shows:

- **Calls referenced**
- **Timestamps used**
- **Entities detected (people, objects, locations, etc.)**



## 4.6 Chat History

All chats are saved under the History tab. Users can:

- **Reopen previous chats**
- **Continue analysis later**
- **Create new chats with new call sets**



### 4.7 Generating Reports

Users can ask the AI to generate a report at any time.

- **Reports are saved as Word files**
- **Attached to the chat session**
- **Accessible from the History tab**



FLASH www.flashai.us

# 5 Analytics Tab

The Analytics tab provides system-wide insights, including:

- **Call volume**
- **High-risk trends**
- **Entity detection counts**
- **Risk distribution**
- **Call volume graphs**



# 6 Notifications

High-risk calls generate automatic notifications

Notifications appear:

- **Inside the Flash platform**
- **Via email to the user's registered email address**

Each notification includes:

- **Risk reasoning**
- **Direct link to the call**



## 6. Notifications



# 7 Bookmarks

The Bookmarks tab displays all bookmarked chatbot conversations for quick access.



FLASH

www.flashai.us

# 8 Settings

Users can manage:

- **Appearance (Dark / Light mode)**
- **Notification preferences (in-app and email)**



FLASH www.flashai.us

# 9 Support

Users can access support in two ways:

- **Schedule a Call –** Opens a calendar to book time with the Flash team
- **Submit a Support Ticket –** Describe the issue and optionallyattach an image



# 10 Profile Management

Users can update:

- **Name**
- **Email**
- **Contact number**



FLASH

## The Future of Investigation, brought to you in a *Flash*

Flash AI is your AI-powered investigation assistant. From jail calls to body cam footage, Flash AI transcribes, cross-references, and analyzes your entire case file — surfacing insights in seconds. Less time digging, more time solving.

## Key Capabilities:

**Jail Call Analysis**
Auto-transcribes calls, tags keywords, and timestamps insights.

**AI Chatbot Assistant**
Answers case-specific questions and cross-references evidence.

**Multi-Format Evidence Support**
Works with audio, video, PDFs, and more.

**Timestamped Red Flags**
Direct access to key moments in source files.

## Security & Compliance

- **CJIS Compliant** – Secure handling of law enforcement data
- **AWS GovCloud Hosted** – U.S. government cloud infrastructure
- **Encrypted & Access-Controlled** – Only authorized users can view sensitive evidence

***Analyze 20+ hours of audio in minutes — with pinpointed insights and downloadable transcripts.***

## Want to see Flash AI in action?

**Request A Demo**
spencer@flashai.us

**Learn More**
flashai.us

**Contact Us**