# EXHIBIT X
# Flash AI
# FAQ re
# How does
# this hold up
# in court

FLASH

# FREQUENTLY ASKED QUESTIONS

Doesn't my current evidence platform already do this?

Can Flash interface with other platforms?

How does this hold up in court?

Every AI output links directly back to the original evidence with exact timestamps. The investigator stays in control. Flash accelerates the analysis. It's fully auditable and defensible.

How long does implementation take?

How do we justify the cost?

Is my data used to train AI models?

What about prosecution handoff?

How do I get started?

EXHIBIT
X

FLASH

Unified investigative intelligence
for law enforcement.

Compliant with CJIS requirement

Vanta Trust Center

LinkedIn

Flash Signal

Flash Chat

Who Trusts Flash

Security & Trust

Security Whitepaper

Changelogs

Contact

Request a Demo

Email Us

© 2026 Flash AI LLC. All rights reserved.

FAQ Privacy Terms SMS Terms