**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LEO TECHNOLOGIES, LLC,**

**Plaintiff,**

**v.**

**FLASH AI, LLC,**

**Defendant.**

**Civil Action 2:26-cv-829**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

## PRELIMINARY PRETRIAL ORDER

The Court conducted a telephonic preliminary pretrial conference on October 26, 2026. All parties were represented by counsel.

### Rule 26(a)(1) Initial Disclosures

The parties exchanged initial disclosures on October 13, 2026.

### Jurisdiction and Venue

There are no contested issues related to venue or jurisdiction.

### Amendments to Pleadings and/or Joinder of Parties

Motions or stipulations addressing the parties or pleadings, if any, must be filed no later than **February 15, 2027**.

### Motions

Defendant's Motion for Extension of Time to Answer First Amended Complaint (ECF No. 15) is **GRANTED**. Accordingly, Defendant must answer or otherwise plead on or before **December 22, 2026**.

## Allegations in the Pleadings and Jury Demand

Plaintiff alleges that Defendant made misrepresentations to the Ohio Department of Rehabilitation and Correction's ("ODRC"), which Defendant used to unfairly secure a substantial contract from ODRC. Plaintiff also contends that Defendant infringed two of Plaintiff's patents. Plaintiff alleges that, as a competing bidder, Plaintiff has been and continues to be injured by Defendant's deceptive practices and unlawful conduct. Plaintiff advances claims under the Lanham Act, Ohio's Deceptive Trade Practices Act, and common law. Defendant denies the allegations.

There is a jury demand.

## Expert Disclosures

Primary expert reports, if any, must be produced by **30 days after the close of fact discovery**. Rebuttal expert reports, if any, must be produced by **60 days after the close of fact discovery**. All expert discovery must be completed by **90 days after the close of fact discovery**.

If an expert is retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony, the witness identification must consist of a report that conforms to Rule 26(a)(2), unless otherwise stipulated or ordered by the Court.

## Discovery Deadline and Limitations

The parties may, without further leave of Court, agree to exceed the limitations on discovery established by the Federal Rules of Civil Procedure or the Local Rules of this Court. If the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court.

All discovery shall be completed by **60 days after the Court's ruling on Claim Construction**. For purposes of complying with this Order, the parties must schedule their

discovery in such a way as to require all responses to be served prior to the deadline and must also file any motions relating to discovery within the discovery period.

The parties anticipate the production of ESI. The parties plan to prepare a standalone protocol for the production of ESI, which they will submit to the Court for consideration.

The parties intend to seek entry of a protective order or clawback agreement.

**Dispositive Motions**

Case dispositive motions must be filed by **30 days after the close of expert discovery**.

**Patent Case Schedule, S.D. Ohio Pat. R. 103–106**

Pursuant to the Local Patent Rules of the Southern District of Ohio, the Court also adopts the following deadlines:

| | | | |
|---|---|---|---|
| 1 | Exchange of Initial Disclosures under Fed. R. Civ. P. 26(a)(1) | 103.1(a) | October 13, 2026 |
| 2 | Initial Scheduling Conference | 102.1 | October 26, 2026 |
| 3 | Patent holder's document production (prior art, conception, prosecution history, and standing documents per Pat. R. 103.1(b)(1)-(5)) | 103.1(b) | January 11, 2027 |
| 4 | Disclosure of Asserted Claims and Infringement Contentions | 103.2 | January 25, 2027 |
| 5 | Accused infringer's responsive document production | 103.3 | March 1, 2027 |
| 6 | Invalidity Contentions | 103.4 | March 11, 2027 |
| 7 | Required Settlement Meeting (counsel + party rep w/ full settlement authority) | 104.1 | April 12, 2027 |

| | | | |
|---|---|---|---|
| 8 | Exchange of Proposed Claim Terms and Phrases for Construction | 105.1 | March 25, 2027 |
| 9 | Preliminary Claim Constructions (Asserting Party) | 105.2(a) | April 16, 2027 |
| 10 | Responsive Preliminary Claim Constructions | 105.2(b) | May 10, 2027 |
| 11 | Meet-and-confer on claim construction | 105.2(c) | May 26, 2027 |
| 12 | Joint Claim Construction and Prehearing Statement | 105.2(d) | June 15, 2027 |
| 13 | Close of Claim Construction Discovery | 105.3 | August 16, 2027 |
| 14 | Opening Claim Construction Brief | 105.4(a) | August 30, 2027 |
| 15 | Responsive Claim Construction Brief | 105.4(b) | September 20, 2027 |
| 16 | Reply Claim Construction Brief | 105.4(c) | October 4, 2027 |
| 17 | Earliest Date for Claim Construction Hearing | 105.5 | November 1, 2027 |

**Settlement**

Plaintiff shall make a settlement demand by **June 15, 2027**. Defendants shall respond **within seven days of Plaintiff's demand**. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **July 2027**. In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and

offers be exchanged prior to the conference and that principals of the parties attend the conference.

Referral to court-facilitated mediation has no effect on the case schedule. All deadlines established in this Order will remain in place unless the parties move for and are granted a continuance or stay. In the event the parties schedule a private mediation, they may notify the Court and request to be excused from participation in court-facilitated mediation.

**Other Matters**

Any party intending to seek attorney fees and costs as a prevailing party shall make quarterly reports to the other party disclosing the to-date accrued attorney's fees and costs.

If any date set in this Order falls on a Saturday, Sunday, or legal holiday, the date of the next business day will control.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE